DEFENDANT: JOHN J. PAWELSKI

DOB: 1948

ADDRESS: Colorado Springs, CO 80923

COMPLAINT FILED?  ____ YES  X  NO

| OFFENSE: | Count 1: | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| --- | --- | --- |
| | Counts 8-11: | 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID) |
| | Count 14: | 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |
| | Count 16: | 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting |

LOCATION OF OFFENSE: El Paso County, Colorado

| PENALTY: | Count 1: | NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| --- | --- | --- |
| | Counts 8-11: | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | Count 14: | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | Count 16: | NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment |

AGENT: Special Agent Adam Rutkowski, IRS CI
Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
\_\_\_\_\_ five days or less
__X__ over five days
\_\_\_\_\_ other

THE GOVERNMENT
\_\_\_\_\_ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:       \_\_\_\_\_     Yes         __X__ No