DEFENDANT: MIMI M. VIGIL

DOB: 1951

ADDRESS:
Colorado Springs, CO 80916

COMPLAINT FILED?  _____ YES  X  NO

OFFENSE: **Count 1:**  18 U.S.C. § 286 – Conspiracy to File False Claims for Refund

**Count 12:**  18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

**Count 14:**  18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

**Count 17:**  26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting

LOCATION OF OFFENSE:  El Paso County, Colorado

PENALTY: **Count 1:**  NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 12:**  NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 14:**  NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 17:**  NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

AGENT:  Special Agent Adam Rutkowski, IRS CI
Special Agent Klaton Knabb, TIGTA

Case No. 1:13-cr-00392-CMA   Document 1-3   filed 09/23/13   USDC Colorado   pg 2 of 2

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__X__ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes      __X__ No