AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-cr-00392-CMA |
| MIMI M. VIGIL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MIMI M. VIGIL ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
   18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
   18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue
              Laws
   26 U.S.C. §7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
   18 U.S.C. § 2 - Aiding and Abetting

Date: 09/23/2013                                                                                       s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado                                                   Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____ <br><br> *Arresting officer's signature* <br><br> *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:


History of violence, weapons, drug use:


Known family, friends, and other associates *(name, relation, address, phone number)*:


FBI number:

Complete description of auto:


Investigative agency and address:


Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:


Date of last contact with pretrial services or probation officer *(if applicable)*: