# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JOHN J. PAWELSKI,,

    Defendant.

_____

## ENTRY OF APPEARANCE
_____

    Attorney Richard N. Stuckey, of Richard N. Stuckey, Attorney at Law, P.C. respectfully enters his appearance in this matter for Defendant No. 2, John J. Pawelski, having been appointed as counsel for him under the Criminal Justice Act.

Dated: October 5, 2013.

    s/ Richard N. Stuckey
Richard N. Stuckey, Attorney at Law
1801 Broadway, Suite 1100
Denver, CO  80202
303-292-0110
FAX: 303-292-0522
Email: dick@richardstuckeylaw.com
Attorney for Defendant John J. Pwelski

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 5, 2013, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

                                  s/Richard N. Stuckey
                                  Richard N. Stuckey, Attorney at Law, PC
                                  1801 Broadway, Suite 1100
                                  Denver, CO 80202-3839
                                  Office Phone: 303-292-0110
                                  Fax Phone: 303-292-0522
                                  E-mail dick@richardstuckeylaw.com
                                  Attorney for Defendant John J. Pawelski