DEFENDANT: MIMI M. VIGIL

DOB: 1951

ADDRESS:

Colorado Springs, CO 80916

COMPLAINT FILED? _____ YES   X   NO

OFFENSE: **Count 1:**    18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Count 12:**    18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

**Count 14:**    18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

**Count 17:**    26 U.S.C. § 7212(a) – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

LOCATION OF OFFENSE:    El Paso County, Colorado

PENALTY: **Count 1:**    NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 12:**    NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 14:**    NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 17:**    NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

AGENT:    Special Agent Adam Rutkowski, IRS CI
Special Agent Klaton Knabb, TIGTA

<u>AUTHORIZED BY:</u>  Matthew T. Kirsch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____ five days or less
\_\_\_\_X\_ over five days
_____ other


<u>THE GOVERNMENT</u>
_____ will seek detention in this case
_____X\_\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>      _____ Yes      \_\_\_X\_\_\_ No