IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JOHN J. PAWELSKI,

    Defendant.

_____

### MOTION TO MODIFY BOND CONDITIONS TO ALLOW TRAVEL
_____

    Defendant John J. Pawelski, through his attorney Richard N. Stuckey, respectfully moves that his bond conditions be modified to allow a single trip outside Colorado, as follows:

    1.  Condition 7(g) of defendant's bond conditions (Doc. 44) states that he must restrict his travel to the state of Colorado.

    2.  Defendant's son was killed in a motorcycle accident last summer, and a memorial service is planned for November 10 and 11, 2013, at St. John, Indiana (about 24 miles southeast of Chicago), where Mr. Pawelski's granddaughter Peyton Pawelski (his son's daughter) and her mother, Toni Halbe, live.  Their phone number in St. John is 219-880-3460.  Mr. Pawelski's mother lives in nearby Elk Grove, Illinois, and he may visit her on Sunday, November 10, if the Court allows.

    3.  Mr. Pawelski made flight plans on September 12, 2013, to Chicago early on

Saturday November 9, with a return flight to Denver (DIA) late on November 12.  He will travel by private auto to DIA from Colorado Springs for his flight, and will return to Colorado Springs by auto.

    4.  Probation officer Robert Haberman, who is supervising Mr. Pawelski on his bond and GPS tracking system in Colorado Springs, has stated to the undersigned that he has no objection to this request, and will take off the monitoring device from defendant on Friday November 8, and put it back on November 13.

    5.  Assistant U.S. Attorney Matthew Kirsch has stated to the undersigned that he also has no objection to this request.

    WHEREFORE Defendant Pawelski respectfully moves for an order allowing a modification to his bond condition of travel restriction to allow this single trip.

Dated: October 31, 2013.

s/ Richard N. Stuckey
Richard N. Stuckey, Attorney at Law
1801 Broadway, Suite 1100
Denver, CO  80202
303-292-0110
FAX: 303-292-0522
Email: dick@richardstuckeylaw.com
Attorney for Defendant John J. Pawelski

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2013, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

s/Richard N. Stuckey
Richard N. Stuckey, Attorney at Law, PC
1801 Broadway, Suite 1100
Denver, CO 80202-3839
Office Phone: 303-292-0110
Fax Phone: 303-292-0522
E-mail dick@richardstuckeylaw.com
Attorney for Defendant John J. Pawelski