c/o P.O. Box 75341
Colorado Springs, Colorado

January 20, 2014

FREEDOM OF INFORMATION ACT APPEAL

Disclosure Officer
Clerk of the Court Jeffrey Colwell
1823 Stout St.
Denver, CO. 80257

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2014

JEFFREY P. COLWELL
CLERK

Dear Disclosure Officer:

This is an appeal under the <u>Freedom of Information Act</u>.

On December 18, 2013 you received a request for documents under the Freedom of Information Act (see attached). To date, the requested documents have not been produced.

I hereby appeal your failure to produce the requested documents.

The documents that were withheld must be disclosed under the FOIA because the original Thirteenth Amendment prevents government officials from exercising privileges of a nobility class, such as being exempt from the principles of open government and freedom of information.

Disclosure of the documents which I requested is in the public interest because the information, and the procedure for obtaining the information, are likely to contribute significantly to public understanding of the operations and activities of government and are not primarily in My commercial interest.

Moreover, the information requested will help to improve public confidence in the integrity of the United States (federal government), or to confirm that there are persons attempting to exercise executive and judicial branch powers in America without any authority or jurisdiction whatsoever.

Thank you for your careful consideration of this appeal.


Respectfully submitted,

/s/ John Joseph Pawelski

Citizen of Colorado state
all rights reserved without prejudice

copy: Chief Judge Mary Beck Briscoe, Tenth Circuit Court of Appeals

December 16, 2013

## FREEDOM OF INFORMATION ACT REQUEST

Clerk of the District Courts of the United States
Jeffrey P. Colwell, Esq.
1823 Stout St.
Denver, CO. 80257
In regards to case number: 13-cr-00392-CMA

Dear Mr. Colwell:

This is a request under the Freedom of Information Act, 5 U.S.C. 552 et seq., and regulations there under. I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the federal government, and is not primarily in My commercial interest. See also 5 U.S.C. 552(a)(4)(B).

If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).

If some of this request is exempt from release, please furnish Me with those portions reasonably segregable. I am requiring certified copies of the documents requested, in lieu of personal inspection of same.

Documents requested:

   1. The GSA Standard Form 273, GSA Standard Form 274, GSA Standard Form 275 for case number 13-cr-00392-CMA.

2. The True Bill from the Grand Jury proceeding for case number 13-cr-00392-CMA. If it is appropriate to redact the grand jury foreman name that is acceptable to me.

The requested records are not exempt from disclosure because they:
   (A) could not reasonably be expected to interfere with law enforcement proceedings;

   (B) would not deprive a person of a right to a fair trial or an impartial adjudication;

   (C) could not reasonably be expected to constitute an unwarranted invasion of personal property;

   (D) could not reasonably be expected to disclose the identity of a confidential source;

   (E) would not disclose techniques and procedures for law enforcement investigations or prosecutions, and would not disclose guidelines for law enforcement investigations or prosecutions;

   (F) could not reasonably be expected to endanger the life or physical safety of any individual.
                     [see Exemption 7 in FOIA]

Under the common law, and under commercial law, we are all equal before the law. This maxim is fundamental.

Time is of the essence. If you have any questions about your rights and obligations under 5 U.S.C. 552, may we recommend that you contact the office of the Attorney General in Washington, D.C., for immediate assistance.

Thank you very much for your consideration, and for your timely obedience to the controlling laws in this matter, specifically the Freedom of Information Act and the Constitution for the United States of America, as lawfully amended. Should you need more than the mandated 20 days please contact me at the below address.

Respectfully submitted,

*[signature]*

John Joseph Pawelski
P.O. Box 75341
Colorado Springs [80970-5341]
Colorado
