UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 FEB 26 PM 4:02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Criminal Case No. 13-cr-00392-CMA-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN J PAWELSKI,

Defendant.

CCCCCCCCCCC

Entry of Appearance

## ENTRY OF APPEARANCE

I, John Joseph Pawelski, hereby makes his entry of appearance in the above named case number to exercise my right under the Sixth Amendment of the United States Constitution and to represent the named party, JOHN J PAWELSKI as a Third party of interest.

I accept Mr. Richard Stuckey as advisory counsel.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Dismiss and attached Memorandum of Law was filed on this 26th day of February 2014 with the Clerk of the Court. All counsel of record will receive a notification of such filing.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado