**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    JOHN J. PAWELSKI,**

    Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS
TO *PRO SE* DEFENDANT JOHN JOSEPH PAWELSKI**

---

Upon consideration of the Government's Motion For Order Granting Pro Se Defendant John Joseph Pawelski's Request for Grand Jury Material Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

ORDERED that a copy of the transcripts of testimony given before the grand jury and related exhibits be disclosed to *Pro Se* Defendant John Joseph Pawelski for preparation for trial.

IT IS FURTHER ORDERED that:

1.    *Pro Se* Defendant John Joseph Pawelski shall make only such copies as are necessary to prepare a defense of this criminal case;

2.    *Pro Se* Defendant John Joseph Pawelski shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the

date of delivery, and *Pro Se* Defendant John Joseph Pawelski shall deliver a copy of this Order allowing disclosure with the materials; and

3. At the conclusion of the case in this Court, by entry of the Court's judgment, *Pro Se* Defendant John Joseph Pawelski shall collect all such copies and return them to the government within ten days.

DATED this __6th__ day of March, 2014, at Denver, Colorado.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge