UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 7 2014

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | C |
| Plaintiff, | C |
| v. | C  Motion to Provide a certified copy |
| | C  of the grand jury Tue Bill |
| JOHN J PAWELSKI, | C |
| Defendant. | C |

I, John Joseph Pawelski, hereby move the court to order the Department of Justice attorneys to provide the complete grand jury material as ordered by the court on March 6, 2014.

The Department of Justice (DOJ) has a court order to provide grand jury material to the petitioner, John Joseph Pawelski. This order includes the true bill, docket # 2. DOJ has provided the testimony of Adam Rutkowski in paper and electronic format and the documents provided the grand jury in electronic form. The media provided by the DOJ required proprietary software to view the information contained on the CD-ROM. When petitioner finally had the disc read via Mr. Stuckey, it was discovered this very important document was missing.

The petitioner moves the court to order the department of justice attorneys or clerk of the court to provide a certified color copy of the grand jury true bill in hard copy format. It can be mailed to John Joseph Pawelski, c/o P.O. Box 75341, Colorado Springs, Colorado [80970-5341].

Petitioner agrees that he will not transmit or provide the document to any man or woman who is not a legal counsel in the case. Any and all copies distributed will be returned to the court upon the conclusion of case 13-cr-00392.

It is imperative to the defendant that the proper true bill be provided so a proper legal defense can be accomplished.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Provide a certified copy of the grand jury True Bill was mailed to the Clerk of Court by first class mail on April 1, 2014 and to Matthew Kirsch at the Department of Justice. The Clerk of the Court will send notification of such filing to all counsel of record.

*John Joseph Pawelski* (signature)

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado