UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br><br> v <br><br> JOHN J PAWELSKI <br><br> Defendant | Unopposed Motion for Probation Order Change |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR - 7 2014
JEFFREY P. COLWELL
CLERK

### PETITIONER'S MOTION for Probation Order Change

Comes now Petitioner, John Joseph Pawelski, requesting the Probation Order executed on October 7, 2013 to be changed as follows:

George Thomas Brokaw is operating as legal counsel for court case 13-cr-00392 and is also a co-defendant of JOHN J PAWELSKI. It is important to the defense of all parties involved to have communications between co-defendant Pawelski and Brokaw.

The U.S. Assistant Attorney Matthew Kirsch has provided verbal acceptance of this motion.

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Unopposed Motion for Probation Order Change was mailed to the Clerk of Court by first class mail and a copy sent to the Department of Justice attorney Matthew Kirsch on March 27, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado