IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE THOMAS BROKAW,
2.    JOHN J. PAWELSKI,
3.    MIMI M. VIGIL, and
4.    CLARA M. MUELLER,

    Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT,
CONTINUE TRIAL AND HEARING DATES, AND SET STATUS CONFERENCE**

---

This matter is before the Court on Defendant Vigil's Unopposed Motion to Continue Trial and Motions Hearing and to Exclude Additional 120 Days from Speedy Trial Calculation (Doc. # 158).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1.    Defense counsel has reviewed approximately 15,000 pages of evidence provided by the government; the government has further provided with nearly 300 gigabytes of materials (not yet reviewed by defense counsel) and approximately two terabytes of digital data (not yet reviewed);

2.    This case has been made more complex by the decisions of Co-Defendants Brokaw and Pawelski to proceed *pro se*, as well as the notification by defense counsel for Co-Defendant Mueller of her recent significant medical issues.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i)(iv) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.   It is, therefore,

ORDERED that Defendant's Unopposed Motion to Continue Trial and Motions Hearing and to Exclude Additional 120 Days from Speedy Trial Calculation (Doc. # 158) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at August 5, 2014</u>.   It is

FURTHER ORDERED that the following dates are VACATED:

Motions Hearing set for April 24, 2014, at 1:00 PM;
Final Trial Preparation Conference set for May 9, 2014, at 9:00 AM; and
Ten-Day Jury Trial set to commence on June 2, 2014, at 8:30 AM.

IT IS FURTHER ORDERED that a status conference is set for **Wednesday, July 2, 2014, at 2:30 PM,** in Courtroom A-602, at which time new trial dates will be addressed. Defendants Brokaw and Pawelski must attend this status conference in person. Co-Defendants Vigil and Mueller, who are represented by counsel, need not attend in person.

DATED:  April   16  , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2