**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S MOTION FOR PROBATION ORDER CHANGE [# 152]**

---

Pro Se Defendant John Joseph Pawelski ("defendant") seeks an order from this Court changing the Probation Order to allow him to have communication with pro se defendant George Thomas Brokaw.   (Doc. # 152 at 1.)   Pro Se Defendant George Thomas Brokaw filed a similar motion, (Doc. # 136), which was granted in part by the Court on April 7, 2014.   (Doc. # 147.)

Magistrate Judge Michael J. Watanabe issued an Order Setting Conditions of Release.   The Court modified this Order on January 24, 2014, when it removed the requirement of 24-hour GPS monitoring.   (Doc. # 82.)   In the Order Setting Conditions of Release, Magistrate Judge Watanabe directed, among other things, that as an additional condition of release, the defendant avoid all contact, directly or indirectly, with any person

1

who is a victim, witness, or co-defendant in this case.  (Doc. # 44 at 2.)

To the extent defendant's motion is seeking solely to remove the additional condition of release that he have no contact with his co-defendants, the government has no objection to the removal of this condition.  However, the government maintains that the remainder of the Order Setting Conditions of Release (Doc. # 44) as previously modified should remain in full force and effect.

Respectfully submitted this 18th day of April, 2014.

        JOHN F. WALSH
        United States Attorney


        s/ Martha A. Paluch
        MARTHA A. PALUCH
        MATTHEW T. KIRSCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
                matthew.kirsch@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller


  I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com


                s/ Deborah Sisung
                Deborah Sisung
                Legal Assistant
                United States Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                303 454-0100
                Fax: 303 454-0402
                Deborah.Sisung@usdoj.gov