**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S MOTION FOR REVEAL OF TRUE NAME [# 123]**

---

Pro Se Defendant John Joseph Pawelski ("defendant") seeks an order from this Court directing the government to provide him with "proper identification of the agents involved in the above stated case." (Doc. 123 at 1.) Defendant asserts that this can be accomplished only by the agents providing their "fully executed oath[s] of office, SF61 appointment form[s] and delegation[s] of authority." *Id.* Defendant requests the true names of the following agents: Adam Rutkowski, IRS: William Frankel, TIGTA; Klaton Knabb, TIGTA; and Jacqueline Jennings, TIGTA.

The first three names listed are the true names of those agents. The government is not aware of any authority that requires it to provide the Defendant with a copy of these agents' "fully executed oath[s] of office, SF61 appointment form[s] and delegation[s] of

1

authority."  *Id.*

The last name, Jacqueline Jennings, is the name used by the agent who acted in an undercover capacity in this case.   Defendant's motion provides no explanation of how or why this agent's true name is material to his defense or is otherwise discoverable. The government has already made a *Giglio* request to TIGTA and has determined that there is no discoverable impeachment information about this agent.   Nonetheless, the true name of this agent will be provided to the Defendants when the government provides its witness list to the Court, counsel, and the pro se Defendants before trial.

To the extent that Defendant Pawelski is requesting information beyond that contained in this response, the Court should deny his motion for lack of authority.

Respectfully submitted this 18th day of April, 2014.

        JOHN F. WALSH
        United States Attorney

        s/ Matthew T. Kirsch
        MATTHEW T. KIRSCH
        MARTHA A. PALUCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
               matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller


  I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com


                s/ Deborah Sisung
                Deborah Sisung
                Legal Assistant
                United States Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                303 454-0100
                Fax: 303 454-0402
                Deborah.Sisung@usdoj.gov