**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

    1.    George Thomas Brokaw,
    **2.**    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

     Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH
PAWELSKI'S MOTION TO SUPPRESS EVIDENDCE –
ILLEGAL SEARCH OF HOME [# 162]**

---

Pro Se Defendant John Joseph Pawelski ("defendant") requests an order from the

Court suppressing and barring for use as evidence in trial items he alleges were seized

outside the scope of the search warrant.   Defendant claims the original items should be

returned to him and all copies of these items must be destroyed.   The defendant's motion

must be denied because all of the items he lists were within the scope of the warrant, and

therefore, no illegal search or seizure occurred.

Attachment B to the search warrant, found at Case No. 11-sw-05439-MJW, (Doc.

# 5), authorized the seizure of numerous records, documents, and materials from

defendant's Shady Crest residence.   As to the first three items listed in defendant's

motion pertaining to books and records of certain trusts, these documents were properly

seized as "evidence, fruits, and instrumentalities of violations of . . . Title 26, United States Code, Section 7201 – Attempt to Evade Tax."   Attachment B at Paragraph ii.

Items 4 through 8 of defendant's list (birth certificates, books relating to court procedures, pocket constitutions, and foreclosure documents) were properly seized as documents defendant used to support his frivolous or obstructive tax claims or filings, as set forth in Paragraph 4 of Attachment B.

Items 9 through 11 (customer lists, business cards of customers and documents from mortgage claim center) were properly seized as documents related to the defendant's income, including documents potentially related to Mistar Financial, the business identified on defendant's personal income tax returns filed with the IRS, as provided in Paragraph 1 of Attachment B.   The business card of TIGTA Special Agent William Frankel, referenced in Item 10, was also properly seized as a record related to communications with TIGTA, as provided in Paragraph 3 of Attachment B.

Defendant has not identified a single, specific piece of evidence seized outside the scope of the warrant.   A motion to suppress "must raise factual allegations that are sufficiently definite, specific, detailed, and nonconjectural to enable the court to conclude that contested issues of fact . . . are an issue." *United States v. Sandoval,* 390 F.3d 1294, 1301 (10th Cir. 2004) (citations omitted); *United States v. Barajas-Chavez,* 358 F.3d 1263, 1266 (10th Cir. 2004) (same).   In addition, defendant "bears the burden of 'proving a factual nexus' between the Fourth Amendment violation and the seizure of the evidence sought to be suppressed." *United States v. Tisdale*, 248 F.3d 964, 970 (10th Cir. 2001).   Defendant's motion fails to meet any of these standards.

For these reasons, defendant's motion should be denied.

Respectfully submitted this 18th day of April, 2014.

JOHN F. WALSH
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
matthew.kirsch@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Deborah.Sisung@usdoj.gov