IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S MOTION TO DISMISS BASED ON VIOLATION OF THE FAIR WARNING DOCTRINE [# 160]**

Pro Se Defendant John Joseph Pawelski ("defendant") seeks an order of dismissal from this Court based on an alleged violation of the Fair Warning Doctrine.  (Doc. # 160). From what undersigned counsel can decipher, defendant is claiming that the statute giving rise to the 1099-OID aspect of this case, presumably 18 U.S.C. §§ 286 and 287, had been repealed and that the government failed to give notice to the public of the "invalidity of the statute."   *Id.* at 2.   It is unclear from defendant's motion whether there are any other statutes he believes were repealed and replaced and/or declared invalid. In any case, his motion should be denied in all respects.

First, all of the statutes charged in this case have been in existence for decades. Title 18, United State Code, Sections 286, 287, and 371 have all been in effect

1

since1948.  Title 26, United States Code, Section 7212 has been in effect since 1954. None of the statutes at issue here have been repealed and replaced, or deemed invalid from the time of the offense conduct in this case to today's date.

The basis of a fair warning doctrine claim is that the statute in question is ambiguous in some way.  *United States v. Hussein,* 351 F.3d 9, 15 (1st Cir. 2003). Courts have held that the substantive statutes at issue here, 18 U.S.C. § 287 and 26 U.S.C. § 7212 are not ambiguous.  *United States v. Johnson,* 284 F.Supp. 273 (W.D. Missouri 1968) (defendant's claim that 18 U.S.C. § 287 is unconstitutionally vague is without merit); *United States v. Boos,* Nos. 97-6329, 97-6330, 1999 WL 12741, at *2 (10th Cir. Jan. 14, 1999) ("Section 7212(a), which criminalizes certain attempts to interfere with the administration of the internal revenue laws, is adapted appropriately and plainly to furthering Congress' legitimate legislative power to lay and collect taxes"); *United States v. Kahre,* No. 2:05-cr-121, 2009 WL 1067294, at *3 (D. Nev. Apr. 20, 2009) (Section 7212 "is not ambiguous.  It defines criminal behavior in clear language that provides a defendant with notice of what conduct Congress intended to punish").

Defendant has not articulated any basis for asserting that any of the statutes at issue in this case have been repealed or declared invalid.  To the extent he is claiming the United States had an obligation under the Fair Warning Doctrine to advise him that his conduct was illegal, he is mistaken.  This doctrine neither "demand[s] an explicit or personalized warning, nor excuse[s] professed ignorance of the law."  *Hussein*, 351 F.3d at 16 (citing *United States v. Arcadipane,* 41 F.3d 1, 5 (1st Cir. 1994)).  Nonetheless, the IRS notified the defendant on numerous occasions that his 1099-OID filings were not only

improper, but frivolous.

For these reasons, defendant's motion must be denied.

Respectfully submitted this 18th day of April, 2014.

        JOHN F. WALSH
        United States Attorney


        s/ Martha A. Paluch
        MARTHA A. PALUCH
        MATTHEW T. KIRSCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
              matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Deborah.Sisung@usdoj.gov