**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

　　　1.　　George Thomas Brokaw,
　　　2.　　**John J. Pawelski**,
　　　3.　　Mimi M. Vigil, and
　　　4.　　Clara M. Mueller,

　　　Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH
PAWELSKI'S MOTION TO PROVIDE A CERTIFIED COPY OF
THE GRAND JURY TRUE BILL [# 151]**

---

　　　Pro Se Defendant John Joseph Pawelski moves this Court for an order directing undersigned counsel or the clerk of the court "to provide a certified color copy of the grand jury true bill in hard copy format."   (Doc. 151 at 1.)   Defendant concedes the government has complied with the Court's order to turn over grand jury material, but claims the "true bill" was missing from the material provided.   The government is not in possession of a "color copy" of the indictment, and rather has a copy of the indictment returned in this case as reflected in the docket sheet, which indictment has been provided to the defendant.   Defendant does not assert that he has any reason to believe the indictment is not signed by the grand jury foreperson, nor does he explain why the current copy of the indictment is deficient, or why he is entitled to any version other than the one reflected in

1

the docket sheet of this case as the filed indictment.

For these reasons, his motion should be denied.

Respectfully submitted this 18th day of April, 2014.

JOHN F. WALSH
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
          matthew.kirsch@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Deborah.Sisung@usdoj.gov

3