# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

**Criminal Case No. 13-cr-00392-CMA-2**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | C |
| **Plaintiff** | C |
| | C |
| V | C |
| | C |
| **JOHN J PAWELSKI** | C |
| | C |
| **Defendant** | C |
| | C |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
05/02/2014
JEFFREY P. COLWELL, CLERK

## REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRODUCTION OF TRUE BILL

Comes now John Joseph Pawelski, Petitioner and files this Reply to the Government's Response to Defendant's Motion for a True Bill. Petitioner incorporates prior filings by reference, as if fully set forth herein.

### A. The Government is in Violation of U.S. v. Williams, 504 U.S. 36 (1992).

In Williams, Justice Scalia stated that the Grand Jury is the equivalent of a 4th Branch of Government, not to be tampered with by any other branch. Verifications of this court show that all grand jury records are held by the prosecutor's office, in violation of Williams, supra. It is common knowledge that the prosecutor holds a signature stamp of the Grand Jury foreman in their office.

Former prosecutors have further testified that sometimes the prosecutor simply makes up the Grand Jury indictment on his computer, then uses the signature stamp and takes the indictment to the magistrate without presenting it in "open court."

The only way that Defendant can establish if a valid true bill exists is to have the original produced for examination by a forensic analyst..

Defendant is well within his rights, based on the history of actions in the prosecutors office, to inspect forensically the true bill.

## PRAYER FOR RELIEF
**Defendant moves the court to:**

1. **Issue an Order that the Government to immediately produce the original true bill for forensic analysis.**
2. **And for such other and further relief as the court deems just and proper.**

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **response to defendant's motion for production of true bill** was mailed to the Clerk of Court by first class mail on April 30, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.