UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | C | FILED |
|     Plaintiff | C | UNITED STATES DISTRICT COURT |
| | C | DENVER, COLORADO |
| V | C | 05/02/2014 |
| | C | JEFFREY P. COLWELL, CLERK |
| JOHN J PAWELSKI | C | |
| | C | |
|     Defendant | C | |

**REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRODUCTION OF THE REAL PARTY IN INTEREST**

Comes now John J. Pawelski, Defendant and files this Reply to the Government's Response to Defendant's Response to Defendant's Motion for a True Bill. Defendant incorporates Defendant's prior filings by reference, as if fully set forth herein.

**A. The Government Failed to Cite and Explain the Bankruptcy of the United States and How it Impacts the Real Party in Interest and This Case**

So how did the bankruptcy of the United States of America impact the proceedings in this court?

he United States went "Bankrupt" in 1933 and was declared so by President Rooseveltby Executive Orders 6073, 6102, 6111 and Executive Order 6260, [See: Senate Report 93-549, pgs. 187 & 594 under the "Trading With The Enemy Act" [Sixty-Fifth Congress, Sess. I, Chs. 105, 106, October 6, 1917], and as codified at 12 U .S.C.A. 95a. The several States of the Union then pledged the faith and credit thereof to the aid of the National Government, and formed numerous socialist committees, such as the "Council Of State Governments," "Social Security Administration" etc., to purportedly deal with the economic "Emergency." These Organizations operated under the "Declaration Of INTERdependence" of January 22, 193, and published some of their activities in "The Book Of The States." The 1937 Edition of The Book Of The States

openly declared that the people engaged in such activities as the Farming/Husbandry Industry had been reduced to mere feudal "Tenants" on their Land. [Book Of The States, 1937, pg. 155] This of course was compounded by such activities as price fixing wheat and grains [7 U.S.C.A. 1903], quota regulation I7 U.S.C.A. 1371], and livestock products [7 U.S.C.A. 1903], which have been held consistently below the costs of production; interest on loans and inflation of the paper "Bills of Credit"; leaving the food producers and others in a state of peonage and involuntary servitude, constituting the taking of private property, for the benefit and use of others, without just compensation.

Note: The Council Of State Governments has now been absorbed into such things as the "National Conference Of Commissioners On Uniform State Laws," whose Headquarter's Office is located at 676 North Street, Clair Street, Suite 1700, Chicago, Illinois 60611, and "all" being "members of the Bar," and operating under a different "Constitution And By-Laws" has promulgated, lobbied for, passed, adjudicated and ordered the implementation and execution of their purported statutory provisions, to "help implement international treaties of the United States or where world uniformity would be desirable." [See: 1990/91 Reference Book, National Council Of Commissioners On Uniform State Laws, pg. 2] This is apparently what Robert Dork meant when he wrote "we are governed not by law or elected representatives but by an unelected, unrepresentative, unaccountable committee of lawyers applying no will but their own." [See: The Tempting Of America. Robert H. Bork. pg. 130]

The United States thereafter entered the second World War during which time the "League of Nations" was reinstituted under pretense of the "United Nations" and the "Bretton Woods Agreement." [See: 60 Stat. 1401] The United States as a corporate body politic (artificial), came out of World War II in worse economic shape than when it entered, and in 1950 declared Bankruptcy and "Reorganization." The Reorganization is located in Title 5 of United States Codes Annotated. The "Explanation" at the beginning of 5 U.S.C.A. is most informative reading. The "Secretary of Treasury" was appointed as the "Receiver" in Bankruptcy. [See: Reorganization Plan No. 26. 5 U.S.C.A. 903. Public Law 94-564, Legislative History, pg. 5967] The United States went down the road and periodically filed for further Reorganization. Things and situations worsened, having done what they were Commanded NOT to do, [See: Madison's Notes, Constitutional Convention, August 16, 1787, Federalist Papers No. 44 and in 1965 passed the "Coinage Act of 1965" completely debasing the Constitutional Coin (gold & silver i.e. Dollar)]. [See: 18 U.S.C.A. 331 & 332, U.S. vs. Marigold, 50 U.S. 560, 13 L. Ed. 257] At the signing of the Coinage Act on July 23, 1965, Lyndon B. Johnson stated in his Press Release that:

"When I have signed this bill before me, we will have made the first fundamental change in our coinage in 173 years. The Coinage Act of 1965 supersedes the Act of 1792. And that Act had the title: An Act Establishing a Mint and Regulating the Coinage of the United States ..."

"Now I will sign this bill to make the first change in our coinage system since the 18th Century. To those members of Congress, who are here on this historic occasion, I want to assure you that in making this change from the 18th Century we have no idea of returning to it."

It is important to take cognizance of the fact that NO Constitutional Amendment was ever obtained to FUNDAMENTALLY "CHANGE," amend, abridge, or abolish the Constitutional mandates, provisions, or prohibitions, but due to internal and external diversions surrounding the Viet Nam War, etc., the usurpation and breach went basically unchallenged and unnoticed by the general public at large, who became "a wealthy man's cannon fodder or cheap source of slave labor." [See: Silent Weapons For Quiet Wars, TM-SW7905.1, pgs. 6, 7, 8, 9, 12, 13 and 56] Congress was clearly delegated the Power and Authority to regulate and maintain the true and inherent "value" of the Coin within the scope and purview of Article I, Section 8, Clauses 5 & 6 and Article I, Section 10, Clause 1, of the ordained Constitution (1787), and further, under a corresponding duty and obligation to maintain said gold and silver Coin and Foreign Coin at and within the necessary and proper "equal weights and measures" clause. [See also: Bible, Deuteronomy, Chapter 25, verses 13 through 16, Public Law 97-289, 96 Stat. 1211]

Those exercising the Offices of the several States, in equal measure, knew such "De Facto Transitions" were unlawful and unauthorized, but sanctioned, implemented and enforced the complete debauchment and the resulting "governmental, social, industrial economic change" in the "De Jure" States and in United States of America [See: Public Law 94-564, Legislative History, pg. 5936, 5945, 31 U.S.C.A. 314, 31 U.S.C.A. 321, 31 U.S.C.A. 5112, C. (Colorado) R.S. 11-61-101, C.R.S. 39-22-103.5 and C.R.S. 18-11-203, and were and are *now* under the delusion that they can do both directly and indirectly what they were absolutely prohibited from doing. [See also, Federalist Papers No. 44, Craig vs. Missouri, 4 Peters 903]

In 1966, Congress being severely compromised, passed the "Federal Tax Lien Act of 1966, *by* which the entire taxing and monetary system i.e. "Essential Engine" [See: Federalist Papers No. 31] was placed under the Uniform Commercial Code. [See: Public Law 89-719, Legislative History, pg. 3722, also see: C. (Colorado) R.S. 5-1-106] The Uniform Commercial Code was, of course, promulgated by the National Conferences Of Commissioners On Uniform State Laws in collusion with the American Law Institute for the "banking and business interests." [See: Handbook Of The National Conference Of Commissioners On Uniform State Laws, (1966) Ed. pgs, 152 & 153] The United States being engaged in numerous U.N. conflicts, including the Korean and the Viet Nam conflicts, which were under the direction of the United Nations [See: 22 U.S.C.A. 287d], and agreeing to foot the bill [See: 22 U.S.C.A. 287j], and not being able to honor their obligations and rehypothecated debt credit, openly and publicly dishonored and disavowed their "Notes" and "obligations" [12 U.S.C.A. 411] i.e. "Federal Reserve Notes" through Public Law 90-262, Section 2, 82 Stat. 50 (1968) to wit:

"Sec. 2. The first sentence of section 15 of the Federal Reserve Act (12 U.S.C. 391) is amended by striking 'and the funds provided in this Act for the redemption of Federal Reserve notes'."

Things steadily grew worse and on March 28, 1970; President Nixon issued Proclamation No. 3972, declaring an "emergency" because the Postal Employees struck against the de facto government(?) for higher pay, due to inflation of the paper "Bills of Credit." [See: Senate Report No. 93-549. pg. 596] Nixon placed the U.S. Postal Department under control of the "Department of Defense." [See: Department Of The Army Field Manual. FM 41-10 (1969 ed.)]

"'The System has been faltering for a decade, but the bench mark date of the collapse is put at August 15, 1971. On this day, President Nixon reversed U.S. international monetary policy by officially declaring the non-convertibility of the U.S. dollar [F.R.N.] into gold." [See: Public Law 94-564, Legislative History, pg. 5937 & Senate Report No. 93-549, Foreword, pg. III. Proclamation No. 4074, pg. 597, 31 U.S.C.A. 314 & 31 U.S.C. A. 5112]

On September 21, 1973. Congress passed Public Law 93-110, amending the Bretton Woods Par Value Modification Act, 82 Stat. 116, [31 U.S.C.A. 412], and reiterated the "Emergency," [12 U.S.C.A. 95a], and Section 8 of the Bretton Woods Agreements Act of 1945 [22 U.S.C.A. 286f], and which included "reports of foreign currency transactions." [Also see: Executive Order No. 10033] This Act further declared in Section 2(b) that:

"No provision of any law in effect on the date of enactment of this Act, and no rule, regulation, or order under authority of any such law, may be construed to prohibit any person from purchasing, holding, selling, or otherwise dealing with gold."

On January 19, 1976, Marjorie S. Holt noted for the record, a second "Declaration Of INTERdependence" and clearly identified the U.N. as a "Communist" organization, and that they were seeking both production and monetary control over the Union and the People through International Organization promoting the "One World Order," [8 U.S.C.A. 1101(40)] also see [50 U.S.C.A. 781 & 783]

The social/economic situation worsened as noted in the Complaint/Petition filed in the U.S. Court of Claims, Docket No. 41-76, on February 11, 1976, by 44 Federal Judges. [Atkins et al. vs. U.S.] Atkins et al. complained that "As a result of inflation, the compensation of federal judges has been substantially diminished each year since 1969, causing direct and continuing monetary harm to plaintiffs ... the real value of the dollar decreased by approximately 34.5 percent from March 15th, 1969 to October 1, 1975. As a result, plaintiffs have suffered an unconstitutional deprivation of earnings," and in the prayer for relief claimed "damages for the constitutional violations enumerated above, measured as the diminution of his earnings for the entire period since March 9, 1969." It is quite apparent that the persons holding and enjoying Offices of Public Trust, Honor and for Profit knew of the emergency emergent problem

and sought protection for themselves, to the damage and injury of the People and Children, who were classified as "a club that has many other members" who "have no remedy." And knowing that "heinous" acts had been committed, stated that they [judges/lawyers] would not apply the Law, nor would any substantive remedy be applied ("checked more or less, but never stopped) "until all of us [judges] are dead." Such persons Fraudulently swore an Oath to uphold, defend and preserve the sovereignty of the Nation and several Republican States of the Union, and breached the Duty to protect the People/Citizens and their Posterity from fraud, imposition, avarice and stealthy encroachment. [See: Atkins et al. vs. U.S., 556 F.2d 1028, pg. 1072, 1074, The Tempting Of America, supra, pgs. 155-159, also see: 5 U.S.C.A. 5305 & 5335, Senate Report No. 93-549, pgs. 69-71, C. (Colorado) R.S. 24-75-101] This is verified in Public Law 94-564, Legislative History, pg. 5944, which states:

"Moving to a floating exchange rate for international commerce means private enterprise and not central governments bear the risk of currency fluctuations."

Numerous serious debates were held in Congress, including but not limited to, Tuesday, July 27, 1976 [See: Congressional Record - House, July 27, 1976] concerning the International Financial Institutions and their operations. Representative, Ron Paul, Chairman of the House Banking Committee, made numerous references to the true practices of the "International" financial institutions, including but not limited to, the conversion of 27,000.000 (27 million) in gold, contributed by the United States as part of its "quota obligations," which the International Monetary Fund (Governor-Secretary of Treasury) sold [See: Public Law 94-564, Legislative History, pg. 5945 & 5946] under some very questionable terms and concessions. [Also see: The Ron Paul Money Book, (1991), by Ron Paul, Plantation Publishing. 837 W. Plantation, Clute, Texas 77531]

On October 28, 1977 the passage of Public Law 95-147, [91 Stat. 1227] declared most banking institutions, including State banks, to be under direction and control of the corporate "Governor" of the International Monetary Fund [See: Public Law 94-564, Legislative History, pg. 5942, United States Government Manual 1990/91, pgs. 480-481]. The Act further declared that:

"(2) Section 10(a) of the Gold Reserve Act of 1934 (31 U.S.C. 822a(b)) is

amended by striking out the phrase 'stabilizing the exchange value of the dollar' ... "

" (c) The joint resolution entitled' Joint resolution to assure uniform value to the coins and currencies of the United States', approved June 5, 1933 (31 U.S.C. 463) shall not apply to obligations issued on or after the date of enactment of this section."

The United States, as Corporator, [22 U.S.C.A. 286e, et seq.] and "State" [C. (Colorado) R.S. 24-36-104, C.R. S. 24-60-1301(h)] had declared "Insolvency." [See: 26 I.R.C. 165(g)(1), U.C.C. 1-201(23), C.R.S. 39-22-103.5, Westfall vs. Braley, 10 Ohio 188, 75 Am. Dec. 509, Adams vs. Richardson, 337 S.W.2d 911 Ward vs. Smith,

7 Wall 447] A permanent state of "Emergency" was instituted, formed and erected within the Union through the contrivances, fraud, and avarice of the International Financial Institutions, Organizations, Corporations and Associations, including the Federal Reserve, their "fiscal and depository agent." [22 U.S.C.A. 286d] This has lead to such "Emergency" legislation is the "Public Debt Limit- Balance Budget And Emergency Deficit Control Act of 1985," Public Law 99-177, etc.

The government, by becoming a corporator, [See: 22 U.S.C.A. 286(e)] lays down its sovereignty and takes on that of a private citizen. It can exercise no power which is not derived form the corporate charter. [See: The Bank of the United States vs. Planters Bank of Georgia, 6 L.Ed. (9 Wheat) 244, U.S. vs. Burr, 309 U.S. 242] The real party of interest is not the de jure "United States of America" or "State," but "The Bank" and 'The Fund." [22 U.S.C.A. 286, et seq., C. (Colordo) R.S. 11-60- 103] The acts committed under fraud, force, and seizures are many times done under "Letters of Marque and Reprisal" i.e. "recapture." [See: 31 U.S.C.A. 5323] Such principles as "Fraud and Justice never dwell together" [Wingate's Maxims 680], and "A right of action cannot arise out of fraud." [Broom's Maxims 297, 729; Cowper's Reports 343; 5 Scott's New Reports 558; 10 Mass. 276; 38 Fed. 800,] And do not rightfully contemplate the thought concept, as "Due Process," "Just Compensation" and Justice itself. Honor is earned by honesty and integrity, not under false and fraudulent pretenses, nor will the color of the cloth one wears cover-up the usurpations, lies, trickery, and deceits. When Black is fraudulently declared to be White, not all will live in darkness. As astutely observed by Will Rogers, "there are men running governments who shouldn't be allowed to play with matches," and is as applicable today as Jesus' statements about Lawyers.

The contrived "emergency" has created numerous abuses and usurpations, and abridgments of delegated Powers and Authority. As stated in Senate Report 93-549:

"These proclamations give force to 470 provisions of Federal law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by the Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers, taken together, confer enough authority to rule the country without reference to normal constitutional process.

"Under the powers delegated by these statutes, the President may; seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens." [See: Foreword, pg. III]

The "Introduction," on page 1, begins with a phenomenal declaration, to wit:

"A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the

Constitution have in varying degrees been abridged by laws brought into force by states of national emergency ..."

According to the research done in 16 American Jurisprudence, 2nd Edition, Sections 71 and 82, no "emergency" justifies a violation of any Constitutional provision. Arguendo, "Supremacy Clause" and "Separation of Powers," it is clearly admitted in Senate Report No. 93-549 that abridgment has occurred. The statements heard in the Federal and State Tribunals, on numerous occasions, that Constitutional arguments are "immaterial," "frivolous," etc., are based upon the concealment, furtherance, and compounding of the Frauds and "Emergency" created and sustained by the "Expatriated," ALIENS of the United Nations and its Organizations, Corporations, and Associations. [See: Letter, Insight Magazine, February 18, 1991, pg. 7, Lowell L. Flanders, President, U.N. Staff Union, New York] Please note that, [8 U.S.C.A. 1481] is one of the controlling Statutes on expatriation, as is [22 U.S.C.A. 611, 612, & 613] and [50 U.S.C.A. 781].

The Internal Revenue Service entered into a "service agreement" with the U.S. Treasury Department [See: Public Law 94-564; Legislative History, pg. 5967; Reorganization Plan No. 26] and the Agency for International Development, pursuant to Treasury Delegation Order No. 91. The Agency For International Development is an International paramilitary operation [See: Department Of The Army Field Manual, (1969) FM 41-10, pgs. 1-4, Sec. 1-7(b) & 1-6, Section 1-10(7)(c)(1), 22 U.S.C.A. 284], and includes such activities as "Assumption of full or partial executive, legislative, and judicial authority over a country or area." [See: FM 41-10, pg. 1-7, Section 110(7)(c)(4)] also see, Agreement Between The United Nations And The United States Of America Regarding The Headquarters Of The United Nations, Section 7(d) & (8), 22 U.S.C.A. 287 (1979 Ed.) at pg. 241. It is to be further observed that the "Agreement" regarding the Headquarters District of the United Nations was NOT agreed to [See: Congressional Record - Senate, December 13, 1967, Mr. Thurmond], and is illegally in the Country in the first instant.

The International Organizational intents, purposes, and activities include complete control of "Public Finance" i.e. "control, supervision, and audit of indigenous fiscal resources; budget practices, taxation. expenditures of public funds, currency issues, and banking agencies and affiliates." [See: FM 41-10, pgs. 2-30 through 2-31, Section 251. Public Finance] This of course complies with "Silent Weapons For Quiet Wars" Research Technical Manual TM-SW7905.1, which discloses a declaration of war upon the American people (See: pgs. 3 & 7), monetary control by the Internationalist, through information etc., solicited and collected by the Internal Revenue Service [See: TM-S\V7905.1, pg. 48, also see, 22 U.S.C.A. 286F & Executive Order No. 10033, 26 U.S.C.A. 6103(k)(4)] and who is operating and enforcing the seditious International program. [See: TM-S\V7905.1, pg. 52] The 1985 Edition of the Department Of Army Field Manual, FM 41-10 further describes the International "Civil Affairs" operations. At page 3-6 it is admitted that the A.I.D. is autonomous and under direction of the International Development Cooperation Agency, and at pages 3-8, that the operation is "paramilitary." The International Organization(s) intents and purposes was to promote,

implement, and enforce a "DICTATORSHIP OVER FINANCE IN THE UNITED STATES." [See: Senate Report No. 93-549, pg. 186]

 It appears from the documentary evidence that the Internal Revenue Service Agents etc., are "Agents of a Foreign Principal" within the meaning and intent of the "Foreign Agents Registration Act of 1938." They are directed and controlled by the corporate "Governor" of "The Fund" also known as "Secretary of Treasury" [See: Public Law 94-564, supra, pg. 5942, U.S. Government Manual 1990/91, pgs. 480 & 481, 26 U.S.C.A. 7701(a)(11), Treasury Delegation Order No. 150-10, and the corporate "Governor" of "The Bank" 22 U.S.C.A. 286 and 286a, acting as "information service employees [22 U.S.C.A. 611(c)(ii)], and have been and do now "solicit, collect, disburse or dispense contribution [Tax - pecuniary contribution, Blacks Law Dictionary 5th edition], loans, money or other things of value for or in interest of such foreign principal 22 U.S.C.A. 611(c)(iii), and they entered into agreements with a Foreign Principal pursuant to Treasury Delegated Order No. 91 i.e. the "Agency For International Development." [See: 22 U.S.C.A. 611(c)(2)] The Internal Revenue Service is also an agency of the International Criminal Police Organization and solicits and collects information for 150 Foreign Powers. [See: 22 U.S.C.A. 263a, The United States Government Manual, 1990/91, pg. 385, see also, The Ron Paul Money Book, pgs. 250-251] It should be further noted that Congress has appropriated, transferred, and converted vast sums to Foreign Powers [See: 22 U.S.C.A. 262c(b)] and has entered into numerous Foreign Taxing Treaties (conventions) [See: 22 U.S.C.A. 285g, 22 U.S.C.A. 287j] and other Agreements which are solicited and collected pursuant to 26 I.R.C. 61 03(k)( 4). Along with the other documentary evidence submitted herewith, this should absolve any further doubt as to the true character of the party.

Such restrictions as "For the general welfare and common defense of the United States" [See: Constitution (1787), Article 1, Section 8, Clause 1] apparently aren't applicable, and the fraudulent rehypothecated debt credit will be merely added to the insolvent nature of the continual "emergency," and the reciprocal social/economic repercussions laid upon present and future generations.

 Among other reasons for lack of authority to act, such as a Foreign Agents Registration Statement, 22 U.S.C.A. 612 and 18 U.S.C.A. 219 & 951, military authority cannot be imposed into civil affairs. [See: Department Of The Army Pamphlet 27100-70, Military Law Review, Vol. 70] The United Nations Charter, Article 2, Section 7, further prohibits the U.N. from "intervening in matters which are essentially within the domestic jurisdiction of any state ...." Korea, Viet Nam, Ethiopia, Angola, Kuwait, etc., etc., are evidence enough of the "BAD FAITH" of the United Nations and its Organizations, Corporations and Associations, not to mention the seizing of two daycare centers in the State of Minnesota by their agents, and holding the children as collateral hostages for payment/ransom of their fraudulent, dishonored, rehypothecated debt credit, worthless securities. Such is the "Rule of Law" "as envisioned by the Founders" of the United Nations. Such is Communist terrorism, despotism and tyranny. ALL WERE AND ARE OUTLAWED HERE.

 I hope this communication finds you well' and mentally strong for the occasion.

It is quite apparent that the "Treasonous" and "Seditious" are brewing up a storm of untold magnitude. Bush's public address of September 11, 1991 [See: Weekly Compilation Of Presidential Documents] should further qualify what is being said here. He admitted "Interdependence" [See also: Public Law 94-564, Legislative History, pg. 5950], "One World Order" [See also: Extension Of Remarks, January 19, 1976, Marjorie S. Holt, 8 U.S.C.A. 1101(40)], affiliation and collusion with the Soviet Union Oligarchy [50 U.S.C.A. 781], direction by the U.N., 22 U.S.C.A. 611, etc.. You might also find it interesting that Treasury Delegation Order No. 92 states that the I.R.S. is trained under direction of the Division of "Human Resources" (U.N.) and the Commissioner (INTERNATI0NAL), by the "Office Of Personnel Management." In the 1979 Edition of 22 U.S.C.A. 287, the United Nations, at pg. 248, you will find Executive Order No. 10422. The Office of Personnel Management is under direction of the Secretary General of the United Nations. And as stated previously, the I.R.S. is also a member in a one hundred fifty (150) Nation pact called the "International Criminal Police Organization'" found at [22 U.S.C.A. 263a]. The "Memorandum & Agreement" between the Secretary of Treasury/Corporate Governor of "The Fund" and "The Bank" and the Office of the U.S. Attorney General would indicate that the Attorney General and his associate are soliciting and collecting information for Foreign Principals. [See also, The United States Government Manual 1990/91, pg. 385, also see, The Ron Paul Money Book, supra, pgs. 250, 251]

It is worthy of note that each and every Attorney/Representative, Judge or Officer is required to file a "Foreign Agents Registration Statement" pursuant to [22 U.S.C.A. 611(c)(I)(iv) & 612], if representing the interests of a Foreign Principal or Power. [See: 22 U.S.C.A. 613, Rabinowitz vs. Kennedy, 376 U.S. 605, 11 L.Ed.2d 940, 18 U.S.C.A. 219 & 951]

On January 17, 1980, the President and Senate confirmed another "Constitution," namely, the "Constitution Of The United Nations Industrial Development Organization," found at Senate, Treaty Document No. 97-19, 97th Congress, 1st Session. A perusal of this Foreign Constitution should more than qualify the internationalist intents. The "Preamble," Article 1, "Objectives," and Article 2, "Functions," clearly evidences their intent to direct, control, finance and subsidize all "natural and human resources" and "agro-related as well as basic industries," through "dynamic social and economic changes" "with a view to assisting in the establishment of a new international economic order." The high flown rhetoric is obviously of "Communist" origin and intents. An unelected, unrepresentative, unaccountable oligarchy of expatriates and aliens, who fraudulently claim, in the Preamble, that they intend to establish "rational and equitable international economic relations," yet openly declared that they no longer "stabilize the value of the dollar" nor "assure the value of the coin and currency of the United States" is purely misrepresentation, deceit and fraud. [See: Public Law 95-147, 91 Stat. 1227, at pg. 1229] This was augmented by [Public Law 101-167], 103 Stat. 1195, which discloses massive appropriations of rehypothecated debt for the general welfare and common defense of other Foreign Powers, including "Communist" countries or satellites, International control of natural and human resources, etc. etc..

A "Resource" is a claim of "property" "and when related to people constitutes 'slavery'."

It is now necessary to ask, "Which Constitution they are operating under?" The "Constitution For The Newstates Of The United States." This effort was the subject matter of the book entitled: "The Emerging Constitution" by Rexford G. Tugwell, which was accomplished under the auspices of the Rockefeller tax-exempt foundation called the "Center For The Study of Democratic Institutions." The People and Citizens of the Nation were forewarned against formation of "Democracies." "Democracies have every been the spectacles of turbulence and contention; have ever been found incompatible with personal security or the rights of property; and have in general, been as short in their lives as they have been violent in their deaths." [See: Federalist Papers No. 10, also see, The Law, Fredrick Bastiat, Code Of Professional Responsibility, Preamble] This Alien Constitution, however, has nothing to do with democracy in reality. It is the basis of and for a despotic, tyrannical oligarch. Article I, "Rights and Responsibilities," Sections 1 and 15 evidence their knowledge of the "emergency." The Rights of expression, communication, movement, assembly, petition and Habeas Corpus are all excepted from being exercised under and in a "declared emergency." The Constitution for the Newstates of America, openly declares, among other seditious things and delusions that "Until each indicated change in the government shall have been completed the provisions of the existing Constitution and the organs of government shall be in effect." [See: Article XII, Section 3] "All operations of the national government shall cease as they are replaced by those authorized under this Constitution." [See: Article XII, Section 4] This is apparently what Burger was promoting in 1976, after he resigned as Supreme Court Justice and took up the promotion of a "Constitutional Convention." No trial by jury is mentioned, "JUST" compensation has been removed, along with being informed of the "Nature & Cause of the Accusation," etc., etc., and every one will of course participate in the "democracy." This Constitution is but a reiteration of the Communist Doctrines, intents and purposes, and clearly establishes a "Police Power" State, under direction and control of a self appointed oligarchy.

Apparently the present operation of the "de facto" government is under Foreign/Alien Constitutions, Laws, Rules, and Regulations. The overthrow of the "essential engine" declared in and by the ordained and established Constitution for the United States of America (1787), and by and under the "Bill of Rights" (1791) is obvious. The covert procedure used to implement and enforce these Foreign Constitutions, Laws, Procedures, Rules, Regulations, etc., has not, to my knowledge, been collected and assimilated nor presented as evidence to establish seditious collusion and conspiracy.

United States of America is incorporated at least 4 times since 1933.

Defendant has a right to understand who the real party of interest in, and to investigate their history. To date the investigation only reveals problems for the government.

## PRAYER FOR RELIEF

**Defendant moves the court to:**

1. Issue an Order that the Government immediately produce certified copies of the true history of the United States and the real party to this proceeding;
2. Produce certified copies of all records related to the history of the bankruptcy of the United States;
3. And for such other and further relief as the court deems just and proper.

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing response to defendant's motion for production of the real party in interest was mailed to the Clerk of Court by first class mail on April 30, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.