**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| **UNITED STATES OF AMERICA** | C |
| **Plaintiff** | C |
| | C |
| **V** | C |
| | C |
| **JOHN J PAWELSKI** | C |
| | C |
| **Defendant** | C |
| | C |

FILED
UNITED STATES DISTRICT COURT

JUN 13 2014

JEFFREY P. COLWELL
CLERK

## Amended Motion for Advisory Counsel

Comes now Petitioner, John Joseph Pawelski, responding to the minute order to file an affidavit of income and an updated motion for advisory counsel.

Petitioner is not literate in the rules of procedure for court filings, filing and execution of subpoenas, preparing instructions for trial and for someone to ask me questions should I take the stand.

The rules of criminal procedure, rules of evidence, Judge Arguello's Criminal Practice Standard, Jury Instructions and the Rules of the District Court comprise hundreds of pages of important data. The procedure for filing a subpoena is unknown to me. The instructions needed for trial are foreign to me. The method of asking proper questions to witnesses are unknown to me. Therefore for the proper defense in this case it is obvious that an assistance of counsel be appointed by the court. The obvious choice for this role would be Mr. Richard Stuckey, as he as been previously involved with the case.

It will provide efficiency to the court to allow Mr. Richard Stuckey be appointed as the assistance of counsel for the defendant. Mr. Stuckey is highly knowledgeable on the inner workings of the court process.

Should this case go to trial, which it should not, Mr. Stuckey will be a valuable resource to provide proper format of subpoenas, thereby eliminating the court having to reject and re-evaluate each document entered multiple times.

If a trial looms evident, it will take me hours upon hours to prepare proper instructions and prepare for cross examination and self testimony. As the defendant's advisory counsel, Mt. Stuckey will reduce or eliminate any communications which the court may find frivolous, thereby reducing court time.

Should the need for objective and professional communications with the attorneys for the department of Justus arise, Mr. Stuckey will provide an impartial and impersonal communication avenue, thereby reducing conflict.

The attorneys have a language known as legalese, a method of communicating which the laymen does not have a good grasp upon. Mr. Stuckey has a full understanding of this language and will be a great benefit to the defense of freedoms by interpreting the words.

### PRAYER FOR RELIEF
**Defendant moves the court to:**
create an order appointing Mr. Richard Stuckey as advisory counsel for

defendant JOHN J PAWELSKI.

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Amended Motion for Advisory Counsel was mailed to the Clerk of Court by first class mail on June 12, 2014.. Clerk of the Court will send notification of such filing to all counsel of record.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado