FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
06/13/2014
JEFFREY P. COLWELL, CLERK

# Affidavit of Monthly Income

Here comes, John Joseph Pawelski, a man of the land with a clear mind and clean hands. I am above the age of majority and have first hand knowledge of the facts herein.

My monthly wages vary from $100 to $600 per month from my position as an independent sales agent. I receive $1144 per month from my previously paid in social security retirement benefits.

I have very few assets, a 1996 Ford Thunderbird, an 18 month old Toshiba laptop computer, cell phone and some replica coins and some tools. I estimate that my net worth is around $3000.

My expenses consist of rent, cell phone bill, utilities and internet access in addition to food, medical and dental and clothing expenses. These total approximately $ 1400.00 per month.

I swear under the penalty of perjury that the above statements are true and correct.

*[signature]*
John Joseph Pawelski