IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

John J. Pawelski,

Defendant.

FILED
UNITED STATES DISTRICT COURT
COLORADO

JUL 1 1 2014

JEFFREY P. COLWELL
CLERK

## MOTION FOR TWENTY DAY EXTENSION OF TIME

Petitioner, John Joseph Pawelski, respectfully moves for a twenty day extension of time for the July 16, 2014 pre-trial hearing of up to and including August 13, 2014 to file motions in this action. In support of this request, petitioner states as follows:

1. I have new evidence that needs to be reviewed prior to filing amended complaints.

2. Petitioner need an additional 20 says to properly review the documents and prepare the filings.

Respectfully submitted,
John Joseph Pawelski

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **motion for twenty day extension of time** was delivered via First Class Mail on this 9th day of July 2014 to the Clerk of the Court, which will send notification of such filing to all counsel of record.

Respectfully Submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado