IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

John J. Pawelski,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2014

JEFFREY P. COLWELL
CLERK

## MOTION FOR FORMA PAUPERIS PAYMENT

Petitioner, John Joseph Pawelski, respectfully moves the court for financial assistance in receiving transcripts of court hearings. Petitioner has limited financial means and is unable to provide payment to the court reporter to transcribe court hearings.

### Prayer for Relief:

1) Petitioner requests the court provide an order for the government to pay the expense for court hearing transcripts;

2) provide instructions to the court reporter to transcribe the July 16, 2014 hearing within 7 days of the order;

3) mail said transcript to petitioner at P.O. Box 75341, Colorado Springs, Co. 80970;

4) transcribe any future hearings at no cost to petitioner and to mail above address.

Respectfully submitted,
John Joseph Pawelski

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Forma Pauperis Payment was mailed to the Clerk of Court by first class mail on July 25, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.

*John Joseph Pawelski*
John Pawelski
6432 Rockville Drive
Colorado Springs, Colorado