# EXHIBIT 4

W6-2 - Page 1 of 7

| Form **1040X** (Rev November 2005) | Department of the Treasury — Internal Revenue Service **Amended U.S. Individual Income Tax Return** ► See separate instructions. | OMB No. 1545-0074 |

This return is for calendar year ► 2005 , or fiscal year ended ►

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| CLARA | M | MUELLER | 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 |
| If a joint return, spouse's first name | MI | Last name | Spouse's social security number |

Home address (no. and street) or P.O. box if mail is not delivered to your home — Apt no. — Phone number

8620 BRAESWOOD POINT #2

City/town or post office. If you have a foreign address, see instructions.

COLORADO SPRINGS — State CO — ZIP code 80920

**For Paperwork Reduction Act Notice, see instructions.**

If the address shown above is different from that shown on your last return filed with the IRS and you would like us to change it, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.
On original return ► ☒ Single   ☐ Married filing jointly   ☐ Married filing separately   ☐ Head of household   ☐ Qualifying widow(er)
On this return ► ☒ Single   ☐ Married filing jointly   ☐ Married filing separately   ☐ Head of household   ☐ Qualifying widow(er)
If the qualifying person is a child but not your dependent, see instructions.

Use Part II on page 2 to explain any changes

| | | **A** Original amount or as previously adjusted (see instructions) | **B** Net change — amount of increase or (decrease) — explain in Part II | **C** Correct amount |
|---|---|---|---|---|
| | **Income and Deductions (see instructions)** | | | |
| 1 | Adjusted gross income (see instructions) | 8,173. | 559,873. | 568,046. |
| 2 | Itemized deductions or standard deduction (see instructions) | 17,202. | -12,017. | 5,185. |
| 3 | Subtract line 2 from line 1 | -9,029. | 571,890. | 562,861. |
| 4 | Exemptions. If changing, fill in Parts I and II on page 2 | 3,200. | -3,200. | 0. |
| 5 | Taxable income. Subtract line 4 from line 3 | 0. | 562,861. | 562,861. |
| Tax Lia-bility | 6 Tax (see instructions). Method used in column C **TCW** | 0. | 177,471. | 177,471. |
| | 7 Credits (see instructions) | 0. | 0. | 0. |
| | 8 Subtract line 7 from line 6. Enter the result but not less than zero | 0. | 177,471. | 177,471. |
| | 9 Other taxes (see instructions) | 0. | 0. | 0. |
| | 10 Total tax. Add lines 8 and 9 | 0. | 177,471. | 177,471. |
| Pay-ments | 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see instructions | 128. | 559,873. | 560,001. |
| | 12 Estimated tax payments, including amount applied from prior year's return | 0. | 0. | 0. |
| | 13 Earned income credit (EIC) | 0. | 0. | 0. |
| | 14 Additional child tax credit from Form 8812 | 0. | 0. | 0. |
| | 15 Credits from Form 2439, Form 4136, or Form 8885 | 0. | 0. | 0. |
| | 16 Amount paid with request for extension of time to file (see instructions) | | | 16 |
| | 17 Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 |
| | 18 Total payments. Add lines 11 through 17 in column C | | | 18 560,001. |
| | **Refund or Amount You Owe** | | | |
| | 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 19 128. |
| | 20 Subtract line 19 from line 18 (see instructions) | | | 20 559,873. |
| | 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see instructions | | | 21 |
| | 22 If line 10, column C, is less than line 20, enter the difference | | | 22 382,402. |
| | 23 Amount of line 22 you want **refunded** to you | | | 23 382,402. |
| | 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instrs. Keep a copy for your records.
► [signature] M. Muella   Date 1-6-09
Your signature

Spouse's signature. If a joint return, both must sign   Date

**Paid Preparer's Use Only**
Preparer's signature ► [signature]   Date 12/23/2008   Check if self-employed ☒   Preparer's SSN or PTIN P00896630
Firm's name (or yours if self-employed), address, and ZIP code   EIN
Phone no.

BAA

Form 1040X (Rev 11-2005)

GRAND JURY EXHIBIT

GJ-00000374

**Form 1040X** (Rev 11-2005)   CLARA M MUELLER                 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   Page 2

## Part I — Exemptions. See Form 1040 or 1040A instructions.

Complete this part only if you are:
- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina.

| | | | A Original number of exemptions reported or as previously adjusted | B Net change | C Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse | 25 | | | |
| | Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 (see instructions for line 4) | 31 | | | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 | 32 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 if the amount on line 1 is over: |
|---|---|---|
| 2005 | $3,200 | $109,475 |
| 2004 | 3,100 | 107,025 |
| 2003 | 3,050 | 104,625 |
| 2002 | 3,000 | 103,000 |

33 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Number of children on 33 who:
- lived with you ►
- did not live with you due to divorce or separation (see instructions) ►
- Dependents on 33 not entered above ►

## Part II — Explanation of Changes

Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See the instructions. Also, check here ► ☐

REPORT OID WITHOLDING TO RETURN EQUITY INTEREST TO PRINCIPAL AND SURETY

## Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ► ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ► ☐

Form 1040X (Rev 11-2005)

FDIA1812  12/02/05

GJ-00000375

Form **1040**   Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2005**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning _____, 2005, ending _____, 20_____        OMB No. 1545-0074

**Label**
(See instructions.)

**Use the
IRS label.
Otherwise,
please print
or type.**

| | | |
|---|---|---|
| Your first name: CLARA | MI: M | Last name: MUELLER |
| If a joint return, spouse's first name | MI | Last name |

Your social security number: **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**

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.        Apartment no.
8620 BRAESWOOD POINT #2

City, town or post office. If you have a foreign address, see instructions.        State: CO   ZIP code: 80920
COLORADO SPRINGS

**You must enter your social security number(s) above.** ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . ▶ ☐ You   ☐ Spouse

**Filing Status**

Check only one box.

1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| (1) First name    Last name | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

Boxes checked on 6a and 6b . . . . . **1**
No. of children on 6c who:
• lived with you . . . . .
• did not live with you due to divorce or separation (see instrs) . . .
Dependents on 6c not entered above . . .
Add numbers on lines above . . ▶ **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . | 7 | 8,173. |
| 8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . | 8a | 559,873. |
| b Tax-exempt interest. Do not include on line 8a . . . . . . . . . 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . | 9a | |
| b Qualid divs (see instrs) . . . . . . . . . . . . . 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . | 12 | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . | 14 | |
| 15a IRA distributions . . . . . . 15a | b Taxable amount (see instrs) | 15b | |
| 16a Pensions and annuities . . 16a | b Taxable amount (see instrs) | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . | 18 | |
| 19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a Social security benefits . . 20a | b Taxable amount (see instrs) | 20b | |
| 21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 568,046. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) . . . . . . . . . . | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . | 24 | |
| 25 Health savings account deduction. Attach Form 8889 . . . . . | 25 | |
| 26 Moving expenses. Attach Form 3903 . . . . . . . . . . | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | |
| 28 Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | |
| 29 Self-employed health insurance deduction (see instructions) . . | 29 | |
| 30 Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 IRA deduction (see instructions) . . . . . . . . . . . . . | 32 | |
| 33 Student loan interest deduction (see instructions) . . . . . | 33 | |
| 34 Tuition and fees deduction (see instructions) . . . . . . . | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 . . | 35 | |
| 36 Add lines 23 - 35 . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 Subtract line 36 from line 22. This is your adjusted gross income . . . . . . . . . ▶ | 37 | 568,046. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.        FDIA0112   11/07/05        Form **1040** (2005)

AMENDED

Form **1040** (2005)    CLARA- M MUELLER                                                                 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       Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | **38** | 568,046. |

**Standard Deduction for —**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

39a Check if: ☐ You were born before January 2, 1941, ☐ Blind. **Total boxes**
☐ Spouse was born before January 2, 1941, ☐ Blind. checked ► **39a**

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ► **39b** ☐

40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) .......... **40** | 5,185.

41 Subtract line 40 from line 38 ............. **41** | 562,861.

42 If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d ...... **42** | 0.

43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ....... **43** | 562,861.

44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 .... **44** | 177,471.

45 Alternative minimum tax (see instructions). Attach Form 6251 ........... **45** |

46 Add lines 44 and 45 ............. ► **46** | 177,471.

47 Foreign tax credit. Attach Form 1116 if required .......... **47** |

48 Credit for child and dependent care expenses. Attach Form 2441 .... **48** |

49 Credit for the elderly or the disabled. Attach Schedule R .... **49** |

50 Education credits. Attach Form 8863 ............. **50** |

51 Retirement savings contributions credit. Attach Form 8880 .... **51** |

52 Child tax credit (see instructions). Attach Form 8901 if required ...... **52** |

53 Adoption credit. Attach Form 8839 ............. **53** |

54 Credits from: a ☐ Form 8396 b ☐ Form 8859 .... **54** |

55 Other credits. Check applicable box(es): a ☐ Form 3800
b ☐ Form 8801 c ☐ Form _____ **55** |

56 Add lines 47 through 55. These are your **total credits** ............ **56** |

57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ........ ► **57** | 177,471.

**Other Taxes**

58 Self-employment tax. Attach Schedule SE ............. **58** |

59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 .. **59** |

60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required .. **60** |

61 Advance earned income credit payments from Form(s) W-2 ............. **61** |

62 Household employment taxes. Attach Schedule H ............. **62** |

63 Add lines 57-62. This is your total tax ............. ► **63** | 177,471.

**Payments**

If you have a qualifying child, attach Schedule EIC.

64 Federal income tax withheld from Forms W-2 and 1099 ...... **64** | 560,001.

65 2005 estimated tax payments and amount applied from 2004 return .... **65** |

66a Earned income credit (EIC) ............. **66a** |

b Nontaxable combat pay election .... **66b** |

67 Excess social security and tier 1 RRTA tax withheld (see instructions) .... **67** |

68 Additional child tax credit. Attach Form 8812 ............. **68** |

69 Amount paid with request for extension to file (see instructions) .... **69** |

70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 **70** |

71 Add lines 64, 65, 66a, and 67 through 70. These are your total payments .... ► **71** | 560,001.

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d.

72 If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid .... **72** | 382,530.

73a Amount of line 72 you want refunded to you ............. ► **73a** | 382,530.

► b Routing number ....... XXXXXXXXX ► c Type: ☐ Checking ☐ Savings
► d Account number XXXXXXXXXXXXXXXXX

74 Amount of line 72 you want applied to your 2006 estimated tax .... **74** |

**Amount You Owe**

75 Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions .. ► **75** |

76 Estimated tax penalty (see instructions) ............. **76** |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ► _____ Phone no. ► _____ Personal identification number (PIN) ►

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ► *Clara M Mueller*    Date *1-6-09*    Your occupation SALES    Daytime phone number

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ► _____ Date *12-23-08* Check if self-employed ☒    Preparer's SSN or PTIN P00896630

Firm's name (or yours if self-employed), address, and ZIP code ► NUMBERS AND BEYOND
5996 PINE RIDGE DR
ELIZABETH    CO   80107    EIN _____    Phone no.

Form **1040** (2005)

FDIA0112  11/07/05

AMENDED

GJ-00000377

Schedule B (Form 1040) 2005

OMB No. 1545-0074

Page **2**

Name(s) shown on Form 1040.

CLARA M MUELLER

Your social security number

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

# Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. **08**

| Part I Interest | 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶ | | Amount |
|---|---|---|---|
| (See instructions for Form 1040, line 8a.) | CARRINGTON MORTGAGE SVS 9073 | | 296,895. |
| | KEY BANK NA 9396 | | 93,652. |
| | ENT FEDERAL CREDIT UNION 0100 | | 8,247. |
| | WELLS FARGO BANK NA 2236 | | 6,079. |
| Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | COUNTRYWIDE HOME LOANS 3884 | | 124,000. |
| | COUNTRYWIDE HOME LOANS 3258 | 1 | 31,000. |
| | | | |
| | 2 Add the amounts on line 1 .......................................... | 2 | 559,873. |
| | 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ................................ | 3 | |
| | 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ......... ▶ | 4 | 559,873. |

Note. If line 4 is over $1,500, you must complete Part III.

| Part II Ordinary Dividends | 5 List name of payer ... ▶ | | Amount |
|---|---|---|---|
| (See instructions for Form 1040, line 9a.) | | | |
| Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | 5 | |
| | 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ......... ▶ | 6 | |

Note. If line 6 is over $1,500, you must complete Part III.

| Part III Foreign Accounts and Trusts | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| (See instructions.) | 7a At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ........................................ | | X |
| | b If 'Yes,' enter the name of the foreign country .. ▶ | | |
| | 8 During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ....................................... | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIA0401  07/29/05

Schedule B (Form 1040) 2005

AMENDED

GJ-00000378



CERTIFIED MAIL

CPU

U.S. POSTAGE
$ 5.49⁰

MAILED   JAN 06 2009
80920

P8 1P 000
3657323
FCML

7006 2150 0002 0780 7229

Clem Maeder.
8620 Braeswood Pl Apt 2
Colorado Springs CO 80920-7296

RETURN RECEIPT
REQUESTED

IRS Center
Fresno, CA 93888-0422

GJ-00000379



GJ-00000380