# EXHIBIT 5

W6-1 - Page 1 of 16

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Department of the Treasury
    IRS Service Center
    Kansas City, MO
    64999

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   INTERNAL REVENUE SERVICE
   KANSAS CITY, MO 64999-0002

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0220 0004 6412 4964

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EVIDENCE RETURNED BEFORE
DATE: 5/23/__
GRAND JURY NO: 2013-2
FOREMAN: _____

GRAND JURY EXHIBIT

GJ-00000495

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

Clara Mueller
8620 Braewood Pt #2
Colorado Springs, Co 80920

GTB



## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.

PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

```
             TEMPLETON STA
         Colorado Springs, Colorado
                809189998
             0723550618 -0096
02/25/2009      (719)570-5462     04:04:55 PM

─────────────── Sales Receipt ───────────────
Product           Sale  Unit        Final
Description       Qty   Price       Price

KANSAS CITY MO 64999                $1.34
Zone-4 First-Class
Large Env
 3.40 oz.
 Return Rcpt (Green Card)           $2.20
 Certified                          $2.70
 Label #:        70070220000464124964
                                 ========
 Issue PVI:                         $6.24


Total:                              $6.24

Paid by:
Cash                               $20.25
Change Due:                       -$14.01

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000400781356
Clerk: 08

   All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
*******************************************
*******************************************
          HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*******************************************
*******************************************



              Customer Copy
```

GJ-00000499







GJ-00000500

# CERTIFICATE OF SERVICE

On February 25, 2009, I mailed to:

DEPARTMENT OF THE TREASURY
IRS SERVICE CENTER
KANSAS CITY, MISSOURI
    64999

the papers identified as:

1. 2008 1099-OID and 1096 Transmittal
2. 2007 1099-OID and 1096 Transmittal
3. 2006 1099-OID and 1096 Transmittal
4. 2005 1099-OID and 1096 Transmittal
5. 2004 1099-OID and 1096 Transmittal
6. 2003 1099-OID and 1096 Transmittal

by mailing it in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail #7007 0220 0004 6412 4964   (IRS forms for GEORGE T BROKAW)

Dated 2/25/09

_____        3/11/2012
Notary public                                                 My commission expires

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

George T. Brokaw  
2260 Palm Drive  
Colorado Springs, Colorado  
      80918

Feb. 25, 2009

Department of the Treasury  
IRS Service Center  
Kansas City, Missouri  
      64999

Dear IRS;

I have included 1099-OID forms and 1096 Transmittal forms for the years 2003 through 2008. 2003 forms are copies for that is what IRS supplies sent me. They did not send originals.

Sincerely:


George T. Brokaw

**2008**

## Form 1099-OID (1 of 3)

9696  ☐ VOID  ☐ CORRECTED

- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  First National Bank
  P. O. Box 270
  Las Animas, CO 81054-0270
- **PAYER'S federal identification number:** 84-0248743
- **RECIPIENT'S identification number:** 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
- **1 Original issue discount for 2008:** $79,099.71
- **4 Federal income tax withheld:** $79,099.71
- **5 Description:** Bank Account Act # 200501677
- **Account number:** 200501677

OMB No. 1545-0117 — 2008 — Form 1099-OID — Original Issue Discount — Copy A For Internal Revenue Service Center

## Form 1099-OID (2 of 3)

9696  ☐ VOID  ☐ CORRECTED

- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  Wells Fargo Bank
  P. O. Box 5247
  Denver, CO 80274
- **PAYER'S federal identification number:** 95-3233208
- **RECIPIENT'S identification number:** 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
- **RECIPIENT'S name:** G T B
- **1 Original issue discount for 2008:** $13,278.89
- **4 Federal income tax withheld:** $13,278.89
- **5 Description:** Bank Account Act # 500-5155729
- **Account number:** 500-5155729

## Form 1099-OID (3 of 3)

9696  ☐ VOID  ☐ CORRECTED

- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  American Express
  P. O. Box 650448
  Dallas, TX 75265-0448
- **PAYER'S federal identification number:** 13-3133497
- **RECIPIENT'S identification number:** 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
- **1 Original issue discount for 2008:** $5000.00
- **4 Federal income tax withheld:** $5000.00
- **5 Description:** credit Card Act # 3728 638889 31004
- **Account number:** 3728 638889 31004

**2007**

## Form 1099-OID (1st)

- 9696
- PAYER'S name: First National Bank, P.O. Box 270, Las Animas, CO 81054-0270
- 1 Original issue discount for 2008: $66,623.80
- PAYER'S federal identification number: 84-0248743
- RECIPIENT'S identification number: 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
- 4 Federal income tax withheld: $66623.80
- 5 Description: Bank Account Acct # 200501677
- Account number: 200501677

## Form 1099-OID (2nd)

- 9696
- PAYER'S name: Wells Fargo Bank, P.O. Box 5247, Denver, CO 80274
- 1 Original issue discount for 2008: $26,171.52
- PAYER'S federal identification number: 95-3233208
- RECIPIENT'S identification number: 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
- 4 Federal income tax withheld: $26171.52
- RECIPIENT'S name: George T. Brokaw
- 5 Description: Bank Account Acct # 500-5155729
- Account number: 500-5155729

## Form 1099-OID (3rd)

- 9696
- PAYER'S name: Washington Mutual Bank, P.O. Box 660433, Dallas, TX 75266-0433
- 1 Original issue discount for 2008: $6222.00
- PAYER'S federal identification number: 68-0172274
- RECIPIENT'S identification number: 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
- 4 Federal income tax withheld: $6222.00
- 5 Description: Credit Bank Account Card 4121-3723-0000-1863
- Account number: 4121-3723-0000-1863

9696  ☐ VOID  ☐ CORRECTED                                              2007

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
American Express
P.O. Box 650448
Dallas, TX 75265-0448

**1 Original Issue discount for 2008**
$ 5000.00

**2 Other periodic interest**
$

OMB No. 1545-0117
**2007**
Form 1099-OID

Original Issue Discount

**PAYER'S federal identification number**
13-3133497

**RECIPIENT'S identification number**

**3 Early withdrawal penalty**
$

**4 Federal income tax withheld**
$ 5000.00

Copy A
For
Internal Revenue Service Center
File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

**RECIPIENT'S name**

**5 Description**  Credit Card
Acct. # 3728 638889 31004

**Street address (including apt. no.)**

**6 Original issue discount on U.S. Treasury obligations**
$

**City, state, and ZIP code**

**7 Investment expenses**
$

**Account number (see instructions)**

2nd TIN not. ☐

Form **1099-OID**   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

9696  ☐ VOID  ☐ CORRECTED                                              2007
Form 1099-OID — Original Issue Discount (blank)

---

9696  ☐ VOID  ☐ CORRECTED                                              2007
Form 1099-OID — Original Issue Discount (blank)

## Form 1099-OID (1 of 3)

9696 — VOID ☐ CORRECTED ☐

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Chrysler Financial
2050 Roanoke Rd
Westlake, TX 76262-9616

**1 Original issue discount for 2008:** $24,304.48
**2 Other periodic interest:** $
**OMB No. 1545-0117** — 2006
Form 1099-OID — Original Issue Discount

**PAYER'S federal identification number:** 38-3536414
**RECIPIENT'S identification number:** 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
**3 Early withdrawal penalty:** $
**4 Federal income tax withheld:** $24,304.48

**RECIPIENT'S name:** George T. Brokaw
**5 Description:** Credit Account Acct. # 1004555125

**Street address:** 2260 Palm Drive
**6 Original issue discount on U.S. Treasury obligations:** $

**City, state, and ZIP code:** Colorado Springs, CO 80918
**7 Investment expenses:** $

**Account number:** 1004555125

Copy A — For Internal Revenue Service Center — File with Form 1096.

---

## Form 1099-OID (2 of 3)

9696 — VOID ☐ CORRECTED ☐

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Security Service Fed. Credit Union
310 E. Abriendo Ave
Pueblo, CO 81004-4298

**1 Original issue discount for 2008:** $29,928.00
**2 Other periodic interest:** $
2006 — Form 1099-OID — Original Issue Discount

**PAYER'S federal identification number:** 74-1277697
**RECIPIENT'S identification number:** 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
**3 Early withdrawal penalty:** $
**4 Federal income tax withheld:** $29,928.00

**RECIPIENT'S name:** George T. Brokaw
**5 Description:** Credit Account # 4624918020

**Street address:** 2260 Palm Drive
**City, state, and ZIP code:** Colorado Spring, CO 80918
**7 Investment expenses:** $

**Account number:** 4624918020

Copy A — For Internal Revenue Service Center — File with Form 1096.

---

## Form 1099-OID (3 of 3)

9696 — VOID ☐ CORRECTED ☐

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Bank of America
P.O. Box 17309
Baltimore MD 21297-1309

**1 Original issue discount for 2008:** $8000.00
**2 Other periodic interest:** $
2006 — Form 1099-OID — Original Issue Discount

**PAYER'S federal identification number:** 94-1687665
**RECIPIENT'S identification number:** 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
**3 Early withdrawal penalty:** $
**4 Federal income tax withheld:** $8000.00

**RECIPIENT'S name:** 
**5 Description:** Credit Card Act # 4888 6031 3275 1249

**Street address:**
**City, state, and ZIP code:**
**7 Investment expenses:** $

**Account number:** 4888 6031 3275 1249

Copy A — For Internal Revenue Service Center — File with Form 1096.

2005

## Form 1099-OID (2005) — #1

- **9696**
- VOID ☐  CORRECTED ☐
- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  Wells Fargo Bank
  P.O. Box 5247
  Denver, CO 80274
- **1 Original issue discount for 2005:** $57817.47
- **PAYER'S federal identification number:** 95-3233208
- **RECIPIENT'S identification number:** 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
- **4 Federal income tax withheld:** $57817.47
- **5 Description:** Bank Account  Acct # 500-5155729
- **Account number:** 500-5155729

## Form 1099-OID (2005) — #2

- **9696**
- VOID ☐  CORRECTED ☐
- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  Key Bank
  P.O. Box 93885
  Cleveland, Ohio
- **1 Original issue discount for 2005:** $20,000.00
- **4 Federal income tax withheld:** $20,000.00
- **5 Description:** Bank Account  Acct # 760192020633
- **Account number:** 760192020633

## Form 1099-OID (2005) — #3

- **9696**
- VOID ☐  CORRECTED ☐
- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  American Express
  P.O. Box 650448
  Dallas TX 75265-0448
- **1 Original issue discount for 2005:** $5,000.00
- **PAYER'S federal identification number:** 13-3133497
- **RECIPIENT'S identification number:** 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
- **4 Federal income tax withheld:** $5000.00
- **5 Description:** Credit Card  Acct # 3728 638889 31004
- **Account number:** 3728 638889 31004

## Form 1099-OID (2004) — Form 1

- **PAYER:** Wells Fargo Bank, P.O. Box 5247, Denver, CO 80274
- **PAYER'S federal identification number:** 95-3233208
- **RECIPIENT'S identification number:** 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
- **RECIPIENT'S name:** G T B
- **Box 1 Original issue discount for 2008:** $55,140.59
- **Box 4 Federal income tax withheld:** $55,140.59
- **Box 5 Description:** Bank Account Act.# 500-5155729
- **Account number:** 500-5155729

## Form 1099-OID (2004) — Form 2

- **PAYER:** Key Bank, P.O. Box 93885, Cleveland, Ohio 44101
- **PAYER'S federal identification number:** 34-0797957
- **RECIPIENT'S identification number:** 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
- **Box 1 Original issue discount for 2008:** $50,000.00
- **Box 4 Federal income tax withheld:** $50,000.00
- **Box 5 Description:** Bank Account Act# 76019 2020633
- **Account number:** 76019 2020633

## Form 1099-OID (2004) — Form 3 (blank)

## Form 1 (top)

**9696** ☐ VOID ☐ CORRECTED

**2003**

PAYER'S name, street address, city, state, ZIP code, and telephone no.:
Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2003: $148,341.19

OMB No. 1545-0117
Form 1099-OID
**Original Issue Discount**

PAYER'S federal identification number: 95-3233208
RECIPIENT'S identification number: 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

4 Federal income tax withheld: $148,341.19

5 Description: Bank Account
Acct # 500-5155729

Account number: 500-5155729

Copy A For Internal Revenue Service Center

## Form 2 (middle) — blank

**9696** ☐ VOID ☐ CORRECTED

Form 1099-OID — 2003 (blank)

## Form 3 (bottom) — blank

**9696** ☐ VOID ☐ CORRECTED

Form 1099-OID — 2003 (blank)