# EXHIBIT 13

| | Message0022 |
|---|---|
| **Subject:** | **FW: OID from Clara** |
| **From:** | Curtis Morrris |
| **Date:** | 11/10/2008 7:19:00 PM |
| **To:** | 'cmorrsi@partpoint.net' |
| | **Message Body** |

From: Clara Mueller [mailto:clara@hifiveworld.com]
Sent: Monday, November 03, 2008 10:51 AM
To: effnbks@myedl.com
Subject: OID from Clara

TO: Curtis

FR: Clara

2005 OID Additions Thanks for your help. We're all so happy to know you!

I used three bank accounts in 2005.

Key Bank N.A. Acct.# 180760182029396

127 Public Square $93,652.20

Cleveland, Oh 44114

PO Box 94518

Cleveland, Oh 44101-4518

*[handwritten: offered for truth? she had these accts + directed Morris to prepare OIDs.]*

800-982-1102


ENT Federal Credit Union Acct.# 2526900100

7250 Campus Drive #200 $8,246.64

Colorado Springs, CO 80920-6517

719-574-1100


Well Fargo Bank N.A. Acct.# 688-5252236

PO Box 5247 $6,079.43

Denver, CO 80274

800-225-5935


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*>


The first and second mortgage opened April 2004 to July 2006


Countrywide Home Loans Acct.# 022253884

450 American Street $124,000

Simi Valley, CA 93065 Acct.# 035733258

800-669-6607 $31,000


The following is listed on my credit report with the account number of New Century Mortgage - #10014

Carrington Mortgage Svs.

1610 E. St. Andrew Place

Santa Ana, CA 92705

800-561-4567

I also sent as an attachment in case this garbles on us. Would you please let me know you received this i

| Attachment |
| --- |
| Curtis Morris - 1.doc |

| Outlook Header Information |
| --- |
| Conversation Topic: OID from Clara |
| Subject: FW: OID from Clara |
| From: Curtis Morrris |
| Sender Name: Curtis Morrris |
| To: 'cmorrsi@partpoint.net' |
| Delivery Time: 11/10/2008 7:19:00 PM |
| Creation Time: 11/10/2008 7:19:32 PM |
| Modification Time: 11/10/2008 7:19:39 PM |
| Submit Time: 11/10/2008 7:19:40 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 17 = Read, Has Attachment |
| Size: 42865 |