# EXHIBIT 22



Attachment S

Timothy F. Geithner, Secretary of the Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave. N.W.
Washington D.C. [20220]

Clara Mueller
8620 Braidwood Pt. #2
Colorado Springs, CO 80920

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY
DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

GRAND JURY
EXHIBIT
7
12-2



## Registered Private Offset And Discharge Bond
### NON NEGOTIABLE
**Bond Number MMVOB0002**

USPO REGISTERED MAIL # RA 218 080 565 US  
VALUE: $300,000,000.00 USD  

ISSUE DATE: June 1, 2009  
EXPIRATION DATE: May 31, 2039  

Pay To The: Timothy F. Geithner., Secretary of the United States Treasury  
Order  The United States Department of the Treasury,  
Of:    1500 Pennsylvania Avenue, NW  
       Washington, DC 20220.  

For:   Mimi-Michelle :Vigil,                           Principal,  
       MIMI M VIGIL                                    Account Holder, and  
       Social Security Number: 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             Account, each severally  

State of California Department of Revenue and all Agents Thereof  
American Mortgage Network                              Account Holder  
Saxon Mortgage                                         Account Holder  
Citibank                                               Account Holder  
Capital One Financial Corporation                      Account Holder  
Bellco Credit Union                                    Account Holder  
Walmart                                                Account Holder  
SLS Loan Servicing                                     Account Holder  
HSBC Holdings                                          Account Holder  
Ameriquest                                             Account Holder  
Household Beneficial                                   Account Holder  
Orchard Bank                                           Account Holder  
Beneficial Finance -- HSBC Group                       Account Holder  
Ocwen Financial Corporation                            Account Holder  
G E Money Bank                                         Account Holder  
ENT Credit Union                                       Account Holder  
Bank of America                                        Account Holder  
FIA Card Services                                      Account Holder  
Countrywide Bank                                       Account Holder  
Home Depot                                             Account Holder  
Citi Cards Canada                                      Account Holder  
Target National Bank/Target Corporation                Account Holder  
UMB Financial Corporation                              Account Holder  
Washington Mutual Bank/WaMu                            Account Holder  
Chase Bank                                             Account Holder  
CIT Group                                              Account Holder  

By On through:  
Mimi-Michelle :Vigil, Principal,                       Private Offset Account # 523745833  

George-Thomas :Brokaw, Surety #1,                      Private Offset Account # 278402356  

Private Offset Discharging and Indemnity Bond # GTBIB0001 USPO REGISTERED MAIL # RA 218 079 908 US  

John-Joseph :Pawelski, Surety #2,                      Private Offset Account # 330429404  

Private Offset Discharging and Indemnity Bond #: JJPIB0001 USPO REGISTERED MAIL # RE 016 974 897 US  

Surety #1 initials          Surety #2          Principal Iinitials  

Page 1 of 6  Bond Number MMVOB0002 United States Post Office Registered Mail Number RA 218 080 565 US  

-2-

## AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado        )
                         ) ss.:        **CERTIFICATION OF MAILING**
County of El Paso        )

On this __2nd__ day of June, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail #RA 218 080 565 US to:

Timothy F. Geithner, Secretary of the Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. [20220]

List of Documents Mailed:

1. Registered Private Offset and Discharge Bond
2. Copy of Affidavit of Notary Presentment

WITNESS my hand and official seal.

_Clara M Mueller_                        _June 2, 2009_            (Seal)
NOTARY PUBLIC                              DATE

My commission expires: __3-11__, 20 _12_            (Stamp)

```
CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 3-11-2012
```

-3-

GJ-00000094



We, as Signatories, to execute this Registered Private Offset and Discharge Bond # MMVOB0001 do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this 30th day of April in the year of Two Thousand and Nine.

Surety # 1 Initials
Surety # 2 initials
Principal Initials

George-Thomas :Brokaw, Surety #1
Private Offset Account # 278402356

/s/ _____
Surety #1:

John-Joseph :Pawelski, Surety #2
Private Offset Account # 330429404

/s/ _____
Surety #2:

Mimi-Michelle :Vigil, Principal
Private Offset Account # 523745833

/s/ _____
Principal:

We Solemnly attest as Witness, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the 1st Day of June in the year Two Thousand and Nine.

Witness #1 THOMAS JOSEPH WILLIAMS
/s/ Thomas-Joseph :Williams    Living Location    c/o 4813 DAYBREAK CIR
                                                  COLORADO SPRINGS, CO
                                                  (NEAR) 80917

Witness #2 _____
/s/ _____    Living Location    c/o 14255 C. [illegible]
                                          [illegible] Colorado
                                          (NEAR) [illegible]

Page 6 of 6    Bond Number MMVOB0002 · United States Post Office Registered Mail Number RA 218 080 565 US

-4-

C) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPO Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at
the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance** and **Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E) The Principal's stipulated mailing address is:
Mimi-Michelle :Vigil
MIMI VIGIL
c/o 3578 Hartsel Drive #E
Colorado Springs, Colorado NEAR [80920]
Non Domestic without the US

F) This Registered Private Offset and Discharge Bond Number MMVOB0001, shall expire on Maturity Date May 31, 2039

_____      _____      _____
Surety #1 initials        Surety #2 initials         Principal initials

Page 5 of 6   Bond Number MMVOB0002 · United States Post Office Registered Mail Number RA 218 080 565 US

-5-

GJ-00000096

<400>
<300>

# Bond Order

A) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action (s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation (s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - **Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying (s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation (s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation (s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

_[signature]_  
Surety # 1 initials

_[signature]_  
Surety # 2 initials

_[signature]_  
Principal initials

Page 4 of 6   Bond Number MMVOB0002 • United States Post Office Registered Mail Number  RA 218 080 565 US

-6-

GJ-00000097

In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We, Mimi-Michelle :Vigil, Principal, and George-Thomas :Brokaw, Surety, and John-Joseph :Pawelski, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including $300,000,000.00 (USD) - **Three Hundred Million United States Dollars**, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s),

encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

_[signature]_  Surety #1 initials            _[signature]_  Surety #2 initials            _[signature]_  Principal Initials

Page 2 of 6    Bond Number MMVOB0002   · United States Post Office Registered Mail Number RA 218 080 565 US

-7-

GJ-00000098



MR.TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

_____          _____          _____
Surety # 1                    Surety # 2                    Principal

Page 3 of 6   Bond Number MMVB0002 - United States Post Office Registered Mail Number RA 218 080 565 US