# EXHIBIT 28



00001734

REGISTERED MAIL

RA 218 088 330 US

FIRST CLASS

U.S. POSTAGE
PAID
COLORADO SPRING..CI
APR 14 10
AMOUNT
$0.00
0017476-12

Aubrey Billingsley
Internal Revenue Service
2864 South Circle Drive  Ste. 700
Colorado Springs, Colorado  80906-9917

Clara Mueller
8620 Braeswood Pt. Apt. 2
Colorado Springs, Colorado
80920

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY

DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

Page # 15

-1-

GRAND JURY
EXHIBIT

## AFFIDAVIT OF PRESENTMENT BY HAND DELIVERY

State of Colorado          )
                           ) ss.:          **CERTIFICATION OF DELIVERY**
County of El Paso          )

On this 24th day of March, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas :Brokaw appeared with me to hand deliver the following documents listed below for personal presentment to the office and official listed below. I, the below signed notary, personally verified that these documents were given to the representative named below as receiver.

Internal Revenue Service                  *Leland Deering*
Aubrey Billingsley ID # 1001022560
2864 S. Circle Drive, Suite 700
Colorado Springs, CO. 80906

List of Documents Delivered.

✓ Copy of 1040 Return for 2007 with cover letter dated May 1, 2009
✓ Copy of Affidavit for Removal, Recession of Signatures from IRS Forms 1040 from Debra Sue Brokaw.
✓ *Copy of Certified Search Federal District Court*
✓ Copy of Letter to IRS Technical Support Division 1500 Pennsylvania Ave., NW, Washington, DC dated March 3, 2010, Registered Mail # RA 218 088 343 US

✓ Copy of letter to R. M. Owens, IRS Cincinnati, Ohio dated March 9, 2010
✓ Copy of UCC Financing Statement and "NOTICE OF MARITIME LIEN" on Internal Revenue Service, Michael J. Pryor, and Douglas Schulman IRS Commissioner.

Copy of UCC Financing Statement and "NOTICE OF MARITIME LIEN" on Maureen Green, IRS Ogden, Utah.

_____
                                                    **Witness**

_____
                                          George-Thomas :Brokaw

_____
                                                    **Receiver**

WITNESS my hand and official seal.

_____          (Seal)
NOTARY PUBLIC                    DATE

My commission expires: _____ 4/14, 20 11          (Stamp)

Page # 16

-2-

DEPARTMENT OF THE TREASURY                                    May 1, 2009
INTERNAL REVENU SERVICE CENTER
FRESNO, CA. 93888-0002

RE: 2007 1040 for 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

Dear IRS Agent,

Enclosed is a copy of the Taxpayer ID 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 tax return form 1040 for the Year 2007 and included
are copies of 1099-OID's showing the Tax withheld.

This enclosed return shows a request for a refund of interest income that was unreported and not
distributed to the creator/originator of the funds. The Banking institutions invested and made increased
returns on the principal without compensating or informing the creator of their actions. The 1099-OID
forms direct which bank is in possession of the withheld funds.

Please retrieve from the bank the requested funds and facilitate their return to the originator/creator
through the enclosed request for return so that the appropriate amount of tax can be facilitated.

If there are any problems or questions please feel free to communicate with the taxpayer through US
mail as the taxpayer is unable to communicate any other way. If you feel that the enclosed information
is incorrect or inappropriate, please consult your supervisor to ensure that you are not violating any
criminal or civil procedures by denying the commercial request that is enclosed. All forms are authorized
IRS documents showing valid OMB numbers.

Denial or delay in fulfilling this request will be considered to be a dishonor in Commerce and the agent
responding with dishonor will be liable for the enclosed return request as will the managing supervisor
and  the Commissioner of the Internal Revenue Service, DOUGLAS SCHULMAN (fiduciary) per Stirpes.
This letter is notice and billing for the requested return $52,347. If this amount is not refunded within 45
days the billing will begin accruing $1,000 per month for 12 months and $2,000 per month after this.

Thank you for your prompt attentions to this invoicing.

By: _George-Thom Brokaw  Auth Rep._
                                    George-Thomas:Brokaw
                                    Secured Party Creditor
                                    Power of Attorney on File

CC: Douglas Schulman
Enclosures: Form 1040, Schedule A, Schedule B, Schedule C, Schedule SE

Page # _17_

-3-

00001736

GJ-00000063

Tax Summary and Instructions for Filing
2007 Federal Individual Income Tax Return

Summary of Federal Information:

| | | |
|---|---|---|
| Federal adjusted gross income ...................................................... | $ | 196,836.00 |
| Federal taxable income ................................................................. | $ | 179,336.00 |
| Federal refund ............................................................................. | $ | 52,374.00 |

The due date of the Federal Form 1040 is April 15, 2008.

Your federal refund of $52,374.00 will be mailed to you automatically by the Internal Revenue Service.

Mail the return to:

Department of the Treasury
Internal Revenue Service Center
Fresno, CA 93888-0002

Page # _18_

-4-

00001737

GJ-00000064

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 2007**

IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 – Dec 31, 2007, or other tax year beginning _____ , 2007, ending _____ , 20 ___

**Label** (See instructions.)

Use the IRS label. Otherwise, please print or type.

Your first name: GEORGE  MI: T  Last name: BROKAW

Your social security number: 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

If a joint return, spouse's first name: DEBRA  MI: S  Last name: BROKAW

Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.: 2260 PALM DR C

City, town or post office. If you have a foreign address, see instructions. State: CO  ZIP code: 80918

COLORADO SPRINGS

**You must enter your social security number(s) above.** ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) .......... ▶ ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ..........
b ☒ Spouse ..............................

Boxes checked on 6a and 6b: 2

| c Dependents: (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above ..

If more than four dependents, see instructions.

d Total number of exemptions claimed ..............................

Add numbers on lines above ▶ 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 .............................. | 7 | |
| 8a Taxable interest. Attach Schedule B if required .............................. | 8a | 104,018. |
| b Tax-exempt interest. Do not include on line 8a .......... | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required .......... | 9a | |
| b Qualified dividends (see instrs) .......... | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .......... | 10 | |
| 11 Alimony received .............................. | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ .......... | 12 | 88,020. |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here .......... ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 .......... | 14 | |
| 15a IRA distributions .......... 15a | b Taxable amount (see instrs) | 15b | |
| 16a Pensions and annuities .......... 16a | b Taxable amount (see instrs) | 16b | 11,017. |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 Farm income or (loss). Attach Schedule F .......... | 18 | |
| 19 Unemployment compensation .......... | 19 | |
| 20a Social security benefits .......... 20a | b Taxable amount (see instrs) .. | 20b | |
| 21 Other income .......... | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 203,055. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) .......... | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .......... | 24 | |
| 25 Health savings account deduction. Attach Form 8889 .......... | 25 | |
| 26 Moving expenses. Attach Form 3903 .......... | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE .......... | 27 | 6,219. |
| 28 Self-employed SEP, SIMPLE, and qualified plans .......... | 28 | |
| 29 Self-employed health insurance deduction (see instructions) .......... | 29 | |
| 30 Penalty on early withdrawal of savings .......... | 30 | |
| 31a Alimony paid  b Recipient's SSN .... ▶ | 31a | |
| 32 IRA deduction (see instructions) .......... | 32 | |
| 33 Student loan interest deduction (see instructions) .......... | 33 | |
| 34 Tuition and fees deduction. Attach Form 8917 .......... | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 .......... | 35 | |
| 36 Add lines 23 - 31a and 32 - 35 .......... | 36 | 6,219. |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 196,836. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

FDIA0112  12/06/07

Form 1040 (2007)

Page # 19

-5-

00001738

GJ-00000065

Form 1040 (2007)    GEORGE T & DEBRA S BROKAW                           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    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) .................................. | 38 | 196,836. |

39a Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a ☐

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐

**Standard Deduction**

- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| | | | | |
|---|---|---|---|---|
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) .................. | 40 | 10,700. |
| | 41 | Subtract line 40 from line 38 ............................................... | 41 | 186,136. |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions.................... | 42 | 6,800. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ................................. | 43 | 179,336. |
| | 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 ............................ | 44 | 39,207. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 ............ | 45 | |
| | 46 | Add lines 44 and 45 ................................................. ▶ | 46 | 39,207. |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 .......... | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R ..... | 48 | |
| | 49 | Education credits. Attach Form 8863 ................... | 49 | |
| | 50 | Residential energy credits. Attach Form 5695 ............... | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required .......... | 51 | |
| | 52 | Child tax credit (see instructions). Attach Form 8901 if required ...... | 52 | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 ... | 53 | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 ... | 54 | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ____ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits ................. | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0-. ....... ▶ | 57 | 39,207. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE ..................... | 58 | 12,437. |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ......... | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 .................... | 61 | |
| | 62 | Household employment taxes. Attach Schedule H ......................... | 62 | |
| | 63 | Add lines 57-62. This is your total tax ........................... ▶ | 63 | 51,644. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ... 64 | 104,018. | | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2007 estimated tax payments and amount applied from 2006 return ... 65 | | |
| | 66a | Earned income credit (EIC) ................ 66a | | |
| | b | Nontaxable combat pay election ..... 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) ....... 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 ........ 68 | | |
| | 69 | Amount paid with request for extension to file (see instructions) ..... 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 70 | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 ... 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments .............. ▶ | 72 | 104,018. |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid ......... | 73 | 52,374. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 52,374. |
| | ▶ b | Routing number ........ XXXXXXXXX   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number ........ XXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ..... ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions .......... ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) ................. 77 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ...... ☐ Yes. Complete the following. ☒ No

Designee's name ____  Phone no. ____  Personal identification number (PIN) ____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature ____  Date ____  Your occupation ____  Daytime phone number ____

Spouse's signature. If a joint return, both must sign. ____  Date ____  Spouse's occupation ____

**Paid Preparer's Use Only**

Preparer's signature ▶ By: C R   Date 04/28/2009   Check if self-employed ☒   Preparer's SSN or PTIN  P00896630

Firm's name (or yours if self-employed), address, and ZIP code  NUMBERS AND BEYOND   5996 PINE RIDGE DR   ELIZABETH   CO  80107-7821   EIN ____  Phone no. ____

Form 1040 (2007)

FDIA0112   12/06/07

Page # 20

-6-

00001739

GJ-00000066

Schedule B (Form 1040) 2007           OMB No. 1545-0074    Page 2

Name(s) shown on Form 1040.

GEORGE T & DEBRA S BROKAW

Your social security number: 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

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | | Amount |
|---|---|---|---|
| **Part I Interest** (See instructions for Form 1040, line 8a.) | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶ | |
| | | WELLS FARGO BANK 5729 | 26,172. |
| | | AMERICAN EXPRESS 31004 | 5,000. |
| | | WASHINGTON MUTUAL BANK 1863 | 6,222. |
| | | FIRST NATIONAL BANK 1677 | 66,624. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | Amount |
|---|---|---|---|
| | 2 | Add the amounts on line 1 .................... **2** | 104,018. |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ......................... **3** | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........ ▶ **4** | 104,018. |

Note. If line 4 is over $1,500, you must complete Part III.

| | | | Amount |
|---|---|---|---|
| **Part II Ordinary Dividends** (See instructions for Form 1040, line 9a.) | 5 | List name of payer ... ▶ | |

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | Amount |
|---|---|---|---|
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ........ ▶ **6** | |

Note. If line 6 is over $1,500, you must complete Part III.

| **Part III Foreign Accounts and Trusts** (instructions.) | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | 7a At any time during 2007, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ................................ | | X |
| | b If 'Yes,' enter the name of the foreign country .. ▶ | | |
| | 8 During 2007, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ................................ | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0401  05/11/07     Schedule B (Form 1040) 2007

Page # _21_

00001740

GJ-00000067

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.
►Attach to Form 1040, 1040NR, or 1041.   ►See instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| GEORGE T BROKAW | 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 |

| A   Principal business or profession, including product or service (see instructions) | B   Enter code from instructions |
|---|---|
| INSURANCE | ► 524290 |

| C   Business name. If no separate business name, leave blank. | D   Employer ID number (EIN), if any |
|---|---|

E   Business address (including suite or room no.)► 2260 PALM DR C
    City, town or post office, state, and ZIP code   COLORADO SPRINGS, CO 80918

F   Accounting method:   (1)  [X] Cash   (2)  [ ] Accrual   (3)  [ ] Other (specify) ►

G   Did you 'materially participate' in the operation of this business during 2007? If 'No,' see instructions for limit on losses .... [X] Yes  [ ] No

H   If you started or acquired this business during 2007, check here ........................................ ►

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ............ ► [ ] | 1 | 97,119. |
| 2 | Returns and allowances ...................................................... | 2 | |
| 3 | Subtract line 2 from line 1 .................................................. | 3 | 97,119. |
| 4 | Cost of goods sold (from line 42 on page 2) ................................ | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 ................................... | 5 | 97,119. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ........................................................... | 6 | |
| 7 | Gross income. Add lines 5 and 6 ........................................... ► | 7 | 97,119. |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising ................... | 8 | 1,260. | 18 | Office expense ......................... | 18 | 790. |
| 9 | Car and truck expenses (see instructions) ............. | 9 | 4,219. | 19 | Pension and profit-sharing plans ...... | 19 | |
| 10 | Commissions and fees ........ | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) ............. | 11 | | 20a | Vehicles, machinery, and equipment ...... | 20a | |
| | | | | 20b | Other business property ............. | 20b | |
| 12 | Depletion ................... | 12 | | 21 | Repairs and maintenance .............. | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ............. | 13 | | 22 | Supplies (not included in Part III) ....... | 22 | 1,320. |
| | | | | 23 | Taxes and licenses .................... | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) ........ | 14 | | 24a | Travel ................................ | 24a | |
| 15 | Insurance (other than health) ... | 15 | | 24b | Deductible meals and entertainment (see instructions) ...................... | 24b | |
| 16 | Interest: | | | 25 | Utilities ............................... | 25 | 1,360. |
| 16a | Mortgage (paid to banks, etc) ........ | 16a | | 26 | Wages (less employment credits) ...... | 26 | |
| 16b | Other ............................ | 16b | | 27 | Other expenses (from line 48 on page 2) ........................ | 27 | |
| 17 | Legal & professional services ... | 17 | 150. | | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ............ ► | 28 | 9,099. |
|---|---|---|---|

| 29 | Tentative profit (loss). Subtract line 28 from line 7 ............................ | 29 | 88,020. |
|---|---|---|---|
| 30 | Expenses for business use of your home. Attach Form 8829 ..................... | 30 | |

31   Net profit or (loss). Subtract line 30 from line 29.

 • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

| | | 31 | 88,020. |
|---|---|---|---|

 • If a loss, you must go to line 32.

32   If you have a loss, check the box that describes your investment in this activity (see instructions).

 • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

32a [X] All investment is at risk

 • If you checked 32b, you must attach Form 6198. Your loss may be limited.

32b [ ] Some investment is not at risk.

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2007

FDIZ0112   06/15/07

Page # _22_

-8-

00001741

GJ-00000068

Schedule C (Form 1040) 2007  GEORGE  T  BROKAW                          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        Page 2

**Part III   Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | |
|---|---|---|
| Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | |
| 38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| 41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . . . . . . | 42 | |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ► 01/01/2003

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:
    a Business _ _ _ _ _ _ _ 8,699   b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ 3,730

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

    Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

  b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . | 48 | |

Schedule C (Form 1040) 2007

FDIZ0112   05/15/07     Page #   23

00001742

GJ-00000069

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Self-Employment Tax**

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. 17

Name of person with self-employment income (as shown on Form 1040)
GORGE T BROKAW

Social security number of person
with self-employment income ► 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

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, or

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart only if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 88,020. |
| 3 Combine lines 1 and 2 | 3 | 88,020. |
| 4 Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ► | 4 | 81,286. |
| 5 Self-employment tax. If the amount on line 4 is:<br>• $97,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 58.<br>• More than $97,500, multiply line 4 by 2.9% (.029). Then, add $12,090 to the result. Enter the total here and on Form 1040, line 58. | 5 | 12,437. |
| 6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 ............... | 6 | 6,219. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2007

-10-

00001743

GJ-00000070

## Affidavit for Removal, Recession of Signatures from IRS Forms 1040

Per Colorado Revised Statutes. 30-10-103
Notice to agent is notice to principal, Notice to principal is notice to agent

I Debra Sue, Brokaw certify/ testify that I have mailed, Certified Mail # 7008 1830 0003 0659 9865 to Maureen Green, Operations Manager, Ogden, Utah IRS on the date of 10/26/2009 **Affidavit for Removal, Recession of Signatures from Forms 1040 IRS** paper work and **Affidavit for receipt holder of trust number 282469839.**

I Debra Sue, Brokaw voluntarily remove, cancel and annul my signatures and name from all (IRS forms 1040 and1099-OID) that were associated with or affixed to (years 2003 through and including 2008). Copies of forms 1040, with removal are attached.

Copy of **Affidavit for receipt holder of trust number 282469839** attached.


Grantor and Receipt Holder for
Bonded receipt # 282469839

Cc:

Douglas Schulman, Commissioner IRS
1111 Constitution Ave. N.W.
Washington, D.C.

Timothy Geithner, Secretary of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C.

7008 1830 0003 0659 9865

CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ 1.22
Certified Fee 2.80
Return Receipt Fee (Endorsement Required) 2.30
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.32

Sent To Maureen Green Ops. Mgr. IRS
Street, Apt. No.; or PO Box No. 973 N. Rulon White Blvd.
City, State, ZIP+4 Ogden, UT 84404-0040

Postmark Here

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maureen Green Ops. Mgr.
Internal Revenue Service
973 N. Rulon White Blvd.
n, UTah 84404-0040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NOV 1 2 2008

OGDEN, UT

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7008 1830 0003 0659 9865

Domestic Return Receipt

Page # 25

-11-

00001744

GJ-00000071

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2007** IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2007, or other tax year beginning , 2007, ending , 20

OMB No. 1545-0074

**Label**
(See instructions)

Use the IRS label. Otherwise, please print or type.

| First name | MI | Last name | Your social security number |
|---|---|---|---|
| GEORGE | T | BROKAW | 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 |

If a joint return, spouse's first name | MI | Last name | Spouse's social security number
DEBRA | S | BROKAM | 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

Home address (number and street). If you have a P.O. box, see instructions. | Apartment no.
2260 PALM DR C

You must enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions. | State | ZIP code
COLORADO SPRINGS | CO | 80918

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .......... | Boxes checked on 6a and 6b .. **2**
b ☒ Spouse ......................................................... | No. of children on 6c who:

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

● lived with you
● did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above

d Total number of exemptions claimed | Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ....................... | 7 | 104,018. |
| 8a | Taxable interest. Attach Schedule B if required ....................... | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ... | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required ..................... | 9a | |
| b | Qualified dividends (see instrs) ... | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... | 10 | |
| 11 | Alimony received ............................................ | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ .................. | 12 | 88,020. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ............ ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ........................... | 14 | |
| 15a | IRA distributions ......... | 15a | | b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities ... | 16a | | b Taxable amount (see instrs) | 16b | 11,017. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ............................ | 18 | |
| 19 | Unemployment compensation ..................................... | 19 | |
| 20a | Social security benefits ... | 20a | | b Taxable amount (see instrs) | 20b | |
| 21 | Other income .............................................. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 203,055. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) ...................... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ........ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ....... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ..................... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ...... | 27 | 6,219. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ........... | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) ... | 29 | |
| 30 | Penalty on early withdrawal of savings ................... | 30 | |
| 31a | Alimony paid  b Recipient's SSN .... ▶ | 31a | |
| 32 | IRA deduction (see instructions) ......................... | 32 | |
| 33 | Student loan interest deduction (see instructions)............ | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 ............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 .. | 35 | |
| 36 | Add 23 - 31a and 32 - 35 ........................................... | 36 | 6,219. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ............... | 37 | 196,836. |

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** FDIA0112  12/06/07 | Form 1040 (2007)

Page # 26

00001745

GJ-00000072

## Affidavit for receipt holder of trust number 282469839

I Debra Sue, Brokaw certify/testify that I have mailed, Certified Mail # 7008 1830 0003 0659 9865 to Maureen Green, Operations Manager, Ogden, Utah IRS on the date of 10/26/2009 **notice and demand to correct records of false and misleading representation** IRS paper work and **notice and demand to revoke cancel nd annual** any and all past filings, **grants** that were done by misrepresentation, ignorance or temporary insanity, all signing's of past forms were **not correct, they were not true, they were misleading and I was not of sound mind because of false and misleading representations**

I Debra Sue, Brokaw voluntarily choose to exercise my "Grantor" duties and collapsing this trust with IRS, and revoke, cancel and annul any and all filings, grants that have been done in the past under misrepresentation that I am an "American Taxpayer" , it is my claim that your people have given myself a false and misleading representation to what you have called a social security number that **I claim is an unconscionable contract,** because I have seen no evidence in fact that there is any security in socialism, evidenced that I am only a receipt holder of a bond, **the receipt issued by others related to your company,  my evidence that I have already paid all my debts in full for others. AGENTS AT IRS INCLUDED, to benefit from,** so I voluntarily MAKE THIS REFORMATION, AMENDMENT, MODIFICATION, TO **any and all grants that I have given to IRS in relationship to this number and the monies it has created FOR as  BENEFITS, for others** and as receipt holder give this notice and demand for IRS to send me a detailed statement as receipt holder, of the Dividend Reinvestment Plan value related to my receipts and bond numbers, if I don't receive a detailed statement shall purport  that I am entitled as receipt holder in this (DRP) as grantor reimbursements of my fair share, and evidenced that my grant was unlimited, my account shall remain unlimited, EVIDENCED BY FIAT MONIES, DATA ENTRY, of everything that has ever gone through or reported on the BOARD OF GOVERNORS OF THE FEDERAL RESERVE ANNUAL REPORTS, IF I don't receive a rebuttal or objection, I shall accept your systems tacit agreement of what my receipts are valued at, and this affidavit shall become my evidence in fact to these grants accounted value, and as receipt holder of legal age, and of sound mind, to now handle my own financial affairs, and transfer and reinvest my own dividends and stocks, unclaimed or abandoned escheated property in the past, amending your trustee control in this custodial , guardian account, **IRS services no longer consented to as being a securities intermediary, evidenced of continual abuse of trustee duties, and beneficiary misuse of funds in relationship to my grant,** the values created amended back to the Grantor, RECEIPT HOLDER.

. as Grantor claim that this is a trust number for purposes of reference only to **recapture, reimbursements or cancelled debts/offsets related to being the receipt holder for this trust number,** and this is NOTICE AND DEMAND, **my claim that any purported gifts, were given in error and that I am now stating "for the records" that I "the Grantor" , that I as receipt holder, have paid all my dues, past and present, that congress has fulfilled their duties and fully invested this account for their benefit and only my fiduciary trustee is obligated to continue to pay into this fund evidenced in fact that the trustee is one of the co-beneficiaries receiving benefits for this receipted account.**

I submit this claim that per the FAIR DEBT COLLECTION PRACTICES ACT, that you are to place in your record to never communicate with myself under the terms of being a debtor/consumer to your system unless you provide me with a contract that I have signed, and that the truth in lending act has not been violated, that I have been given a full disclosure of terms and conditions, if this has not, or you are not going to give me a full disclosure at this time I am still entitled to revoke, cancel and annul parts of this grant, and amend parts of this grant,  if this number was a social security number verses a receipt holders trust number I seek evidence in fact from IRS that I cannot claim that, your calling and listing this number social security number becoming my evidence in fact that others are benefitting, and as beneficiaries, in this DRIP, DIVIDEND REINVESTMENT PLAN,  have a duty to the original Grantor, RECEIPTED HOLDER OF THESE CERTIFICATED SHARES,  ALL other signed contracts a deception that has taken place on your part or mine, **and if on my part this is my apology for any and all misunderstandings relating** to this receipt holders **CONSTRUCTIVE trust number that was given under these false and misleading representations,** without full disclosure of terms and conditions, even to his day, possibly, on my part, and on the part of  IRS, thank you for your services of the past, and to now record all past misrepresentations of myself as a debtor, for the record as an unconscionable contract/s, **grants that this part of the misunderstandings be retracted from the beginning,** and that if you endeavor to communicate in a manner other than correcting your records, it is my claim that I shall need to report the violation/s per these codes and statutes

1.   Page # _27_

-13-

805. Communication in connection with debt collection [15 USC 1692c]
(a) COMMUNICATION WITH THE CONSUMER GENERALLY. Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt –

FAIR DEBT COLLECTIONS PRACTICES ACT
§ 806. Harassment or abuse [15 USC 1692d]
A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.
§ 807. False or misleading representations [15 USC 1692e]
§ 808. Unfair practices [15 USC 1692f]
A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt
§ 811. Legal actions by debt collectors  [15 USC 1692i]
(b) Nothing in this title shall be construed to authorize the bringing of legal actions by debt collectors.

Any and all communication if it is related to your presumption of a debt being owed must go to your congressman/congresswoman, the fiduciary trustees, and co-beneficiaries for this account, by their own statements "for the records" of this being the case

United States Congressional Record March 17, 1993 Vol. #33, page H-1303 Speaker-Representative James Traficant, Jr. (Ohio) addressing the House: "Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise."

This is NOTICE AND DEMAND of THE GRANTORS TERMINATION AND REFORMATION TO HIS TRUST, in relationship to the original S S 5 form as the Grantor that it has created as a one sided agreement, and what one creates unilaterally can be un-created unilaterally.  I as the Grantor collapse any and all grants to IRS as securities intermediary, custodial/ guardian, SECURITIES INTERMEDIARY in my financial matters of the past, if I don't receive and accounting statement from IRS, with principal and interest I shall accept your tacit agreement that it is unlimited, and I as Grantor shall accept the fact that the other co-beneficiaries pay back by way of the trustee's/fiduciaries in a stock transfer, now that this account is age of majority, fully vested and age of maturity, it is my granting of my stock values to remain in a **Partial enrollment to continue in the DRP that it is now being traded in.**
"Cancellation of an instrument may be had in an action for restitution" or similar relief sought [see, e.g., Millar v. James (1967) 254 Cal. App. 2d 530, 532, 534, 62 Cal. Rptr. 335

Thank you for your **service,  for the years that this grant was in affect, and  to amend the records in relationship to this Grant, and Termination and Reformation of Trust.**

Grantor and Receipt holder for
bonded receipt #, 282469839

2.

Page #  28

- 14 -

00001747

GJ-00000074



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF SEARCH

I, Gregory C. Langham, Clerk of the United States District Court for the District of Colorado, do hereby certify that after diligent search of the records in this office, I find no civil or criminal actions regarding **George Thomas Brokaw** from 1950 up to and including <u>December 23, 2009</u> except as listed below:

**NONE FOUND.**

GREGORY C. LANGHAM, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

By _____

Deputy Clerk

Date: **December 23, 2009**

Page # _29_

-15-

00001748

GJ-00000075

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado
[80918]

March 3, 2010

REGISTERED MAIL # RA 218 088 343 US

IRS Technical Support Division
C/O Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, DC 20220

COPY

Dear Sirs;

Enclosed are twelve Money Orders for Settlement and Discharge.

It is on the public record, and all pertinent Federal and State agencies have been notified that I
am a Secured Party Creditor, and not a part of the Corporation. However, these corporations
have contracted with me and must settle and discharge all debts as per Federal law and
International UPU Treaty.

EXEMPTION # 278402356
Fed Wire # (F) 0610-0014-6

| Key Bank | one account |
| State Of Colorado | three statements |
| IRS for George T. | two statements |
| Penrad Imaging | one account |
| Equitrust Life | one account |
| Colorado Springs Utilities | one account |
| Bank of America | one account |
| IRS for Debra S. | two statements |

Sincerely:

George T. Brokaw
Secured Party Creditor

Page # 30

-16-

00001749

GJ-00000076

George T. Brokaw                                           March 9, 2010
2260 Palm Drive
Colorado Springs, Colorado
   80918

Internal Revenue Service
ACS SUPPORT- stop 813G                          *CO PY*
P.O.Box 145566
Cincinnati, Ohio
   45250-5566

Dear R. M. Owens,              Ref. # 6807952457

We are in receipt of your letters all dated Feb. 22, 2010. Two of the letters were directed to
George T. Brokaw and two were directed to Debra S. Brokaw.

Thank you for your correspondence. Perhaps your office has not received the information that
both George T. and Debra S. are SECURED PARTY CREDITORS and that this information has
been made a part of the public record. In any event you are so noticed at this time.

Likewise, your office might not have been notified that all amounts alleged still owing have been
previously settled and discharged. Please be advised of that at this time also.

In hopes of finally clearing up these issues with all IRS offices we have sent your letters with
money orders for final payment, settlement, and discharge to,
       IRS Technical Support Division
       C/O Treasury UCC Contract Trust
       Internal Revenue Service
       1500 Pennsylvania Avenue, NW
       Washington, DC 20220

We trust that your office will communicate with other IRS offices, correct your records
immediately, and stop threatening seizures and so forth. Otherwise, you will be added as a
libellee to the counterclaim and lien already in place on IRS agent Michael J Pryor.

Sincerely:

*George T. Brokaw*

George T. Brokaw

Page # 31

-17-

00001750

GJ-00000077

EXPIRATION DATE: October 12, 2059

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | NOTICE OF CLAIM OF MARITIME LIEN | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

THIS SECTION FOR RECORDERS USE ONLY

20092087257  C
$ · 18.00
SECRETARY OF STATE
10-16-2009   16:16:55
RECORDED

PORT

BOOK

PAGE

BY

**1. NAME OF VESSEL**
U. S. M/V INTERNAL REVENUE SERVICE

**2. UNIQUE IDENTIFIER**
INTERNAL REVENUE SERVICE

**3. INSTRUMENT TYPE:**
AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM (REGISTERED MAIL # RA 218 081 019 US)

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US Transportation
1200 New Jersey Ave., SE
Washington, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS     **100%.** (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado [80918]

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED     **100%.** (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

AMOUNT OF DAMAGES FROM COUNTERCLAIM, PLUS INTEREST, PENALTIES, AND FEES
$1,126,650,000.00

**7.**
ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES; AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES; HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

_George Thomas Brokaw_ , Claimant

STATE: COLORADO

SIGNATURE OF CLAIMANT

COUNTY: EL PASO
SUBSCRIBED AND SWORN ON THE 13th day of October, AD 2009:

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

_Clara M Mueller_
NOTARY PUBLIC
MY COMMISSION EXPIRES: 3-11-12 (DATE)

Page # 32

-18-

00001751

GJ-00000078

# COLORADO UCC FINANCING STATEMENT

Filing Fee: $18
Follow Instructions Carefully

A. NAME & PHONE OF CONTACT (optional)
George Thomas Brokaw

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Clara Mueller
8620 Braeswood Pt.
Apartment 2
Colorado Springs, CO. 80920

**FILED ONE COPY ONLY**

20092087257  C
$   18.00
SECRETARY OF STATE
10-16-2009   16:16:55

ABOVE SPACE FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 CONSTITUTION AVE. NW | WASHINGTON | DC | 20224 | U.S. |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | LEGAL ENTITY | UNITED STATES | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| PRYOR | MICHAEL | J | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7304 ROBB ST. | LITTLETON | CO | 80127 | U.S. |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | LEGAL ENTITY | UNITED STATES | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Brokaw | George | Thomas | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2260 Palm Dr | Colorado Springs | Co | [8091B] | usa |

4. This FINANCING STATEMENT covers the following collateral:

All property including but not limited to: All bank accounts, safety deposit boxes, certificates of deposit, retirement funds, 801k's, 401k's, real estate, stocks, bonds of any type, securities, cash on hand, jewelry, houses, lands, motor vehicles, automobiles, motor homes, aircraft, watercraft, household furniture, guns, ammunition, coin collections, all collectible items, insurance policies, credit cards, lines of credit, all revenue streams, crops, farm animals, farm equipment, machinery, tools, building, structures, office equipment and supplies, all corporate assets, water rights, mineral rights, intellectual properties, patents, inventions, or anything of value to satisfy this claim.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☑ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☑ This FINANCING STATEMENT is to be filed (for record) in the REAL ESTATE RECORDS

8. OPTIONAL FILER REFERENCE DATA

NATIONAL UCC FINANCING STATEMENT (FORM UCC1) - COLORADO (REV 7/16/2007)

Page #  33

-19-

00001752

GJ-00000079

EXPIRATION DATE: October 12, 2059

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | NOTICE OF CLAIM OF MARITIME LIEN | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

| 1. NAME OF VESSEL U. S. M/V MICHAEL J PRYOR | 2. UNIQUE IDENTIFIER REVENUE OFFICER, INTERNAL REVENUE SERVICE, EMPLOYEE ID # 84-20326 |
|---|---|

THIS SECTION FOR RECORDERS USE ONLY

20092087257  C
$   18.00
SECRETARY OF STATE
10-16-2009   16:16:55
RECORDED

3. INSTRUMENT TYPE:
**AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM (REGISTERED MAIL # RA 218 081 005 US)**

PORT

BOOK

PAGE

BY

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD
US Transportation
1200 New Jersey Ave., SE
Washington, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          **100%.**   (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

**George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado [80918]**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          **100%.**   (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT | 7. |
|---|---|
| **AMOUNT OF DAMAGES FROM COUNTERCLAIM, PLUS INTEREST, PENALTIES, AND FEES $1,126,650,000.00** | ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM |

8. CERTIFICATION AND ATTESTATION:

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL

_George Thomas Brokaw_ , Claimant.

STATE: COLORADO                              SIGNATURE OF CLAIMANT

COUNTY: EL PASO
SUBSCRIBED AND SWORN ON THE __13th__ day of October, AD 2009

_Clara M Mueller_

**CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO**
My Commission Expires 03/11/2012

NOTARY PUBLIC
MY COMMISSION EXPIRES: __3-11-12__
(DATE)

Page # __34__

-20-

00001753

GJ-00000080

# UCC FINANCING STATEMENT ADDENDUM
Follow Instructions Carefully

9. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT

OR

9a. ORGANIZATION'S NAME
SOCIAL SECURITY ADMINISTRATION

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME/SUFFIX |
|---|---|---|

10. MISCELLANEOUS

```
20102017963  C
$  18.00
SECRETARY OF STATE
03-02-2010  14:01:44
```

ABOVE SPACE FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

OR

11a. ORGANIZATION'S NAME

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| GREEN | MAUREEN | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4330 125W | OGDEN | UT | 84414 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | LEGAL ENTITY | UNITED STATES | ☑ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)

OR

12a. ORGANIZATION'S NAME

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years.

NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) - COLORADO (REV. 07/18/97)

Page # 35

-21-

00001754

GJ-00000081

EXPIRATION DATE: March 1, 2060

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD **46 CFR 67.250** | **NOTICE OF CLAIM OF MARITIME LIEN** | THIS SECTION FOR RECORDERS USE ONLY |

| 1. NAME OF VESSEL **U. S. M/V MAUREEN GREEN, LIBELEE** | 2. UNIQUE IDENTIFIER **OPERATIONS MGR. INTERNAL REVENUE SERVICE EMPLOYEE ID #.29-12033, identifying address 1973 N. Rulon White Bldg., Ogden, Utah 84404** | |

RECORDED

3. INSTRUMENT TYPE:

INTERNATIONAL COMMERCIAL CLAIM BY AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT OPPORTUNITY TO CURE AND COUNTERCLAIM # (REGISTERED MAIL # RA 218 088 581 US) and additional CERTIFIED MAILINGS

PORT

BOOK

PAGE

BY

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD
US TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS     **100%.**  (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

**George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado; near [80918]
Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED     **100** %.     (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT **$2,232,000,000.00 TWO BILLION TWO HUNDRED THIRTY TWO MILLION DOLLARS U.S. PLUS INTEREST PENALTIES, AND FEES** | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM. |

8. CERTIFICATION AND ATTESTATION:

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

SIGNATURE OF CLAIMANT:

_George Thom Brokaw_     Claimant

STATE: COLORADO
COUNTY: EL PASO
SUBSCRIBED AND SWORN ON THE _2nd_ day of December, AD 2007.

NOTARY PUBLIC
MY COMMISSION EXPIRES:   _3-11-12_
(DATE)

| **CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO**
My Commission Expires 03/11/2012 |

Page # _36_

-22-

00001755

GJ-00000082