# EXHIBIT 29

Attachment G

U.S. POSTAGE
COLORADO SPRINGS, C
MAY 09 18 1 1
AMOUNT
$1.28
00050363-09

20220

UNITED STATES
POSTAL SERVICE

FIRST CLASS

I R S Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, DC 20220

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY

DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN: 

2260 Palm Drive
Colo. Springs, CO 80918

4BTV

GRAND JURY
EXHIBIT
9
12-2

-/-

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado [80918]

To:   Internal Revenue Service                                May 2, 2011
      Criminal Investigation Division
      Box 192
      Covington, Kentucky 41012

Certified Mail Number: 7009 3410 0000 6319 0513

### Instructions for the Enclosed Invoices

All of the following enclosed documents have been signed and Accepted For Value and Returned for Settlement by the Authorized Representative, George Thomas Brokaw, exemption ID number 278402356, and are being submitted for immediate payment via the GEORGE THOMAS BROKAW Constructive Trust account number 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.

All settlement payments are to be made by the U.S. Treasury or its assigned agent (IRS) as Trustee.  Settlement payment is to be mailed directly to the company or deposited directly into the account via routing number if applicable, and for the benefit of the "debtor" as listed on each company invoice, or money order.  (ie; memo)

Each of the following documents are being submitted under Universal Postal Union (UPU) international jurisdiction for immediate priority processing for payment and settlement.

The accounts below are listed in priority payment status.  These documents are to be processed immediately upon receipt to balance and settle all of the accounts via UPU priority jurisdiction and handling.  (ie; 21 days)

TAX: TRANSACTION PRIVELEGE –  Internal Revenue Service, CVL PEN Dec. 31, 1999
TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 2000
TAX: TRANSACTION PRIVELEGE-  Internal Revenue Service,  CVL PEN Dec. 31, 2001
TAX: TRANSACTION PRIVELEGE-  Internal Revenue Service, 1040A Dec.31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2002
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2005
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2006
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2004
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2004
LOAN: FARMERS NEW WORLD LIFE INSURANCE CO.- Account # 006603250V

1

-2-

GJ-00000110

Once the above invoices have been paid and settled in full and the accounting balanced, the Department of the Treasury may use any potential overpayments (if applicable) for use as they see fit.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Acknowledgement

County of El Paso           )
                            ) ss.
State of Colorado               )

SUBCRIBED TO AND SWORN before me this _2nd_ day of _May_, A.D. _2011_, a Notary, that George Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_Clara M Mueller_                    Seal:
Notary Public
My Commission Expires  3 | 11 | 12

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 3/11/12

_May 2, 2011_
**Date Signed**

_George Thomas Brokaw_
**Signature of Authorized Representative**
Exemption ID Number 278402356

\*\*Note: Notary is not a party to this transaction; notary is for verification of identification and mailing.

2

-3-

## ACCOUNT INFORMATION

GEORGE   BROKAW                                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2004 | $120,286.74 | $16,925.73 | $14,148.73 | $159,361.20 |

07736



---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

Your Telephone Number:          Best Time to Call          SB N          CP-91          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

( )____-_____          ____ AM ____ PM          Amount you owe:          $159,361.20
                                                    Less payments not
*Pay To : Internal Revenue Service*          Included
*The Amount of :*_____          Adjusted amount

Internal Revenue Service                          GEORGE   BROKAW
PO BOX 145566                                     2260 PALM DR C
CINCINNATI  OH 45250-5566                         COLORADO SPGS, CO   80918-7013

*by : George Thomas Brokaw*
*dated : May 1, 2011*

278402356 KP BROK 30 O 200412 670 00015936120

-4-

GJ-00000112



For deposit to US Treasury
For credit to Internal Revenue
Service
For Account # CP-91
form # 1040A

Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

-5-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2004 | $500.00 | $.00 | $158.06 | $658.06 |

07737





**Payment Voucher**      Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order:            SB N     CP-91

**Your Telephone Number:**         **Best Time to Call**        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

(   )   -                    ___AM ___PM     Amount you owe:          $658.00
                                            Less payments not
Pay To: Internal Revenue Service           Included
The Amount of, _____            Adjusted amount

Internal Revenue Service                  GEORGE T BROKAW
PO BOX 145566                             2260 PALM DR C
CINCINNATI OH 45250-5566                  COLORADO SPGS CO   80918-7813

                                    by: George Thomas Brokaw
                                    dated: May 1, 2011

278402356 KP BROK 55 0 200412 670 0000065806

GJ-00000114

For deposit to US Treasury
For credit to Internal Revenue
   Service.

For Account # CP-91
   Term# CVL-PEN
Signed: George Thomas Brokaw
   Without Recourse to
   George Thomas Brokaw

-7-

## ACCOUNT INFORMATION

GEORGE   BROKAW                                                      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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2006 | $32,979.16 | $3,802.38 | $3,742.64 | $40,524.18 |

07739



---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order :

Your Telephone Number:                    SB N        CP-91        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

Best Time to Call

( )___-_____              ___AM ___PM

Pay To: Internal Revenue Service
The Amount of, _____

Amount you owe:        $40,524.18
Less payments not included
Adjusted amount

Internal Revenue Service
PO BOX 145566
CINCINNATI   OH 45250-5566

GEORGE   BROKAW
2266 PALM DR C
COLORADO SPCS  CO   80918-7813

by : George Thomas Brokaw
dated : May 1, 2011

278402356 KP BROK 30 0 200612 670 00004052418

-8-

For deposiT To U.S. Treasury
For Credit to Internal Revenue Service
For Account# CR-91
Form# 1040 A
Signed: George Thomas Brokaw
WiThouT Recourse to
George Thomas Brokaw



-9-

GJ-00000117

## ACCOUNT INFORMATION

GEORGE   BROKAW                                                            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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2005 | $65,125.24 | $4,377.78 | $7,390.76 | $76,893.78 |

07738

---

**Payment Voucher**        Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order:*                     SB N        CP-91             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

**Your Telephone Number:**                **Best Time to Call**        **Amount you owe:**  ~~$76,893.78~~

(    )____ . _____        ____ AM ____ PM        Less payments not
                                                        included
*Pay To: Internal Revenue Service*                      Adjusted amount
*The Amount of,* _____

Internal Revenue Service                    GEORGE   BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO  80918-7813

 ‖ıılı|ıll|ıllıll|ııl|ılııııl|ıll|ııııl|ıllı|ıll        *by: George Thomas Brokaw.*
                                                         *dated: May 1, 2011*

278402356 KP BROK 30 0 200512 670 00007689378

-10-

For deposit to U.S. Treasury
for credit to Internal Revenue
Service

for Account# CP-71
Form# 1040 A

Signed: George Thomas Brokaw
with all recourse To
George Thomas Brokaw

-11-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2003 | $500.00 | $.00 | $163.37 | $663.37 |

)07735

George Thomas Brokaw AR May 1, 2011

George Thomas Brokaw

George Thomas Brokaw

-3c USA

---

**Payment Voucher**     Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order:                         SB N        CP -91

**Your Telephone Number:**          **Best Time to Call**          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

( )    -                      ____ AM ____ PM          Amount you owe:          $663.37
                                                       Less payments not
Pay To: Internal Revenue Service                       included
   The Amount of,                                      Adjusted amount

Internal Revenue Service                    GEORGE T BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO  80928-7813

                                 by: George Thomas Brokaw
                                 dated: May 1, 2011

278402356 KP BROK 55 0 200312 670 00000066337

-12-

for deposit to US Treasury
for credit to Internal Revenue
Service
For Account # CP-91
From CVL PEN
Signed: George Thomas Brokaw
without Recourse To
George Thomas Brokaw

-13-

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2002 | $500.00 | $.00 | $167.85 | $667.85 |

07733

George Thomas Brokaw AR  May 1, 2011

George Thomas Brokaw

-3c USA

**Payment Voucher**    Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order:

SB N      CP-91

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

**Your Telephone Number:**        **Best Time to Call**

( )_____-_____      ____ AM ____ PM

Amount you owe:              $667.85
Less payments not
included
Adjusted amount

Pay To: Internal Revenue Service
The amount of,_____

Internal Revenue Service
PO BOX 145566
CINCINNATI  OH 45250-5566

GEORGE T  BROKAW
2260 PALM DR C
COLORADO SPGS  CO   80918-7813

by: George Thomas Brokaw
dated: May 1, 2011

278402356 KP BROK 55 0 200212 670 00000066785

-14-

GJ-00000122

For deposit to U.S. Treasury
For credit to Internal Revenue
Service
For Account #, CP-91
Form - CVL-PEN

Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

-15-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                        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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2003 | $67,766.92 | $.00 | $23,875.03 | $91,641.95 |

007734



---

**Payment Voucher**       Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order :

SB N       CP-91

**Your Telephone Number:**       **Best Time to Call**       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

(       )        -              _____ AM _____ PM       Amount you owe:       $91,641.95
                                                        Less payments not
Pay To : Internal Revenue Service       Included
The amount of ;       Adjusted amount

**Internal Revenue Service**       GEORGE T BROKAW
PO BOX 145566       2260 PALM DR C
CINCINNATI OH 45250-5566       COLORADO SPGS CO 80918-7813

by : George Thomin Brokaw

dated : May 1, 2011

278402356 KP BROK 30 0 200312 670 00009164195

-16-

for deposit To US Treasury
for credit to Internal Revenue
        Service
for Account # C.P. - 91
        form # 1040 A

Signed: George Thomas Brokbank
        without Recourse to
George Thomas Brokbank

-17-

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2001 | $31,856.81 | $.00 | $16,647.16 | $48,503.97 |

07731

*Payment Voucher*        Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Orders

SB N       CP-91

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

Your Telephone Number:        Best Time to Call

Amount you owe:        $48,503.97
Less payments not included
Adjusted amount

(   )____-_____        ____AM ____PM

Pay to: Internal Revenue Service
the Amount of: _____

Internal Revenue Service
PO BOX 145566
CINCINNATI  OH 45250-5566

GEORGE T  BROKAW
2260 PALM DR C
COLORADO SPGS, CO  80918-7813

by: George Thomas Brokaw
dated: May 1, 2011

278402356 KP BROK 30 0 200112 670 0000485039?

-18-

GJ-00000126

For deposit to US Treasury
For credit to Internal Revenue
Service

For Account # CR-91
Form 1040A

Signed: *George Thomas Brokaw*
without Recourse to
George Thomas Brokaw

GJ-00000127

## ACCOUNT INFORMATION

GEORGE T BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2001 | $500.00 | 0.00 | $177.78 | $677.78 |

07732

George Thomas Brokaw AR May 1, 2011

George Thomas Brokaw

George Thomas Brokaw

3c USA

---

**Payment Voucher**        Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order :*                        SB N        CP-91          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

**Your Telephone Number:**                        Best Time to Call                  ~~$677.78~~

( )___-_____                           ___AM ___PM          Amount you owe:
                                                             Less payments not
*Pay To : Internal*          *Revenue Service*      Included
*The amount of,*                                    Adjusted amount

**Internal Revenue Service**                    GEORGE T BROKAW
PO BOX 145566                                   2260 PALM DR C
CINCINNATI OH 45250-5566                        COLORADO SPGS CO  80918-7813

                                        *by: George Thomas Brokaw*
                                        *dated: May 1, 2011*

278402356 KP BROK 55 0 200112 670 00000067778

-20-

GJ-00000128

For deposit to U.S. Treasury
For Credit to Internal Revenue
                    Service

For Account # CP-91
                Form CVL 1831

Signed: George Thomas Brisban
        W.H.F Revenue for
        George Thomas Brokers

George Thomas Brisban

_3c USA

GJ-00000129

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                        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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2000 | $512.00 | $.00 | $167.90 | $679.90 |

·07730

---

**Payment Voucher**       Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order*

**Your Telephone Number:**            SB N        CP 91        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

(    )         -                        Best Time to Call        Amount you owe:        $679.90
                                        ___ AM ___ PM        Less payments not
*Pay to: Internal Revenue Service*        Included
*The amount of,*        Adjusted amount

Internal Revenue Service        GEORGE T  BROKAW
PO BOX 145566        2260 PALM DR C
CINCINNATI  OH 45250-5566        COLORADO SPGS  CO  80918-7813

                        by: *George Thomas Brokaw*
                        dated: *May 1, 2011*

278402356 KP BROK 55 0 200012 670 00000067990

-22-

For deposit to US Treasury
For credit to Internal Revenue
service

For Account #. Form # CP-91
signed : *George Thomas Brokaw*
cp-91
without Recourse to
George Thomas Brokaw

George Anne Brokaw

3c USA

GJ-00000131

## ACCOUNT INFORMATION

GEORGE T BROKAW                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 1999 | $512.00 | $.00 | $171.60 | $683.60 |



007729



George Thomas Brokaw FR May 1, 2011

George Brokaw

3c USA

---

**Payment Voucher**        Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order:

**Your Telephone Number:**          SB N          CP-91          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

Best Time to Call

(   )  ___ - ___          ___ AM ___ PM

Pay To: Internal Revenue Service

The Amount of, _____

Amount you owe:                    $683.60
Less payments not included
Adjusted amount

**Internal Revenue Service**
PO BOX 145566
CINCINNATI OH 45250-5566

GEORGE T BROKAW
2260 PALM DR C
COLORADO SPGS  CO   80918-7813

by: George Thomas Brokaw

dated: May 1, 2011

278402356 KP BROK 55 0 199912 670 00000068360

GJ-00000132

or deposit to U.S. Treasury
for Credit to Internal Revenue
Service

For Account # C.P-91
From -CVL PE11

Signed: George Thomas Brokaw
with that Recourse To
George Thomas Brokaw

GJ-00000133

**Individual Variable Universal Life**
**Periodic Report to Contract Owner**

 **FARMERS**

*Farmers New World Life Insurance Company*
*Variable Policy Service Office*
*P.O. Box 724208*
*Atlanta GA 31139*
*1-877-376-8008 (toll free)*

11/28/2010 through 02/27/2011

381

| | |
|---|---|
| Agent: | Mark Olsen |
| Agent #: | 07-45-56 |
| Phone: | (719) 593-9916 |

TOM BROKAW
2260 PALM DR
COLORADO SPRINGS CO  80918-7813

| | | | |
|---|---|---|---|
| Statement Date: | 03/01/2011 | Owner(s): | Tom Brokaw |
| Policy Number: | 006603250V | Principal Sum: | $150,000.00 |
| Insured: | Tom Brokaw | Death Benefit Option: | Level (Option B) |
| Issue Date: | 11/28/2000 | Benefits and Riders: | |
| Issue Age: | 54 | | |

## Summary of Basic Policy Values 11/28/2010 through 02/27/2011

| | | | |
|---|---|---|---|
| Beginning Principal Sum: | $150,000.00 | Beginning Contract Value: | $16,437.69 |
| Ending Principal Sum: | $150,000.00 | Ending Contract Value: | $16,720.26 |
| Ending Loan Balance: | $13,363.24 | Surrender Charge (upon full surrender): | $1,321.50 |
| Ending Death Benefit: | $150,000.00 | Ending Cash Surrender Value: | $2,035.52 |

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| **Plus** | | **Plus** | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| **Less** | | **Less** | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

**THE CONTRACT VALUE, SURRENDER VALUE, AND DEATH BENEFIT MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE INVESTMENT EXPERIENCE OF THE SEPARATE ACCOUNT.**

Distributed by: Farmers Financial Solutions, LLC, 30801 Agoura Road, Bldg. 1, Agoura Hills, CA 91301-2054 / (818) 584-0200
Member FINRA & SIPC
Information about the Securities Investor Protection Corporation (SIPC) including the SIPC Brochure may be obtained by contacting SIPC
at (202) 371-8300 or via the Internet at www.sipc.org

(2297992)                                    Page 1 of 4                                    07-45-56  5

-26-

GJ-00000134

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| Plus | | Plus | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| Less | | Loan Principal/Interest Repayments | $0.00 |
| Percent of Premium Charges | $7.00 | | |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

*Money Order:*

*Pay To: Farmers New World Life Ins Co.*

*The Amount of, #13363.24*

*by: George Thomas Brokaw*

*dated: May 1, 2011*

-27-

For deposit to U.S Treasury
For Credit to Farmers Insurance Company
For Account # 006603250V
Loans

Signed : *George Thomas Brokaw*
without Recourse Fee
George Thomas Brokaw

-28-