# EXHIBIT 35

*James* **Log-371 (7212)**

*United States v. George Thomas Brokaw, et al.,* **Case No. 13-CR-00392-CMA**

Code for Bases for Admission of Statements

a.    Statements which in any way promote the objective(s) of a conspiracy.
b.    Statements which reveal the existence of a conspiracy.
c.    Statements to new or prospective members of a conspiracy which explain the conspiracy.
d.    Statements which are intended to recruit potential coconspirators or to otherwise induce others to assist in carrying out the objectives of the conspiracy.
e.    Statements which identify a conspirator or the role of a conspirator.
f.    Statements which explain important events  in the conspiracy.
g.    Statements which are designed to give directions to facilitate the objectives of the conspiracy.
h.    Statements which are designed to advise coconspirators of the progress of the conspiracy and keep them abreast of activities associated with the conspiracy.
i.    Statements which are intended to assure the listener of a conspirator's ability to consummate a particular transaction.
j.    Statements which are designed to gain the trust of other conspirators or potential conspirators, to reassure trustworthiness, or to allay suspicions or fears.
k.    Statements which are intended to control damage to the conspiracy.
l.    Statements which prompt the listener to respond in a way that facilitates carrying out the activities of the conspiracy.
m.    Statements which conceal the objective of the conspiracy.
n.    Statements which are intended to enhance a coconspirator's usefulness to the conspiracy.
o.    Statements which set in motion acts that are an integral part of the conspiracy.
p.    Statements which constitute "puffing" or "boasting" in promotion of the conspiracy.

## 📗 James Log-371 (7212)

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 1 | 3/25/2008 | It is hereby certified, that on 3/25/08, the undersigned Notary Public mailed to: S. Kilpatrick c/o Internal Revenue Service Ogden, UT. 84201 hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account #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, noted accepted for value, regarding John-Joseph: Pawelski as follows: 1. Due Presentment Under Notary Seal 2. Notice of Federal Tax Lien, accepted for value, and Money Order in the amount of $23,288.48 3. Private use envelope, accepted for value, and Money Order in the amount of $300.00 4. Private use envelope, accepted for value, and Money Order in the amount of $300.00 5. Notice of Federal Tax Lien, accepted for value, and Money Order in the amount of $7919.46 6. Notice of Federal Tax Lien, accepted for value, and Money Order in the amount of $45,217.35 7. Your copy of the IRS Form 1099-OID report of your taxable gain 8. IRS Form 1040V (photocopy) for | Vigil | Notary's Certificate of Service | 00000115, 0002851 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 1 | 3/25/2008 | reconciliation with IRS when you file your taxes<br>9. IRS Form 56 (photocopy) granting authority to the Secretary of the Treasury to process payment and setoff in this matter<br>10. IRS Form 1040 (photocopy)<br>11. Copy IRS Form 1096<br>12. Reference copy Notary's Certificate of Service (signed original on file)<br>By First Class U.S. mail by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the STATE OF COLORADO | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 2 | 4/1/2009 | On this 1st day of April, 2009, for the purposes of verification, I, the undersigned Notary Public, being Commissioned in the County and State noted above, do certify that John-Joseph :Pawelski appeared before me with with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RE 016 974 910 US.<br>Timothy F. Geithner<br>SECRETARY OF THE TREASURY, DEPARTMENT OF THE TREASURY<br>1500 PENSYLVANIA AVE., NW<br>WASHINGTON, D.C. 20220<br><br>List of Documents Mailed:<br><br>Copy Affidavit of Notary Presentment<br>PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT<br>Copy UCC-1 FILING #20032103700<br>Copy UCC-1 ADDENDUM # 20032103700<br>Copy UCC-1 Filing #20092025444<br>Original ATTACHMENT A, PROPERTY LIST<br>Original POWER OF ATTORNEY<br>Original COMMERCIAL SECURITY AGGREMENT<br>Original ATTACHMENT A, PROPERTY LIST | Vigil | Affidavit of Notary Presentment / Certification of Mailing | 00004629 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 2 | 4/1/2009 | Original Attachment "B" – INDEMNITY BOND<br>Original ACTUAL AND CONSTRUCTIVE NOTICE<br>Original HOLD HARMLESS AND INDEMNITY AGREEMENT<br>Original NON-NEGOTIABLE SECURITY AGREEMENT<br>Original LEGAL NOTICE AND DEMAND WITH ATTACHMENTS<br>Original CHARGEBACK ORDER<br>Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER<br>Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN<br>Original FIDUCIARY APPOINTMENT, ERIC THORSON<br>Original IRS FORM 56, TIMOTHY GEITHNER<br>Original IRS FORM 56, DOUGLAS SCHULMAN<br>Original IRS FORM 56, ERIC THORSON<br>Original IRS FORM 1040-V<br>Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE<br>Original BIRTH CERTIFICATE ACCEPTED FOR VALUE<br>Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE<br>Copy AFFIDAVIT OF TRUTH AND DENIAL OF CORPORATE EXISTENCE<br><br>Witness my hand and official seal. | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 3 | 4/1/2009 | On this 1st day of April, 2009, for the purposes of verification, I, the undersigned Notary Public, being Commissioned in the County and State noted above, do certify that GEORGE THOMAS BROKAW appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RA 218 079 911 US.<br>Timothy F. Geithner<br>DEPARTMENT OF THE TREASURY<br>SECRETARY OF THE TREASURY<br>1500 PENSYLVANIA AVE., NW<br>WASHINGTON, DC. 20220<br><br>List of Documents Mailed:<br><br>PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT<br>Copy UCC-1 FILING #20082123808<br>Copy UCC-1 ADDENDUM<br>Copy UCC-3 CORRECTION AND AMENDMENT #20092024934<br><br>4. POWER OF ATTORNEY<br>5. COMMERCIAL SECURITY AGGREMENT<br>  E.  ACTUAL AND CONSTRUCTIVE NOTICE | Vigil | Affidavit of Notary Presentment / Certification of Mailing | 00004454 - 00004455 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 3 | 4/1/2009 | F. HOLD HARMLESS AND INDEMNITY AGREEMENT<br>6. LEGAL NOTICE AND DEMAND WITH ATTACHMENTS<br><br>Original CHARGEBACK ORDER<br>Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER<br>Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN<br>Original FIDUCIARY APPOINTMENT, ERIC THORSON<br>Original IRS FORM 56, TIMOTHY GEITHNER<br>Original IRS FORM 56, DOUGLAS SCHULMAN<br>Original IRS FORM 56, ERIC THORSON<br>Original IRS FORM 1040-V<br>Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE<br>Original BIRTH CERTIFICATE ACCEPTED FOR VALUE<br>Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE<br><br>Witness my hand and official seal. | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 4 | 4/10/2009 | On this 10th  day of April, 2009, for the purposes of verification, I, the undersigned Notary Public, being Commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RA 218 079 837 US.<br>Timothy F. Geithner<br>SECRETARY OF THE TREASURY, DEPARTMENT OF THE TREASURY<br>1500 PENSYLVANIA AVE., NW<br>WASHINGTON, D.C. 20220<br><br>List of Documents Mailed:<br><br>Copy Affidavit of Notary Presentment<br>PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT<br>Copy UCC-1 FILING #20032106975<br>Copy UCC-1 ADDENDUM # 20032106975<br>Copy UCC-1 Filing #20092025445<br>Original ATTACHMENT A, PROPERTY LIST<br>Original POWER OF ATTORNEY<br>Original COMMERCIAL SECURITY AGREEMENT<br>Original ATTACHMENT A, PROPERTY LIST | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00004535 | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 4 | 4/10/2009 | Original Attachment "B" – INDEMNITY BOND<br>Original ACTUAL AND CONSTRUCTIVE NOTICE<br>Original HOLD HARMLESS AND INDEMNITY AGREEMENT<br>Original NON-NEGOTIABLE SECURITY AGREEMENT<br>Original LEGAL NOTICE AND DEMAND WITH ATTACHMENTS<br>Original CHARGEBACK ORDER<br>Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER<br>Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN<br>Original FIDUCIARY APPOINTMENT, ERIC THORSON<br>Original IRS FORM 56, TIMOTHY GEITHNER<br>Original IRS FORM 56, DOUGLAS SCHULMAN<br>Original IRS FORM 56, ERIC THORSON<br>Original IRS FORM 1040-V<br>Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE<br>Original BIRTH CERTIFICATE ACCEPTED FOR VALUE<br>Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE<br>Copy AFFIDAVIT OF TRUTH AND DENIAL OF CORPORATE EXISTENCE<br><br>Witness my hand and official seal. | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 5 | 4/20/2009 | On April 20, 2009, I mailed to:<br><br>Timothy F. Geithner, Secretary of the Treasury<br>The United States Department of the Treasury<br>1500 Pennsylvania Ave NW<br>Washington, D.C. [20220]<br><br>The papers identified as:<br><br>1.Private Registered Indemnity Bond<br>2.Copy of Certificate of Service<br><br>By mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Registered mail #RA 218 080 530 US. | Mueller | Certificate of Service regarding bond in Vigil's name | 00004357 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 6 | 5/1/2009 | On this 1st day of May, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these docuemnts were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RA 218 079 871 US.<br><br>INTERNAL REVENUE SERVICE<br>OPERATIONS MANAGER, ACCTS MANAGEMENT 2<br>ANNA S. MEDLOCK<br>P.O. BOX 149338<br>AUSTIN, TX. 78714-9338<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>Pre-offset notice for balanced book adjustment<br>Private Bonded Promissory Note<br>Copy of Bill accepted for value<br>1040V Accepted for Value<br>Copy of Form 56 notifying Timothy F. Geither as fiduciary | Vigil | Affidavit of Notary Presentment/ Certification of Mailing | SW-PALM-00001243 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 7 | 5/4/2009 | On May 4, 2009, I mailed to:<br><br>Timothy F. Geithner, Secretary of the Treasury<br>The United States Department of the Treasury<br>1500 Pennsylvania Ave NW<br>Washington, D.C. [20220]<br><br>The papers identified as:<br><br>1 Registered Private Off-set and Discharge Bond<br>2.Copy of Certificate of Service<br><br>By mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Registered mail #RA 218 080 543 US. | Mueller | Certificate of Service regarding bond in Vigil's name | 00003781 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 8 | 6/2/2009 | On this 2nd day of June, 2009, for the purposes of verification, I, the undersigned Notary Public, being Commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail #RA 218 080 565 US to:<br>Timothy F. Geithner, Secretary of the Treasury<br>The United States Department of the Treasury<br>1500 Pennsylvania Ave NW<br>Washington, D.C. [20220]<br><br>List of Documents Mailed:<br><br>1.Registered Private Offset and Discharge Bond<br>2.Copy of affidavit of Notary Presentment<br><br>Witness my hand and official seal. | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00004622 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 9 | 6/2/2009 | On this 2nd  day of June, 2009, for the purposes of verification, I, the undersigned Notary Public, being Commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Certified Mail # 7007 2680 0001 7046 1256.<br>ERIC THORSON<br>U.S. TREASURY – INSPECTOR GENERAL<br>1500 PENSYLVANIA AVE N.W.<br>WASHINGTON, D.C. 20220<br><br>List of Documents Mailed:<br><br>Copy Affidavit of Notary Presentment<br>PRE-OFFSET NOTICE FOR BALANCE BOOK ADJUSTMENT<br>Copy UCC-1 FILING #20032106975<br>Copy UCC-1 ADDENDUM # 20032106975<br>Copy UCC-3 Filing #20092025444<br>Original ATTACHMENT A, PROPERTY LIST<br>Original POWER OF ATTORNEY<br>Original COMMERCIAL SECURITY AGGREMENT<br>Original ATTACHMENT A, PROPERTY LIST<br>Original Attachment "B" – INDEMNITY BOND | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00004386 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 9 | 6/2/2009 | Original ACTUAL AND CONSTRUCTIVE NOTICE<br>Original HOLD HARMLESS AND INDEMNITY AGREEMENT<br>Original NON-NEGOTIABLE SECURITY AGREEMENT<br>Original LEGAL NOTICE AND DEMAND WITH ATTACHMENTS<br>Original CHARGEBACK ORDER<br>Original FIDUCIARY APPOINTMENT, TIMOTHY GEITHNER<br>Original FIDUCIARY APPOINTMENT, DOUGLAS SCHULMAN<br>Original FIDUCIARY APPOINTMENT, ERIC THORSON<br>Original IRS FORM 56, TIMOTHY GEITHNER<br>Original IRS FORM 56, DOUGLAS SCHULMAN<br>Original IRS FORM 56, ERIC THORSON<br>Original IRS FORM 1040-V<br>Original NON-NEGOTIABLE INTERNATIONAL BILL OF EXCHANGE<br>Original BIRTH CERTIFICATE ACCEPTED FOR VALUE<br>Original PRIVATE REGISTERED BOND FOR SET-OFF NON-NEGOTIABLE<br>Copy AFFIDAVIT OF TRUTH AND DENIAL OF CORPORATE EXISTENCE<br><br>Witness my hand and official seal. | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 10 | 6/19/2009 | On this 19th day of June, 2009, for the purposes of verification, I, the undersigned Notary Public, being Commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail #RA 218 079 770 US.: INTERNAL REVENUE SERVICE OPERATIONS MANAGER, ACCTS MANAGEMENT 2 ANNA S. MEDLOCK P.O. BOX 149338 AUSTIN, TX. 78714-9338  List of Documents Mailed:  1.Copy oAffidavit of Notary Presentment 2.Pre-offset notice for balanced book adjustment 3.Original Private Bonded Promissory Note 4.Copy of Bill accepted for value 5.1040v Accepted for Value 6.Copy of Form 56 notifying Timothy F. Geithner as fiduciary | Mueller | Affidavit of Notary Presentment / Certification of Mailing | SW SHADY-00001340 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 11 | 6/27/2009 | Here is the updated Bonds and BPN. | Pawelski | Email from Pawelski to Brokaw, Vigil, Mueller, and others | SW-PINE RIDGE-00000050 (Message 0641) | a, b, e, h, l, n |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 12 | 12/2/2009 | On this 2nd day of December, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Mimi-Michelle: Vigil appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RA 218 081 455 US.<br><br>Department of the Treasury<br>Internal Revenue Service<br>Troy B. Parker<br>2860 S. Circle Drive<br>Colorado Springs, CO 80906<br><br>List of Documents Mailed:<br>Copy of Affidavit of Notary Presentment<br>Pre-offset notice for balanced book adjustment<br>Private Registered Bonded Promissory Note<br>Copy of Bill accepted for value<br>Appointment of Fiduciary<br>1040V | Mueller | Affidavit of Notary Presenment | 00003402 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 14 | 12/7/2009 | On this 7th day of December, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that John-Joseph: Pawelski appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RA 218 088 768 US.<br><br>GINGER L. WRAY<br>INTERNAL REVENUE SERVICE<br>Revenue Officer<br>20 Mule Deer Ct.<br>Dillon, CO. 80435.<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>Pre-offset notice for balanced book adjustment<br>Private Bonded Promissory Note<br>Copy of Bill accepted for value<br>1040v Accepted for Value<br>Copy of Form 56 notifying Timothy F. Teithner as fiduciary | Vigil | Affidavit of Notary Presentment/ Certification of mailing | GJ-00000460 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 13 | 12/7/2009 | On this 7th day of December, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that John-Joseph: Pawelski appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Registered Mail # RA 218 088 768 US.<br><br>GINGER L. WRAY<br>INTERNAL REVENUE SERVICE<br>Revenue Officer<br>20 Mule Deer Ct.<br>Dillon, CO. 80435<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>Pre-offset notice for balanced book adjustment<br>Private Bonded Promissory Note<br>Copy of bill accepted for value<br>1040v Accepted for Value<br>Copy of Form 56 notifying Timothy F. Teithner as fiduciary | Vigil | Affidavit of Notary Presentment / Certification of Mailing | 00002802 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 15 | 12/16/2009 | On this 16th day of December, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Registered Mail number RA 218 088 581 US to,<br><br>Michael J. Astrue, Commissioner Social Security & Sheryll Ziporkin, Associate Commissioner Social Security<br>Social Security, 120 East Fourth Street, East Liverpool, Ohio 43920<br><br>AND Certified Mail #7007 2560 0001 9593 6828 to,<br>Phyllis M. Smith, Assistant Regional Commissioner Social Secuirty<br>600 West Madison Street, Chicago, Illinois60661<br><br>AND Certified Mail #7008 1830 0003 0659 9902 to,<br>Maureen Green, Operations Manager Internal Revenue Service<br>1973 N. Rulon White Bldg, Ogden, Utah 84404 | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002438 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 15 | 12/16/2009 | 1. COPY OF AFFIDAVIT OF NOTARY PRESENTMENT<br>2. ADMINISTRATIVE AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT OPPORTUNITY TO CURE AND COUNTERCLAIM | | | | |
| 16 | 12/16/2009 | On the 16 day of December, 2009 A.D., the above signed Secured Party Creditor [Brokaw] personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory evidence and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asservation, and accepts the truth thereof. | Mueller | Affidavit of Negative Averment / Opportunity to Cure/ Counterclaim against IRS employees | 00002443 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 18 | 1/14/2010 | On the 14th day of January, 2010 A.D., the above signed Secured Party Creditor [Brokaw] personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory evidence and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asservation, and accepts the truth thereof. | Mueller | Affidavit of Negative Averment / Opportunity to Cure/ Counterclaim against IRS employees | 00002451 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 17 | 1/14/2010 | On this 14th day of January, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Registered Mail number RA 218 088 555 US to,<br><br>Maureen Green, Operations Manager Internal Revenue Service<br>1973 N. Rulon White Bldg, Ogden, Utah 84404<br><br>1. COPY OF AFFIDAVIT OF NOTARY PRESENTMENT<br>2. ADMINISTRATIVE AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT OPPORTUNITY TO CURE AND COUNTERCLAIM<br>3. THREE LETTERS FROM IRS OGDEN, UTAH STAMPTED [sic] ACCEPTED FOR VALUE<br>4. TWO LETTERS FROM IRS HOLTSVILLE, NY STAMPTED [sic] ACCEPTED FOR VALUE | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002446 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 19 | 2/5/2010 | The above named Libellant, George Thomas Brokaw, Executive Trustee for GEORGE THOMAS BROKAW appeared before me, a Notary, subscribed, sworn to the truth of this contractual FINAL NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT for closing of the escrow. | Mueller | Final Notice of Demand for Payment and Settlement against IRS employees | 00002469 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 20 | 2/5/2010 | On this 5th day of February, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Certified Mail number 7007 0220 0004 6415 2868 to,<br>Michael J. Astrue, Commissioner Social Security & Sheryll Ziporkin, Associate Commissioner Social Security<br>Social Security, 120 East Fourth Street, East Liverpool, Ohio 43920<br><br>AND Certified Mail #7007 2560 0001 9692 8655 to,<br>Phyllis M. Smith, Assistant Regional Commissioner Social Security<br>600 West Madison Street, Chicago, Illinois60661<br><br>AND Certified Mail #7009 0960 0000 7067 4722 to,<br>Maureen Green, Operations Manager Internal Service<br>1973 N. Rulon White Bldg., Ogden, Utah 84404 | Mueller | AAffidavit of Presentment / Certification of Mailing | 00002466 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 20 | 2/5/2010 | 1. COPY OF AFFIDAVIT OF NOTARY PRESENTMENT<br>2. FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 21 | 2/17/2010 | On this 17th day of February, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Certified Mail number 7009 3410 0000 6319 0421 to, Michael J. Astrue, Commissioner Social Security & Sheryll Ziporkin, Associate Commissioner Social Security Social Security, 120 East Fourth Street, East Liverpool, Ohio 43920<br><br>AND Certified Mail #7009 3410 0000 6319 0438 to, Phyllis M. Smith, Assistant Regional Commissioner Social Security 600 West Madison Street, Chicago, Illinois 60661<br><br>AND Certified Mail #7009 3410 0000 6319 0445 to, Maureen Green, Operations Manager Internal Revenue Service 1973 N. Rulon White Bldg., Ogden, Utah 84404 | Mueller | Affidavit of Notary Presentment / Certification of Mailing | SW-PALM-00006676 & 00003933 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 21 | 2/17/2010 | 1. COPY OF AFFIDAVIT OF NOTARY PRESENTMENT<br>2. NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 22 | 3/24/2010 | On this 24th day of March, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas :Brokaw appeared with me to hand deliver the following documents listed below for personal presentment to the office and official listed below.  I, the below signed notary, personally verified that these documents were given to the representative named below as receiver.<br><br>Internal Revenue Service<br>Aubrey Billingsley ID # 1001022560<br>2864 S. Circle Drive, Suite 700<br>Colorado Springs, CO. 80906<br>Leland Deering. Mgr. [handwritten]<br>226-3262<br><br>List of Documents Delivered.<br><br>Copy of 1040 Return for 2007 with cover letter dated May 1, 2009<br>Copy of Affidavit for Removal, Recession of Signatures from IRS Forms 1040 from Debra Sue Brokaw<br>Copy of Certified Search Federal District Court<br>Copy of Letter to IRS Technical Support Division 1500 Pennsylvania Ave., NW, Washington, DC | Vigil & Pawelski | Affidavit of Presentment by Hand Delivery / Certification of Delivery | GJ-00000272 & SW-PALM-00003372 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 22 | 3/24/2010 | dated March 3, 2010, Registered Mail # RA 218 088 343 US<br><br>Copy of letter to R. M. Owens, IRS Cincinnati, Ohio dated March 9, 2010<br>Copy of UCC Financing Statement and "NOTICE OF MARITIME LIEN" on Internal Revenue Service, Michael J. Pryor, and Douglas Schulman IRS Commissioner.<br><br>Copy of UCC Financing Statement and "NOTICE OF MARITIME LIENT" on Maureeen Green, IRS Ogden, Utah | | | | |
| 23 | 4/14/2010 | On the 14 day of April, 2010 A.D., the above signed Secured Party Creditor [Brokaw] personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory evidence and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asservation, and accepts the truth thereof. | Mueller | Affidavit of Negative Averment / Opportunity to Cure/ Counterclaim against IRS employees | 00002345 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 24 | 4/14/2010 | On this 14th day of April, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office registered Mail number RA 218 088 330 US to, Leland Deering, Group Manager IRS & Aubrey Billingsley, revenue agent IRS Internal Revenue Service, 2864 S. Circle Drive, Ste. 700, Colorado Springs, CO 80906<br><br>1. COPY OF AFFIDAVIT OF NOTARY PRESENTMENT<br>2. ADMINISTRATIVE AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE AND COUNTERCLAIM | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002339 | b, e |
| 25 | 5/6/2010 | The above named Libellant, George Thomas, Brokaw, Executive Trustee for GEORGE THOMAS BROKAW appeared before me, a Notary, subscribed, sworn to the truth of this contractual NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT for the closing of the escrow. | Mueller | Notice of Demand for Payment and Settlement against IRS employees | 00002476 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 26 | 5/6/2010 | On this 6th day of May, 2010, for the purpose of verification, I the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Certified Mail # 7009 3410 0000 6319 0496 to, Roxy Huber, and First Class mail to all others.<br><br>Leland Deering Group Manager (IRS)<br>& to Aubrey Billingsley, Revenue Agent (IRS)<br>Internal Revenue Service (IRS)<br>2864 South Circle Drive, Suite 700<br>Colorado Springs, Colorado 80906-9917<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>First Notice of Fault and Demand for Payment<br>Return letter (FORM 4564), noted " this is a partial or incomplete answer" | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002472 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 28 | 5/14/2010 | The above named Libellant, George Thomas, Brokaw, Executive Trustee for GEORGE THOMAS BROKAW appeared before me, a Notary, subscribed, sworn to the truth of this contractual SECOND NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT for the closing of the escrow. | Mueller | Second Notice of Demand for Payment and Settlement against IRS employees | 00002480 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 27 | 5/14/2010 | On this 14 day of May, 2010, for the purpose of verification, I the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Certified Mail # 7009 3410 0000 6319 7512 to, Roxy Huber, and First Class mail to all others.<br><br>Leland Deering Group Manager (IRS)<br>& to Aubrey Billingsley, Revenue Agent (IRS)<br>Internal Revenue Service (IRS)<br>2864 South Circle Drive, Suite 700<br>Colorado Springs, Colorado 80906-9917<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>Second Notice of Fault and Demand for Payment | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002477 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 30 | 5/22/2010 | On this 22nd day of May, 2010, for the purpose of verification, I the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Certified Mail # 7009 3410 0000 6319 7536 to, Roxy Huber, and First Class mail to all others.<br><br>Leland Deering Group Manager (IRS)<br>& to Aubrey Billingsley, Revenue Agent (IRS)<br>Internal Revenue Service (IRS)<br>2864 South Circle Drive, Suite 700<br>Colorado Springs, Colorado 80906-9917<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>Final Notice o [sic] Default and Demand for Payment | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002482 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 29 | 5/22/2010 | The above named Libellant, George Thomas, Brokaw, Executive Trustee for GEORGE THOMAS BROKAW appeared before me, a Notary, subscribed, sworn to the truth of this contractual FINAL NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT for the closing of the escrow. | Mueller | Final Notice of Demand for Payment and Settlement against IRS employees | 00002485 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 31 | 6/14/2010 | On this 14th day of June, 2010, for the purpose of verification, I the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office Certified Mail # 7009 3410 0000 6319 0544 to,<br><br>Leland Deering Group Manager (IRS) & to Aubrey Billingsley, Revenue Agent (IRS) Internal Revenue Service (IRS) 2864 South Circle Drive, Suite 700 Colorado Springs, Colorado 80906-9917<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment Notice of Final Determination and Judgment in Nihil Dicit | Mueller | Affidavit of Notary Presentment / Certification of Mailing | 00002488 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 32 | 3/26/2011 | SUBSCRIBED TO AND SWORN before me this 26th day of March, A.D. 2011, a Notary, that George Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same. | Mueller | Brokaw Letter to IRS Criminal Investigation Division Dated March 26, 2011 with "Instructions for the Enclosed Invoices" | SW-PALM-00001205 | b, e |
| 33 | 5/2/2011 | SUBCRIBED TO AND SWORN before me this 2nd day of May, A.D. 2011, a Notary, that Geroge Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same. | Mueller | Brokaw Letter to IRS Criminal Investigation Division Dated May 2, 2011 with "Instructions for the Enclosed Invoices" | 00004918 | b, e |
| 34 | 6/6/2011 | We will be holding the Tim Turner Secured-Party Creditor 2-day seminar on July 9th & 10th or 16th & 17th.  Tom Brokaw and John Pawelski will present this material . . . .  Please RSVP to me, John Pawelski. | Pawelski | Email to announce@coloradorepublic.org | UC-00000015, 00002557 | a, b, c, d, e, h, j, l |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 35 | 7/6/2011 | Tom and I are putting together a short class tomorrow at 2PM - 5PM at the American Legion hall.  I am attaching all forms.  If you want to get info show up. | Pawelski | Pawelski email to undercover agent | 00002558 | a, b, c, d, e, h, j, l |
| 36 | 8/23/2011 | Tom and I will be meeting tomorrow concerning the Bond amount. | Pawelski | Pawelski email to undercover agent | UC-00000020, 00002562 | a, b, c, d, e, j |
| 37 | 8/25/2011 | Tom and I are going to send another one [bonded promissory note] for $6 million. | Pawelski | Undercover agent recording | UC-00000068 | a, b, c, d, e, j |
| 38 | 9/1/2011 | SUBSCRIBED TO AND SWORN before me this 1st day of September, A.D. 2011, a Notary that Mimi Michelle Vigil, personally appeared and known to me to b [sic] the woman whose name subscribed to the with instrument and acknowledged to be the same. | Mueller | Vigil letter to IRS Criminal Investigation Division dated September 1, 2011 with "Instructions for the Enclosed Invoices" | SW SHADY-00002134 - 00002135 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 39 | 11/22/2011 | This is to certify that on this date, the 22 day of November, 2011, for the purpose of verification, I the undersigned Notary Public, being commissioned in the county of El Paso, do certify that George Thomas Brokaw did appear before me with the following documents listed below.  I, Clara M Mueller, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office via CERTIFIED MAIL # 7011 0110 0001 2544 4599 to;<br><br>Internal Revenue Service<br>Stop 4440<br>P O Box 9036<br>Ogden, Utah 84201<br><br>And a Copy sent by United States Post Office via first class mail to;<br><br>Internal Revenue Service<br>Criminal Investigation Division<br>Box 192<br>Covington, Kentucky 41012<br><br>DOCUMENTS INCLUDED<br>1. EFT instrument, Tender for Set-Off<br>2. Letter of instruction for EFT Instrument | Mueller | Notary Presentment, Certificate of Mailing | 00002717 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 39 | 11/22/2011 | 3. Statement of account GEORGE T BROKAW account #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, nine pages titled (FACSIMILE FEDERAL TAX LIEN DOCUMENT) 4. This Notary Presentment, Certificate of Mailing | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 40 | 11/22/2011 | This is to certify that on this date, the 22 day of November, 2011, for the purpose of verification, I the undersigned Notary Public, being commissioned in the county of El Paso, do certify that George Thomas Brokaw did appear before me with the following documents listed below.  I, Clara M Mueller, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me.  They were sent by United States Post Office via CERTIFIED MAIL # 7011 0110 0001 2544 4599 to;<br><br>Internal Revenue Service<br>Stop 4440<br>PO Box 9036<br>Ogden, Utah 84201<br><br>And a copy sent by United States Post Office via first class mail to;<br><br>Internal Revenue Service<br>Criminal Investigation Division<br>Box 192<br>Covington, Kentucky 41012<br><br>DOCUMENTS INCLUDED<br>1. EFT instrument, Tender for Set-Off<br>2. Letter of instruction for EFT instrument | Mueller | Notary Presentment, Certificate of Mailing | GJ-00000487 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 40 | 11/22/2011 | 3. Statement of account GEORGE T BROKAW account #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, nine pages titled (FACIMILE FEDERAL TAX LIEN DOCUMENT)<br>4. This Notary Presentment, Certificate of mailing | | | | |
| 42 | 1/4/2012 | On the 4th day of January, 2012 A.D., the above signed Secured Party Creditor [Brokaw] personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory evidence and identification to be the man whose name is subscribed to within the instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof. | Mueller | Adminstrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim against TIGTA agent and others | 00002683 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 41 | 1/4/2012 | On this 4th day of January, 2012, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George Thomas Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Reigstered Mail receipt number RA 218 088 309 US to William Frankel, Treasury Inspector General For Tax Administration, Denver Field Office, 1999 Broadway, Suite 2406, Denver, Colorado 80202<br><br>And copies sent via first class mail to: Department of the Treasury, C/O Timothy Geithner, Secretary and Governor IMF 1500 Pennsylvania Ave. NW, Washington, DC 20220<br>And to:<br>Treasury Inspector General for Tax Administration, J. Russell George City Center Bldg., 1401 High Street, NW, Suite 469, Washington, DC. 20005<br><br>1. AFFIDAVIT OF NOTARY PRESENTMENT 2. ADMINISTRATIVE AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE | Mueller | Affidavit of Notary Presentment / Certificate of Mailing | 00002678 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 41 | 1/4/2012 | AND COUNTERCLAIM | | | | |
| 43 | 1/31/2012 | On this 31st of January, 2012 for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George Thomas Brokaw appeared before me with the followign documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office First Class Mail.<br><br>TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION<br>J. Russell George<br>City Center Building<br>1401 H Street, NW<br>Suite 469<br>Washington, DC., 20005<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presenment<br>Copy of NOTICE OF FAULT, DEMAND FOR PAYMENT | Mueller | Affidavit of Notary Presentment / Certificate of Mailing re: TIGTA agent | 00002686 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 44 | 1/31/2012 | The above named Libellant, George Thomas Brokaw, Administrator for GEORGE T BROKAW appeared before me, a Notary, subscribed, sworn to the truth of this contractual NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT for closing of the escrow. | Mueller | Notice of Demand for Payment and Settlement re: TIGTA agent | 00002689 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 46 | 2/21/2012 | On this 21st day of February, 2012 for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George Thomas Brokaw appeared before me with the following documents listed below.  I, the below signed Notary, personally verified that these documents were placed in an envelope and sealed by me.  They were sent by United States Post Office Certified Mail # 7011 0110 0001 2544 4612.<br><br>TO:<br><br>TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION<br>William Frankel<br>Denver Field Office<br>1999 Broadway, Suite 2406<br>Denver, Colorado 80202<br><br>List of Documents Mailed:<br><br>Copy of Notary Presentment<br>Copy of SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT | Mueller | Affidavit of Notary Presentment / Certificate of Mailing re: TIGTA agent | 0002693 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 45 | 2/21/2012 | The above named Libellant, George Thomas Brokaw, Administrator for GEORGE T BROKAW appeared before me, a Notary, subscribed, sworn to the truth of this contractual NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT for closing of the escrow. | Mueller | Second Notice of Demand for Payment and Settlement against TIGTA agent | 00002696 | b, e |
| 47 | 3/15/2012 | The above named Libellant, George Thomas Brokaw, Secured Party Creditor, Executive Trustee for the Trust known as GEORGE T BROKAW, personally appeared before me, a Notary, and proved to me on the basis of satisfactory evidence and identification to be the man whose name is subscribed to the within instrument, and that by his signature on the contractual FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT, and the SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT for the person or entity upon behalf of whom he acted, he signed under oath or asseveration, and accepts the truth thereof. | Mueller | Notice of Final Determination and Judgement in Nihil Dicit against TIGTA agent | 00002702 | b, e |

47