IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     George Thomas Brokaw,
2.     John J. Pawelski,
3.     Mimi M. Vigil, and
4.     Clara M. Mueller,

    Defendants.

---

**SUPPLEMENT TO GOVERNMENT'S *JAMES* PROFFER**

---

The United States of America (the government), submits this supplement to its initial *James* Proffer (Doc. 249). The versions of Exhibits 10, 11, 13, 14, 15, 16, and 23 inadvertently attached to the government's initial proffer contained markings and notes which were not a part of the original emails. This supplement contains unmarked versions of those same exhibits; these versions represent the emails as they were originally obtained during the investigation of this matter and as the government plans to offer them at trial.

Respectfully submitted this 15th day of August, 2014,

          JOHN F. WALSH
          United States Attorney

          s/ Matthew T. Kirsch
          MATTHEW T. KIRSCH
          MARTHA A. PALUCH
          Assistant U.S. Attorneys
          1225 17th Street, Suite 700
          Denver, CO 80202
          Telephone 303-454-0100
          Facsimile 303-454-0402
          Matthew.kirsch@usdoj.gov
          Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John S. Tatum, Esq.<br>john@johntatumlaw.com<br>Attorney for Mimi M. Vigil | Miller Leonard, Esq.<br>miller@themillerleonardlawfirm.com<br>Attorney for Clara M. Mueller |

   I further certify that I sent the foregoing via email to the following addresses:

| | |
|---|---|
| John Joseph Pawelski, Pro Se<br>johnski9999@gmail.com<br><br>Mimi M. Vigil, Pro Se<br>Rubyred5050@gmail.com | George T. Brokaw, Pro Se<br>tombrokaw33@msn.com |

                s/Grazy Banegas
                Grazy Banegas
                Legal Assistant
                United States Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                303 454-0100
                Fax: 303 454-0402
                grazy.banegas@usdoj.gov