# EXHIBIT 15

| | |
|---|---|
| **Message0156** ||
| Subject: | RE: ceodata w/ein |
| From: | Curtis Morrris |
| Date: | 2/4/2009 10:28:00 PM |
| To: | 'abfloans@comcast.net' |
| **Message Body** ||

John,

I thought you said you would put the ones I was missing together. I am not sure what you meant but I assumed that you were going to send me back the details of the stuff.

Curtis

_____

From: John Pawelski [mailto:abfloans@comcast.net]
Sent: Wednesday, February 04, 2009 8:00 PM
To: 'Curtis'
Subject: RE: ceodata w/ein

I gave them to you on a 1099OID. If you do not have them, I can re-create.

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

-----Original Message-----
From: Curtis [mailto:effnbks@myedl.com]
Sent: Wednesday, February 04, 2009 5:33 PM
To: abfloans@comcast.net
Subject: RE: ceodata w/ein

John,

Had you had a chance to get those together?

Curtis Morris

-----Original Message-----
From: John Pawelski [mailto:abfloans@comcast.net]
Sent: Thursday, January 29, 2009 7:01 PM
To: 'Curtis'
Subject: RE: ceodata w/ein

The fair finance and elpaso count treasurer need to be added.

I will create the oid data for the missing documents and email them to you.

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

-----Original Message-----
From: Curtis [mailto:effnbks@myedl.com]
Sent: Thursday, January 29, 2009 6:14 PM
To: abfloans@comcast.net
Subject: RE: ceodata w/ein

I don't have any of those you say I am missing. I only had one amex that had void marked on it so I ignored it. I had 5 sheets total and two miscellaneous sheets for fair finance and elpaso county treasurer that did not look completed.

Curtis Morris

-----Original Message-----
From: John Pawelski [mailto:abfloans@comcast.net]
Sent: Thursday, January 29, 2009 3:51 PM
To: 'Curtis'
Subject: RE: ceodata w/ein

The street name is Commanchero, not cammanchero

There is a lot missing:

You should have handwritten OID for Bof A ending in 8749 for 15000, BofA ending 4945 for 10,200, B of a ending 8069 for 16000, b of a ending 7846 for 5700

Chase ending 6969 for 2500, chase ending 3444 for 9000, chase ending 1219 for 13000

Change the OID for Barclays ending with 0389 to 1000

New stuff

Barclays account 5140218024373480 for 8150

Kohls Deprtment store account 05302841990- address po box 30510 Los Angeles, CA. 90030-0510 Not corporate office no ein

Target account 9639331165 for 200 address PO Box 59317, Minneapolis MN., 55459-0317 not corporate office no ein

Court case 4L 68707 Attorney = BECK AND CASSINIS, P.C., David Beck, 3025 S. Parker Rd., Aurora, CO. 80014

Clerk = Matt McConville, 1437 Bannock St., Denver, CO. 80202

6,000,000 each ????????????

Let me know what I need to do for you.

Thanks,

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

-----Original Message-----

| Outlook Header Information |
|---|
| Conversation Topic: ceodata w/ein<br>Subject: RE: ceodata w/ein<br>From: Curtis Morrris<br>Sender Name: Curtis Morrris<br>To: 'abfloans@comcast.net'<br>Delivery Time: 2/4/2009 10:28:00 PM<br>Creation Time: 2/4/2009 10:26:33 PM<br>Modification Time: 2/4/2009 10:28:39 PM<br>Submit Time: 2/4/2009 10:28:39 PM<br>Importance: Normal<br>Priority: Normal<br>Sensitivity: Normal<br>Flags: 1 = Read<br>Size: 27830 |