# EXHIBIT G

LORRAINE C. MILLER
CLERK

Dr HERMAN M. SPRINGS
Deputy Clerk

JAMES F. HESS
Deputy Clerk

MARIA A. LUM
Deputy Clerk

H-154 THE CAPITOL

# Office of the Clerk
# U.S. House of Representatives
# Washington, DC 20515-6601

**EXHIBIT 6**

August 24, 2010

Thank you for contacting the Office of the Clerk.

Our office has conducted research of the House Journal and the Congressional Record in regards to HR 3190 and the voice vote that was taken on May 12, 1947. After researching these official proceedings of the US House of Representatives we have been unable to find the names of the 44 Members who responded to the voice vote. We have included pages from the House Journal and the Congressional Record that shows the proceedings of that day as far as the quorum is concerned. The text of HR 3190 passed on May 12, 1947 it was debated, engrossed and the motion was laid on the table. HR 3190 was passed by the House and Senate on June 18, 1948 and became Public Law 80-772 on June 25, 1948. The House Convened on December 19, 1947 for daily business the start of a new session of Congress was January 6, 1948. We hope the provided information and documentation will aid in your research.

Legislative Resource Center

Office of the Clerk

US House of Representatives