UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff/Respondent | § | |
| V. | § | CASE No. 13-cr-00392-CMA |
| John Joseph Pawelski | § | |
| Petitioner | § | |
| | § | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 1 1 2014
JEFFREY P. COLWELL
CLERK

## MOTION TO ACCELERATE RULING

Comes now Petitioner, John Joseph Pawelski, and moves as a matter of law, for the court to issue an immediate order dismissing this criminal case for lack of jurisdiction.

Petitioner has established by judicially noticed facts that a massive cover-up occurred by the Department of Justice related to the unconstitutionality of Public Law 80-772 and therefore, 18 USC section 3231.

Petitioner has been illegally confined and/or constrained in violation of the Constitution of the United States, the laws of the United States, and Supreme Court precedent.

On September 3, 2014, Petitioner presented the evidence and law that the court had no jurisdiction in the district court.

Petitioner is being constrained illegally and moves the court to issue an immediate order for dismissal of this case with prejudice.

                                                  Respectfully submitted,

                                                  John Joseph Pawelski

## CERTIFICATE OF SERVICE

On this the  10th  day of September, a true and correct copy of this Motion was submitted to the clerk of the court with who will submit copies to opposing counsel and all parties involved in this case, sent by first class mail, postage prepaid.

John Joseph Pawelski