IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

John J. Pawelski,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2014

JEFFREY P. COLWELL
CLERK

## NOTICE OF EXHIBITS

Petitioner, John Joseph Pawelski, respectfully moves the court to deny the use of government exhibits for the following reasons:

1. Petitioner brings forth documentation which is true and valid and self-authenticating. The documents herein to be evidence meet the standards of he Federal Rules of Evidence and the Federal Criminal Rules of Procedure.

2. The affidavits prescribed on the attached list meet the standard set by the Supreme Court..

3. Petitioner brings before the court valid evidence in compliance with the Rule of Evidence.

WHEREFORE, Petitioner John Joseph Pawelski requests as follows:
1. That the documents be accepted into the case file

Respectfully submitted,
John Joseph Pawelski

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2014, a true and correct copy of the foregoing **NOTICE OF EXHIBITS** was mailed to the Clerk of the Court using the first class mail. The clerk will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email: matthew.kirsch@usdoj.gov

Mimi Vigil
E-mail: rubyred5050@gmail.com

And via e-mail to the following:
George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado 80918
E-mail: tombrokaw33@msn.com

# Exhibits for case 13-cr-00392

| Exhibit # | Description | Comments |
|---|---|---|
| | SF61 | William Frankel |
| | SF61 | Klaton Knabb |
| | SF61 | Adam Rutkowski |
| | SF61 | Michael Watanabe |
| | SF61 | Christine Arguello |
| | SF61 | Matthew Kirsch |
| | SF61 | Martha Paluch |
| | SF61 | John Walsh |
| | SF61 | William Petrosky |
| | SF61 | Jay Cripps |
| | SF61 | Fitzgivens |
| | SF61 | UC dba Jacqueline Jennings |
| | SF61 | John Kammerzall |
| | Oath of Office | William Frankel |
| | Oath of Office | Klaton Knabb |
| | Oath of Office | Adam Rutkowski |
| | Oath of Office | Michael Watanabe |
| | Oath of Office | Christine Arguello |
| | Oath of Office | Matthew Kirsch |
| | Oath of Office | Martha Paluch |
| | Oath of Office | John Walsh |
| | Oath of Office | William Petrosky |
| | Oath of Office | Jay Cripps |
| | Oath of Office | Fitzgivens |
| | Oath of Office | UC dba Jacqueline Jennings |
| | Oath of Office | John Kammerzall |
| | Performance Bond | William Frankel |
| | Performance Bond | Klaton Knabb |
| | Performance Bond | Adam Rutkowski |
| | Performance Bond | Michael Watanabe |
| | Performance Bond | Christine Arguello |
| | Performance Bond | Matthew Kirsch |
| | Performance Bond | Martha Paluch |
| | Performance Bond | John Walsh |
| | Performance Bond | William Petrosky |
| | Performance Bond | Jay Cripps |

| Document | Source |
| --- | --- |
| Performance Bond | Fitzgivens |
| Performance Bond | UC dba Jacqueline Jennings |
| Performance Bond | John Kammerzall |
| Supreme Court Rulings | Concerning Jurisdiction |
| Supreme Court Rulings | Concerning Affidavits |
| Affidavit of Truth | William Frankel |
| Affidavit of Truth | Klaton Knabb |
| Affidavit of Truth | Adam Rutkowski |
| Affidavit of Truth | Michael Watanabe |
| Arrest of Order | Pawelski |
| Federal Areas in Colorado | Pawelski |
| Criminal Resources Manual | Administration of U.S. Courts |
| Memorandum of Law | Clerk of Court |
| Harry Lappin Memorandum | Harry Lappin, D.O.P. Director |
| <u>Harry Lappin Declaration</u> | Harry Lappin, D.O.P. Director |
| Letter from House of Representative | Nancy Erickson |
| Letter from House of Representative | Lorraine Miller |
| Letter from House of Representative | Jeff Trandahl |
| Letter from Senate | Karen Haas |
| Gapa Affidavit | Gapa |
| Blackbonnet Affidavit | Blackbonnet |
| Title 18 Complaint | Pawelski |
| Grand Jury True Bill | Clerk of Court |
| USC 26, 9 | U.S. Congress |
| USC 26, 25 | U.S. Congress |
| Prosecutor entry of appearance | U.S. D.O.J. |
| July 16 hearing transcripts | Clerk of Court |
| Response from Kirsch to Brokaw | Clerk of Court |
| Response from Kirsch to Pawelski | Clerk of Court |
| Larry Beecraft Memorandum | IRS Director |
| Title 18 rulings | Clerks of Court |
| Oid Cover Letters | Pawelski |
| Affidavit of Status | Pawelski |