IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

John J. Pawelski,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2014

JEFFREY P. COLWELL
CLERK

## MOTION TO MERGE HEARINGS

Petitioner, John Joseph Pawelski, respectfully moves the court to merge the assistance of counsel hearing scheduled for September 29, 2014 and add to the beginning or end of the October 3, 2014 hearing.

1. Petitioner believes that it is in the best interest of all parties to conserve time and money.

2. Petitioner has few resources to travel to the Denver Court and feels it is in the best interest of all parties to have the counsel hearing in conjunction with the James and Motion hearing.

3. The court is under funding constraints and this merg would save the court resources.

WHEREFORE, Petitioner John Joseph Pawelski requests as follows:
   1. That the documents be accepted into the case file

Respectfully submitted,
John Joseph Pawelski

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2014, a true and correct copy of the foregoing **MOTION TO MERGE HEARINGS** was mailed to the Clerk of the Court using the first class mail. The clerk will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email: matthew.kirsch@usdoj.gov

Mimi Vigil
E-mail: rubyred5050@gmail.com

And via e-mail to the following:
George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado 80918
E-mail: tombrokaw33@msn.com