# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

### Judge Christine M. Arguello

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 0 2014

**JEFFREY P. COLWELL**
CLERK

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | C |
| | C |
| Plaintiff, | C |
| | C |
| v. | C |
| | C |
| JOHN J PAWELSKI, | C |
| | C |
| Defendant. | C |
| | C |

## MEMORANDUM OF LAW FOR OID

### JUDICIAL NOTICE - NO SUBJECT MATTER JURISDICTION

Comes now a man of flesh and blood, on the soil, under GOD, with a given Christian appellation of John Joseph Pawelski, a third party intervenor, real party in interest and injury in this purely commercial matter. Defendant JOHN J PAWELSKI (ALL CAPITAL LETTERS) is an ens legis / legal fiction / U.S. Person. The natural person is the reason the cestui que trust exists and therefore, I am the true beneficiary in posterity. Because the bankrupt UNITED STATES corporation has "Pledged" my full faith and credit to help make good on their public debts, I am a Creditor to them. I am here by special restricted attendance and I reserve all my rights by explicit reservation and without prejudice.

### ISSUE NUMBER ONE - NO INJURED PARTY

I have seen no evidence that the prosecution has produced or can produce an injured party, i.e. a live flesh and blood natural person / man or woman, who can make an appearance on the record and who can submit into the record a signed and sworn Affidavit or Declaration as to the nature and extent of his/her injury(is). "A name spelled in all capital letters or a name initialed, is not a

proper noun denoting a specific person, but a fictitious name, or a name of a dead person, or a nom de guerre." -- Greggs Manual of English:

"The omission of the Christian name by either plaintiff or Defendant in a legal process prevents the court from acquiring jurisdiction." -- Bouviers Law Dict. 8th Ed. page 2287.

"Complaint must identify at least one plaintiff by true name, otherwise no action has been commenced."-- Roe v. New York, (1970 S.D. NY) 49 FRD 279, 14FR Ser7y2d 437, 8 ALR Fed 670 " The requirement of standing, however, has a core component derived directly from the Constitution. A Plaintiff must allege a personal injury fairly traceable to the Defendant's alleged unlawful conduct and likely to be redressed by the requested relief." -- Allen v. Wright, 468 U.S. 737, 751 (1984) "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action." -- Melo v. U.S. 505 F. 2d 1026.

"Plaintiffs have the burden of establishing standing." -- Loren v. Blue Cross & Blue Shield of Michigan, No. 06-2090, 2007. WL 2726, 704 at *7 (6th Cir Sept. 20, 2007). "There is no discretion to ignore lack of jurisdiction." -- Joyce v. U.S. 474 2D 215. Therefore, let the record reflect that the named plaintiff "UNITED STATES OF AMERICA" and the named defendant "JOHN J PAWELSKI" (ALL CAPITAL LETTERS) are not 'natural persons', but are ens legis / legal fictions of law. Absent an injured party this court lacks subject matter jurisdiction. I stipulate this matter be VACATED and declared VOID. If an injured party can be proven on the record to exist then the following:

## ISSUE NUMBER TWO - NO BONA FIDE CONTRACT OR COMMERCIAL AGREEMENT AT ISSUE

I have seen no evidence that the prosecution for the fictitious plaintiff has produced or can produce a bona fide contract or commercial agreement bearing my wet ink autograph, of which my failure to perform there under would be cause for this action. Under the ongoing bankruptcy / reorganizations of the corporate UNITED STATES, lawful money of substance was removed from circulation and replaced with a private, non-government International Banking Cartel's private corporate commercial paper system called the Federal Reserve (debt) note and system. "Governments descend to the level of a mere private corporation and take on the character of a

mere private citizen [where private corporate commercial paper (securities) is concerned.] For purposes of suit such corporations and individuals are regarded as an entity ENTIRELY separate from government." -- Bank of US v. Planters Bank, 9 Wheaton (22 US) 904, 6 Led.

"When government enters the world of commerce, it is subject to the same burdens as any private firm." -- U.S. v. Burr, 309 US 242, 60 S Ct. 488, 84 Led 244.

"The plaintiffs are not suing the USA, but the corporation, and if its act was unlawful, even if they might have sued the USA, they are not cut off from a remedy against the AGENT that did the wrongful act. In general, the USA cannot be sued for tort, but its immunity does not extend to those who acted in its name." -- Sloan Shipyards v. U.S. ETCH 67 Cal OR No. 6 (1979).

I have seen no evidence that the use of this private, non-government International Banking Cartel's corporate commercial paper system does not make all courts private, non-government corporations in business for profit, serving the interests of foreign principals, shareholders and themselves. In violation of the Separation of Powers Clause, how can a taxing Authority be granted to a private business? Article I, Section 8, Clause 1 of the United States Constitution is known as the Taxing and Spending Clause. The 3 Branches of the Federal Government are bound by the chains of the Constitution and no powers of Congress can be conferred to any other branch and there is NO 4th Branch known as the Federal Reserve Bank, making 26 USC NULL and VOID, in ab initio. As the INTERNAL REVENUE SERVICE / IRS is no part of any government agency, how can they be conferred with police powers? This is only Constitutional by and through the executive branch of the government and the U.S. Dept. of Justice, so why are the IRS "agent" allowed on raids that seize personal property, when the Federal Reserve Bank (FRB) and the Internal Revenue Service are nothing but private entities? As the IRS / FRB have no lawful rights under the Fifth Amendment Takings Clause - how can they claim standing / injury in any civil or criminal proceedings?

Do federally enacted, or non-enacted, statutes constitutionally apply to me, a live flesh and blood man, on the soil, under GOD? If so, what is the nexus, i.e. bona fide contract or commercial agreement bearing my wet ink autograph, that reaches to me and subjects me to the statutes, i.e.

private administrative codes, rules, regulations and the like, of the bankrupt UNITED STATES corporation located in the District of Columbia? What is the nexus, i.e. bona fide contract or commercial agreement bearing my wet ink autograph that reaches to me and subjects me to the Constitution of the UNITED STATES of 1868 as adopted by a bankrupt corporation called the UNITED STATES located in the District of Columbia? Additionally, publication of the "Code of Laws of the United States of America" does not make them laws without an "enacting clause" or "re-enacting clause" that the 'Statutes at Large' should have indicated. Statutes at Large, Vol. 43, Part 1 and Volume 44, Part 1 and 2, clearly shows that no Congressional passage, enactment or authority was indicated on Dec. 7th, 1925. As there is no Congressional enactment clause found in the Statutes at Large for UNITED STATES CODE Titles 1 through 50, then by what authority does UNITED STATES Attorney General Eric Holder or designee, or any other prosecutor have to use these private administrative codes, rules, regulations and the like, to deprive me of any of my unalienable rights, liberties, privileges or immunities?

I have seen no evidence that any pseudo public official / officers have (1) a bona fide "oath of office" that is Constitutionally compliant, (2) any bonds in place to guarantee adequate assurance of due performance and honest services, and (3) any duly constituted lawful delegation of authority.

I have seen no evidence that any UNITED STATES DISTRICT COURTS are Constitutionally compliant Article III courts, but are in fact corporate / military courts, serving the interests of foreign principals, shareholders and themselves. I have seen no evidence that (1) in fact and law that there is any UNITED STATES / UNITED STATES OF AMERICA, (2) their corporate charters are current and in good standing, and (3) any of these private corporations are properly and currently registered with any Secretary of State to do business in that State.

I have seen no evidence that all legitimate government offices are not therefore vacant and that all so-called public officials / officers are anything more than private Contractors.

I have seen no evidence of any valid enacting clauses for Titles 1 through 50 of the UNITED STATES CODE. Therefore, let the record reflect that there is no bona fide contract or

commercial agreement bearing my wet ink autograph between me, John Joseph Pawelski, live flesh and blood man, on the soil, under GOD and the UNITED STATES / UNITED STATES OF AMERICA corporation(s) or any of their subcorporate entities, including but not limited to any UNITED STATES DISTRICT COURT, the U.S. DEPARTMENT OF JUSTICE, the AMERICAN BAR ASSOCIATION, of which my failure to perform there under would have been cause for this action and would subject me to the private statutes, administrative codes, rules, regulations and the like, of the bankrupt UNITED STATES corporation located in the District of Columbia. Absent a bona fide contract or commercial agreement bearing my wet ink autograph, between live flesh and blood me, John Joseph Pawelski, on the soil, under GOD and the UNITED STATES / UNITED STATES OF AMERICA or any of their sub-corporate entities, including but not limited to any UNITED STATES DISTRICT COURT, the U.S. DEPARTMENT OF JUSTICE, the AMERICAN BAR ASSOCIATION, of which my failure to perform there under would have been cause for this action and would subject me to the private statutes,  administrative codes, rules, regulations and the like, of the bankrupt UNITED STATES corporation located in the District of Columbia, this military / corporate administrative tribunal lacks subject matter, in persona, in ram, territorial, legislative or any jurisdiction whatsoever, over live flesh and blood me. I do not consent to any jurisdiction over me and stipulate this matter be VACATED and declared VOID. If an injured party can be proven on the record to exist and if a bona fide contract or commercial agreement can be proven on the record to exist between live flesh and blood me, John Joseph Pawelski, on the soil, under GOD bearing my wet ink autograph and the UNITED STATES or any sub-corporate entity under which I failed to perform and would be cause for this action, then the following applies:

## ISSUE NUMBER THREE - NO CONTROVERSY EXISTS

Per FRAP Rule 8 - Accord and Satisfaction is an Affirmative Defense. Uniform Commercial Code (UCC) explains Accord and Satisfaction at 3-311. The Federal Tax Lien Act of 1966 moved the entire taxation and monetary systems under the UCC. UCC 1-103 is quoted in the Administrative Manual of the Internal Revenue Service and says the "Law of the Merchant" governs all sections of the Internal Revenue Code. UCC 1-103. Unless displaced by the particular provisions of this subtitle, the principles of law and equity, including the law of the merchant and the law relative to capacity to contract, principal and agent, estoppel, fraud, duress,

coercion, misrepresentation, mistake, bankruptcy, or other validating or invalidating cause shall supplement its provisions. It is axiomatic that where a liability in equity arises due to an injury by any party and that party does not provide a "remedy" for said liability, the injured party has the right and standing to create his/her own remedy. Let the record reflect that the prosecution for the fictitious plaintiff has not provided me a remedy and that I have the right and standing to create my own remedy. All public officials / officers, be it judge, clerk, attorney, administrator or the like, have a fiduciary duty to the people as confirmed at Am. Jur. 2d. 63C page 247. Public officials / officers are trustees of the cestui que trust and as such are to administer this trust by serving the interests of these beneficiaries, the American people. Public officials / officers, particularly those in the U.S. Dept. of Justice working in concert with those in the U.S. Dept. of the Treasury are to administer the 1933 corporate UNITED STATES ongoing bankruptcy and as such are to set-off or discharge public debt and other debt issues brought to them by the American people, through the Fed/Treasury window in exchange for the full faith and credit pledge forced upon the American people by the bankrupt UNITED STATES corporation - meaning, the personal debts of the American people ARE obligations of the U.S. Dept. of the Treasury. I have seen no evidence that a summons, Complaint, information or Indictment in this matter is not an alleged violation of (bonded) statutes of which a judgment in favor of can be monetized for private and commercial profit or that the summons and complaint, information or indictment is not a three party draft, commercial paper or Bill-of-Exchange, under Article 3 of the UCC; the Grand Jury foreman being the maker or drawer of the Indictment by his/her signature, the defendant / ens legis / legal fiction -ALL CAPITAL LETTER NAME - juristic U.S. person being the drawee per UCC 4-105, 12 CFR 210.2, 12 CFR 229.2, the UNITED STATES corporation being the payee and the natural person, the payor / banker as the natural person is the only one who can bring value / credit to the transaction. Let the record reflect that the Indictment is a presentment / offered by the bankrupt UNITED STATES corporation, including its agent(s), to draw upon the full faith and credit of the natural person / man or woman, to create funds under public policy of the bankruptcy per HJR-192 and Public Law 73-10, to raise revenue to fund government and pay shareholders and other third party interests.

UCC 3-501(a) "Presentment" means a demand made on or behalf of a person entitled to enforce an instrument (i) to pay the instrument made to the drawee or a party obliged to pay the

instrument or, in the case of a note or accepted draft payable at a bank, to the bank, or (ii) to accept a draft made to the drawee. Pursuant to UCC 3-504 presentment may be waived and obligations of indorses are still enforceable.

UCC 3-409 Acceptance of Draft (a) "Acceptance" means a drawee's signed agreement to pay a draft as presented. It must be written on the draft and may consist of the drawee's signature alone. Acceptance may be made at any time and becomes effective when notification pursuant to instructions is given of the accepted draft is delivered for the purpose of giving rights on the acceptance to anyone. (b) A draft may be accepted although it has not been signed by the drawer, is otherwise incomplete, is overdue, or has been dishonored. The prosecution for the fictitious plaintiff is holding the discharging instruments but has failed to post full settlement and closure to the account(s) and discharge this matter. Let the record reflect that the Debtor's (UNITED STATES AND US ATTORNEYS) failure to provide me a remedy is proof they are operating outside the corporate UNITED STATES bankruptcy - a criminal offense.

Let the record reflect that there are no remaining outstanding unsettled claims, debts or commercial dishonors that would prevent the immediate dismissal and discharge of this purely commercial matter. Absent a controversy involving legal fictions, this court lacks subject matter and in rem jurisdiction. I do not consent to any in rem or in personal jurisdiction of this court nor do i consent to any contract with this court or any of the actors in it. I stipulate this matter be VACATED and declared VOID.

## POINTS AND AUTHORITIES - 1

1. The UNITED STATES is operating under a bankruptcy / reorganization as confirmed on June 5, 1933 - Senate Document No. 93-549, Codified at 12 USCA 95a, aka "The National Emergency", Executive Proclamation No. 3972, Executive Orders No. 6073, 67102, 6111, 6260, as well as 5 USC 903 - Reorganization Plan No. 26 wherein the Secretary of the Treasury was appointed the "Receiver" for the bankrupt UNITED STATES corporation located in the District of Columbia.

2. The UNITED STATES bankruptcy did impair the obligations and considerations of contracts through the Joint Resolution to suspend the Gold Standard and Abrogate the Gold

Clause, June 5, 1933, as it may operate within the United States, which is a violation of the Constitution.

3. Under the 15th Amendment and numerous Supreme Court precedents as well as in equity, private property cannot be taken or pledged for public use without just compensation or due process of law. The defacto government corporation cannot pledge or risk the property or wealth of the American people for any government purpose without legally providing them a remedy to recover what is due them on their risk. The 15th Amendment provides: "No person shall be deprived... of property without due process of law." And, the courts have long ruled, to have one's property legally held as collateral or surety for a debt, even when he still owns it, is to deprive him of it since it is at risk and could be lost for the debt at any time. The U.S. Supreme Court ruled in UNITED STATES V. RUSSELL [13 Wall, 623, 627] "Private property, the Constitution provides, shall not be taken for public use without just compensation."

4. During the financial crisis of the depression of the early 1930's, the substance of gold, silver and real money was removed as a foundation of our financial system. In their place, the substance of the American people: their real property, wealth, assets, and labor energy, which belongs to them was, in effect, "pledged" by the defacto government corporation and placed at risk as collateral for U.S. debt, credit and currency for commerce to function. This is well documented in the actions of Congress and the President at that time and in the Congressional debates that preceded the adoption of the reorganizational measures: Senate Document No. 43, 73rd Congress, 1st Session stated, "under the new law money is to be issued to the banks in return for government obligations, bills of exchange, drafts, notes, trade acceptances and bankers acceptances. The money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. It will represent a mortgage on all the homes and other property of all the people in the nation,"- which lawfully belongs to these private people.

5. The National Debt is defined as "mortgages on the wealth and income of the people of a country." (Encyclopedia Britannica) The reorganization is evident by the Emergency Banking

Act of 1933, House Joint Resolution 192, June 5, 1033, Public Law 73-10 and the series of Executive Orders that surround them: 6073 - Reopening of Banks, Embargo on Gold Payments and Exports, and Limitations in Foreign Exchange Transactions, March 10, 1933; 6111 - Transactions in Foreign Exchange are permitted under Government supervision, April 20, 1933; 6102 - Forbidding the Hoarding of Gold Coin, Gold Bullion and Gold Certificates, April 5, 1933.

6. The commerce and credit of the nation continues on today under financial reorganization / bankruptcy as it has since 1933 still backed by the assets, wealth and property of the American people, at risk for the bankrupt defacto governments' obligations and currency.

7. During the Congressional hearings in regard to HJR-192 and the removal of Gold (lawful Money), a Congressman asked the then Secretary of the Treasury how the American people would pay for their debts without lawful money, to which the Secretary replied: "The UNITED STATES government will pay the debts of the people until lawful money is restored."

8. The taking of the Gold from the people, the taking of lawful money, and the bankrupt defacto governments' pledge of all the private property of the people of the nation, was the taking of people's property without just compensation and due process of law. The taking of people's property as described above made the American people Creditors to the corporate UNITED STATES bankruptcy / reorganizations and the registration of the births of all Americans in order to bond, hypothecate and pledge their future labor productivity, collectable as tax revenues made all Americans sureties by accommodation, per UCC 3-419.

9. Constitutionally and in the laws of equity, the UNITED STATES could not borrow against or pledge the wealth and property of the American people, put at risk for its currency and credit, without providing them an equitable remedy for recovery of what is due them.

10. The rights of a Surety to recover on his/her risk or loss when standing for the debts of another was confirmed again as recent as 1962 in Pearlman v. Reliance Ins. Co. 371 US 132

when the court said: "... Sureties compelled to pay the debts for their principal have been deemed entitled to reimbursement, even without a contractual promise... and there are probably few doctrines better established."

11. In order for the defacto bankrupt UNITED STATES corporation government to avoid violating the law and the Constitution in its actions to collateralize its financial reorganizations, the government had to, and did, provide a legal remedy to the people whose property it took without just compensation and due process of law, so that it has been able to continue on since 1933, to hypothecate the private wealth, assets, labor and property by those classes of persons by whom it is owned, at risk backing the defacto government corporations obligations and currency, through the bankrupt defacto government having provided such remedy for recovery of what is due them on their property, assets, wealth and labor productivity, put at risk and loss.

12. All U.S. currency since 1933 represents debt, i.e. taken and/or "pledged" by the corporate UNITED STATES defacto government, against the real property, wealth and assets belonging to the private American people, to who its secondary Creditors as Surety for its obligations. Consequently, those backing the Nations credit and currency could not recover what was due them by anything drawn on Federal Reserve (debt) notes without expanding their risk and obligations to themselves. Any recovery payments backed by this currency would only increase the public debt for which the American people property, wealth, assets and labor productivity was collateral, which an equitable remedy was intended to reduce and in equity would not satisfy anything, as there was no longer actual money of substance to pay anyone.

13. Federal Reserve (debt) notes, although legal tender for all debts, public and private, in the reorganization, can only discharge debt. Debt must be "paid" with value or substance, i.e. Gold, Silver, Barter, Labor or a Commodity. For this reason HJR-192 and Public Law 73-10, which established the "public policy" of the current monetary system, repeatedly uses the technical term of "discharge" in conjunction with "payment" in laying out the "public policy" for the new system. A debt based currency system cannot pay debt.

14. From that time to the present, commerce in the corporate UNITED STATES, located in the District of Columbia and among the sub-corporate entities has had only debt note instruments by which debt can be discharged or transferred in different forms. The unpaid debt created and/or expanded by the plan now comes with a 'public liability' for collection, in that when debt is discharged with debt instruments (Federal Reserve Notes included), by our commerce, debt is inadvertently being expanded instead of being cancelled, thus creating the public debt; a situation potentially fatal to any economy.

15. Congress and the government officials who orchestrated the public laws and regulations that made the financial reorganization anticipated the long term effects of a debt based financial system which many in government feared, and which we face today in servicing the interest on trillions upon trillions of dollars in UNITED STATES corporate public debt and in the same Act made provisions, not only for the recovery remedy to satisfy equity to its Sureties and Creditors, but to simultaneously resolve the problem as well.

16. The property, wealth, assets and labor productivity, collectable in tax revenues is the substance backing all other obligations, credit and currency of the UNITED STATES corporation and such currencies cannot be used to reduce obligations for equity interest recovery to its Sureties and prime Creditors.

17. HJR-192 and Public Law 73-10 further declared "every provision... which purports to give the right to the obligee to require payment in Gold or a particular kind of coin or currency... is declared to be against 'public policy' and no such provision shall be made with respect to any obligation incurred."

18. That the "public policy" of HJR-192 and Public Law 73-10 are still in effect is evidenced by the other provisions of "public policy" it established, that we can see along with those discussed. For instance, no one would attempt to demand payment in Gold or a particular kind of coin or currency in use or think to write such an obligation into a contract because the Gold Standard for currency is still suspended and the right to a "Gold Clause" to require payment in

Gold is still abrogated. Both are still part of "public policy" established in HJR-192 and Public Law 73-10.

19. The practical evidence and the fact of the corporate UNITED STATES (defacto government) financial reorganization is still present today. When Treasury notes come due they are not paid. They are financed by new T-Bills and note to back the currency and cover the debt; something that cannot be done with debt unless the debtor - UCC 9-307h - is protected from the Creditors in a bankruptcy / reorganization that is regularly being restructured to keep it going. Every time the Federal Debt Ceiling is raised by Congress, they are restructuring the bankruptcy / reorganizations of the defacto government corporations debt so commerce can continue on.

20. A public or government corporation's commercial presentment, i.e. charge, complaint, summons, information, indictment, etc. amounts to a commercial offer to expand debt in the bankruptcy. A tender of a debt instrument to settle the debt results in debt expansion, not debt reduction. By one's 'acceptance' of the offer and lending one's signature / credit, one gives value to the instrument. Pursuant to 12 USC 411, Federal Reserve (debt) notes can be redeemed for lawful money, hereby reducing the National Debt by the amount redeemed. In a similar manner, when one "Accepts for Value" a public of government corporations commercial presentment, i.e. charge, complaint, summons, information, indictment, etc. and returns the 'accepted' presentment for full settlement and closure of the account)s), one has cancelled that portion of the debt created, thereby providing the Surety by accommodation or public Creditor, the just compensation and equitable recovery due them for all at risk or loss and simultaneously lowers the National Debt by the amount redeemed; a win-win situation.

21. 31 USC 3123 makes a statutory pledge of the UNITED STATES corporation to payment of obligations and interest on the public debt. 31 USC 3130 further delineates in its definitions, a portion of the total public debt which is held by the public as the "Net Public Debt".

22. From the preceding, we can see that the bankrupt corporate UNITED STATES (defacto government) has made a way for the discharge or set-off and recovery on the UNITED STATES corporate public debt due the Sureties and Creditors / Principals of the UNITED STATES - the American people whose assets, wealth, labor and property the bankrupt UNITED STATES corporation pledged towards its own debts, providing as "public policy" for the discharge of "every obligation", "including every obligation" OF and TO THE UNITED STATES financial reorganization to recover on it by discharging an obligation they owed TO THE UNITED STATES of its sub-corporate entities, against the same amount of the obligation OF THE UNITED STATES owed to them; thus providing the remedy for discharge or set-off and orderly recovery of equity interest on UNITED STATES corporate public debt due the Sureties, Creditors / Principals and Holders of the UNITED STATES discharging that portion of the public debt without expansion of credit, debt or obligation of the UNITED STATES corporation or these, its prime Creditors it was intended to satisfy equitable remedy to, but gaining for each bearer of such note, discharge of obligations equivalent in value "dollar for dollar" to any and all "Lawful Money" of the bankrupt UNITED STATES corporation (defacto government).

If an injured party, flesh and blood man or woman, can be proven on the record to exist, if a bona fide contract or commercial agreement bearing my wet ink autograph can be proven to exist between live flesh and blood me and the UNITED STATES corporation, of which I failed to perform under and as such would be cause for this action, if a controversy or charge can be proven to still persist, offers from the prosecution in this purely commercial matter under the corporate UNITED STATES ongoing bankruptcy / reorganizations and returned said 'accepted' presentments / offers for posting full settlement and closure, then the following applies:

### ISSUE NUMBER FOUR - NO FALSE CLAIMS SUBMITTED

While the "Accepted for Value" (AFV) remedy can be utilized throughout the year on an as needed basis, the Credit Recoupment remedy is designed to be a year end remedy, for when the Creditor or unwitting Surety by accommodation has not requested or has not obtained the AFV remedy in a given year. The natural person / man or woman is the source of commercial energy / credit that funds all debt instruments he/she issues, which includes but is not limited to checks, promissory notes, drafts, credit card transaction slips, and Bills of Exchange.

Pursuant to 12 USC 1831 all Federal Depository Insurance Corporation (FDIC) insured banks must follow Generally Accepted Accounting Principles (GAAP) which includes the matching principle; meaning for instance, the statutory banks take the natural persons debt instruments and treats them as deposits and bank liabilities, owed to the issuer / depositor. The statutory bank creates funds out of thin air and does not loan; the natural person and of the statutory banks own credit, which by law it cannot do.

This fact is explained in numerous Federal Reserve Bank publications on money and money creation. However, despite these facts, the statutory banks commit fraud in the factum by failing not reveal the true nature of the transaction, provides no consideration, commits fraudulent concealment of material information and breach of agreement as no title passes with theft. For instance, is someone were to steal a car, sell it for cash and then return the cash to the rightful owner - calling it a 'loan', would the rightful owner be morally, ethically and legally liable to repay the alleged 'loan'? NO. Yet, this is effectively what is going on each day all across American whenever a natural person issues a debt instrument.

Per "Modern Money Mechanics", a publication put out by the Chicago Federal Reserve Bank, page 6, a bank opened a checking account in your name and deposited the (promissory) note, then withdrew the money from your account without your knowledge, permission and authority and loaned it back to you.

"I Bet You Thought", a publication of the New York Federal Reserve Bank states on page 5, "Money doesn't have to be intrinsically valuable, or be issued by the government, or be in any special form."

21 USC 1813(L) The term "deposit" means:

(1) The unpaid balance of money or its equivalent received or held by a bank... "money of its equivalent", any such account of exchange for checks or drafts or for a promissory note upon which the person obtaining such credit or instrument is primarily or secondarily liable.

Per "Two Faces of Debt", a publication of the Chicago Federal Reserve bank, page 19, "A deposit created through lending is a debt that has to be repaid on demand of a depositor, just the same as a debt arising from a customer's deposit of checks or currency in the bank."

Per 5 USC 552, Administrative Procedures Act, statutory banks appear to be agencies of the bankrupt corporate UNITED STATES government, meaning that obligations of the statutory

banks are debt obligations of the bankrupt corporate UNITED STATES (defacto government), due to the American people as equitable remedy for the loss of actual title to all real property, and having their wealth, assets and labor productivity - collectable in tax revenues, pledged as collateral for the bankrupt UNITED STATES corporate public debt. True commercial energy /value is the labor energy of the people and always has been regardless of the medium of exchange. No raw materials come out of the ground, no inventions made, no technology developed or materials written, no merchandise produced or shipped and no services rendered absent the labor energy of the people. It is unconscionable and inconceivable that anyone given full disclosure would enter into a contract wherein he/she had to give his/her labor energy, i.e. property to someone else for nothing, i.e. no consideration, in return. On the other hand, it appears that one has a virtually unlimited capacity to "gift" to others. In fact, this concept of "gift" giving appears to be precisely how the bankers have the creation of funds from commercial paper / debt instruments rigged for their exclusive benefit and is perhaps how they sidestep the many criminal charges that would be brought against them, such as extortion, racketeering / RICO, scheme or artifice to defraud, misrepresentation, and more.

## POINTS AND AUTHORITIES - 2

The General Accountability Office (GAO) submitted reports to the Commissioner of the INTERNAL REVENUE SERVICE / IRS in both 1996 and again in 2006, regarding their findings on the "Original Issue Discount" (OID) debt instruments and the reporting of them. These extensive and detailed reports found

(1) IRS personnel are woefully inept in understanding debt instruments, (2) there are more than 30 different debt instruments in circulation that are unaccounted for, and (3) the difficulty and lack of accountability is due to the fact that the statutory banks, who are required to complete and submit IRS form 8281 for debt instrument reporting, routinely fail to do so. Without the 8281 form submitted by the statutory banks, the IRS has no way of accurately tracking the debt instruments in circulation.

12 USC 1275(a)(1) Debt Instrument

(B) ... the term "debt instrument" means a bond, debenture, note, Certificate or other evidence of indebtedness. 18 USC 8. The term 'obligation of other Security of the United States' includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve Bank notes, coupons, United States notes, Treasury notes, gold

certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn y or upon authorized officers of the United States, stamps, and other representations of value, of whatever denomination, issued under an Act of Congress and canceled stamps. Natural persons, i.e. men and women, as issuers of debt instruments / debt obligations of the bankrupt UNITED STATES corporation (defacto government).

12 USC 1271(b)(1)(A) Any obligation issued by a natural person

12 USC 1271(a)(2)(D) Obligations issued by natural persons

12 USC 1271(a)(2)(E) Loans between natural persons


Original Issue Discount

26 USC 1273(a)(1) ... the term "Original Issue Discount" means the excess, if any, of

  (A) the stated redemption price at maturity, over

  (B) the issue price

Establishment of Issue Price - 26 USC 1273(b) Issue Price

  (4)(B) ... the issue price of a debt instrument which is issued for property shall be the stated redemption price at maturity.

  (5) Property. In applying this subsection, the term 'property' includes services and the right to use property, but such term does not include money. Since the term "property" as used here includes services and the right to use property, debt instruments to be included would be such as promissory notes for a home, or auto, checks for rent, lease or mortgage, utilities, maintenance and repairs, etc. Therefore, one would need to apply the following section to derive the issue price.


26 USC 1273(b)(3) Debt instruments issued for property where there is public trading.

  (A) ... the issue price of such instruments shall be the fair market value of the property. Natural persons typically do not make public offerings because they are typically not registered with the Securities and Exchange Commission (SEC) to do so. Notice that this section does not state that the natural person offered the debt instrument publicly, it just states, where there is public trading. The debt instrument may very well find its way to public trading once it leaves his/her hands. Understanding GAAP and the matching principle and whose credit funds all loans to natural persons, the fair market value of the instrument would be the stated price on the

face of the instrument, so as to be a accurate reflection of the credit issued by the natural person. Determination of issue price for certain debt instruments issued for property.

26 USC 1274(c)(3) Exceptions. This section shall not apply to

 (B) Sales of principal residences. Any debt instrument arising from the sale or exchange by an individual of his principal residence.

 (C) Sales involving payments of $250,000 or less

 (i) In General. Any debt instrument arising from the sale or exchange of property if the sum of the following amounts does not exceed $250,000

 (D) Debt instruments which are publicly traded or issued for publicly traded property. Any debt instrument to which section 1273(b)(3) applies..

From the foregoing we can observe that 26 USC exceptions apply to debt instruments issued by natural persons. A debt instrument that arises from the sale or exchange of property is a debt instrument typically issued by a natural person / man or woman whose credit funded it. Also, 26 USC 1274(c)(3)(D) shows that 26 USC 1273(b)(3) takes precedence in establishing issue price of debt instruments issued for property.

Short-term Obligations

Unless expressly stated otherwise, checks fall into the category of short term obligations covered in 26 USC 1271 and 1281 - 1283, as checks are typically only negotiable and redeemable six months from the date of issue. Original checks are no longer returned to the issuer. The reason being, checks have a tremendous commercial value in the market today as they are bundled and pooled as debt obligations to be bought / sold / traded on Wall Street as mortgage backed or asset backed Securities typically in the form of mutual funds.

A short-Term Obligation is:

 (1) Held by a bank - 26 USC 1281(b)(1)(A)

 (2) Has a fixed maturity of less than one year - 26 USC 1283(a)(1)(A)

 (3) Is any obligation of the United States... which has a fixed maturity of less than one year - 26 USC 1283(a)(3)(B)

IRS publication 1212, Section "L" States, ... "Account number box on (1099) forms... The account number may be a checking account number... or any other number you assign..."

To come up with the Discount -

26 USC 1271(a)(3)(C) Acquisition discount means the excess of

(A) the stated redemption price at maturity, over

(B) the taxpayers basis of the obligation.

Purchase Price

26 USC 1272(d)(1) ... for purposes of this section the term "Purchase" means -

(A) any acquisition of a debt instrument, where

(B) the basis of a debt instrument is not determined in whole or in part by the reference to the adjusted basis of such instrument in the hands of whom it is acquired.

The cost basis to the statutory bank, as taxpayer, is zero ($0.00) until such time the statutory bank pays the natural person for the debt instrument. Recall that according to GAAP, which all statutory banks must follow, there has to be matching entries for each loan / deposit by the natural person to the statutory bank. The redemption price at maturity pursuant to 26 USC 1271(a)(3)(A) is the fair market value, or the face value of the instrument, which the statutory bank is holding. Therefore, the statutory bank is withholding 100 percent of the redemption price at maturity, i.e. the principal amount due the natural person. just like a rose by any other name is still a rose, so to are the funds / credit created by the natural person on debt instruments he / she issues, which the statutory bank is holding, by whatever name the funds / credit is called, is still the funds / credit of the natural person, as source. Since most natural persons use the cash basis for accounting in regards to personal use property, the following sections apply:

26 USC 1275(b) Treatment of borrower in the case of certain loans for personal use.

(1) ... In the case of the obligor under any debt instruments given in consideration for the sale or

exchange of property, section 1274 and 483 shall not apply if the property is for personal use.

(2) Original Issue Discount is deducted on a cash basis in certain cases. In the case of any debt instrument, if

(A) such instrument -

(i) is incurred in connection with the acquisition of personal property.

(B) the obligor under such instrument uses cash receipts and disbursements methods of accounting... the original issue discount on such instrument shall be deducted only when paid.

(3) Personal use property. For purposes of this section, the term "personal use property" means any property substantially all of the use of which by the taxpayer is not in connection with a trade or business. The determination of whether property described in the preceding sentence shall be made atthe time of the issuance of the debt instrument.

Notice that in 26 USC 1275(b)(1) reference is made to the debt instrument "given" in consideration by the obligor for the sale or exchange of property. Given implies "gift". The natural person is under no obligation to "gift" his/her credit to any statutory bank or government corporation, thereby causing debt expansion. Section 1275(b) would also preclude natural persons from claiming credit recoupment on business related debt instruments, since such instruments were not issued for personal use. This is in keeping with HJR-192, Public Law 73-10 and 48 Stat. Chapter 48, pages 1-112 as the remedy due all Americans for the UNITED STATES corporation taking actual title to all real property and the "pledge" of all the assets, wealth and labor productivity - collectable in tax revenues - as collateral for the corporate UNITED STATES debt obligations of the private, non-government International Banking Cartel called the Federal Reserve, which interestingly enough had approximately 6.5 trillion in profit in 2011, naturally all tax free. If the Federal Reserve Bankers aren't taxed then is there any question left as to who really runs this country?

Pursuant to 26 USC 1273(b)(4)(B) the stated redemption price at maturity is the issue price, which is the original issue discount. It is the fair market value pursuant to 26 USC 1273(b)(3)(A) for instruments issued for property, where property, pursuant to 26 USC 1273(b)(5) includes services and the right to use property. The cost basis to the ALL CAPITAL LETTER NAME / ens legis / legal fiction / U.S. Person, pursuant to 26 USC 1271(a)(3)(C) would be zero ($0.00) as the natural person is the source of the credit, i.e. the one giving value. The redemption price at maturity pursuant to 26 USC 1271(a)(3(A) is the fair market value or the face value of the instrument, which the statutory bank is holding, as proven by GAAP and the matching principle, numerous Federal Reserve Bank publications on money and money creation and 12 USC(L)(1) on deposits. Any way one breaks it down, the statutory bank is holding the funds issued by the natural person on debt instruments and the natural person is entitled to recoupment as the remedy provided for in the ongoing bankruptcy / reorganizations of the corporate UNITED STATES, as shown previously. Therefore,, (1) either the statutory bank is withholding 100 percent of the

redemption price at maturity on the debt instrument, or (2) the statutory bank is obligated to pay the natural person the purchase price / acquisition price of the debt instrument when the natural person elects to not have his/her credit treated as a "gift"/donation by the filing of a 1099A form on the debt instrument in question.

With the 1099A filed, the second step of the Credit Recoupment process is to file a 1099OID (Original Issue Discount), naming the statutory bank as the nominee recipient of the funds / credit belonging to the natural person. Once the statutory bank has been named nominee recipient, per the instructions on the form 1099OID and IRS publication 1212, the statutory bank has an obligation to file a second 1099OID naming the true owner of the funds as the recipient. if the statutory bank fails to file this second 1099OID once named nominee, they are subject to penalties for non-filing. It is interesting to ote however, that the statutory bank has no filing requirement to return the natural persons credit or to pay the natural person via the ens legis / legal fiction - ALL CAPITAL LETTER NAME - U.S. Person, unless and until the statutory bank receives notification that the credit / funds created on the debt instrument is not to be treated as a gift / donation, by the filing of a 1099A by the natural person properly naming the statutory bank as the borrower and receiving notification of the filing of a 1099OID wherein the statutory bank is named nominee. This is by design so that should the natural person not submit a claim for his/her credit issued on debt instruments to be returned to source and zero ($0.00) out the debt created, the bankers have conveniently set up the law to allow them to keep the funds of the natural person as a 'gift' / donation by abandonment. Herein lies the statutory banks real motivation for not revealing the true nature of the transaction. It may very well also be the reason all 1099 series tax forms come under Category 5 - Gift and Estate Taxes as per IRS publication 6209.

(1) It is established by statutory law that all FDIC insured banks must follow GAAP and the matching principle; (2) it is established by case law that statutory banks have no credit of their own to lend to the natural person, nor can they lend any other depositors credit; (3) it is established by numerous Federal Reserve Bank publications on money and banking that statutory banks create funds out of thin air from the signature of the natural person; and (4) It is established by statutory law that a deposit is defined as money or its equivalent. Therefore, we can only conclude that the statutory bank has deposited the funds / credit of the natural person

into a checking account in the ens legis - ALL CAPITAL LETTER NAME - U.S. Person and whether the statutory bank calls the newly created account by any other name such as a borrowers transaction account or a demand deposit account or the like is irrelevant to the fact hat the statutory bank, per the matching principle of GAAP and 12 USC 1813(L)(1), shows the newly created funds as a deposit and bank liability owed. Upon submission of the proper tax forms, the IRS is to collect the funds / credit which belongs to the natural person and return the funds / credit to source, which when redeemed for lawful money reduces the national Debt. Hence, there can be no erroneous refund of "Public Money".

## PUBLIC MONEY

Calling a Federal Reserve (debt) Note a dollar is merely common parlance because legally and lawfully speaking a Fedeal reserve (debt) Note is NOT a dollar. The basis for defining a dollar stems from the Coinage Act of 1792; that being a certain weight and percentage of silver. Therefore, if public money is to be refunded to natural persons for 1099A/1099OID claims of credit recoupment on debt instruments issued and public money is to be measured in dollars then no one has received any public money, only the credit he/she created by the debt instruments issued. Additionally, claims for credit recoupment on debt instruments issued, via 1099A/1099OID submissions, have been paid out for decades with no evidence of any 31 USC violations, such as:

31 USC 3532. Notifications of Account Deficiencies

An accounting official discovering a deficiency in an account of an official of the U.S. Government having custody of public money shall notify the head of the agency having jurisdiction of the official and the kind and amount of the deficiency.

I have seen no evidence of any deficiencies in any accounts of public money due to the allegedly erroneous refunds paid out on 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person.

Let the record reflect that there are no deficiencies of public money in any officials of the U.S. Government for credit recoupment claims submitted on debt instruments issued by the natural person via 1099A/1099OID.

Investigation

As the head of the General Accounting Office (GAO) at 31 USC 702, the Comptroller General, as well as the Secretary of the Treasury, have significant roles in overseeing all aspects of public

money.

31 USC 712. Comptroller General shall investigate the use of Public Money

(1) Investigate all matters related to the receipt, disbursement and use of public money.

I have seen no evidence of any Comptroller General investigations into the allegedly erroneous use or disbursement of public money as refunds paid out on 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person.

Let the record reflect that there are no Comptroller General investigations into this matter because there were no erroneous use or disbursement of public money as refunds paid on 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person.

Audits

31 USC 713. Audit of Internal Revenue Service

(a) Under regulations of the Comptroller General, the Comptroller General shall audit the Internal revenue Service, the Tax and Trade Bureau, the Department of the Treasury, the Bureau of Alcohol, Firearms, and Explosives, the Department of Justice...

31 USC 3305. Audit of Depositories

The Secretary of the Treasury, or an officer, employee or an agent designated by the Secretary, may audit a Depository of public money. For uniformity and accuracy in accounts and safety of public money an individual conducting the audit shall audit a Depository's:

(1) Books,

(2) Accounts,

(3) Returns, and

(4) Public money on hand and the way it is kept.

31 USC 3523. General Audit Authority of the Comptroller General

(a) except as specifically provided by law, the Comptroller General shall audit the financial transactions of each agency. In deciding on the auditing procedures and the extent to which records are to be inspected, the Comptroller General shall consider generally accepted auditing principles, including the effectiveness of accounting, organization and systems, internal audit control and related practices of each agency. I have seen no evidence of any audits of the

Internal Revenue Service, the Department of the Treasury, or any Depository of public money showing any deficiency of public money erroneously paid out for refunds of 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person. Let the record reflect that there are no audits involving this matter, of the Internal Revenue Service / IRS, the Department of the Treasury or any depository of Public money showing any deficiency of public money for refunds paid out on 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person.

31 USC 3301. General Duties of the Secretary of the Treasury
(a) The Secretary of the Treasury shall -
(1) receive and keep public money
(2) take receipts for monies paid out by the Secretary
(3) submit the accounts of the Secretary to the Comptroller General every 3 months of more often if required by the Comptroller General, and...
(6) submit to inspection at any time by the Comptroller General of monies in the possession of the Secretary.

I have seen no evidence of any account deficiencies of discrepancies, found by the Comptroller General, in the accounts of the Secretary of the Treasury, attributed to the allegedly erroneous refunds paid out on 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person.
Let the record reflect that there are no account deficiencies of discrepancies in the books / accounts of the Secretary of the Treasury attributed to this matter of refunds paid out on 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person.

How Public Money is Disbursed
31 USC 3522. Disbursing Official
The Secretary of the Treasury shall transfer public money to a disbursing official only be draft of warrant issued on the Treasury.

31 USC 3323. Warrant

(a) ... The Secretary of the Treasury may pay out public money only against a warrant. A warrant shall be -

(1) Authorized by law

(2) Signed by the Secretary, and

(3) Countersigned by the Comptroller General


31 USC 3325. Vouchers

(a) A disbursing official in the executive branch of the U.S. Government shall,

(1) disburse money only as provided by a voucher certified by

(A) the head of the executive agency, or

(B) an officer or employee of the executive agency having written authorization from the head of the agency to certify vouchers

(2) examine vouchers if necessary to decide if it is -

(A) in proper form

(B) certified and approved, and

(C) computed correctly on the facts certified


When the natural person submits a claim to the IRS for credit recoupment on debt instruments issued, a 1040-v (voucher) is included with the 1040 style return, along with a copy of the 1099A's and 1099OID's previously submitted. The dollar amount box on the 1040-v's is typically left blank, with instructions for the IRS personnel or other personnel handling returns, to enter the appropriate monetary amount as per their calculations. 31 USC 3325(a) would, in all reality, preclude IRS seasonal workers from approving and certifying the 1040-v's because there is no evidence that the Internal Revenue Service / IRS is an executive agency of the UNITED STATES (defacto government) corporation. Or, in the alternative, the IRS (seasonal) workers, following 31 USC 3325, have computed and entered the correct monetary amounts on the 1040-v's and certified the facts before authorizing the release of the funds / credit back to the natural person, as source. So again, no erroneous refunds of public money.


Let the record reflect that the Internal Revenue Service / IRS is not an executive agency of the

bankrupt UNITED STATES (defacto government) corporation, nor is the Internal revenue Service / IRS a legal entity of the bankrupt UNITED STATES (defacto government) corporation located in the District of Columbia and therefore, IRS workers, seasonal or not, do not compute, certify or authorize ANY vouchers.

Let the record reflect that the 1040-v's (vouchers) submitted with the instructions for 'return personnel' to fill in the monetary amount were correctly computed, certified and authorized by someone in an executive agency of the bankrupt UNITED STATES (defacto government) corporation prior to refunds being properly sent out on 1099A/1099OID's submitted for credit recoupment claims for debt instruments issued by natural persons.

31 USC 5311. Declaration of Purpose
It is the purpose of this subchapter to require certain reports where they have a high degree of usefulness in criminal, tax or regulatory investigations or proceedings...
I have seen no evidence of any verified reports or records showing any deficiencies of public money as pertains to the charges in this or any related matter.
Let the record reflect that there are no verified reports showing any deficiencies of public money as pertains to the charges in this or any related matter.

31 USC 3327. General Authority to Issue Checks and Other Drafts
(a) The Secretary of the Treasury may issue a check or other draft on public money to pay an obligation of the U.S. Government. When the Secretary decides its convenient to a public creditor and in the interest of the public, the Secretary may designate a Depository to issue a check or other draft on public money held by the Depository to pay an obligation of the Government. As directed by the Secretary, each Depository shall report to the Secretary on public money paid and received by the Depository.
(b) The Secretary of the Treasury shall take such actions as are necessary to ensure that Social Security Numbers (including derivatives of such numbers) are not visible on or through unopened mailings of checks and other drafts, as described in section (a).
Since per 31 USC 3327, the Secretary of the Treasury has the discretion to write checks to public Creditors, perhaps this explains why not everyone who submits a claim for credit

recoupment on debt instruments issued, receives a refund.

I have seen no evidence that the public creditor referred to in 31 USC 3327 is not the natural person who is the authorized representative for the ens legis / legal fiction - ALL CAPITAL LETTER NAME - U.S. Person and Social Security Account Holder, or that the debt obligation referred to in 31 USC 3327 is not the credit due to be refunded to the natural person on debt instruments he/she issued.

Let the record reflect that the public creditor as per 31 USC 3327 is the natural person, by and through the ens legis / legal fiction / U.S. Person / Social Security Account Holder.
The bankrupt UNITED STATES (defacto government) corporation has the foregoing checks and balances in place, and more, to ensure public money is accurately accounted for at every turn and every transaction. It is clear that the duties of the Comptroller General and the Secretary of the Treasury are to make sure that public money is properly accounted for at regular intervals through audits, reports and approvals requiring both of their signatures before any public money is disbursed. Certainly refunds for 1099A/1099OID's submitted for credit recoupment claims on debt instruments issued by the natural person is due to the fact that said debt instruments are debt obligations of the bankrupt UNITED STATES (defacto government) corporation located in the District of Columbia. This is also consistent with 18 USC 8 and 31 USC 3327.
The idea that seasonal workers at the Internal Revenue Service can in any way, act as disbursing officials authorizing the release of refund payments to the tune of tens of millions of dollars, year in and year out, for allegedly fraudulent 1099A/1099OID and 1040's (including 1040NR and 1040x) submitted for claims of credit recoupment on debt instruments issued by the natural person, is not only completely off base in light of the numerous 31 USC protocols mentioned herein, it is also totally unsupported and unsubstantiated by both the Secretary of the Treasury and the Comptroller General. Since refunds have been paid out for decades on credit recoupment claims utilizing 1099A/1099OID submissions on debt instruments issued, it can only be concluded that it is because both the Secretary of the Treasury and the Comptroller General authorized it and both signed off on the appropriate warrants and vouchers necessary to release the funds to the natural person, the public Creditor per 31 USC 3327.
**I do not consent to any jurisdiction of this defacto corporate / military style court, nor do I**

consent to any contact with this court or any of the colorable actors within, nor do I consent to any agency relationship with any court or court official / officer. I stipulate this matter be VACATED and declared VOID for all the foregoing reasons.

If a injured part can be proven on the record to exist, if a bona fide contract or commercial agreement can be proven on the record to exist, which bears my wet ink autograph between live flesh and blood me and the fictitious plaintiff, UNITED STATES OF AMERICA / UNITED STATES corporation, that I failed to perform under and as such would be cause for this action, if a controversy can be proven on the record to still persist, when under the corporate UNITED STATES bankruptcy, the court record should now show that I have "Accepted for Value" all presentments / offers of the prosecution for the fictitious plaintiff and returned said presentments / offers for posting full settlement and closure of the account(s), if it can be proven on the record that the bankrupt UNITED STATES corporation did not make provisions for the recovery due to all American for having actual title of all real property taken from us without our knowledge and consent, our wealth, assets and labor productivity collectable as tax revenues, pledged as collateral to the bankrupt UNITED STATES corporate public debt and that the remedy the bankrupt UNITED STATES (defacto government) corporation made for its prime Creditors and Sureties is not contained in their codes, rules and regulations as detailed herein and that it can be verifiably proven on the record that I intentionally violated any of the bankrupt UNITED STATES (defacto government) corporations codes, rules and regulations in requesting this due remedy, then the following applies:

### ISSUE NUMBER FIVE - NO VALID EMERGENCY EXISTS

History speaks for itself. On March 27, 1861, Congress adjourned sine die / without day; meaning no lawful quorum existed to reconvene. Then President Lincoln subsequently called Congress back into session under the Authority of Martial law; so that the now defacto government / UNITED STATES corporation could take over. Every UNITED STATES corporate President since that time has continued to run the UNITED STATES (defacto government) corporation, located in the District of Columbia, on executive orders and presidential directives, not constitutional due process, thereby criminally bypassing many Constitutional safeguards and provisions designed to ensure the Republic and protect the American people from all enemies foreign AND domestic.

Once the Organic Constitution FOR the United States of American and the Republican form of

government (which the Constitution provides for) had been usurped by the UNITED STATES
corporation in the 1860's, it was all that much easier for the foreign principals and commercial
interests to get the treasonous Federal Reserve Act of 1913 in place; an Act which gave, without
consideration, control and regulation of the monetary system in America over to the hands of a
private, non-government International Banking Cartel. It appears this Cartel and its unregistered
foreign agents proceeded to carefully and deliberately guide the corporate UNITED STATES
(defacto government) into a bankruptcy in 1933 and a phony so-called "State of Emergency",
and they continue to perpetuate this scheme over all American to this day. The founding fathers
made sure the organic Constitution guaranteed a Republican form of government, not a
democratic oligarchy, or fascist socialistic state that has been fostered in this country by foreign
principals and commercial interests.

The real parties in interest behind the defacto UNITED STATES / UNITED STATES OF
AMERICA appear to be the "INTERNATIONAL MONETARY FUND" (IMF) aka the "Fund"
and the "BANK FOR RECONSTRUCTION AND DEVELOPMENT", aka the "Bank" at 22
USC 286(e). As shown previously, the UNITED STATES is a bankrupt corporation located in
the District of Columbia. There is no Constitutional provision for operating in a bankruptcy.
Hence, the scheme of law called "Law of Necessity", International Law, the Law of the
Merchant, the Uniform Commercial Code / Negotiable Instrument and Contract Law. The
alleged government (UNITED STATES / UNITED STATES OF AMERICA) has been
dissolved and the entire UNITED STATES / UNITED STATES OF AMERICA corporations
have been received in a bankruptcy by the IMF / the "Fund" and the "Bank" through a series of
"Emergency" Acts. Therefore, the real parties in interest and true principals are the IMF and
"The Bank" and cannot be bankrupt defacto entities.

The Judiciary Act of 1789 created the district courts of the united states as Article III courts.
The Department of Justice comes under the Executive Branch of Government as per 5 USC 101.
Therefore, all UNITED STATES DISTRICT COURTS are Article IV, Section 3, Clause 2
legislative courts, inferior courts of limited jurisdiction, that being administrative tribunals.
"There are no judicial courts in America and have not been since 1789. Judges do not enforce
statutes and codes. Executive administrators enforce statutes and codes." -- FRC v. GE 281, 464,
Keller v. PE 261 US 248, 1 Stat. 138-178.

26 CFR 1.901-2 (2) the term "Foreign Country" means any foreign state, any possession of the

United States, any political subdivision of any foreign state or any possession of the United States.

The term "possession of the United States" includes Puerto Rico, the Virgin Islands, Guam, the Northern Mariana Islands, and American Samoa.

By operation of law then a foreign country would also include the District of Columbia, as in foreign to the several states of the union. Since the corporate UNITED STATES is in receivership to the IMF through bankruptcy, the UNITED STATES is not sovereign.

47 CFR 64 Appendix A(3)(c) ... "Foreign Government" means any sovereign empire, kingdom, state, or independent political community, including ... government agencies or organization (e.g.... International Monetary Fund).

22 USC 611. Definitions

  (b) The term "Foreign Principal" includes --

    (1) a government of a foreign country and a foreign political party;

  (c) ... the term "Agent of a foreign principal" means --

    (1) any person who acts as an agent, representative, employee, or servant, or any person who acts in any other capacity at the order, request or under the direction or control, of a foreign principal or of a person any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign principal, and who directly or through any other person --

      (i) engages within the United States in political activities for or in the interests of such foreign principal;

      (iii) within the United States solicits, collects, disburses, or dispenses contributions, loans, money, or other things of value for or in the interests of such foreign principal; or

      (iv) within the United States represents the interests of such foreign principal before any agency or official of the Government of the United States.

I have seen no evidence that the UNITED STATES / UNITED STATES OF AMERICA are not the alter ego of the "Fund"" and the "Bank", and as a voting shareholder and corporator, per 22 USC 286(d) and Public Law 95-564, page 5942, and while under numerous disabilities, and in

contravention to the Supreme Law of the Land, has waived and relinquished sovereign character
- see The Bank of USA v. Planters Bank of Georgia, 6 L. Ed 244.

Furthermore, the Secretary of the Treasury, in order to hold that position has to expatriate and
becomes the foreign agent of the IMF and has no allegiance to the United States of America, as
per Mendoro v. World bank, 717 F. 2d. 610, C.A.D.C. (1983) and enjoys diplomatic immunity
and ambassador status. The Secretary of the Treasury (Jack Lew) is not paid by the bankrupt
UNITED STATES (defacto government) corporation and his agents do not work for the
UNITED STATES / UNITED STATES OF AMERICA; they work for the "Receiver" in
bankruptcy, as per 5 USC 903 -Reorganization Plan No. 26, the alien corporate governor of the
"Bank" and the "Fund" as per 22 USC 286(e).

This raises the issue of officers of the court (attorneys and other officials) acting in collusion as
unregistered agents of a foreign principal, 18 USC 951, collecting information and contributions
while acting on behalf of INTERPOL, the "Fund" and the "Bank and the Middle Temple of the
Crown. Anyone who chooses to go into the services of a foreign principal automatically gives up
his/her citizenship as a matter of law, as per 8 USC 1481. An attorney for a foreign principal
must be registered pursuant to the Foreign Agents Registration Act (FARA) at 22 USC 612 et
seq., see Victor Rabinowitz et al. v. Robert F. Kennedy, 376 US 605, 11 L. Ed 940, 84 S Ct. 919,
and any prosecutor and/or associates appearing on behalf of said Foreign Principals have acted in
collusion to prosecute frivolous, false, sham allegations in what now can be seen as a blatant
extortion operation on behalf of the "Fund and the "Bank, utilizing abuse of process, abuse of
power, misrepresentation, dishonest services, color of law, color of office, color of official right,
conspiracy against rights, deprivation of rights under color of law, scheme or artifice to defraud,
money laundering, human trafficking, racketeering / RICO, and whatever nefarious means
available without regard to the law and the interests of the American people, and in what can
also be seen unquestionably as the largest syndicated criminal organization the world has ever
seen, designed to pillage, plunder, exploit, imprison or otherwise take from the American people
through this bankruptcy scheme, for private and commercial profit.

"No emergency justifies the violation of any of the provisions of the United States
Constitution." -- 16 Am Jur. 2d Constitutional Law, Sect. 52.

I have seen no evidence of any valid so-called "Emergency", real or imagined, on account of

the corporate UNITED STATES (defacto government) bankruptcy, or otherwise, that would justify the imposition of any so-called "Law of Necessity" so that the defacto government / bankrupt UNITED STATES corporation, the "International Monetary Fund", the "Bank for Reconstruction and Development", their sub-corporate entities, pseudo public officials / officers, attorneys / unregistered foreign agents, administrators and the like, could pillage, plunder, exploit, imprison or otherwise take from the American people through this scheme of law, or these quasi-judicial proceedings, under color of law, color of office, color of official right, for the benefit of foreign principals, shareholders and themselves.

Therefore, let the record reflect that there is no such valid "Emergency" condition in America that justifies the imposition of any "Law of Necessity", so that the defacto government / bankrupt UNITED STATES corporation, the "Fund", the "Bank", their sub-corporate entities, pseudo public officials / officers, attorneys / unregistered foreign agents, and the like can pillage, plunder, exploit, imprison or otherwise take from the American people through this scheme of law or these quasi-judicial proceedings, under color of law, color of office or color of official right.

Absent a valid "Emergency" no "Law of Necessity" can exist, nor can such be used to justify this scheme of law or these quasi-judicial processes, which is being used to exploit the American people for private and commercial profit.

I have seen no evidence that the U.S. Dept. of Justice has any delegated authority to prosecute tax crimes on behalf of the Internal Revenue Service.

Per the U.S. Attorney General's Manual at 6-4.270 - The Criminal Division has limited responsibility for the prosecution of offenses investigated by the IRS. Those offenses are: excise violations involving liquor tax, narcotics, stamp tax, firearms, wagering, and coin operated gambling and amusement machines.

Let the record reflect that the US Attorneys have no delegated authority to prosecute this matter.

## CONCLUSION

US Attorneys are operating upon false and unsubstantiated assumptions and presumptions, under color of office, color of official right and color of law and have brought this action in bad faith and unclean hands.

(1) The prosecution has no injured party / natural person / man or woman who can make an

appearance on the record and who can submit into the record a signed and sworn Affidavit as to the nature and extent of his/her injury(ies). Accordingly, this court lacks subject matter jurisdiction.

(2) Attorneys for the fictitious plaintiff have falsely assumed and presumed a contract of commercial agreement bearing my wet ink autograph exists between myself and the fictitious plaintiff of which my failure to perform there under would have been cause for this action and which would therefore subject me to the private codes, administrative rules and regulations, etc. of the bankrupt UNITED STATES corporation located in the District of Columbia, yet have not produced the alleged contract of commercial agreement. Accordingly, this court lacks in rem and subject matter jurisdiction.

(3)

(a) It is apparent that the corporate UNITED STATES (defacto government) is operating under a bankruptcy / reorganization by design,

(b) the bankrupt corporate UNITED STATES has pledged the "full faith and credit" of the American people to make good on their public debts, thereby making the American people Creditors / Principals / Beneficiaries, and unwitting Sureties by accommodation through the ens legis / legal fiction / ALL CAPITAL LETTER NAME - U.S. Person, created by and registered to and with the bankrupt UNITED STATES corporation upon the live birth of the natural person / man or woman,

(c) a private, non-government International Banking Cartel called the Federal Reserve dictates monetary policy and owns, controls and regulates the amount of 'their' private Federal Reserve (debt) notes in circulation, the tax and interest on the use of 'their' private scrip and system as well as relying on corporate / military style courts, under color of law, to rule in favor on the bankers, foreign principals and other 3rd party interests, calling it "public policy" to allegedly give them control and jurisdiction over all transactions and people involved in the voluntary use of 'their' private commercial paper Federal Reserve (debt) notes and system,

(d) as collateral for the corporate UNITED STATES (defacto government) debts in the bankruptcy / reorganizations,

(e) the bankrupt UNITED STATES took actual title to all real property from the American people without their knowledge and consent, "pledged" the wealth, assets, and labor productivity of the American people - collectable as tax revenues - to make interest payments

on this ever increasing phony debt allegedly owed to members of this private, non-government International Banking Cartel, the bankrupt UNITED STATES corporation (defacto government) has made provisions for the just compensation and recovery to its Creditors and Sureties of all that is at risk or loss, including the discharge or set-off of all personal debt obligations held in the ens legis / legal fiction / U.S. Person - ALL CAPITAL LETTER NAME. Accordingly, absent a controversy no court has any in rem or subject matter jurisdiction.

(4) Credit recoupment on debt instruments issued by the natural person, for personal debt obligations, is provided for in the bankrupt corporate UNITED STATES codes, rules and regulations as shown herein, as consideration and the remedy due each American when the bankrupt UNITED STATES corporation (defacto government) took actual title to all real property without our knowledge and consent, "pledged" the wealth, assets, and labor productivity of all American people - collectable as tax revenues - as collateral for UNITED STATES corporate public debt.

Contained in the statement the "full faith and credit of the American people" is proof alone that the American people ARE the ones bringing the "value". The natural person is under no obligation to "gift" his/her credit, by abandonment or otherwise, on debt instruments issued, to any corporate entity or individual and the natural person may lawfully request the return to source of his/her credit.

In 2011, Secretary of State Hillary Clinton was quoted as saying that the biggest threat to National Security is the National Debt. The National Debt cannot be reduced by using debt instruments as that only serves to raise the National Debt, and that includes the use of Federal Reserve (debt) Notes. Therefore, it would behoove every American to conduct his/her commercial affairs in a manner conducive to reducing the National Debt in the interests of National Security by (1) redeeming Federal Reserve (debt) Notes for "lawful money", (2) "Accept for Value" all public and government corporations commercial presentments / charges and return these offers (to expand the National Debt) for posting full settlement and closure of the account(s), thereby not expanding the debt, and (3) claim credit recoupment on debt instruments one has issued and redeem the refund in "lawful money". To not do the above appears to put one in violation of the "Trading With the Enemy Act" (TWEA) as amended in 1933 and codified in the Appendix of 50 USC - WAR POWERS.

I have seen no evidence it is not in the best interests of the public of National Security to reduce the National Debt. I have seen no evidence that the three methods mentioned above do not result in a non-expansion or lowering of the National Debt.

If any of the bankrupt corporate UNITED STATES codes, rules and regulations have been changed, added or repealed so as to affect the viability of either the "Accepted for Value" remedy or the "Credit Recoupment" remedy, I request you kindly (1) notify me as to the specific changes, additions or repealed parts and the specific publication(s) of the Federal Register said changes, additions or repealed parts were promulgated in, and (3) notify me as to the most current and proper procedures to take to obtain the just compensation and equitable recovery remedy due all Americans for having our full faith and credit "pledged" for the bankrupt UNITED STATES (defacto government) corporation's public debt.

I have seen no evidence of any conspiracy to defraud the bankrupt UNITED STATES (defacto government) corporation out of any public money or any other money for that matter, nor have I seen any evidence of any false claims submitted to the INTERNAL REVENUE SERVICE / IRS for credit recoupment on debt instruments issued by the natural person. What I have seen is the American people waking up to the realization they are prime Creditors / Principals to the corporate UNITED STATES bankruptcy / reorganizations, who have been made unwitting Sureties by accommodation for the public debts of the bankrupt UNITED STATES corporations, and who have had actual title to all real property taken from them without their knowledge and consent, their wealth, assets and labor productivity - collectable as tax revenues - "pledged" as collateral for the bankrupt UNITED STATES corporations public debts and in return I have seen the American people demand full disclosure, honest services, just compensation and the remedy due them for all at risk or loss. Accordingly, there has been no false claims submitted, no codes, rules regulations, etc. (laws) broken of the bankrupt UNITED STATES corporation located in the District of Columbia, and certainly NO criminal intent, therefore this court has no justicable issue(s) to adjudicate and therefore lacks in rem, in personam and subject matter jurisdiction.

(5) The UNITED STATES corporation (defacto government) appears to be operating under a bankruptcy scheme to defraud the people out of their property and hard earned labor productivity, to pillage, plunder, exploit, imprison or otherwise take from the American people under a pretense of a "National Emergency", whereby they bypass Constitutional safeguards and

provisions and rule by a scheme of law called "Law of Necessity", under military / corporate courts that serve the interests of foreign principals, shareholders and themselves. It also appears the courts and the UNITED STATES corporation are operating an Admiralty Maritime insurance scheme, by reinsuring court judgments and bundling and pooling these judgments, selling them to large businesses on Wall Street as mortgaged backed Securities typically in the form of a mutual fund and utilizing bid bonds, performance bonds, payment bonds, aka the "miller Act" bonds, as well as reinsurance bonds and Surety bonds, all of which a forensic audit of their bookkeeping entries, 1099 tax forms and cusip numbers for these bonds and court judgments will bear out.

Attorneys for the fictitious plaintiff cannot claim ignorance of their own codes, rules, regulations, etc. (laws) as an excuse. Therefore, the fact they would see to destroy the lives of innocent American people by arresting them, trafficking them across the country, forcing them into servitude, in violation of 22 USC 7101 - 7111, and stealing their wealth, assets, property and labor energy, for merely applying for a remedy guaranteed to the American people for all at risk of loss, as explained herein, is prima facie evidence of their criminal conduct as unregistered agents of foreign principals, including but not limited to the private, non-government International Banking Cartel called the Federal Reserve, the International Monetary Fund, the bank for Reconstruction and development; all antithetical to the Constitution, the Republic and the interests of the American people and is evidence of their conspiracy to overthrow the Constitutional form of government, and in creating a prison system larger than the rest of the world combined - all for their private and corporate profit.

I reserve and retain all my rights by explicit reservation and without prejudice. I reserve my right to not be compelled to perform under a contract, commercial agreement, pledge, insurance, trust or bankruptcy / reorganization that I did not enter into knowingly, intentionally and voluntarily. Furthermore, I do not and will not accept the liability of the compelled benefit of any unrevealed contract, commercial agreement, pledge, insurance, trust or bankruptcy/ reorganization. I demand lawful money at all times and all places.

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing MEMORANDUM OF LAW FOR OID was delivered via First Class Mail on this 7th day of October 2014 to the Clerk of the Court, which will send notification of such filing to all counsel of record.

Respectfully Submitted,


John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado