UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    JOHN J PAWELSKI,

    Defendant.

**Motion for Court Order for Petitioner to receive contact information**

I, John Joseph Pawelski, hereby moves the court to issue an order to the Department of Justice prosecutor to proved contact information for all of their witnesses being presented at trial.

The information will be used to subpoena these people as witnesses for defendant JOHN J PAWELSKI. Time is of the essence to process the subpoenas.

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for court order for petitioner to receive contact information was mailed by first class on this 6th day of October 2014 with the Clerk of the Court. All counsel of record will receive a notification of such filing.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado