UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff/Respondent | § | |
| V | § | No. 13-cr-00392 |
| JOHN J PAWELSKI | § | |
| Defendant | § | |
| | § | |

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 10 2014
JEFFREY P. COLWELL
CLERK

## MOTION FOR PRODUCTION OF FINCEN RECORDS, OR DISMISSAL OF THE INDICTMENT WITH PREJUDICE DUE TO VIOLATIONS OF THE FIRST, FOURTH, FIFTH, AND SIXTH AMENDMENTS OF THE UNITED STATES

Comes now Petitioner, John Joseph Pawelski, a natural man, and files a Motion for Production of all FINCEN records or, alternatively, Dismissal of the Indictment and Charges with Prejudice due to concealment of FINCEN records. Defendant incorporates Defendant's prior filings by reference, as if fully set forth herein. Alternatively, as a Hobson's choice, if the court does not issue a show cause order to the government to produce all FINCEN records, unredacted, Defendant moves the court for dismissal of the case based on clear evidence of judicial bias.

A. History of the Case

Defendant was charged with an indictment on September 23, 2013 and superseded on October 21, 2013

Defendant was arraigned on or about October 7, 2013

Defendant is currently in pretrial.

1

B. The NSA Scandal and the FINCEN Scandal

The National Security Agency (NSA) is listed as a cryptologic intelligence agency of the United States Department of Defense responsible for the collection and analysis of foreign communications and foreign signals intelligence as well as protecting U.S. government communications and information systems. The definition is completely flawed.

In recent days, the NSA has finally admitted to spying on US citizens, both through their phone records and through their internet conversations. What has not been disclosed yet is that the NSA receives financial records from all banks in the United States for transactions, receipts and disbursements, for $3,000.00 or over. Those transactions are typically collected by NSA and turned over to FINCEN for analysis. In other words, the NSA spies on US citizens on a routine basis. Typical information collected by NSA is classified.

FINCEN (Financial Crimes Enforcement Network) is a part of the Department of Treasury and their mission is to "safeguard the financial system from illicit use and combat money laundering and promote national security through the collection, analysis, and discrimination of financial intelligence and strategic use of financial authorities." They routinely obtain referrals from banks and NSA and others for investigation. FINCEN collects SAR (Suspicious Activity Reports) reports from banks, agencies of the government, and others and analyzes them for possible criminal activity.
Typical information from FINCEN is classified.

In this case the government intentionally withheld records from the NSA and FINCEN in order to obtain an illegal conviction.

Defendant cannot conduct a defense because of the corruption of NSA and FINCEN records and the only alternative that exists, based on the concealment by the government, is to

2

dismiss the case with prejudice.

C. The Obama Corruption Now is Part of This Case

In their Judicial Watch Blog, Corruption Chronicles, Judicial Watch outlines the Obama Corruption, and reminds every one of the history of the Obama administration. Available for download at The Judicial Watch Blog, Corruption Chronicles, http://us-mg6.mail.yahoo.com "I can't remember a time quite like this. Approximately 1/3 of Congressional committees are investigating Obama corruption; each day brings with it a new scandal, each just as serious as the last.

"There is just no other way to put it. The District of Columbia's is drowning in a cesspool of corruption. From new scandals such as the IRS attacks on conservative groups and Benghazi-gate to unscheduled outrages from Obama's first term, including Fast and Furious, ObamaCare; the Obama administration is out of control.

And to make matters worse, the president, who promised to make transparency and the rule of law the touchstones of his presidency, has employed every trick in the book to avoid coming clean in any of these scandals…."

Both Obama and Attorney General, Eric Holder, the boss of the Prosecutor in this case, have been listed as two of the top 10 most corrupt politicians in Washington by Judicial Watch, a Watch Group overseeing judicial corruption. A presumption is now created that if the boss is corrupt, the employee is corrupt.

Prior to and at various times relevant to the above captioned case, the Federal Government by and through Barack Hussein Obama II, President of the United States; Keith B. Alexander, Director of the National Security Agency; and Eric Hampton Holder Jr., Attorney General of the United States, along with various other agents and employees of the

3

National Security Agency ("NSA") and the Department of Justice ("DOJ") have overseen and maintained a classified surveillance program designed to intercept and record the telecommunications of defendant and other individuals within the united States of America.

According to NSA documents and the Director of National Intelligence, James Clapper, the government's classified program known as "PRISM", which continues to this date, is an internal government computer system used to manage domestic and foreign intelligence collected from the Internet and other electronic service providers. Government sources have indicated this program has been in place at least seven (7) years and that it collects records of all telephone communications of every customer of a major phone company including Verizon, AT&T, and Sprint. Another NSA program collects records of all Bank transfers of $3,000 or over.

During the last seven (7) years, the government has utilized Verizon, AT&T, and/or Sprint networks either directly as customers, or indirectly, by means of communicating with customers or users of these networks directly or via subsidiaries or service providers leasing lines or towers from said companies (i.e. CenturyLink, Boost Mobile, Virgin Mobile, Cricket, StraightTalk, etc).

The government has acknowledged it is collecting data about every phone call made or received by individuals within the united States, and that these records provide intricate details, including the identity of the individuals spoken to, the length of time of the conversation, and where the conversation took place, giving the government a comprehensive record of defendant(s) associations, speech, and public movements while revealing personal details about their familial, political, professional, religious, and intimate associations.

Recently Court documents show the government ordered access to

4

Verizon's electronic copies of the following tangible things: all call detail records or "telephony metadata" created by Verizon for communications (i) between the United States and abroad; or (ii) wholly within the United States, including local telephone calls. Such telephony metadata includes comprehensive communications routing information, including but not limited to session identifying information (e.g. originating and terminating telephone number, International Mobile Subscriber Identity (IMSI) number, International Mobile station Equipment Identity (IMEI) number, etc.), trunk identifier, telephone calling card numbers, and time and duration of call.

Prior to this disclosure and revelation, defendant had no notice and no reasonable opportunity to discover the existence of the surveillance program and its potential violation of their privacy and various constitutional rights.

The NSA and the FBI continue to siphon personal data from the main computer servers of reportedly major Internet firms, including Microsoft (Hotmail, MSN, and Skype), Google, Yahoo!, Facebook, PalTalk, YouTube, AOL, and Apple. The information the government receives in the surveillance and collection of stored communications include, emails, chat (video/voice), videos, photos, stored data, VoIP, file transfers, video conferencing, notification of target activity (i.e. logins, etc.), online social networking details, and other special requests.

The service providers mentioned, along with the government, maintain domestic telecommunications facilities over which defendant and hundreds of millions of Americans' telephone communications pass every day. Among these are Internet service providers and popular website founders, who provide Internet, email, social networking, and the like to defendant(s), who use or have used these services as a primary means of communication

5

over the last seven (7) years.

These service providers manage some of the largest databases in the world containing records of most or all communications made by defendant(s) through their myriad of telecommunication services and operations. These service providers have opened their key telecommunication databases to direct access by the NSA, FBI, DOJ, and/or other government agencies, intercepting and disclosing to the government the contents of its customers, including defendant(s), as well as detailed communication records of over three hundred million other users/customers.

Such broad and intrusive PRISM collections of defendant communications directly violate the U.S. Constitution and also federal laws, including, but not limited to, the outrageous breach of privacy, freedom of speech, freedom of association and the due process rights of defendant(s).

Defendant(s) either is/are or have been, in the last seven (7) years, consumers and/or users of Facebook, Google, YouTube, Apple, and various Microsoft products (Hotmail, MSN, and Skype), as well as Verizon, Sprint or AT&T communications.

On June 5, 2013, The Guardian published an article entitled, "NSA collecting phone records of millions of Verizon customers daily. Exclusive: Top secret court order requiring Verizon to hand over all call data shows scale of domestic surveillance under Obama."

The U.S. government, on the orders and authorization of the President, the Attorney General, the DOJ and the NSA, has obtained a top secret court order that directs Verizon to turn over the telephone records of over one hundred million Americans to the NSA on an ongoing daily basis. It is believed this Verizon Order is the broadest surveillance order to

6

ever have been issued; it requires no level of reasonable suspicion or probable cause and incredibly applies to all subscribers and users anywhere in the untied States and overseas.

On August 14, 2013, Forbes published an article stating, "It seems that every day brings a new revelation about the scope of the NSA's heretofore secret warrantless mass surveillance programs. And as we learn more, the picture becomes increasingly alarming. Last week we discovered that the NSA shares information with a division of the Drug Enforcement Administration called the Special Operations Division (SOD). The DEA uses the information in drug investigations. But it also gives NSA data out to other agencies ... We now know that the agency regularly intercepts and inspects Americans' phone calls, emails, and other communications, and it shares this information with other federal agencies ... Worse ... agents are told to lie to judges and defense attorneys about their use of NSA data, and about the very existence of the SOD, and to make up stories about how these investigations started so that no one will know information is coming from the NSA's top secret surveillance programs. ... Back in 2005, several media outlets reported that NSA has direct access to the stream of communications data, carried over fiber optic cables that connect central telephone switching facilities in the U.S. with one another and with networks in foreign countries. Reports suggested that the NSA had installed equipment referred to as "splitter cabinets" at main phone company offices, where they make a copy of all data traveling on the fiber optic cable and route it into a secret room where computers scan through the information ... For years, the federal government refused to comment on these reports. But on August 8 ... a senior administration official confirmed this practice to the New York Times."

Since June 5, 2013, Obama, Holder, Alexander, the DOJ, and the NSA have been widely condemned among Americans regarding their failure to uphold the U.S.

Constitution and intentionally violating the fundamental rights of over one hundred million of other Americans. As just one example, Senator Rand Paul called the surveillance of Verizon phone records "an astounding assault on the constitution," and called for a class action lawsuit, which is now underway. Under Obama's administration, the communication records of defendant(s) and over one hundred million of Americans are being collected indiscriminately and in bulk - regardless of whether there is reasonable suspicion or any "probable cause" of any wrongdoing.

Such schemes have subjected defendant and an untold number of other innocent people, to the constant surveillance of government agents. As Jameel Jaffeer, the ACLU's deputy legal director, stated, "It is beyond Orwellian, and it provides further evidence of the extent to which basic democratic rights are being surrendered in secret to the demands of unaccountable intelligence agencies."

To date, the government has not issued substantive and meaningful explanations to Americans describing what has occurred, nor can we expect it to. To the contrary, criminal charges are reportedly being pursued against the leaker of this plot against Americans in a further effort to suppress, obstruct justice, and to keep these illegal actions as secret as possible.

Edward Snowden, former infrastructure analyst for the NSA and PRISM whistleblower stated in an interview with The Guardian on June 6, 2013:

> "The NSA and the intelligence community in general is focused on getting intelligence wherever it can by any means possible ... To do that the NSA targets the communications of everyone, it ingests them by default, it collects them in its system and it filters them and it analyzes them, and it measures them, and it stores them, because that is the easiest most efficient, and most valuable way to achieve these ends. So while they may be intending to target someone associated with a foreign government, or someone they suspect of terrorism, they are collecting your communications to do so ... Any analyst, at anytime, can target anyone ... I, sitting at my desk, certainly had the authorities to wiretap anyone, from you,

8

your accountant, to a federal judge or even the president if I had a personal email … Even if you are not doing anything wrong, you are being watched and recorded … They can use the system to go back in time and scrutinize every decision you've ever made, every friend you've ever discussed something with and attack you on that basis to sort of derive suspicion from an innocent life and paint anyone in the context of a wrongdoer … The primary disclosures are the fact that the NSA doesn't limit itself to foreign intelligence. It collects all communications that transit the united States. There are literally no ingress or egress points anywhere in the continental united States where a communication there enter or exit without being monitored and collected and analyzed. The Verizon document speaks highly to this because it literally lays out they're using an authority that was intended to be used to seek warrants against individuals and they are applying it to the whole of society by basically subverting a corporate partnership through major telecommunication providers and they're getting everyone's calls, everyone's call records, and everyone's Internet traffic as well. On top of that you've got BOUNDLESS INFORMANT, which is sort of a global auditing system for the NSA's intercept and collection system that let's us track how much we're collecting, where we're collecting, by which authorities and so forth. The NSA lied about the existence of this tool to Congress and to specific Congressmen in response to previous inquiries about their surveillance activities. Beyond that we've got PRISM, which is a demonstration of how the U.S. Government co-opts U.S. corporate power to its own ends; companies like Google, Facebook, Apple, Microsoft. They all get together with the NSA and provide the NSA direct access to the back ends of all of the systems you use to communicate, to store data, to put things in the cloud … to keep a record of your life. They give the NSA direct access."

   The NSA, under the authorization of President Obama, continues to engage in a systematic program of warrantless eavesdropping upon phone and email communications of defendant(s) and hundreds of millions of other individuals, including Americans and permanent legal residents, both within and outside of the united States. The government's surveillance program collects not only the identities of persons communicating with the targets of surveillance, but also the contents of those communications.

   Such intrusive and illegal surveillance have directly impacted defendant. The revelation that the government has been carrying on widespread warrantless interception of electronic communications has impaired defendant(s)' ability to communicate with others via telephone, email, and otherwise on the Internet, out of fear that their confidential, private, and often privileged communications are being and will be overheard by the government. The risk and knowledge that defendant(s)' telephonic, and Internet, electronic

9

conversations may be overheard, undoubtedly chills speech, in violation of defendant(s)' First Amendment rights.

Petitioner enjoys a liberty interest in Defendant's personal security and in being free from the government's use of unnecessary and excessive force or intrusion against their person. Defendant(s) enjoy a liberty of not being deprived of due process of law, as guaranteed by the Fifth Amendment to the U.S. Constitution.

The defendant's constitutional rights were violated when Obama, Holder, and Alexander authorized broad and intrusive collections of their records through the PRISM surveillance program, thereby giving the government unlimited authority to obtain telephone and Internet data of defendant(s) for a specified amount of time. Acting in their official capacity and personally, they abridged and violated defendant's First Amendment right of Freedom of Speech and Association by significantly minimizing and chilling defendant's freedom of expression and association. Their actions have chilled if not "killed" speech by instilling in defendant(s) and over a hundred million Americans the fear that their personal and business conversations with other Americans and foreigners are in effect tapped and illegally surveyed. They violated defendant's right of freedom of association by making them and others weary and fearful of reaching out to others over the phone or Internet out of fear of the misuse of government power and retaliation against them or anyone who challenges the misuse of government power.

The Fourth Amendment provides in pertinent part that defendant has a right to be secure in their persons against unreasonable searches and seizures, that warrants shall not be issued but upon probable cause, and that the place of search must be described with particularity. Obama, Holder, and Alexander, acting in their official capacities and personally, violated the Fourth Amendment to the U.S. Constitution when they unreasonably searched and

10

seized and continue to search defendant's phone records and electronic communications absent reasonable suspicion or probable cause. They violated the Fourth Amendment to the U.S. Constitution by not describing with particularity the place to be searched or the person or things to be seized.

These acts constitute outrageous conduct insofar as they violated defendant's basic democratic rights, constitutional rights, and exposed them to beyond an "Orwellian regime of totalitarianism." Defendant's rights are being surrendered in secret to the demands of unaccountable intelligence and other government agencies.

Defendant's Fifth Amendment Due Process rights were violated by the government's actions represented herein.

Defendant's Sixth Amendment rights were violated by the government's actions herein.

Obama, Holder, Alexander, the DOJ and the NSA intentionally intruded upon the solitude and seclusion of defendant in their private affairs and concerns in a highly offensive way, and are liable for the invasion of defendant's privacy. They intruded upon the seclusion of defendant when they unreasonably and without reasonable suspicion or probable cause obtained access to defendant's phone and Internet records including but not limited to their location data, call duration, unique identifiers, and the time and duration of their calls, listened into and/or recorded calls and intercepted and reviewed defendant's Internet traffic, including privileged and private emails. These acts are highly offensive to any reasonable person.

D.  What This Scandal Means to Defendant

Defendant's First, Fourth, Fifth, and Sixth Amendment rights have been violated.

NSA, through their surveillance, provided records to FINCEN. The records concealed are believed to be classified. The US Attorney has to date, failed to produce those

11

records, in violation of his oath of office. .

Alternatively, the judge in this case is biased as a matter of law, in violation of his oath of office, and in violation of 28 USC sections 454 and 455.

Judge is Required to Uphold Oath of Office

The judge is also required to follow his oath of office.

28 U.S.C. 453:

§ 453. Oaths of justices and judges

Release date: 2003-05-15

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, XXX XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as XXX under the Constitution and laws of the United States. So help me God."

[italics added for emphasis]

The judge is also required to follow 28 USC sections 454 and 455.

28 USC section 454: Practice of law by justices & judges: "Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor."

28 USC section 455: Disqualification of justice, judge, or magistrate judge: "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

Failure to follow the judge's oath of office constitutes perjury of oath of office.

E. Prayer for Relief

Wherefore, premises considered, Defendant moves for an order declaring:

a. That Defendant's First, Fourth, Fifth and Sixth Amendment rights have been violated;

b. That a show cause order be issued to the U.S. attorney to produce all FINCEN records within 10 days; unredacted;

12

c. Alternatively, that the concealment of FINCEN records in this case requires dismissal of the case with prejudice;

d. That Defendant is actually innocent as a matter of law;

e. That alternatively, the judge in this case is clearly biased, is acting as a second prosecutor, has committed perjury of oath of office, resulting in structural error, requiring dismissal of the case with prejudice;

f. And for such other and further relief as the court deems just and proper.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing MOTION FOR PRODUCTION OF FINCEN RECORDS, OR DISMISSAL OF THE INDICTMENT WITH PREJUDICE DUE TO VIOLATIONS OF THE FIRST, FOURTH, FIFTH, AND SIXTH AMENDMENTS OF THE UNITED STATES was delivered via First Class Mail on this 7th day of October 2014 to the Clerk of the Court, which will send notification of such filing to all counsel of record.

Respectfully Submitted,

*/s/ John Joseph Pawelski*
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

13