IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-CR-00392-CMA-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2. John J. Pawelski,

       Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Defendant John J. Pawelski, acting pro se in this case, petitions the Court for an Writ of Habeas Corpus Ad Testificandum and states as follows:

1. Curtis L. Morris, DOB unknown, inmate number 37005-013, is now being confined in the Federal Prison Camp at Yankton, South Dakota.

2. Curtis L. Morris is a material witness in the above-captioned case and it is necessary that he appear in person before a United States District Judge on November 3, 2014, at 8:30 a.m. to testify during the proceedings of this case. Mr. Morris will testify that he instructed Defendant Pawelski on the legality and manner of filing the documents with the IRS in issue in this case, and on information and belief, that he filled out the documents for Mr. Pawelski.

WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be issued by this Court to the United States Marshal for the District of Colorado, or to any other United States Marshal, requiring him to serve said writ on the Warden, Superintendent, or Custodian of any place or institution where the material witness, Curtis L. Morris, is confined, and requiring said United States Marshal to produce the material

witness, Curtis L. Morris, on November 3, 2014, at 8:30 a.m., to testify in such proceeding on behalf of Defendant Pawelski.

Respectfully submitted this ~~GET~~ 9th day OCTOBER, 2014.

By: _____
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

Certificate of Service

I certify that on the ____ day of October 2014 I mailed a true copy of the foregoing and copies of the proposed orders for the Writ by first class mail to the Clerk of the Court who will send notification of such filing to all counsel of record.

_____
John Joseph Pawelski