U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 NOV -4 AM 10: 52
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

RECEIVED
2014 OCT 10 P 3: 05
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>13-cr-00392-CMA-02 |
|---|---|
| DEFENDANT<br>JOHN J. PAWELSKI | TYPE OF PROCESS<br>Subpoena to Testify |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Arthur Kimbrel |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>Colorado Springs, Colorado |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>John J. Pawelski<br>P.O. Box 75341<br>Colorado Springs, CO 80970-5341 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of: s/A. Thomas<br>Deputy Clerk | ___ PLAINTIFF<br>_X_ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>10/10/2014 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/10/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

✓ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 10/22/2014  Time: 15:55  pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
- 10/20/2014: Contacted John J. Pawelski for an address to serve Arthur Kimbrel. No current address available.
- 10/22/2014: John J. Pawelski requested process not served after consulting his attorney.

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT
for the

2014 OCT 10 P 3:05

U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

United States of America )
v. )
JOHN J PAWELSKI ) Case No. 13-CR-00392
_____ )
Defendant )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Arthur Kimbrel

Colorado Springs, Colorado

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court Alfred A Arraj Court House 919 919 19th St Denver Colorado | Courtroom No.: 6th Floor - Judge Arguello |
| --- | --- |
| | Date and Time: 11/11/14 |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Testimony Concerning The Agenda of Meeting taken place at the American Legion in Colorado Springs. Testimony Regarding the actions & statements in regards to UC DEA Jacqueline Jennings.

(SEAL)

Date: 10/9/14

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

John Joseph Pawelski
P.O. Box 75341
Colorado Springs, CO 80970-5341
719-660-8003
Johnski9999@gmail.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 13 CR 00392-CMA-02

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Arthur Kimbrel
was received by me on *(date)* 10/13/14 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because: per defendant's request .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: