IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE THOMAS BROKAW,
2.    JOHN J. PAWELSKI, and
3.    MIMI M. VIGIL,

    Defendants.

---

## ORDER DIRECTING DEFENDANTS TO APPEAR

---

This matter was set for a three-week trial, beginning November 3, 2014, at 8:30 AM, in Courtroom A-602. On the first day of trial, November 3, 2014, Defendants Brokaw, Pawelski and Vigil were present in the courtroom. As reflected in the official minutes of that first day of trial, these Defendants chose not to participate in the trial of this case. As a result, the presentation of the evidence has not taken as long as originally anticipated. The Government has informed the Court that it will complete examination of its witnesses and intends to rest its case **tomorrow morning, November 6, 2014.** Accordingly, the Defendants are advised that, if they wish to present a defense or wish to participate in the Charging Conference to discuss the Jury Instructions, they must appear in Courtroom A-602 of the Arraj Courthouse tomorrow morning, Thursday, November 6, 2014, promptly at 8:00 AM. Failure of the Defendants to appear promptly at 8:00 AM will

be considered to be a voluntary waiver by the Defendants of their right to present a defense and to participate in the Charging Conference.

On the first day of trial, the Court informed the Defendants that, even if they chose not to participate in the trial, they would be required to be present for the reading of the Verdict.  The Court anticipates that the case will be submitted to the Jury for its deliberations at approximately noon on Thursday, November 6, 2014.  <u>Therefore, in the event the Defendants do not appear to present a defense, they are ordered to report to the Arraj Courthouse, Courtroom A-602, promptly at 1:00 PM on Thursday, November 6, 2014</u>, to ensure that they will be present when a verdict is returned.  Failure to appear in Courtroom A-602 at 1:00 PM on Thursday, November 6, 2014, as required by this Order, will constitute a failure to "appear in court as required" in violation of the Order Setting Conditions of Release and is punishable by separate prosecution, conviction of which could result in a fine or imprisonment as outlined in the Order Setting Conditions of Release.

A copy of this Order will be emailed on November 5, 2014, to the respective probation officer for each Defendant.  Said probation officers are directed to attempt to provide notice of this Order to Defendants as soon as possible.

SO ORDERED this   5th   day of November, 2014.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge