*APPENDIX A*

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:13-cr-00392-CMA-2

Case title: USA v. Brokaw et al                    Date Filed: 09/23/2013

Assigned to: Judge Christine M.
Arguello

**Defendant (2)**

**John J. Pawelski**                represented by    **John J. Pawelski**
6432 Rockville Drive
Colorado Springs, CO
PRO SE

**Richard N. Stuckey**
Richard N. Stuckey, Attorney at Law,
P.C.
1801 Broadway
#1100
Denver, CO 80202-3839
303-292-0110
Fax: 303-292-0522
Email: dick@richardstuckeylaw.com
*TERMINATED: 11/03/2014*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**                                 **Disposition**

CONSPIRE TO DEFRAUD
GOVERNMENT RESPECT TO
CLAIM
(1)

CONSPIRE TO DEFRAUD
GOVERNMENT RESPECT TO
CLAIM
(1s)

FALSE OR FRAUDULENT
CLAIMS
(8-11)

FALSE OR FRAUDULENT

CLAIMS
(8s-11s)

CONSPIRACY TO DEFRAUD THE
UNITED STATES
(14)

CONSPIRACY TO DEFRAUD THE
UNITED STATES
(14s)

CORRUPT OR FORCIBLE
INTERFERENCE
(16)

CORRUPT OR FORCIBLE
INTERFERENCE
(16s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

**USA**                          represented by   **Matthew T. Kirsch**
                                                 U.S. Attorney's Office-Denver
                                                 1225 17th Street East
                                                 Suite 700
                                                 Denver, CO 80202
                                                 303-454-0100
                                                 Fax: 303-454-0402
                                                 Email: matthew.kirsch@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

*Designation: Federal Agency*
*Attorney*

**Martha Ann Paluch**
U.S. Attorney's Office-Denver
1225 17th Street East
Suite 700
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Martha.Paluch@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency*
*Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2013 | 1 | INDICTMENT (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 2 | RESTRICTED DOCUMENT - Level 4 (dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 3 | Arrest Warrant Issued in case as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 4 | MOTION to Restrict Case by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 5 | ORDER to Restrict Case as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4) by Magistrate Judge Michael E. Hegarty on 9/23/13. (dkals, ) (Entered: 09/24/2013) |
| 10/02/2013 | 6 | Arrest of George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. Initial Appearance set for 10/2/2013 02:00 PM in Courtroom A 501 before Magistrate Judge Gordon P. Gallagher. (Text Only Entry)(nmmsl, ) (Entered: 10/02/2013) |
| 10/02/2013 | 7 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller held on 10/2/2013. Defendants are present in custody. Defendants advised. Criminal Justice Act counsel appointed for all defendants. Arraignment, Discovery, and Detention Hearing set for 10/7/2013 10:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Statements made by Mr. Pawelski regarding being held in custody for three days. Discussion held regarding bond for Ms. Vigil and Ms. Mueller. ORDERED: $25,000 Unsecured |

| | | |
|---|---|---|
| | | Bond set as to Mimi M. Vigil (3) and Clara M. Mueller (4). The detention hearing for Ms. Vigil and Ms. Mueller is vacated. Defendants Vigil and Mueller advised of conditions of bond and remanded for processing and release. Defendants Brokaw and Pawelski are remanded. (Total time: 17 minutes, Hearing time: 2:26-2:43)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Paige Meador on behalf of Pretrial Services. FTR: CRIMINAL PM -- Courtroom A-501. (mehcd) Text Only Entry (Entered: 10/03/2013) |
| 10/02/2013 | <u>10</u> | CJA 23 Financial Affidavit by John J. Pawelski. (mehcd) (Entered: 10/03/2013) |
| 10/04/2013 | <u>17</u> | CJA 20/30 Appointment of Richard N. Stuckey for John J. Pawelski by Magistrate Judge Michael E. Hegarty on 10/4/2013. (smatl, ) (Entered: 10/04/2013) |
| 10/05/2013 | <u>21</u> | NOTICE OF ATTORNEY APPEARANCE: Richard N. Stuckey appearing for John J. Pawelski (Stuckey, Richard) (Entered: 10/05/2013) |
| 10/07/2013 | <u>24</u> | MINUTE ORDER as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4). Pretrial motions due by 10/21/2013. Responses due by 10/31/2013. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and contact Chambers via conference call (303-335-2174) no later than 11/05/2013 to set such a hearing. Final Trial Preparation Conference set for 11/25/2013 at 9:00 AM, in Courtroom A602 before Judge Christine M. Arguello. Ten-day Jury Trial set for 12/02/2013 at 8:00 AM, in Courtroom A602, before Judge Christine M. Arguello. FURTHER ORDERED, the Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Order and/or Fed.R.Crim.P.16, unless Counsel for the moving party, prior to filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel in an effort to attempt to resolve the disputed matter, e.g., questions or disputes relating to the scope and/or timing of disclosure of such discovery. If the parties are able to resolve the dispute, the Motion shall be entitled "Unopposed Motion for _____," and the parties shall submit the proposed order the parties wish the Court to enter. If the parties are unable to resolve the dispute, the moving party shall state in the Motion the specific efforts that were taken to comply with this Order to Confer. FURTHER ORDERED, parties are expected to comply with this Court's "Criminal Practice Standards" (AS AMENDED ON MAY 15, 2013), specifically, Sections III.D and V.A-G (see www.cod.uscourts.gov, under tab "Court Operations/Rules & Procedures/Judicial Practice Standards"). SO ORDERED BY Judge Christine M. Arguello on 10/07/13. Text Only Entry (cmasec) (Entered: 10/07/2013) |

| | | |
|---|---|---|
| 10/07/2013 | 26 | Arrest Warrant Returned Executed on 10/2/13 in case as to John J. Pawelski. (dkals, ) (Entered: 10/07/2013) |
| 10/07/2013 | 31 | MINUTE ENTRY/ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Arraignment / Discovery Hearing / Detention Hearing as to John J. Pawelski held on 10/7/2013. Defendant present in custody with counsel. NOT GUILTY plea entered as to all counts. Discovery memorandum executed. Bond set as to John J. Pawelski (2) Unsecured $25,000. Defendant advised of conditions of bond and remanded for processing and release. Counsel is directed to chambers. (Total time: 14 minutes, Hearing time: 10:24 - 10:38)**APPEARANCES**: Matthew T. Kirsch on behalf of the Government, Richard N. Stuckey on behalf of the defendant, Christine Zorn on behalf of pretrial. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (mjwcd) Text Only Entry Modified on 10/7/2013 to add not guilty plea (mjwcd). (Entered: 10/07/2013) |
| 10/07/2013 | 37 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 10 days as to John J. Pawelski by Magistrate Judge Michael J. Watanabe on 10/7/13. (ccovi) (Entered: 10/08/2013) |
| 10/07/2013 | 43 | Unsecured Bond entered as to John J. Pawelski in the amount of $25,000. (ccovi) (Entered: 10/08/2013) |
| 10/07/2013 | 44 | ORDER Setting Conditions of Release as to John J. Pawelski (2), $25,000 Unsecured Bond by Magistrate Judge Michael J. Watanabe on 10/7/13. (ccovi) (Entered: 10/08/2013) |
| 10/08/2013 | 45 | NOTICE OF ATTORNEY APPEARANCE Martha Ann Paluch appearing for USA. (Paluch, Martha) (Entered: 10/08/2013) |
| 10/10/2013 | 46 | MOTION to Disclose Grand Jury Material to Defendant by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # 1 Proposed Order (PDF Only))(Kirsch, Matthew) (Entered: 10/10/2013) |
| 10/10/2013 | 47 | ORDER GRANTING 46 Motion to Disclose Grand Jury Material as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4): Grand jury testimony and documents may be disclosed to Defendants and their attorneys in the course of discovery in this case. FURTHER ORDERED that (1) Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case; (2) Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel shall deliver a copy of this Order allowing disclosure with the materials; (3) Defense counsel shall provide Defendants with reasonable access to the grand jury materials, but no Defendant shall be allowed to retain copies of any grand jury materials; (4) |

|  |  | No person, other than defense counsel, shall be allowed to make any copies of the grand jury materials for any purpose; and (5) Within 10 days of the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel shall collect all such copies and return them to the government. SO ORDERED BY Judge Christine M. Arguello on 10/10/13. Text Only Entry (cmasec) (Entered: 10/10/2013) |
| --- | --- | --- |
| 10/21/2013 | 53 | SUPERSEDING INDICTMENT as to George Thomas Brokaw (1) counts 1s, 2s-7s, 14s, 15s, John J. Pawelski (2) counts 1s, 8s-11s, 14s, 16s, Mimi M. Vigil (3) counts 1s, 12s, 14s, 17s, Clara M. Mueller (4) counts 1s, 13s, 14s, 18s. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet, # 4 Criminal Information Sheet) (dkals, ) (Entered: 10/22/2013) |
| 10/21/2013 | 54 | RESTRICTED DOCUMENT - Level 4 as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (dkals, ) (Entered: 10/22/2013) |
| 10/21/2013 | 55 | MINUTE ORDER as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller: Re-Arraignment set for 10/30/2013 01:30 PM in Courtroom C204 before Magistrate Judge Kristen L. Mix. Text Only Entry (dkals, ) (Entered: 10/22/2013) |
| 10/22/2013 | 56 | ORDER granting 51 Unopposed Motion to exclude 180 days from speedy trial, to continue trial dates and extend motions deadlines, as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller, by Judge Christine M. Arguello on 10/22/13. The Final Trial Preparation Conference and Jury Trial are vacated. (dkals, ) (Entered: 10/22/2013) |
| 10/25/2013 | 58 | CJA Request for Interim Payment as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Stuckey, Richard) (Entered: 10/25/2013) |
| 10/25/2013 | 59 | MINUTE ORDER as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4): Pursuant to a telephone conference between counsel and Chambers staff, the following trial dates and deadlines have been RESET in this matter: Pretrial motions due by 04/01/2014. Responses due by 04/14/2014. Final Trial Preparation Conference set for 05/09/2014 at 9:00 AM, in Courtroom A602, before Judge Christine M. Arguello. Three-week Jury Trial set for 06/02/2014 at 8:30 AM, in Courtroom A602, before Judge Christine M. Arguello. FURTHER, a Motions Hearing is set for 04/24/2014 at 1:00 PM, in Courtroom A602, before Judge Christine M. Arguello. SO ORDERED BY Judge Christine M. Arguello on 10/25/13. Text Only Entry (cmasec) (Entered: 10/25/2013) |
| 10/30/2013 | 62 | MINUTE ENTRY for Re-Arraignment on First Superseding Indictment as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil and Clara M. |

| | | |
|---|---|---|
| | | Mueller held before Magistrate Judge Kristen L. Mix on 10/30/2013. All defendants present on bond. Court advises defendants. All defendants waive reading and advisement. Court enters Plea of Not Guilty on all counts as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil and Clara M. Mueller. (Total time: 9 minutes, Hearing time: 1:52-2:01)<br><br>**APPEARANCES:** Martha Paluch on behalf of the Government, Eric Klein on behalf of defendant George Brokaw, Richard Stuckey on behalf of defendant John J. Pawelski, John Tatum on behalf of defendant Mimi Vigil, Miller Leonard on behalf of defendant Clara Mueller. FTR: KLM Courtroom C-204. (lag) Text Only Entry (Entered: 10/30/2013) |
| 10/30/2013 | 67 | CJA Order for Interim Payment as to John J. Pawelski by Judge Christine M. Arguello on 10/30/2013. (smatl, ) (Entered: 11/08/2013) |
| 10/31/2013 | 63 | MOTION to Travel by John J. Pawelski. (Stuckey, Richard) (Entered: 10/31/2013) |
| 10/31/2013 | 64 | ORDER GRANTING 63 Motion to Travel as to John J. Pawelski (2). Having reviewed Defendant Pawelski's motion, and noting that neither the probation office nor the government opposes said motion, the Court hereby GRANTS permission for Defendant Pawelski to travel to Chicago, IL on 11/09/2013, returning to Denver and Colorado Springs, CO on 11/12/2013. Defendant Pawelski is DIRECTED to provide his Probation Officer, Robert Haberman, with an itinerary, including contact addresses and telephone numbers in Illinois, prior to such travel. SO ORDERED BY Judge Christine M. Arguello on 10/31/13. Text Only Entry (cmasec) (Entered: 10/31/2013) |
| 11/01/2013 | 65 | TRANSCRIPT of Arraignment/Discovery/Detention Hearing as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on October 7, 2013 before Magistrate Judge Watanabe. Pages: 1-30.<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/3/2014. (Avery Woods Reporting, ) (Entered: 11/01/2013) |

| 11/11/2013 | 68 | CJA 20/30 Payment Request as to John J. Pawelski. (Attachments: # 1 Spreadsheets, # 2 Order for Interims)(Stuckey, Richard) (Entered: 11/11/2013) |
| 11/26/2013 | 78 | CJA 20/30 Payment Authorization as to John J. Pawelski by Judge Christine M. Arguello on 11/26/2013. (smatl, ) (Entered: 01/15/2014) |
| 12/24/2013 | 76 | MOTION to Modify Conditions of Release by John J. Pawelski. (Stuckey, Richard) (Entered: 12/24/2013) |
| 01/09/2014 | 77 | CJA 20/30 Payment Request as to John J. Pawelski. (Attachments: # 1 Spreadsheets interim 2)(Stuckey, Richard) (Entered: 01/09/2014) |
| 01/23/2014 | 80 | Second MOTION to Modify Conditions of Release by John J. Pawelski. (Stuckey, Richard) (Entered: 01/23/2014) |
| 01/24/2014 | 82 | ORDER granting 76 Motion to Modify Bond Condition and 80 Second Motion to Modify Bond Condition, as to John J. Pawelski (2), by Judge Christine M. Arguello on 1/24/14. (dkals, ) (Entered: 01/24/2014) |
| 01/27/2014 | 83 | STRICKEN Letter from John J. Pawelski, Freedom of Information Act Request (evana, ) Modified on 1/28/2014 to Strike pursuant to the Minute Order dated 1/27/2014 (cmacd). (Entered: 01/27/2014) |
| 01/27/2014 | 84 | STRICKEN Letter from John J. Pawelski, Freedom of Information Act Appeal (evana, ) Modified on 1/28/2014 to STRIKE pursuant to the Minute Order dated 1/27/2014 (cmacd). (Entered: 01/27/2014) |
| 01/27/2014 | 85 | MINUTE ORDER as to John J. Pawelski re 83 Letter, 84 Letter STRICKEN for being inappropriate filings in this case. By Judge Christine M. Arguello on 01/27/14. Text Only Entry (cmasec) (Entered: 01/27/2014) |
| 02/02/2014 | 86 | CJA 20/30 Payment Request as to John J. Pawelski. (Attachments: # 1 Order for interims, # 2 Spreadsheets interim 3)(Stuckey, Richard) (Entered: 02/02/2014) |
| 02/03/2014 | 87 | CJA 21/31 Request for Service as to John J. Pawelski. (Attachments: # 1 CJA Attachment)(Stuckey, Richard) (Entered: 02/03/2014) |
| 02/10/2014 | 100 | CJA 20/30 Payment Authorization as to John J. Pawelski by Judge Christine M. Arguello on 2/10/2014. (babia) (Entered: 02/26/2014) |
| 02/18/2014 | 95 | MOTION to Withdraw as Attorney *and for Self-Representation* by Richard N. Stuckey by John J. Pawelski. (Stuckey, Richard) (Entered: 02/18/2014) |
| 02/19/2014 | 97 | MINUTE ORDER as to John J. Pawelski re 95 MOTION to Withdraw as Attorney *and for Self-Representation* by Richard N. Stuckey filed by John J. Pawelski: This matter is before the Court sua sponte. Upon review of Defendant's Motion to Withdraw and for Self-Representation, a hearing on |

| | | |
|---|---|---|
| | | said motion has been set for 02/26/2014 at 3:30 PM, in Courtroom A602, before Judge Christine M. Arguello. Defendant shall be present at this hearing. SO ORDERED BY Judge Christine M. Arguello on 02/19/14. Text Only Entry (cmasec) (Entered: 02/19/2014) |
| 02/26/2014 | 103 | MOTION to Dismiss Indictment with Prejudice Based on Supporting Memorandum of Law Related to 1099OIDS [sic] by John J. Pawelski. (dkals, ) (Entered: 02/27/2014) |
| 02/26/2014 | 104 | MOTION to Return Property by John J. Pawelski. (dkals, ) (Entered: 02/27/2014) |
| 02/26/2014 | 105 | NOTICE entitled "Entry of Appearance" by John J. Pawelski (dkals, ) (Entered: 02/27/2014) |
| 02/26/2014 | 107 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Defendant present on bond. MOTIONS and RULINGS: Defendant's oral request to have Mr. Stuckey appointed as advisory counsel is denied without prejudice. Defendant's Motion for Self-Representation By Defendant and for Withdrawal By Defendants Present Counsel 95 is granted. Mr. Stuckey is allowed to withdraw as counsel for Defendant. Defendant Pawelski to allowed to proceed pro se. Defendant is allowed to remain free on bond subject to the same terms and conditions as set forth in the original order.(Total time: 00:26, Hearing time: 3:25-3:51)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Richard Stuckey on behalf of the defendant. Court Reporter: Darlene Martinez. (shart) (Entered: 02/27/2014) |
| 02/27/2014 | 106 | CJA 20/30 Payment Request as to John J. Pawelski. (Attachments: # 1 Interims order, # 2 Final spreadsheets)(Stuckey, Richard) (Entered: 02/27/2014) |
| 03/04/2014 | 108 | CJA 21/31 Payment Request as to John J. Pawelski. (Stuckey, Richard) (Entered: 03/04/2014) |
| 03/04/2014 | 127 | CJA 20/30 Payment Authorization as to John J. Pawelski by Judge Christine M. Arguello on 3/4/2014. (shugh) (Entered: 03/25/2014) |
| 03/06/2014 | 111 | MOTION to Disclose Grand Jury Material to Defendant *John Joseph Pawelski* by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/06/2014) |
| 03/06/2014 | 113 | ORDER on 111 Motion For Order Granting Pro Se Defendant John Joseph Pawelski's Request for Grand Jury Material Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) by Judge Christine M. Arguello on 3/6/14. (dkals, ) (Entered: 03/07/2014) |

| | | |
|---|---|---|
| 03/07/2014 | 115 | MOTION for Order for an Early Response by John J. Pawelski. (evana, ) (Entered: 03/10/2014) |
| 03/12/2014 | 116 | ORDER DENYING 115 Motion for Order as to John J. Pawelski (2). By Judge Christine M. Arguello on 03/12/14. Text Only Entry (cmasec) (Entered: 03/12/2014) |
| 03/14/2014 | 122 | MOTION for Order for Government Communications by John J. Pawelski. (Attachments: # 1 Proposed Order (PDF Only))(evana, ) (Entered: 03/14/2014) |
| 03/14/2014 | 123 | MOTION for Order to Reveal True Name by John J. Pawelski. (evana, ) (Entered: 03/14/2014) |
| 03/17/2014 | 124 | MOTION for Appointment of Standby Counsel by John J. Pawelski. (dkals, ) (Entered: 03/18/2014) |
| 04/02/2014 | 144 | ORDER GRANTING 134 Motion for Extension of Time to File as to Mimi M. Vigil (3). Pretrial motions for all parties in this matter are due by 04/08/2014. Responses for all parties are due by 04/21/2014. SO ORDERED BY Judge Christine M. Arguello on 04/02/14. Text Only Entry (cmasec) (Entered: 04/02/2014) |
| 04/07/2014 | 150 | MOTION to Certify Plaintiff by John J. Pawelski. (athom, ) (Entered: 04/07/2014) |
| 04/07/2014 | 151 | MOTION to Provide a Certified Copy by John J. Pawelski. (athom, ) (Entered: 04/07/2014) |
| 04/07/2014 | 152 | MOTION for Probation Order Change by John J. Pawelski. (athom, ) (Entered: 04/07/2014) |
| 04/07/2014 | 153 | 2nd MOTION to Return Property by John J. Pawelski. (dkals, ) (Entered: 04/08/2014) |
| 04/07/2014 | 159 | MOTION for Thirty Day Extension of Time to File Motions by John J. Pawelski. (athom, ) (Entered: 04/10/2014) |
| 04/08/2014 | 160 | MOTION to Dismiss Based on Violation of the Fair Warning Doctrine by John J. Pawelski. (athom, ) (Entered: 04/10/2014) |
| 04/08/2014 | 161 | MOTION to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing by John J. Pawelski. (athom, ) (Entered: 04/10/2014) |
| 04/08/2014 | 162 | MOTION to Suppress Evidence by John J. Pawelski. (athom, ) (Entered: 04/10/2014) |
| 04/13/2014 | 200 | CJA 21/31 Payment Authorization as to John J. Pawelski by Judge Christine M. Arguello on 4/13/2014. (shugh) (Entered: 05/12/2014) |
| 04/15/2014 | 163 | RESTRICTED DOCUMENT - Level 3: by John J. Pawelski. (athom, ) |

| | | (Entered: 04/15/2014) |
|---|---|---|
| 04/16/2014 | 164 | ORDER granting 158 Motion to Continue and a 120 Day Ends of Justice Continuance as to Mimi M. Vigil, George Thomas Brokaw, John J. Pawelski, Clara M. Mueller. Motion Hearing, Final Trial Preparation Conference, and Jury Trial are vacated. Status Conference set for 7/2/2014 02:30 PM in Courtroom A 602 before Judge Christine M. Arguello. By Judge Christine M. Arguello on 04/16/2014. (athom, ) (Entered: 04/16/2014) |
| 04/18/2014 | 168 | RESPONSE in Opposition by USA as to John J. Pawelski re 122 MOTION for Order *Re: Government Communications* (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 169 | RESPONSE to Motion by USA as to John J. Pawelski re 152 MOTION for Order *Re: Probation Order Change* (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 170 | RESPONSE in Opposition by USA as to John J. Pawelski re 124 MOTION to Appoint Counsel (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 171 | RESPONSE to Motion by USA as to John J. Pawelski, Mimi M. Vigil, Clara M. Mueller re 161 MOTION to Exclude MOTION for Hearing, 140 MOTION for James Hearing *to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co-Conspirator Hearsay Statements Pursuant to F.R.E. 801(d)(2)(E)*, 141 MOTION for James Hearing (Kirsch, Matthew) (Entered: 04/18/2014) |
| 04/18/2014 | 173 | RESPONSE to Motion by USA as to John J. Pawelski re 123 MOTION for Order *Re: Reveal of True Name* (Kirsch, Matthew) (Entered: 04/18/2014) |
| 04/18/2014 | 177 | RESPONSE in Opposition by USA as to John J. Pawelski re 162 MOTION to Suppress (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 178 | RESPONSE to Motion by USA as to George Thomas Brokaw, John J. Pawelski re 159 MOTION for Extension of Time to File, 156 MOTION for Extension of Time to File (Kirsch, Matthew) (Entered: 04/18/2014) |
| 04/18/2014 | 179 | RESPONSE in Opposition by USA as to John J. Pawelski re 160 MOTION to Dismiss (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 180 | RESPONSE in Opposition by USA as to John J. Pawelski re 150 MOTION for Order (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 181 | RESPONSE in Opposition by USA as to John J. Pawelski re 151 MOTION to Disclose Grand Jury Material to Defendant (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | 182 | RESPONSE in Opposition by USA as to John J. Pawelski re 153 |

| | | |
|---|---|---|
| | | MOTION for Return of Property, <u>104</u> MOTION for Return of Property (Paluch, Martha) (Entered: 04/18/2014) |
| 04/18/2014 | <u>183</u> | RESPONSE in Opposition by USA as to John J. Pawelski re <u>103</u> MOTION to Dismiss (Paluch, Martha) (Entered: 04/18/2014) |
| 04/22/2014 | <u>184</u> | MOTION for Order *TO RE-SCHEDULE STATUS CONFERENCE* by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Kirsch, Matthew) (Entered: 04/22/2014) |
| 05/02/2014 | <u>194</u> | REPLY TO RESPONSE to Motion by John J. Pawelski re <u>103</u> MOTION to Dismiss (athom, ) (Entered: 05/05/2014) |
| 05/02/2014 | <u>195</u> | REPLY TO RESPONSE to Motion by John J. Pawelski re <u>151</u> MOTION to Disclose Grand Jury Material to Defendant (athom, ) (Entered: 05/05/2014) |
| 05/02/2014 | <u>196</u> | REPLY TO RESPONSE to Motion by John J. Pawelski re <u>160</u> MOTION to Dismiss (athom, ) (Entered: 05/05/2014) |
| 05/02/2014 | <u>197</u> | REPLY TO RESPONSE to Motion by John J. Pawelski re <u>153</u> MOTION for Return of Property (athom, ) (Entered: 05/05/2014) |
| 05/02/2014 | <u>198</u> | REPLY TO RESPONSE to Motion by John J. Pawelski re <u>122</u> MOTION for Order (athom, ) (Entered: 05/05/2014) |
| 05/02/2014 | <u>199</u> | REPLY TO RESPONSE to Motion by John J. Pawelski re <u>150</u> MOTION for Order (athom, ) (Entered: 05/05/2014) |
| 06/03/2014 | 209 | ORDER GRANTING <u>184</u> Motion for Order as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4). The Status Conference in this matter, set for 07/02/2014, is VACATED and must be reset. Counsel and pro se parties are DIRECTED to call Chambers (303-335-2174) via conference call no later than 06/09/2014 in order to reset this tatus Conference. SO ORDERED BY Judge Christine M. Arguello on 06/03/14. Text Only Entry (cmasec) (Entered: 06/03/2014) |
| 06/03/2014 | 210 | MINUTE ORDER as to John J. Pawelski (2): Doc. <u>124</u> and <u>163</u> are hereby DENIED WITHOUT PREJUDICE. Defendant Pawelski is DIRECTED to file a new Motion and Affidavit that contains sufficient information for this Court to determine whether or noe he qualifies for CJA appointed services. SO ORDERED BY Judge Christine M. Arguello on 06/03/14. Text Only Entry (cmasec) (Entered: 06/03/2014) |
| 06/05/2014 | <u>212</u> | MOTION for Judgment on the Pleadings by John J. Pawelski. (athom, ) (Entered: 06/09/2014) |
| 06/06/2014 | 211 | MINUTE ORDER as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller: Pursuant to a telephone conference between counsel, Defendant Brokow, Defendant Pawelski and Chambers staff, a |

| | | |
|---|---|---|
| | | Scheduling/Status Conference is set in this matter on 07/16/2014 at 11:00 AM, in Courtroom A602, before Judge Christine M. Arguello. SO ORDERED BY Judge Christine M. Arguello on 06/06/14. Text Only Entry (cmasec) (Entered: 06/06/2014) |
| 06/12/2014 | 217 | ORDER as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller: 152 Motion to Modify Conditions of Release is granted. The Court reserves ruling on motions 140 , 141 , 142 , and 161 . The Court denies the remainder of the pending motions 103 , 104 , 122 , 123 , 135 , 137 , 143 , 150 , 151 , 153 , 156 , 157 , 159 , 160 , 162 , 185 , 202 , 212 , 213 , 215 , 216 . By Judge Christine M. Arguello on 06/12/2014. (athom, ) (Entered: 06/13/2014) |
| 06/13/2014 | 218 | Amended MOTION for Advisory Counsel by John J. Pawelski. (athom, ) (Entered: 06/16/2014) |
| 06/13/2014 | 219 | AFFIDAVIT of Monthly Income by John J. Pawelski (athom, ) (Entered: 06/16/2014) |
| 06/26/2014 | 222 | RESPONSE to Motion by USA as to John J. Pawelski re 218 Amended MOTION for Advisory Counsel (Paluch, Martha) Modified on 6/27/2014 to correct linkage (athom, ). (Entered: 06/26/2014) |
| 06/27/2014 | 223 | RESPONSE by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller re: 217 Order Modifying Conditions of Supervision,, Terminate Motions, (Kirsch, Matthew) (Entered: 06/27/2014) |
| 07/01/2014 | 229 | CJA 20/30 Payment Authorization as to John J. Pawelski by Judge Christine M. Arguello on 7/1/2014. (shugh) (Entered: 07/17/2014) |
| 07/11/2014 | 225 | MOTION for Extension of Time by John J. Pawelski. (athom, ) Modified on 7/14/2014 to correct filing date (athom, ). (Entered: 07/14/2014) |
| 07/16/2014 | 232 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 7/16/2014. Defendants present on bond. ORDER: The proposed scheduling order regarding the James log 223 is approved. The Defendants shall file objections by 9/16/2014. The Government shall file any objections by 9/30/2014. With respect to Defendant Vigil's Motion to Modify Conditions of Release to Permit Contact with Co-Defendant Mueller, defense counsel for Defendant Muller shall file a proposed order. HEARING: A James Hearing is set for 10/3/2014 at 10:00 AM in Courtroom A602 before Judge Christine M. Arguello on all outstanding motions. TRIAL: A Three-week Jury Trial is set for 11/3/2014 at 8:30 AM. A Final Trial Preparation Conference is set for 10/9/2014 at 3:00 PM. (Total time: 00:39, Hearing time: 11:09-11:48) |

| | | |
|---|---|---|
| | | **APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw (pro se), John Pawelski (pro se), John Tatum on behalf of Mimi Vigil, Miller Leonard on behalf of Clara Mueller. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 07/17/2014) |
| 07/17/2014 | 228 | ORDER DENYING <u>225</u> Motion for Extension of Time to File as to John J. Pawelski (2). The deadline for filing all motions in this case was 04/08/2014. Defendant Powelski, in this motion, has failed to provide any facts or argument that would support granting more time to file additional motions. SO ORDERED BY Judge Christine M. Arguello on 07/17/14. Text Only Entry (cmasec) (Entered: 07/17/2014) |
| 07/17/2014 | <u>231</u> | MOTION to Modify 220 MOTION to Modify Conditions of Release filed by Mimi M. Vigil by Clara M. Mueller as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Leonard, Miller) (Entered: 07/17/2014) |
| 07/23/2014 | <u>235</u> | MOTION for Order by Clara M. Mueller as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # <u>1</u> Proposed Order (PDF Only))(Leonard, Miller) (Entered: 07/23/2014) |
| 07/24/2014 | <u>238</u> | ORDER re <u>235</u> Motion for Order as to Clara M. Mueller. By Judge Christine M. Arguello on 07/24/2014. (athom, ) (Entered: 07/25/2014) |
| 07/29/2014 | <u>240</u> | MOTION for Forma Pauperis Payment by John J. Pawelski. (Attachments: # <u>1</u> Transcript Order Form) (athom, ) (Entered: 07/29/2014) |
| 07/30/2014 | 242 | ORDER DENYING <u>240</u> Motion for Order as to John J. Pawelski (2). The order form attached to Defendant's Motion is not the correct form for a transcript of ongoing proceedings in this Court. Defendant is advised that <u>for each transcript he wishes to order</u>, he must file a Form CJA24, which can be obtained on the court's website at www.cod.uscourts.gov by clicking "CJA Information" under Quick Links and choosing "CJA Forms" (no motion is necessary). Once approved by the Court, the requested transcript will be provided in the normal course (either by mail or by picking up at the Court Clerk's Office), <u>but not on an expedited basis</u>, unless it appears from the CJA24 form that there is a need for an expedited transcription. SO ORDERED BY Judge Christine M. Arguello on 07/30/14. Text Only Entry (cmasec) (Entered: 07/30/2014) |
| 08/14/2014 | <u>248</u> | Unopposed MOTION for Order *To Allow Defense Counsel To Pay for Medical Records* by Clara M. Mueller as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Leonard, Miller) (Entered: 08/14/2014) |
| 08/14/2014 | <u>249</u> | Government's Proffer by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller (Attachments: # <u>1</u> Exhibit 1 Attachment A, # <u>2</u> Exhibit 1 Attachment B, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # |

| | | |
|---|---|---|
| | | 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35)(Kirsch, Matthew) (Entered: 08/14/2014) |
| 08/15/2014 | 251 | SUPPLEMENT to 249 Govt's Proffer,,, by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller (Attachments: # 1 Exhibit 10, # 2 Exhibit 11, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 23)(Kirsch, Matthew) (Entered: 08/15/2014) |
| 09/03/2014 | 261 | MOTION to Dismiss Based on Criminal Actions by the Prosecutors, Violation of Brady V. Maryland, The DOJ's Massive Cover-Up, and The DOJ's Violations of The Clean Hands Doctrine by John J. Pawelski. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(athom, ) (Entered: 09/05/2014) |
| 09/09/2014 | 263 | ORDER DENYING 261 Motion to Dismiss as to John J. Pawelski (2), for the reasons set forth in this Court's Order (Doc. 217 ), dated June 12, 2014. SO ORDERED BY Judge Christine M. Arguello on 09/09/14. Text Only Entry (cmasec) (Entered: 09/09/2014) |
| 09/09/2014 | 264 | MINUTE ORDER as to John J. Pawelski (2) re 218 MOTION to Appoint Counsel filed by John J. Pawelski: This matter is before the Court *sua sponte*. Upon review of Defendant Pawelski's Amended Motion for Advisory Counsel, a hearing on said motion has been set for 09/29/2014 at 1:30 PM, in Courtroom A602, before Judge Christine M. Arguello. Defendant Pawelski shall be present at this hearing. SO ORDERED BY Judge Christine M. Arguello on 09/09/14. Text Only Entry (cmasec) (Entered: 09/09/2014) |
| 09/11/2014 | 268 | MOTION to Accelerate Ruling by John J. Pawelski. (athom, ) (Entered: 09/12/2014) |
| 09/24/2014 | 276 | SUPPLEMENT to 222 Response to Motion by USA as to John J. Pawelski (Paluch, Martha) (Entered: 09/24/2014) |
| 09/26/2014 | 277 | NOTICE of Exhbits by John J. Pawelski (athom, ) (Entered: 09/29/2014) |
| 09/26/2014 | 278 | NOTICE of Objection to Exhibits by John J. Pawelski (athom, ) Modified on 10/3/2014 to change event into a Motion to Strike pursuant to the Minute Entry dated 10/3/2014 (shart). (Entered: 09/29/2014) |
| 09/26/2014 | 279 | MOTION to Merge Hearings by John J. Pawelski. (athom, ) (Entered: |

| | | 09/29/2014) |
|---|---|---|
| 09/26/2014 | 280 | Letter by John J. Pawelski (athom, ) Modified on 9/29/2014 to correct the filing date (athom, ). Modified on 9/29/2014 to advise conformed copy of motion found and mailed to Defendant at the address on file with the court (athom, ). (Entered: 09/29/2014) |
| 09/29/2014 | 281 | ORDER GRANTING 279 Motion for Order as to John J. Pawelski (2). The Motion Hearing regarding advisory counsel for Defendant Pawelski, currently set for 09/29/2014 at 1:30 PM, is VACATED and RESET to 10/03/2014 at 10:00 AM. In the interest of avoiding undue expense to Mr. Pawelski, this hearing will be held during the same time frame as the *James* Hearing in the Brokaw, et al. matter. SO ORDERED BY Judge Christine M. Arguello on 09/29/14. Text Only Entry (cmasec) (Entered: 09/29/2014) |
| 10/03/2014 | 286 | MINUTE ENTRY for James Hearing held on 10/3/2014 before Judge Christine M. Arguello: Defendants present; on bond. MOTIONS and RULINGS: Defendant Mueller's Motion for James Hearing 141 is denied as moot. Defendant Pawelski's Amended Motion for Advisory Counsel 218 is granted. Attorney Richard Stuckey is appointed as advisory counsel to Defendant Pawelski only. Defendant Pawelski's Notice of Objection to Exhibits which is construed by the Court as a Motion to Strike 278 ruling is reserved until trial. Defendant Pawelski's Motion to Dismiss 261 is denied. Defendant Pawelski's Motion to Accelerate Ruling 268 is denied. Defendant Pawelski's Motion to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co-Conspirator Hearsay Statements Pursuant to F.R.E. 801(d)(2)(E) 161 is denied. Defendant Brokaw's Motion to Dismiss 267 is denied. Defendant Vigil's Motion for James Hearing to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co-Conspirator Hearsay Statement Pursuant to F.R.E. 801(d)(2)(E) 140 is denied. The James Hearing evidence is provisionally admitted subject to the Government putting on testimony. Defendants' bond continued. (Total time: 00:48, Hearing time: 10:10-10:58) <br><br> **APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw, Pro Se, John Pawelski, Pro Se, Mimi Vigil, Pro Se. Court Reporter: Darlene Martinez. (shart) Text Only Entry Modified on 10/9/2014 to note the type of hearing held. Modified on 10/15/2014 (shart, ). (Entered: 10/03/2014) |
| 10/03/2014 | 312 | CJA 20/30 Appointment of Richard N. Stuckey as advisory counsel for John J. Pawelski by Judge Christine M. Arguello on 10/3/2014. (shugh) (Entered: 10/20/2014) |
| 10/09/2014 | 300 | MOTION for Writ of Habeas Corpus ad Testificandum by John J. |

| | | Pawelski. (dkals, ) (Entered: 10/10/2014) |
|---|---|---|
| 10/09/2014 | 301 | ORDER on 300 Motion for Writ of Habeas Corpus ad Testificandum, as to John J. Pawelski (2), by Judge Christine M. Arguello on 10/9/14. (dkals, ) (Entered: 10/10/2014) |
| 10/09/2014 | 311 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Trial Preparation Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 10/9/2014. Defendants present; on bond. Defendant Brokaw was removed by U.S. Marshals from this proceeding. MOTIONS and RULINGS: Defendant Brokaw's Request for Passport Card 282 is denied. Defendant Pawelski's Oral Motion for the Issuance of a Subpoena In Forma Pauperis as to Mr. Kimbrel is granted. The Court lifts the restriction from bond conditions that preclude talking to prospective witnesses as to Defendant Pawelski, only. DEADLINES: Defendant Pawelski is to provide the following by 10/16/2014: subpoenas with the language that the Defendant wants to the Government; a proffer regarding the relevance of Dr. Schroeder's testimony; a brief that outlines Section 25 that would impact the credibility of witnesses; and to file justification to the issuance of subpoena duces tecum as to the government witnesses. TRIAL: A 3-week jury trial is set for 11/3/2014 at 8:30 AM. The parties waive to the transcription of jury instructions. Sequestration of witnesses. There will be no individual voir dire by the parties. Government will have 7 strikes and the Defendants will have 11 strikes. Jury of 14 with two alternates. Jurors will be allowed to take notes. Defendants' bond continued. (Total time: 01:22, Hearing time: 2:58-4:20)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw, Pro Se, John Pawelski, Pro Se, Mimi Vigil, Pro Se on behalf of the defendant. Court Reporter: Darlene Martinez. (shart, ) Text Only Entry (Entered: 10/15/2014) |
| 10/10/2014 | 291 | MINUTE ORDER as to George Thomas Brokaw (1), John J. Pawelski 2), Mimi M. Vigil (3): This matter is before the Court *sua sponte*. The Court wishes to advise the parties that a modified trial schedule is conducted in her courtroom. The first day of trial, 11/03/2014, will begin at 8:30 AM with jury selection, and continue until 5:00 PM. Each subsequent day will begin at 8:00 AM and end at 2:30 PM. There will be a 15-min. break in the morning and a 15-min. break in the afternoon, with a half-hour lunch break. FURTHER, the Court wishes to advise that Tuesday, 11/11/2014, is a public holiday, and Friday, 11/14/2014, has previously been set aside as a judicial administrative day. **Therefore, there will be no trial proceedings conducted on those two days.** SO ORDERED BY Judge Christine M. Arguello on 10/10/14. Text Only Entry (cmasec) (Entered: 10/10/2014) |
| 10/10/2014 | 292 | ORDER for Issuance of Subpoena in Forma Pauperis as to John J. |

| | | |
|---|---|---|
| | | Pawelski. By Judge Christine M. Arguello on 10/10/2014. (athom, ) (Entered: 10/10/2014) |
| 10/10/2014 | 293 | Certificate of Service by Clerk of Court as to John J. Pawelski re 292 Order (Attachments: # 1 US Marshal Service Form)(athom, ) Modified on 10/10/2014 to correct text (athom, ). (Entered: 10/10/2014) |
| 10/10/2014 | 294 | MOTION Order for Service of Subpoenas in Forma Pauperis by John J. Pawelski. (Attachments: # 1 Affidavit)(dkals, ) (Entered: 10/10/2014) |
| 10/10/2014 | 295 | Memorandum of Law for OID by John J. Pawelski (dkals, ) (Entered: 10/10/2014) |
| 10/10/2014 | 296 | MOTION for an Open File Policy and Production of All Records in All State and Federal Agencies and Request to Declare FRCrimP [sic] 16 Unconstitutional by John J. Pawelski. (dkals, ) (Entered: 10/10/2014) |
| 10/10/2014 | 297 | MOTION for Findings of Fact and Conclusions of Law by John J. Pawelski. (dkals, ) (Entered: 10/10/2014) |
| 10/10/2014 | 298 | MOTION for Court Order for Petitioner to receive contact information by John J. Pawelski. (dkals, ) (Entered: 10/10/2014) |
| 10/10/2014 | 299 | MOTION for Production of FINCEN Records, or Dismissal of the Indictment with Prejudice Due to Violations of the First, Fourth, Fifth, and Sixth Amendments of the United States by John J. Pawelski. (dkals, ) (Entered: 10/10/2014) |
| 10/14/2014 | 302 | Writ of Habeas Corpus ad Testificandum Issued as to Curtis L. Morris for 11/03/2014 in case as to John J. Pawelski (athom, ) (Entered: 10/14/2014) |
| 10/21/2014 | 313 | NOTICE of Counterfeit Securities by John J. Pawelski (athom, ) (Entered: 10/21/2014) |
| 10/22/2014 | 314 | AFFIDAVIT of Nationality by John J. Pawelski (athom, ) (Entered: 10/23/2014) |
| 10/23/2014 | 315 | MOTION to Terminate Counsel Representation, Subpoena orders, and Investigator by John J. Pawelski. (athom, ) (Entered: 10/24/2014) |
| 10/28/2014 | 317 | TRANSCRIPT of Status Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 7/16/14 before Judge Arguello. Pages: 1-27. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at** |

| | | |
|---|---|---|
| | | www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/29/2015. (dmart, ) (Entered: 10/28/2014) |
| 10/28/2014 | 318 | TRANSCRIPT of Motions Hearing as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 10/03/14 before Judge Arguello. Pages: 1-37. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/29/2015. (dmart, ) (Entered: 10/28/2014) |
| 10/28/2014 | 319 | TRANSCRIPT of Final Trial Preparations Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 10/09/14 before Judge Arguello. Pages: 1-61. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/29/2015. (dmart, ) (Entered: 10/28/2014) |
| 10/29/2014 | 322 | Manditory Judicial NOTICE by John J. Pawelski (athom, ) (Entered: 10/29/2014) |
| 10/29/2014 | 330 | NOTICE Entry of Appearance as a Third Party of Interest, Manditory Judicial Notice, Affidavit of Truth, Mandatory Judicial Notice, Notice of Indemnification Contract With United States by John J. Pawelski (athom, ) (Entered: 10/30/2014) |
| 10/30/2014 | 333 | Manditory Judicial NOTICE by John J. Pawelski (athom, ) (Entered: 10/31/2014) |
| 11/03/2014 | 335 | Manditory Judicial NOTICE by John J. Pawelski (athom, ) (Entered: 11/03/2014) |

| 11/03/2014 | 337 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial-DAY ONE held on 11/3/2014 as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. Defendants present; on bond. MOTIONS and RULINGS: Defendant Pawelski's Motion to Terminate Counsel Representative, Subpeona Orders, and Investigator 315 is granted in part and denied in part. Attorney Richard Stuckey is relieved from representation and is excused for the remainder of the trial. Defendant Pawelski's Motion for Order for Service of Subpoenas in Forma Pauperis 294 is denied. Defendant Pawelski's Motion for an Open File Policy and Production of All Records in all State and Federal Agencies and Request to Declare FrCrimP16 Unconstitutional 296 is denied. Defendant Pawelski's Motion for Finding of Fact and Conclusions of Law 297 is denied. Defendant Pawelski's Motion for Court Order for Petitioner to Receive Contact Information 298 is denied. Defendant Pawelski's Motion for Production of FINCEN Records, or Dismissal of Indictment with Prejudice Due to Violation of the First, Fourth, Fifth, and Sixth Amendments of the United States 299 is denied. Defendants informed the Court that they did not recognize the Court's jurisdiction over them, they were not the proper parties in the case, and they did not wish to participate in the trial. Defendant's attempted to leave the Courtroom but were stopped by Deputy Marshals. Defendants indicated that they wished to sit in the holding cells next to the courtroom rather than remain in the courtroom and they were allowed to do so. TRIAL: Jury Selection. Voir Dire. Jury of 14 impaneled and sworn. A juror was dismissed for a reason known to the Court. Case will be tried to a jury of 13. WITNESSES SWORN AND TESTIFIED: Michael Pryor, Troy Parker, William Frankel. EXHIBITS ADMITTED AND ENTERED: 82, 83, 84, 210, 250, 258, 289, 320, 321, 322, 323, 324, 325, 326. Jury is excused with the instruction to return on 11/4/2014 at 8:00AM. Outside the hearing of the jury, the Court gave further advisements to Defendants regarding their rights and options and advised them that the Court would not require them to be present at trial if they did not wish to be present. The court, however, directed the Defendants to contact their assigned probation officers, prior to 8:00 AM on 11/4/2014, to advise whether they intended to participate further in the trial. Court further advised Defendants that it would require them to be present for the reading of the Verdict. Defendants' bond continued subject to the same terms and conditions as set for the forth in the order setting conditions of release. (Total time: 04:39, Hearing time: 8:47-3:41)

**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw, Mimi Vigil and John Pawelski, pro se. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 11/04/2014) |
| 11/04/2014 | 336 | MOTION to Modify *Bond Conditions* by USA as to George Thomas |

| | | Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Kirsch, Matthew) (Entered: 11/04/2014) |
|---|---|---|
| 11/04/2014 | 338 | Return of Service of Subpoena - Unexecuted as to John J. Pawelski (athom, ) (Entered: 11/04/2014) |
| 11/04/2014 | 339 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial DAY TWO as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/4/2014. Defendants not present. Pursuant to the Court's order on 11/3/2014, Defendant Vigil contacted her probation officer and stated that she would not be present for trial. Defendants Brokaw and Pawelski did not contact their probation officers to advise whether or not they would be present for trial, but upon being contacted by the probation office, confirmed that they chose not to participate. WITNESSES SWORN AND TESTIFIED: Kristy Morgan, Stacie Gleeson, David Riordan, William McLeod, Kelly Hanson, Michael Gorham, Toni Payne, Tamie Lucas. EXHIBITS RECEIVED:10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 50, 51, 52, 53, 60, 61, 62, 70, 71, 72, 73, 74, page 49 of 80, pages 50 and 52 of 80 (conditionally), 90, 91, 92, 93, 94, 96, 97, 98, 99, 100, 101, 102, 103, 104, 106, 110, 125, 202, 203, 204, 205, 206, 207, 208, 209, 212, 215, 216, 218, 219, 220, 221, 251, 253, 254, 255, 256, 257, 259, 260, 261, 262, 263, 272, 300, 301. (Total time: 05:19, Hearing time: 8:14-2:22) <br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Defendants not present. Court Reporter: Darlene Martinez. (shart) Text Only Entry Modified on 11/5/2014 to indicate the day number (shart). (Entered: 11/05/2014) |
| 11/04/2014 | 340 | RESTRICTED DOCUMENT - Level 1: by Mimi M. Vigil. (shart) (Entered: 11/05/2014) |
| 11/04/2014 | 341 | Court Exhibit 1. Public entry to 340 RESTRICTED DOCUMENT LEVEL 1 filed on 11/4/2014. (shart) (Entered: 11/05/2014) |
| 11/05/2014 | 342 | ORDER Directing Defendants to Appear as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. By Judge Christine M. Arguello on 11/05/2014. (athom, ) (Entered: 11/05/2014) |
| 11/06/2014 | 343 | Emergency MOTION for the Court to Declare a State of Judicial Bias in This Case and to Dismiss This Case Prior to Trial by John J. Pawelski. (athom, ) (Entered: 11/06/2014) |
| 11/06/2014 | 344 | (NOTICE) Verified Complaint, Trial by Jury Demand by George Thomas Brokaw, John J. Pawelski (athom, ) (Entered: 11/06/2014) |
| 11/06/2014 | 346 | Manditory Judicial NOTICE by John J. Pawelski (athom, ) (Entered: |

|  |  | 11/06/2014) |