**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 07, 2014 | Chris Wolpert<br>Chief Deputy Clerk |

John J. Pawelski
6432 Rockville Drive
Colorado Springs, CO 80923-3811

**RE:**   14-1468, In re: Pawelski
Dist/Ag docket: 1:13-CR-00392-CMA-2

Dear Petitioner:

Your petition for extraordinary writ of mandamus was docketed today. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Matthew T. Kirsch
      Martha A. Paluch

EAS/sds