UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DENVER DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 NOV 18 PM 2:31

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | | |
|---|---|---|
| **John Joseph Pawelski** | § | |
| **Mimi Michelle Vigil** | § | |
| **George Thomas Brokaw** | § | |
| Petitioners | § | |
| v. | § | No. 13-cr-00392 |
| **Judge Christine M. Arguello** | § | |
| **Matthew T. Kirsch, individually and** | § | **Verified Complaint** |
| In his official capacity | § | |
| **Martha Ann Paluch, individually and** | § | |
| In her officially capacity | § | |
| **Christine M. Arguello, individually and** | § | |
| In her official capacity | § | |
| **John Does 1-100** | § | |
| Defendants | § | **Trial by Jury Demanded** |
| | § | |

## MOTION FOR NEW TRIAL PURSUANT TO FRCRIMP 33

This is a motion for new trial pursuant to FRCrimP 33.

Petitioners incorporates his prior filings by reference as if fully set forth herein.

Prior filings establish as a matter of law:

The judge in this court is not an Article III judge. The judge has failed to comply with her oath of office as required by the Constitution and the laws of the United States.

The U.S. attorneys have concealed material evidence establishing the lack of jurisdiction in this case as required by Brady v. Maryland.

1

The U.S. attorneys have violated the Clean Hands Doctrine and have no authority to prosecute this case.

The judge and prosecutor are engaged in a conspiracy to deprive Petitioners of Petitioner's Constitutional rights.

SUMMARY; Petitioners are entitled to a new trial or dismissal of the case.

The Supreme Court has now docketed a case, Moleski, v United States, 14-573, which will prove Petitioners innocent as a matter of law.

Petitioners move the court to dismiss this case with prejudice, or alternatively, grant a motion for new trial.

Respectfully submitted,

*John Joseph Pawelski*
John Joseph Pawelski

*Mimi Michelle Vigil*
Mimi Michelle Vigil

*George Thomas Brokaw*
George Thomas Brokaw

2

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing MOTION FOR NEW TRIAL PURSUANT TO FRCRIMP 33 hand delivered and filed this 18th day of November 2014 with the

Clerk of the Court, which will send notification of such filing to all counsel of record.

*John Joseph Pawelski*

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

3