IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE THOMAS BROKAW,
2.    JOHN J. PAWELSKI, and
3.    MIMI M. VIGIL,

    Defendants.

---

**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION FOR NEW TRIAL**

---

This matter is before the Court on Defendants' Motion for Reconsideration of a Court Order of 11/24/12 and Request for Findings of Fact and Law (Doc. # 378). Defendants' Motion reiterates the same arguments the Court rejected in its prior Order; accordingly, reconsideration is not warranted.

Accordingly, it is ORDERED that Defendants' Motion for a New Trial (Doc. # 378) is DENIED.

    DATED: December 15, 2014

    BY THE COURT:

    _____
    CHRISTINE M. ARGUELLO
    United States District Judge