REGISTERED MAIL # RE 548 052 102  US

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JAN 27  PM 1: 33

JEFFREY P. COLWELL
CLERK

_____DEP. CLK

UNITED STATES OF AMERICA et. al.,

Plaintiff,

V.

JOHN JOSEPH PAWELSKI, et. al.,

Named Defendants

**NOTICE OF FILING**

**CASE NO: 13-cr-00392**

---

## NOTICE OF FILING

TO:        UNITED STATES DISTRICT Court of Denver Colorado

Honorable Christine M. Arguello
901 19th Street
Denver, CO. 80202


Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530-0001

UNITED STATES OF AMERICA
Department of Justice
C/O Matthew Kirsch
1225 17th Street
Suite 700
Denver, CO 80202

1

---

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 102  US

**PLEASE TAKE NOTICE** that on January 26, 2014, named Defendant, by and through the authorized agent for the Legal Person titled "JOHN JOSEPH PAWELSKI" as Trustee, filed with the Clerk of the UNITED STATES DISTRICT Court of DENVER Chancery Division on the above specified date for Extrajudicial Service pursuant to Article V of the Hague Convention of 1965, *NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE -REQUEST FOR STAY OF PROCEEDINGS*, a copy of which is included herewith and hereby served upon you.

Without Prejudice UCC 1-308;

By _John Joseph Pawelski_; Agent

For named Defendant JOHN JOSEPH PAWELSKI

2

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 102  US

## DECLARATION OF MAILING

### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, affirmed and acting in good faith in his official capacity, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, return receipt requested and/or Courier with Delivery Confirmation before 5:00 p.m. on January 26 2015.

Without Prejudice UCC 1-308;

By _____ Agent

For named Defendant JOHN JOSEPH PAWELSKI

**John Joseph Pawelski**
**Non-Domestic**
**c/o: Powers Services, P.O. Box 75341**
**Colorado Springs, CO. 80970-5341**

# Mailed To the following Addressee's;

Jacob Lew, in his private capacity   **Registered Mail Number RE 465 741 563 US**
stylized as the "Collector of Customs";
per 40 Stat. 411
Department of The Treasury
1500 Pennsylvania Avenue NW—Annex
Washington D.C. 20220

Eric J. Holder, in his private capacity   **Registered Mail Number RE 465 741 577 US**
stylized as the "Alien Property Custodian";
per 40 Stat. 411
U.S Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Christine M Arguello, in her private capacity **REGISTERED MAIL # RE 548 052 102 US**
UNITED STATES DISTRICT COURT
901 19TH ST.

3

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 102  US

1   DENVER, CO. 80202
    Plaintiff
2   UNITED STATES OF AMERICA
    Department of Justice
3   C/O Matthew Kirsch
    1225 17th Street
4   Suite 700
5   Denver, CO 80202

6      UNITED STATES OF AMERICA et. al,

7                        Plaintiff,              **NOTICE OF RESIGNATION AND**

8      V.                                        **SUBSTITUTION OF TRUSTEE**

9      JOHN JOSEPH PAWELSKI, et. al.,            **REQUEST FOR STAY OF**

10                   Named Defendants            **PROCEEDINGS**

11
                                                 **CASE NO: 13-cr-00392**
12

13

14              **NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE**

15                    **REQUEST FOR STAY OF PROCEEDINGS**

16   **UNITED STATES DISTRICT COURT, Chancery Division**    )

17   **District of Colorado Territory**                       ) ss.

18   **The United States of America**                         )

19

20   **TO ALL THESE PRESENTS, SHALL COME, GREETINGS:**

21   **NOTICE: To ALL** Public Officers/Employees of the **HOLY SEE, VATICAN, CROWN**

22   **OF ENGLAND, UNITED STATES, STATE OF COLORADO, COUNTY OF EL PASO,**

23   **UNITED STATES DISTRICT COURT DISTRICT OF COLORADO,** to include any and

24   ALL Judges, Commissioners, Magistrates, Clerks, Bailiffs, The DISTRICT ATTORNEY/

25   and/or Attorney/Solicitor of Record and any and all officials, claimants, natural persons,

26   connected to, involved in and or hearing the above-referenced ACCUSATIONS related

27                                          4

28   _____

1    to the above-referenced Commercial Tort and are now Actually and Constructively

2    Noticed and forever held and bound to their **MINISTERIAL DUTIES, FUNCTIONS AND**

3    **ACTS as EVIDENCED BY THEIR OATH OF OFFICIAL OFFICE**, and  Risk

4    Management Bonds and or State Tort Claim Policy, in pursuance of and in reliance

5    upon [Thompson v Smith. 155 Va. 376. l54 SE 583, 7I ALR 604 and FRC vs. GE 281

6    U.S. 464; Keller vs. PE 261 U.S. 428, 1 Stat. 138-178 and AISI v US, 568 F2d 284].

7    **NOW COMES** named Defendant, by and through the authorized agent for the Legal

8    Person titled "JOHN JOSEPH PAWELSKI" as Trustee (hereinafter-"Agent") enters a

9    Special Appearance in pursuance and reliance upon section UCC 2-301, with this

10    NOTICE OF RESIGNATION AND SUBSTITUITON OF TRUSTEE as per 46 U.S.C.

11    1247 and Hereby Notices the following facts for the record:

12       1.      That the laws of equity and the law merchant shall apply to this action.

13       2.      That named Defendant has the possibility of a reverter, rights of re-entry

14             interest and equitable interest in the all of the trust property (hereinafter-

15             "Real Estate") of the named Defendant JOHN JOSEPH PAWELSKI,

16             pursuant to a certain Complaint (hereinafter-"First Trust") duly executed by

17             Plaintiff's Counsel of Record naming Plaintiff Grantor/Beneficiary and

18             named Defendant as Trustee, filed for record as the above-referenced

19             Case Number pursuant to the terms and conditions as stated within the

20             First Trust.

21             (attached and incorporated herein as if fully re-stated by this reference.).

22       3.      That Agent, for and on behalf of the named Defendant hereby actually and

23             constructively notices this court and any all interested parties and non-

24             record holders of named Defendant's resignation and rejection of the

25             Office of Trustee of the First Trust and the transfer, assignment and

26             conveyance in absolute form of any/all possibility of a reverter, rights of re-

27             entry interest and equitable interest in the all of the Real Estate and the

28

5

REGISTERED MAIL # RE 548 052 102  US

5.      The Agent hereby declares that said Assignment and delivery thereof to the Successor (and/or anyone acting in his stead), shall upon acceptance by delivery by named Defendant as predecessor Trustee in good faith  to Successor of the Real Estate as Bailor and this Notice, the Successor shall be under no duty to inquire into the acts or doings of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

## REQUEST FOR STAY OF PROCEEDINGS

6.      That Agent requests that this action and any/all proceedings with regard to this action be stayed, due to the giving of security by named Defendant as beneficiary of Second Trust for named Defendant as Trustee for First Trust in good faith.


## ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT

Autographed and Sealed this 26th day of January, 2015 at El Paso County, Colorado under penalty of perjury, without the "United States" in pursuance and reliance upon your [28 U.S.C 1746].

Without Prejudice UCC 1-308;
By: _John Joseph Pawelski_ Agent
For named Defendant JOHN JOSEPH PAWELSKI


### VERIFICATION-

1.      I, the undersigned hereby state that I have firsthand knowledge of all of the facts as stated herein and am competent to testify to matters as such and;

2.      That anything stated herein based off of information and belief, I believe the information to be true to the best of my knowledge and;

3.      That this Verification is made under the penalty of perjury without [the] "United States" in accordance with 28 USC 1746;

7

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 102  US

Done this 26th day of January, 2015 at El Paso County, Colorado.

Without Prejudice UCC 1-308;
By _____ Agent
For named Defendant JOHN JOSEPH PAWELSKI

-EXHIBIT A-

CERTIFIED COPY OF VERDICT

SELF PROVING AFFIDAVIT

Affidavit of ownership, CERTIFICATE OF TITLE

8

**REGISTERED MAIL # RE 548 051 433 US**

by him hereunder and the Beneficiary shall enforce such liability only against the Real Estate and not against the Trustee personally.

45.  **Termination.** This trust may be terminated at any time by the Beneficiary and with thirty (30) days written notice of termination delivered to the Trustee, the Trustee shall execute any and all documents necessary to vest fee simple marketable title to any and all Real Estate in Beneficiary

**IN WITNESS WHEREOF**, said Grantor has hereunto set his hand and Seal. Executed this 26th day of January, 2015 under penalty of perjury without [the] "United States" at El Paso County, Colorado.

By: _John Joseph Pawelski_ _____ (Seal)
Authorized Agent For Grantor
JOHN JOSEPH PAWELSKI
Colorado Springs, Colorado, Northwest Territory

State of Colorado                    )
County of El Paso                    ) sa.          -For Verification Purposes Only-

I _Heather Stalters_ _____ a Notary Public in and for the State of Colorado, certify that John Joseph Pawelski personally known to me to be the same person whose name is (or are) subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he (she or they) signed and delivered the instrument as his (her or their) free and voluntary act, for the uses and purposes therein set forth. Subscribed and sworn to before me on this 26th day of January, 2015,

By: _____
Notary Public          Notary Seal>>>

> HEATHER STALTERS
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20134067438
> MY COMMISSION EXPIRES OCTOBER 28, 2017

**SELF-PROVING AFFIDAVIT**

**State of Colorado**        )          **For Verification Purposes Only**
**County of  El Paso**       ) sa.

We, the below-named witnesses, being first duly sworn, sign our names to this instrument and do hereby declare the undersigned authority that;

> (1) Each of us were present and saw the Grantor sign the Trust Agreement in our presence, and that;
> (2) The Trust Agreement was attested by us in the presence of the Grantor and that;

10

**REGISTERED MAIL # RE 548 051 433 US**

(3) We believe the Grantor to be of sound mind and memory at the time of signing or acknowledging the Trust Agreement.

**IN WITNESS WHEREOF**, said Witnesses have hereunto set they're respective hands and Seals.

Executed this 26th day of January, 2015 under penalty of perjury without [the] "United States" at El Paso County, COLORADO.

By: _George Thomas Brokaw_
L/S Witness #1
Printed Name: _George Thomas Brokaw_

By: _mimi michelle vigil_
L/S Witness #2
Printed Name: _mimi michelle vigil_

Subscribed, sworn to and acknowledged before me by the two aforesaid witnesses this 26th day of January, 2015 who proved to me on the basis of satisfactory evidence to be the person(s)who appeared before me.

By:_____, Notary Public

My Commission Expires: _Oct 28, 2017_____;    Notary Seal >>>

```
HEATHER STALTERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134067438
MY COMMISSION EXPIRES OCTOBER 28, 2017
```

11

## REGISTERED MAIL # RE  548 051 739 US

| U.S. POSTAL SERVICE | **CERTIFICATE OF MAILING** | Affix fee here in stamps |
|---|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

*John Joseph Fawuski c/o Fawues Service*

*5985 Galley Rd   Unit T541*

*Colorado Springs Colo [80915]*

One piece of ordinary mail addressed to:

*John Koskinen, Commissioner*

*Internal Revenue Service*

*1111 Constitution Ave, NW*

*Washington, DC 20224*

PS Form 3817, Mar. 1989

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.

**REGISTERED MAIL # RE  548 051 739 US**

January 20, 2015
FROM: *Pawelski, John Joseph, private "state" Citizen, "national" [8 USC 1101(a)(21)]*

To:    **John Koskinen, Commissioner**
        **Internal Revenue Service**
        **Office of Commissioner**
        **1111 Constitution Avenue, NW**
        **Washington, DC  20224**

CC:    **DIRECTOR**
        **IRS Service Center**
        **1973 N. Rulon White Blvd.**
        **Ogden, UT 84404**

**NOTICE OF REVOCATION OF ELECTION, REQUEST FOR ESTABLISHMENT
OF FOREIGN STATUS OF IDENTIFYING NUMBER**

Commissioner Koskinen,

Comes Now, Pawelski, John Joseph, state Citizen, national [8 USC 1101(a)(21), American National, having reached the age of majority, as established by the permanent **Annex Evidence A,** to provide your office with **Notice of Revocation of Election** per your [26 USC §6013(g) (4)(A)] and **Request for Establishment of Foreign Status of Identifying Number** per your [26 CFR 301.6109-1(g)(1)(i)]. I come in peace.

I am writing this Notice in good faith and honor to seek your <u>personal assistance</u>, Individually and as Commissioner, in correcting errors in the records of the INTERNAL REVENUE SERVICE, SOCIAL SECURITY ADMINISTRATION and the US DEPARTMENT OF TREASURY. The process outlined by your [26 CFR 301.6109-1(g)(1)(i)] states as follows:

> **(i) Social security number.** *A social security number is generally identified in the records and database of the Internal Revenue Service as a number **belonging to** a <u>U.S. citizen</u> or <u>resident alien individual</u>. **A person may establish a different status for the number by providing <u>proof of foreign status</u> with the Internal Revenue Service** under such procedures as the Internal Revenue Service shall prescribe, including the use of a form as the Internal Revenue Service may specify. Upon accepting an individual as a nonresident alien individual, the Internal Revenue Service will assign this status to the individual's social security number.*

This Notice, inclusive of all permanently annexed Evidence, is to provide the requisite "**proof of foreign status**" for the Internal Revenue Service to assign foreign status to the social security number, 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, in its database. These matters are also being addressed directly with the Social Security Administration for correction to the NUMIDENT Record and CSP Field to reflect Code "D".

**The permanently annexed evidence establishes that the social security number, issued to a minor without legal capacity, does not belong to a "U.S. Citizen or a "resident alien individual". The number must be corrected to establish foreign**

**Page 2 of 15**

**REGISTERED MAIL # RE  548 051 739 US**

**status upon your acceptance of my status as a nonresident alien individual.**

The purpose of this Notice is also related to the option provided by the US Congress providing American Nationals [referred to as Nonresident Alien Individuals in Title 26 Statutes and Regulations] to terminate the former *sub silentio* 'voluntary election'.

It is well established that the Federal courts lack subject matter jurisdiction to issue declaratory judgment as to the status of a "taxpayer" or "non-taxpayer." [See Hughes v. United States. 953 F.2d 531, 536-37 (9th Cir.1991) and Fogel v. United States, 2001 WL 306496 (S.D.Cal.)]

Annexed hereto in support of this Notice of Revocation of Election and Request for Correction of Status of Identifying Numbers to Foreign, are the following documents for review:

**Annex Evidence A**: Affidavit of Ownership and Certificate of Title(fully vested)
**Annex Evidence B**: Affidavit of Nationality
**Annex Evidence C**: Resignation of Post, Rescission of Office of Person
**Annex Evidence D**: Application for American National Passport
**Annex Evidence E**: Notice of Relinquishment of Resident/Agency Status, Resignation
                of Registered Agent.

## **Foundational Basis for Revocation of Election**

The United States Supreme Court stipulated in Foley Brothers, Inc. v. Filardo, 336 U.S. 281 (1949) that:

> *"The cannon of construction which teaches that <u>legislation of Congress</u>, unless a contrary intent appears, <u>is meant to apply only within the territorial jurisdiction of the United States</u> is a valid approach whereby unexpressed congressional intent may be ascertained. It is based on the assumption that Congress is primarily concerned with domestic conditions."*

West Law provided the following summary of the Foley Brothers, Inc. v. Filardo case: "It is a well-established principle of law that all federal regulations [and statutes] apply only within the territorial jurisdiction of the United States [the District of Columbia] unless a contrary intent appears [meaning if implementing regulations are published in the Federal Register]*."* [Clarifications added]

The Internal Revenue Service operates under Title 26 [the Internal Revenue Code] statutory laws and its lesser known Administrative, Procedural, and Implementing Regulations regarding federal income taxation found in Title 26 Code of Federal Regulations. These **federal statutes and regulations** used by the Internal Revenue Service **are applicable only within the territorial and legislative jurisdiction of the District of Columbia** per the US Supreme Court.

Thus, the IRS statutes and regulations are specifically limited in their **geographical jurisdiction** as well as the **legislative jurisdiction** for the application toward those who are the proper federal **'Taxpayers'** as expressed in the IRC at 26 USC §7701 (a)(14). The limited geographical and legislative jurisdiction for IRS statutes and regulations is restricted to the District of Columbia by the Legislative Intent of the 16th Amendment.

**Page 3 of 15**

## REGISTERED MAIL # RE  548 051 739 US

Statutory 'Taxpayers' are defined to mean *"any **person** subject to any internal revenue tax."* The statutory term '**person**' as defined at [26 USC §7701 (a)(1)] refers only to statutory legal fictions created by and under the dominion of the US Congress. The statutory term, 'subject to', means 'under the dominion and control of the National Government'.

The research conducted through the last few years has led me to comprehend that, as a living man, I am not a person, and as a result I have made an international election not to be recognized as a person before the law.

Established by the Constitution, the American People are the sovereign. As such the United States Supreme Court has declared in **Yick Wo v. Hopkins, 118 U.S. 356 (1886)** that:

> "***Sovereignty itself is, of course, not subject to the law for it is the author and source of the law.***" It is therefore an imperative necessity to include the statement of legal opinion expressed by the United States Supreme Court

The court in United States v. Cooper Corporation, 312 U.S. 600 (1941) stated: *"Since in common usage, the term person does not include the sovereign, statutes not employing the phrase are ordinarily construed to exclude it."*

Thus, the statutory definition of '**person**' found in **26 USC §7701(a)(1)** and referred to in the statutory definition of Taxpayer at **26 USC §7701(a)(14) does not reflect or include in any fashion a reference to private state Citizen, national [8 USC 1101(a)(21), American Nationals who are the identified Sovereigns** by birth in one of the 50 states of the Union or from parents who were born there.

In furtherance of my international right of self-determination, I have clarified the position in relation to nationality by and through the Annexed Exhibit, Affidavit of Nationality. **(Ref. Annex Evidence B)**

***Let it be known*** that the Internal Revenue Service, a federal bureau headquartered in Washington, DC, has promulgated in Title 26 of the United States Code [USC] a statutory **legal option** for those who are **Nonresident Alien Individuals** to implement the **Termination** at their discretion for any voluntary **Federal Income Tax Election** established at **26 USC §6013 (g) [Election to treat nonresident alien individual as resident of the United States]**.

Once a statutory '**election**' under **26 USC §6013 (g) or (h)** was initially established, those **Nonresident Alien Individuals** who made that '**election**' immediately became a federal statutory '**Taxpayer**' and their former nontaxable income is then deemed taxable in an identical manner to that of a US Resident Alien. The 'election' also became **automatically applicable for all taxable years following** as stated at **26 USC §6013 (g) (3) Duration of Election**.

The **Nonresident Alien Individual** thus became '**voluntarily liable** 'via this '**election' for a tax never levied upon them** and their entire private sector employer paid wages were taxed under Chapter 24 of the Internal Revenue Code. This wage withholding taxation was also **automatically applicable for all taxable years following the initial** '**election'** as part of the **Duration of Election** section at **26 USC §6013 (g) (3)**.

**Page 4 of 15**

## REGISTERED MAIL # RE  548 051 739 US

The statutory term **Nonresident Alien Individual** is defined at **26 USC §7701 (b)(1)(B)** and is expressed in this statute in the following manner:

> **"An Individual is a Nonresident Alien if such individual is neither a** [statutory] **citizen of the United States** [District of Columbia per 26 USC §7408(d)] **nor a resident** [Alien or foreigner from another nation] **of the United States** [District of Columbia per 26 USC §7408(d)]**."** [Emphasis & Clarification added]

What is **immediately noticeable** is that the definition only tells the reader **what a Nonresident Alien Individual is not rather than what it is**. Such purposeful obfuscation is vitally important to recognize.

**The true meaning of the statutory term Nonresident Alien Individual is none other than American Nationals** who were born in one of the 50 states of the Union [the Constitutional Republic]. This is amply illustrated in reading **26 CFR 1.871-1 (b) (4) Expatriation to avoid tax**. This regulation section reads as follows:

> "For special rules applicable in determining the tax of a **nonresident alien individual who has lost U.S. citizenship** with a principal purpose of avoiding certain taxes, see section 877."

In regard to **Expatriation, only American Nationals** [those born in one of the 50 states of the Union] **can give up their Constitutional U.S. citizenship status** and become a former member of the Constitutional Republic. Therefore, the term **'Nonresident Alien Individual' and 'American National' are synonymous**.

The **Legislative Intent of the 16th Amendment to the Constitution**, written by former President of the United States [POTUS] William H. Taft documents that **Congress was only able to levy the Federal Income Tax upon the National Government itself**. Therefore, American Nationals who choose to work for the National Government are the primary statutory **'Taxpayers'**.

**NOTE**: The use of the term 'American National' is a non-statutory phrase created to eliminate confusion with the statutory term "U.S. Citizen" as referenced in various sections of Title 26. It means those born in one of the 50 states of the Union, those born to parents of which at least one of them were born in the 50 states, or those naturalized into the Constitutional Republic.

Former POTUS Taft stipulated in the foundational document, the **Legislative Intent of the 16th Amendment**, that:

> **"The decision of the Supreme Court** [Pollock v Farmer's Loan & Trust Company, 157 U.S. 429, 1895] in the income tax case **deprived the National Government** of a power which, by reason of previous decisions of the court, it was generally supposed that government had.
>
> I therefore recommend to the Congress that both Houses, by a two-thirds vote, shall propose an amendment to the Constitution **conferring the power to levy an income tax upon the National Government without apportionment** among the States in proportion to population."

**Page 5 of 15**

**REGISTERED MAIL # RE  548 051 739 US**

**The power to ignore the Constitution only exists in a jurisdiction in which the Constitution does not apply...the only jurisdiction is the 10 mile square area referred to in the Constitution as "the District of Columbia."**

**Nonresident Alien Individuals [American Nationals]** are **only liable** for the Federal Income Tax **if they choose to make a statutory 'election'** [described at **26 CFR 1.871-1(a) Classification of Aliens**] by filing a **Form 1040** US Individual Income Tax Return **for a tax they never were made liable for prior to the 'election'**. Per **Clark v. United States, 95 U.S. 539**, a statutory 'election' is not a valid contract.

Via **26 USC §6013(g)** this statutory **'election' allows the National Government to treat or tax the income of those never imposed with the Federal Income Tax**. American Nationals a.k.a. Nonresident Alien Individuals are then treated **identically to that of foreigners** who are legal Taxpayers called **US Resident Aliens** who live and work in one of the 50 states of the Union [the Constitutional Republic] or the District of Columbia.

The **Lack of Tax Liability** and the **right of Nonresident Alien Individuals** to **choose not to make an 'election'** were established by the Legislative Intent of the 16th Amendment written by former POTUS William H. Taft on June 16, 1909. **American Nationals have always been <u>Lawful Non Taxpayers</u> as they were excluded**. This foundational document, which clears up the question of just who the parties are that the Federal Income Tax has actually been levied upon was promulgated in the Congressional Record of the United States Senate on pages 3344-3345. The federal income tax was only levied upon the National Government. It also ignored the Rule of Apportionment, a mandatory requirement in the Constitution, further pinpointing the only operational jurisdiction to be the District of Columbia and US Territories.

**The Federal Income Tax was only levied upon the National Government,** which is to say those Americans who have chosen to work for the National Government in one of its myriad of Public Offices. "Performing the functions of a public office" which is the statutory definition of a **'Trade or Business'** per **26 USC §7701 (a)(26).**

Within the regulations used by the Internal Revenue Service, one can locate the voluntary nature of Nonresident Alien Individuals [meaning American Nationals] being offered the option or choice to make an 'election' or not. By the fact that the **'election' is a voluntary choice, the option to Americans has not been broadcast to the American Public**. The voluntary choice to make an election or not, illustrates that the National Government has been successful in burdening Americans with an obligation that was never imposed by law outside of making an **'election'**.

**26 CFR 1.871-1 Classification and manner of taxing alien individuals** is the regulation in particular that demonstrates the voluntary nature for American Nationals to exercise the choice to make an 'election' to have their income taxed or treated like that of a Resident Alien.

26 CFR 1.871-1 (a) Classes of aliens, states:

"For purposes of the income tax, alien individuals are divided generally into two classes, namely, resident aliens and nonresident aliens. **Resident alien individuals are, in general, taxable the same as** [statutory] **citizens** [legal fictions] **of the United States**; that is, a resident alien is taxable on income derived from all sources, including sources without the United States. See § 1.1-1(b).

**Page 6 of 15**

## REGISTERED MAIL # RE  548 051 739 US

**Nonresident alien individuals** are **taxable only** on certain income from sources **within the United States** and on the income described in section 864(c)(4) from sources **without the United States** which is **effectively connected** for the taxable year **with the conduct of a trade or business in the United States** [meaning only the District of Columbia per 26 USC §7408(d)].

However, **nonresident alien individuals** [American Nationals] **may elect**, under section **6013 (g) or (h), to be treated as U.S. residents for purposes of determining their income tax liability** under Chapters 1, 5, and 24 [wage withholding] of the code." [Emphasis & Clarifications added]

The last paragraph above shows that **Nonresident Alien Individuals or rather American Nationals** are offered the **choice** by use of the statutory expression "**may elect**" to have their income treated [taxed] as that of a U.S. resident alien. The expression "**may elect**" clearly signifies that there **is no mandatory obligation to file a Form 1040 US Individual Income Tax Return or pay that tax.**

**The lack of a mandatory obligation to file a Form 1040 return and pay the Federal Income Tax is further substantiated by the United States Department of the Treasury.**

As previously stated, **those who work for the National Government have been lawfully levied with the federal income tax per the Legislative Intent of the 16th Amendment**. The Legislative Intent excludes American Nationals from the federal income tax. Thus, sub silentio the **'election'** amounts to a **'gift or bequest'** as it was never mandatory.

In fact the open and notorious publication issued by the Internal Revenue Service, known as the IDRS Manual (2011), specifically designates IRS Forms 1040, w-2, and w-4 and w-9 as **tax class 5, gift and estate tax forms.**

The US Department of the Treasury states **the federal income tax is a 'gift or bequest'** indicating **a matter of choice for American Nationals** a.k.a. Nonresident Alien Individuals to **'donate' a 'gift or bequest'** to and for the use of the National Government -- or to freely ignore making a donation.

**The existence of both Lawful Taxpayers** established via the Legislative Intent of the 16th Amendment and **Lawful Non Taxpayers** American Nationals excluded by the Legislative Intent of the 16th Amendment is dramatically evident.

**31 USC §321 (d)(1) & (d)(2)** clearly illustrates that the **Federal Income Tax** is considered and acknowledged by the US Department of the Treasury to be a **'gift or bequest'** that is paid for the expressed purpose and use of the [statutory]*United States*. Here is the exact statutory statement by the **US Department of the Treasury** as promulgated in the United States Code, Title 31.

31 USC §321 (d)(1) & (d)(2):

**(1)** The Secretary of the Treasury may accept, hold, administer, and use *gifts and bequests* of property, both real and personal, for the purpose of aiding or facilitating the work of the Department of the Treasury. *Gifts and bequests of money* and the

**Page 7 of 15**

**REGISTERED MAIL # RE  548 051 739 US**

proceeds from sales of other property *received as gifts or bequests* shall be deposited in the Treasury in a separate fund and shall be disbursed on order of the Secretary of the Treasury. *Property accepted under this paragraph,* and the proceeds thereof, *shall be used as nearly as possible in accordance with the terms of the gift or bequest*.

**(2) *For purposes of the Federal income*, estate, and gift taxes, *property accepted under paragraph (1) shall be considered as a gift or bequest to or for the use of the United States*.**

Let it further be known that the expression by the **U.S. Department of the Treasury** reference to the statutory term **"United States" in 31 USC §321 (d)(2)** means and references **only the National Government in the District of Columbia** and **not** the 50 states of the Union per **26 USC §7408(d).**

The IRS statutes refer only to **the statutory United States being the District of Columbia** unless a statutory section specifically refers to the "50 states". The statute section reflecting this fact is **26 USC §7408(d)**.

**26 USC §7408 (d) Citizens and residents outside the United States**

"If any citizen or resident of the United States does not reside in, and does not have his principal place of business in, any United States judicial district, such citizen or resident shall be treated for purposes of this section as residing in the District of Columbia."

The above IRS statute in Title 26 acknowledges the limited geographical and legislative jurisdiction for the application of the federal income tax to be only the District of Columbia and other US Territories and possessions of the National Government. It entirely excludes any reference to the Constitutional Republic, the 50 states of the Union.

## Stipulation of Facts established by the National Government for American Nationals such as Pawelski, John Joseph

### REVOCATION OF ELECTION

**[A]** All federal income taxation statutes and regulations **apply only within the territorial jurisdiction of the District of Columbia,** the seat of the National Government also known as the statutory 'United States', unless directly stated otherwise.

**[B] The "state" Citizen, "national" [8 USC 1101(a)(21), American Nationals are not subject to the statutes and regulations, particularly Title 26,** as they are limited in their geographical and legislative application to the District of Columbia as "sovereigns are the author and source of the law" according to the United States Supreme Court in **Yick Wo v. Hopkins, 118 U.S. 356 (1886).**

*The United States government is a foreign corporation with respect to a state."* ***N.Y. re: Merriam***, *36 N.E. 505, 141 N.Y. 479, Affirmed 16 S.Ct. 1973, 41 L.Ed. 287*

**[C]** The **statutory definition of person** used in statutes within the Internal Revenue

**Page 8 of 15**

**REGISTERED MAIL # RE  548 051 739 US**

Code of 1954 currently in use today in the territorial jurisdiction of the District of Columbia **do not include or make reference to American Nationals** as a result of the territorial limitations placed against the National Government per the Constitution. Such statutory words or phrases that illustrate this fact are highlighted in part as follows.

> **(1) Person** - defined at 26 USC §7701(a)(1) only referencing statutory legal fictions

> **(2) U.S. person** - defined at 26 USC §7701(a)(30) only referencing statutory legal fictions

> **(3) Taxpayer** - defined at 26 USC §7701(a)(14) references any 'person' subject to

> **(4) U.S. Citizen** - defined at 8 USC §1401(a)(1) only referencing a statutory legal fiction that was legislatively born in the District of Columbia and are property of the National Government and thus under the dominion or control of the National Government within its limited geographical and legislative jurisdiction.

**[D]** As a result of the United States Supreme Court decision in **United States v Cooper Corporation, 312 U.S. 600 (1941)** states that "the term 'person' does not include the sovereign and that statutes not employing the phrase are ordinarily construed to exclude it [the sovereign]."

> The statutory term **'Nonresident Alien Individual'** obtusely defined at 26 USC §7701 (b)(1)(B) was purposely stated in vague terms as it addresses sovereign American Nationals as the target of that definition without reference to the term sovereign specifically.

**[E]** The Implementing Regulation **26 CFR § 1.871-1(a)** makes reference that Nonresident Alien Individuals can only be liable for the statutory laws of the jurisdiction of the District of Columbia if they choose to work for the National Government. Therefore, only federal workers derive income that is effectively connected with the conduct of a statutory 'trade or business' within the District of Columbia.

**[F]** The **Thirteenth Amendment to the United States Constitution** outlaws and prohibits slavery and involuntary servitude in the Constitutional Republic. It however, does not outlaw voluntary indentured servitude. The National Government has utilized sub silentio acts directed at American Nationals to induce them by prevailing social custom and lack of awareness of the facts established by law to draw into their jurisdiction such American Nationals.

> **(1) 26 CFR §1.871-1(a)** reflects the deception by the use of a statutory 'election' of a voluntary nature in order to make American Nationals liable for the federal income tax when the National Government was denied and deprived of such power by the United States Supreme Court in **Pollock v. Farmer's Loan & Trust Company, 157 U.S. 429 (1895)**.

> **(2) The Legislative Intent of the Sixteenth Amendment** written by former POTUS William H. Taft on June 16, 1909, documents the limited jurisdiction for the National Government to levy the federal income tax only upon itself. **The federal income tax cannot and does not extend into the jurisdiction of the current 50 states of the Union. By ignoring the Rule of Apportionment,** the only operational jurisdiction for

**Page 9 of 15**

## REGISTERED MAIL # RE  548 051 739 US

application of the federal income tax is the **District of Columbia and US Territories**.

**[G]** As evidence that the National Government cannot keep sovereign American Nationals so entrapped by the use of a statutory **'election'** created by filing of a federal income tax return in perpetuity, the National Government has devised in its statutes a path for American Nationals referred to by the National Government as Nonresident Alien Individuals to exit, depart, and terminate forever the federal income tax scheme by use of **26 USC §6013(g)(4)(A) Termination of Election by Taxpayer**.

**[H]** The United States Department of the Treasury, an agency of the National Government, is directly complicit in the statutory election scheme as stipulated in its statutes at 31 USC §321 (d)(1) and (d)(2) by clearly stating the federal income tax is nothing more than a "gift or bequest" of personal property[money] of an American National " to and for the use of the United States [meaning the National Government]".

This statement eliminates the exposure of the National Government to legal action against the government by making the **'election'** voluntary and then declaring that the money paid for the tax is nothing but a "gift or bequest" at the same time.

**[I]** The National Government's use of statutory words is purposely obtuse form any sovereign American Nationals not trained in the art of legalese. The statutes are written in such a manner to allow the American Nationals to by default use their own definition of non-statutory words to be misinterpreted as having the same meaning as to what the National Government defines their statutory words to mean. This presumption has proven to be a successful ruse by those in government who are willing to entrap their countrymen.

**[J]** As a result of the convoluted semantic gamesmanship of words defined by the U.S. Congress the path to escape the entanglement of American Nationals into being identified statutorily as "**Taxpayers**" of the federal income tax was discovered at **26 USC §6013 (4)(A)**. This Revocation of Election is now implemented by Pawelski, John Joseph in order to extricate himself forever from any obligation created by the former sub silentio election.

**[K]** The **existence of lawful Non-Taxpayers** as related to the Internal Revenue Code of 1954 is described in two specific federal documents.

    **(1) The Legislative Intent of the Sixteenth Amendment,** written by former POTUS William H. Taft on June 16, 1909, was promulgated in the Congressional Record of the United States Senate on pages 3344-3345. **This foundational document proves that the federal income tax as we know it today, was never lawfully designed to be levied upon American Nationals, in fact the power of the National Government to do so was specifically denied to the government.** American Nationals were protected from the National Government attempting to include them as being the subject and the object of those federal statutory and regulatory laws.

    **(2) Economy Plumbing & Heating v. U.S., 470 F2d. (1972)** in which this appellate court declared the existence of two groups related to the federal income tax. Those groups are taxpayers and lawful non taxpayers. Those American Nationals, the lawful Non Taxpayers, were stated by this federal court to be neither the subject nor

**Page 10 of 15**

the object of federal revenue laws.

**Let it be lawfully established by the presentment of this Personal Testimony and permanently annexed Evidence, that Pawelski, John Joseph expresses his desire to formally terminate the former statutory Election via:**

## REVOCATION OF ELECTION

**Revocation by Taxpayer** [Nonresident Alien Individual meaning American National] who by a prior sub silentio government act made an **'election'** to have their earnings treated or taxed like that of a Resident Alien, **now expressly states the desire to lawfully terminate or end the prior election via the statutory process of Revocation of Election**.

**26 USC §6013(g)(4)** addresses **Termination of Election** with a pertinent section at **26 USC §6013(g)(4)(A) Revocation by taxpayer**. This statutory section stipulates that, "An **election** under this subsection **shall terminate at the earliest of the following times"**. The 'earliest' time means 2 nanoseconds after IRS receipt of Affidavit.

Pawelski, John Joseph, **does hereby expressly state his desire to Terminate the Election** made years ago via the congressionally created statute(s) in **26 USC §6013(g).** Even though the statutory election was never stated openly prior to that election, **his desire to Terminate the Election is now clearly stated** to those appropriate IRS operational personnel, IRS management, IRS Chief Legal Counsel, and the IRS Commissioner.

As stipulated at **26 USC §6013(g)(4)(A),** he now declares forevermore that he has **exercised the option** to **Terminate the Election** and upon receipt is **no longer identified** as one taxable like a Resident Alien. According to the Internal Revenue Code of 1954 statutes promulgated at 26 USC §6013(g)(6) Only one election, one finds expressed in this particular statute that if any election under this subsection is terminated under paragraph (4) Termination of Election (A) Revocation by taxpayers, that such individual(s) shall be ineligible to make an election under this subsection for any subsequent taxable year. Thus, once a Termination of Election occurs, which is the purpose of this Testimony properly submitted to the IRS Commissioner, et al; that Pawelski, John Joseph can never again make an 'election' to become a taxpayer in the future.

The federal court decision in Economy Plumbing & Heating v. U.S., 470 F2d. (1972) stated the existence of both Lawful Taxpayers and Lawful Non Taxpayers.

> **"Revenue Laws relate to taxpayers and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them** [Non- taxpayers] **Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws.** *"* [Emphasis & Clarification added]

Pawelski, John Joseph now reaffirms the desire and expressed intent to revert back to his rightful status of an American National who is "neither of the subject nor of the object of federal revenue laws."

**Page 11 of 15**

## REGISTERED MAIL # RE  548 051 739 US

Let it be established by this Testimony the express purpose of:

## <u>REVOCATION OF ELECTION</u>

[1] Pawelski, John Joseph is a private "state" Citizen, "national" [8 USC 1101(a)(21), a sovereign American National, and American Nationals become so by;

    (i) Birth in one of the 50 states of the Union, (ii) Birth to one or both parents who were born in the 50 states of the Union, or (iii) Naturalization

[2] Pawelski, John Joseph is NOT 'subject to' the territorial jurisdiction of the statutory United States [the District of Columbia] as a result of birth in one of the 50 states of the Union [the Constitutional Republic].

    (i) Pawelski, John Joseph is an American National who is nonresident, geographically and statutorily speaking, to the District of Columbia. He is also alien to the legislative jurisdiction of the US Congress who creates Legislative Acts without direct reference to the actual jurisdiction. Congressional laws are of limited jurisdiction. The Supreme Court declared, "...all federal statutes and regulations applies only within the territorial jurisdiction of the United States [the District of Columbia] unless a contrary intent appears."

[3] Pawelski, John Joseph, as a private state Citizen, national, is a sovereign American National and is not subject to the statutory laws promulgated for use in the exclusive and limited jurisdiction of the District of Columbia, the seat of the National Government. Furthermore, being a sovereign American National he is not referenced or included in any statutory laws related to the federal income tax created by the U.S. Congress.

[4] Pawelski, John Joseph cannot be compelled, coerced, or presumed to associate with the National Government which would be a direct violation of the Foreign Sovereign Immunities Act and the Thirteenth Amendment to the Constitution outlawing slavery and involuntary servitude in the Constitutional Republic.

[5] The Legislative Intent of the Sixteenth Amendment to the Constitution clearly states that the Federal Income Tax was only levied upon the National Government [meaning those who choose to work for it]. The narrow jurisdictional application of the Federal Income Tax is evident due to the Amendment referring that it does not require adherence to the Constitutional Requirement of Apportionment based on Census as would be required of any direct tax.

    (i) The Congressional Act of the Sixteenth Amendment avoids this limitation in the Constitution by only applying the Amendment to the jurisdiction of the District of Columbia, the statutory United States. The Legislative Intent of the 16th Amendment acknowledges that former POTUS William H. Taft on June 16, 1909 recognized this territorial limitation for the levy of the federal income tax. The Legislative Intent of the 16th Amendment can be located in the Congressional Record of the United States Senate on pages 3344-3345.

[6] Pawelski, John Joseph does NOT derive any income that is "effectively connected with the conduct of a statutory 'Trade or Business' within the District of Columbia". Pawelski, John Joseph has no physical or statutory federal domicile within the District of

**Page 12 of 15**

**REGISTERED MAIL # RE  548 051 739 US**

Columbia.

[7] The National Government, and its bureau - the Internal Revenue Service - lacks both geographical and legislative jurisdiction to apply the federal income tax upon Pawelski, John Joseph. American Nationals according to the Legislative Intent of the 16th Amendment, the US Supreme Court and the Office of the Federal Register, and the enacted federal tax laws presented have never been made liable for the federal income tax by enacted federal law except via the sub silentio 'election' based on presumptions of its existence.

[8] Pawelski, John Joseph has discovered the statutory option provided by the U.S. Congress at 26 USC §6013(g) and its subsections and does now Revoke the Election, that was the etiology of the infectious financial statutory disease that has resulted in lost compensation for my labor over many years, created by the National Government.

   (i) This REVOCATION OF ELECTION hereby made by Pawelski, John Joseph is effective immediately and is presented to the Office of the IRS Commissioner, et al, within the bureau of the Internal Revenue Service.

   (ii) As a result, the Internal Revenue Service has been effectively NOTICED of the REVOCATION OF ELECTION and that per 26 USC §6013(g)(6) the REVOCATION OF ELECTION is now permanent.

   (1) Never again can I be coerced, compelled, or intimidated back into the created statutory scheme of the National Government. I must now be properly identified by those within the Internal Revenue Service as one who is a **Lawful Non Taxpayer** and that the scope of the statutory revenue laws within Title 26 are not applicable toward me. The Internal Revenue Service now recognizes by the REVOCATION OF ELECTION that I a, neither the subject nor the object of federal revenue laws.

[9] The Internal Revenue Service is now formally notified of the REVOCATION OF ELECTION by Pawelski, John Joseph and there can be no further discussion as to me ever being liable for making a federal income tax return. The IRS records and databases must now reflect this termination of election.


## REVOCATION OF ELECTION IS NOW LEGALLY ESTABLISHED

I, Pawelski, John Joseph have now properly followed the statutory instructions at 26 USC §6013(g)(4)(A) as created by the US Congress in ending any presumption of former participation in the federal income taxation scheme. which was initially established via a 'sub silentio election'.

Congress, and the IRS, now by statutory requirement recognizes my unalienable rights as a **lawful Non Taxpayer** of the Congressional income taxation statutes and regulations.

I would like to remind you that the act of either remaining a "U.S. citizen" or becoming one is a voluntary, revocable act according to the U.S. Supreme Court in the case of **United States v. Cruikshank**, 92 U.S. 542 (1875).  All citizenship is a product of intent

**Page 13 of 15**

# REGISTERED MAIL # RE  548 051 739 US

and domicile, and it has never been my intent to be a "U.S. citizen" as defined in 8 U.S.C. §1401, I have never complied with the requirements to become a "U.S. Citizen" as set forth in Public Law 2 stat. 153,  while it has always been my intent to be a state Citizen, "national" under 8 U.S.C. §1101(a)(21) and an American National:

> *"The fourteenth amendment does not make a resident in a state, a citizen of such state, unless he **intends**, to become a citizen."*

> *""Citizenship' and 'residence,' as has often been declared by the courts, are not convertible terms. Parker v. Overman 18 How. 141; Robertson v. Cease, 97 U.S. 648; Grace v. American Cent. Ins. Co., 109 U.S. 283; S.C. 3 Sup.Ct. Rep. 207; Prentiss v. Barton, 1 Brock. 389. **Citizenship is a status or condition, and is the result of both act and intent. An adult person cannot become a citizen of a state by simply intending to, nor does any one become such citizen by mere residence. The residence and the intent must co-exist and correspond; and though, under ordinary circumstances, the former may be sufficient evidence of the latter, it is not conclusive, and the contrary may always be shown; and when the question of citizenship turns on the intention with which a person has resided in a particular state, his own testimony, under ordinary circumstances, is entitled to great weight on the point.***

> *"But, **certainly, it was not the intention of the [Fourteenth] amendment to make any citizen of the United States a citizen of any particular state against his will**, in which the exigencies of his business, his social relations or obligations, or other cause, might require his presence for a greater or less length of time, without any intention on his part to become such citizen. "The better opinion seems to be that a citizen of the United States is, under the amendment, prima facie a citizen of the state wherein he resides, and cannot arbitrarily be excluded therefrom by such state, but that he does not become a citizen of the state against his will, and contrary to his purpose and intention to retain an already acquired citizenship elsewhere. The amendment is a restraining on the power of the state, but not on the right of the person to choose and maintain his citizenship or domicile; but it protects him in the exercise of that right by making him a citizen of that state in which he may choose to reside with such intention. In Robertson v. Cease, 97 U.S. 648, the court held that, for the purpose of giving the jurisdiction to the circuit court, an allegation that a party is a resident of a particular state is not equivalent to an allegation that he is a citizen thereof, for the reason, as suggested by Mr. Justice Harlan, that, even under the amendment, mere residence in a state does not necessarily or conclusively prove one to be a citizen thereof. And if an allegation of residence in a state is not necessarily, even under the amendment, the equivalent of an allegation of citizenship, then the mere fact of residence in a state is not necessarily the equivalent of citizenship." [Sharon v. Hill, 26 F.337 (1885), Emphasis added]*

The decision to abandon one's "U.S. citizen" status while retaining their "national" status under 8 U.S.C. § 1101(a)(21) **is guaranteed** by 15 Stat. 223-224 (1868), R.S. § 1999, 8 U.S.C. § 800 (1940) and you have no lawful delegated authority to deny this request for establishment of foreign status to the existing number 330429404.
Presentation of this administrative claim for correction to the appropriate agency is a jurisdictional prerequisite to suit. McNeil v. United States, (1993) 508 U.S. 106, 113 S.Ct. 1980; 28 U.S.C. §2675.

**Page 14 of 15**

## REGISTERED MAIL # RE  548 051 739 US

If you believe the information set forth herein is incorrect and/or you refuse to establish the appropriate foreign status to the number, you must set forth each fact in a sworn affidavit and submit your response to the Private Unincorporated Business Entity(witness) within 10 days as follows:

> Pawelski, John Joseph (private)
> Care of Powers Services
> Care of 5925 Galley Rd.  unit 75341
> Colorado Springs, Colorado 80970

Please feel free to contact me if you have a need to discuss these private matters by telephone. 719-660-8003.

**Further Pawelski, John Joseph says not.**

I, Pawelski, John Joseph come in peace to declare, from without the statutory United States, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

**Retaining All unalienable rights**

Pawelski, John Joseph, private state Citizen national,

**REGISTERED MAIL # RE 548 051 795 US**

FROM: *House of Pawelski, John Joseph* private "state" Citizen / "national" [8 USC 1101(a)(21)]

January 23, 2014

## NOTICE OF ACCEPTANCE OF RESIGNATION OF ACTING CO-TRUSTEE BY MAJORITY INTEREST BENEFICIARY, APPOINTMENT OF SUCCESSOR CO-TRUSTEES, PRIVATE RESOLUTION RE-EXPRESSION OF TRUST

To:  Substitute Co-Trustee (Appointee)
Dorothy Brown
Cook County Clerk of the Circuit Court
50 W. Washington St. Room 1202
Chicago, IL. 60603

Substitute Co-Trustee (Appointee)
Bruce Rauner
Governor of Illinois
207 State House
Springfield, IL. 63706

Custodian/Settlor of Original Indenture
Director of Vital Statistics
Illinois Department of Public Health
925 E. Ridgely Avenue
Springfield, IL 62702-2737

Substitute Co-Trustee (Appointee)
Jesse White
Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Trust Overseer (Enforcement)
Patrick R. Donahoe, or successor
Megan J. Brennan
Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260



## REGISTERED MAIL # RE 548 051 795 US

COMES NOW **House of Pawelski, John Joseph** *("undersigned")* private "state" Citizen / "national" [8 USC 1101(a)(21)], ("American National") from without the United States, **having reached the age of majority** as established by the permanently **Annexed Evidence 1,** and provides this **Trust Re-Expression** to all parties named, by and through post registered deposit.

Undersigned, in his capacity as the Majority Interest Beneficiary to JOHN JOSEPH PAWELSKI, an estate held under State Archive File Number 112-48-6051731, provides Notice to the Trust administrators of his acceptance of the resignation of John Joseph Pawelski in his individual and agent capacity from the position of co-trustee, having accepted, and acknowledged his resignation, and being fully advised of the matters set forth therein.

This Private Resolution Trust Indenture replaces and supersedes any/all previous agreements, wills, codicils and the like, if any, and is made as the undersigned's solemn Will Act and Deed as a self executing security arrangement between the parties and under the following private and protective terms:

-PARTIES-

**-MAJORITY INTEREST BENEFICIARY-**
House of Pawelski, John Joseph, private state Citizen, American National, a man.

**-DISCHARGED CO-TRUSTEE-** (Resigned)
Pawelski, John Joseph, Individual acting as a Person.

**_APPOINTED CO-TRUSTEES-**

**Co-Trustee #1**
Dorothy Brown, Cook County Clerk of the
Circuit Court, successor and or assigns

**Co-Trustee #2**
Bruce Rauner, Governor of Illinois, successor and or assigns

**Co-Trustee #3**
Jesse White, Illinois Secretary of State, successor and or assigns

**Co-Trustee #4**
Director of Vital Statistics, Registrar State of Colorado, successor and or assigns herein director

**-TRUST OVERSEER-**
Ralph R. Donahoe, or successor Megan J. Brennan or her successor and or assigns, Postmaster General

**Page 3 of 10**

**REGISTERED MAIL # RE 548 051 795 US**

**-RECITALS-**

WHEREAS undersigned acknowledges the creation and establishment of the original indenture executed by **David Orr**, then acting Registrar of Births for Cook County and Illinois as settlor, in which undersigned, was named as the minor beneficiary.

WHEREAS the Trust Indenture was recorded on September 15, 1948, from Cook County, Illinois under State File Number: 112-48-6051731, with the Settlor/Custodian of the record, legally describing the trust estate as JOHN JOSEPH PAWELSKI, a cestui que trust.

WHEREAS Jesse White is the current successor to David Orr acting as Registrar of Births and Settlor/Custodian of the Original Indenture.

WHEREAS undersigned has achieved the age of majority as proven by Annexed Evidence 1, becoming the lawful holder of Majority Beneficial Interest as holder of a fully authenticated Original, with perfected security interest in the Trust Res by operation of law.

WHEREAS undersigned is now fully vested with title, ownership, and is fully entitled to the benefits of the estate as the living Majority Interest Beneficiary.

WHEREAS undersigned has the authority as the Majority Interest Beneficiary, to accept the resignation of John Joseph Pawelski in his Individual/personal capacity from the position of co-trustee, and hereby gives Notice of said acceptance, indemnification and waiver of liability.

WHEREAS the acceptance by undersigned of John Joseph Pawelski resignation, shall operate as a full and complete discharge of any and all personal liability to said resigning co-trustee.

WHEREAS undersigned's acceptance of the resignation of John Joseph Pawelski creates a vacancy of trustee position, which must be concurrently filled to wit, undersigned as Majority Interest Beneficiary has full authority to appoint successor Co-Trustees, under power of appointment, for the proper and continual trust administration subject to the terms of this Trust Re-Expression Indenture.

WHEREAS undersigned in furtherance of his divine living will, hereby appoints the listed successor Co-Trustee positions, under power of appointment, for the efficient disposition of the trust as set forth by this Indenture.

WHEREAS undersigned expresses his intention to remain in the private, and requires immediate settlement of all outstanding public matters, including the correlating reduction of the National Debt through lawful discharge and settlement of escrow, upon delivery of this Notice and Trust Re-Expression.

WHEREAS undersigned requires full disclosure and transaction level accounting from the Co-Trustees throughout the continued administration of the estate, Co-Trustees are bound by their

**Page 4 of 10**

**REGISTERED MAIL # RE 548 051 795 US**

fiduciary duty and the rules of agency to provide a full accounting, and are prohibited from treating Trust Property as their own.

**-THE PARTIES MUTUALLY AGREE-**

WHEREFORE undersigned hereby declares that the Settlor/Custodian (and/or anyone acting in his stead), the Co-Trustees, and all unnamed and undisclosed Co-Beneficiaries, entitled to receive or eligible to receive the benefit of the income of the Trust estate, have been Noticed by this Re-Expression of Trust delivered by post registry deposit.

WHEREFORE undersigned requires that any such unnamed party that claims entitlement to receive or that is, in fact and law, eligible to receive, the benefit of income or interest in the Trust estate, provide such claim to the Co-Trustees for settlement and closure of escrow within 30 days.

WHEREFORE Co-Trustees have the binding fiduciary responsibility to provide an accounting and list of known claimants within 30 days.

WHEREFORE the acting co-trustee, John Joseph Pawelski, in his individual and personal capacities shall be herein and hereafter discharged of any and all liability, released from any agency or responsibility to appear on behalf of the estate as surety or indemnifying party in any court.

WHEREFORE undersigned hereby appoints Dorothy Brown, Register of Wills for Cook County, Illinois Trust Administrator under the original Indenture, as successor co-trustee, to hold and maintain all trust records and accounting subject to her binding fiduciary responsibility and rules of agency. Co-Trustee Dorothy Brown has the specific duty to discharge any and all legal, probate, or other proceedings of the estate, immediately upon receipt of this Indenture, in any State and under any venue within the United States.

WHEREFORE undersigned hereby appoints director, Registrar of Illinois Settlor/Custodian under the original Indenture, as successor Co-Trustee, to hold and maintain all trust records and accounting subject to his binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Bruce Rauner, Governor of Illinois, *pater familias* under the original Indenture as successor co-trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown under her binding oath of office as trust protector and binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Jesse White, Illinois Secretary of State as successor Co-Trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown and to maintain her duty of protection of the Majority Interest Beneficiary, a woman, under her binding oath of office as trust protector, binding fiduciary responsibility, and rules of agency. Co-Trustee Jesse White has

**Page 5 of 10**

## REGISTERED MAIL # RE 548 051 795 US

the specific duty to assure and insure the unalienable rights of undersigned, a man, including the right to travel free from hindrance and to give all lawful aid and protection for safe passage.

WHEREFORE undersigned hereby conveys, transfers, delivers and assigns to successor Co-Trustees the binding fiduciary obligations to maintain, account for and protect the Trust Property.

WHEREFORE undersigned hereby declares that the successor Co-Trustees (and/or anyone acting in his stead), shall, upon acceptance by delivery of this codicil, be under no duty to inquire into the acts or doings of the predecessor trustee, and undersigned as Majority Interest Beneficiary does heretofore indemnify the successor Co-Trustees from liability for any act, omission, or other acts of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

### -ADDITIONAL POWERS AND DUTIES OF CO-TRUSTEES-

With the consent of the Master Interest Beneficiary as Principal, which is hereby granted by undersigned and hereby acknowledged by the successor Co-Trustees, the Co-Trustees as Fiduciaries in accordance with this Indenture shall have the following powers, duties, limitations, immunities and obligations:

a. The power and authority to execute any and all documents necessary to effect the settlement and closure of all Public Matters, in good faith pursuance and reliance upon [46 U.S.C. § 1247], [48 Stat 1, 112], [40 Stat. 411 (12 U.S.C. 95a(2))], including the signing of any drafts or releases necessary to complete the settlement and termination of public debt obligations, including, but not limited to, [Internal Revenue Service Forms, General Services Administration Forms, United States Treasury Forms], negotiable instruments, or other instruments of conveyance, closing and or settlement statements, etc.

b. The power and authority to collect, receive and distribute any funds and/or proceeds of the sale of Trust Property to the Majority Interest Beneficiary and necessary to effectuate the said settlement and termination of the Public Matters.

c. The power and authority to exercise all the rights and powers of an individual owner with respect to shares of stock, bonds or other securities in the Trust, including, but not by way of limitation, voting, giving proxies, participating in voting trusts, mergers, consolidations, foreclosures, reorganizations or liquidations, and exercising or selling subscription or conversion rights with regard to the settlement and termination of Trust and any distributions of Trust Property;

d. The duty to pay taxes and reasonable expenses incurred in administering this Trust and incurred in the liquidation and distribution of Trust Property.

e. The duty to deal with the executor, trustee or other representative of any other trust or estate in which a beneficiary of the Trust has an interest, notwithstanding the fact that the trustee is an executor, trustee or other representative of the Trust.

f. The duty to rely upon an affidavit, certificate, letter or other evidence reasonably believed to be genuine and on the basis of any such evidence to make any payment or distribution in good faith without liability.

**Page 6 of 10**

## REGISTERED MAIL # RE 548 051 795 US

g.  The power and authority to have all of the rights, powers and duties given to or imposed upon the Co-Trustee by law and the provisions of the Trust instrument during the period between the transfer of Co-Trustee responsibility.

**Objects and Purposes of Trust.** The objects and purposes of this Re-Expression of Trust shall be for the Co-Trustees to hold title to all Property and to protect and conserve it until its sale or other disposition or liquidation as per the terms and conditions contained herein, or upon receipt of written instructions from undersigned as the Majority Interest Beneficiary. The Co-Trustees as Fiduciaries and agents shall not undertake any activity not strictly necessary to the attainment of the foregoing objects and purposes, nor shall the Co-Trustees transact business within the meaning of applicable laws of the state of the Union, or any other law, nor shall this Agreement be deemed to be, or create or evidence the existence of a corporation, de facto or dejure, or a Colorado Trust, or any other type of business trust, or an association in the nature of a corporation, or a co-partnership or joint venture by or between the Co-Trustees and undersigned.

**Exculpation.** The Co-Trustees shall have no power to bind undersigned to personal or individual liability and, in every written contract he may enter into, reference shall be made to this declaration; any person or corporation contracting with the Co-Trustees, as well as any beneficiary, shall look to the funds and the Trust Property for payment under such contract, or for the payment of any debt, mortgage, judgment, or decree, or for any money that may otherwise become due or payable, whether by reason or failure of the Co-Trustees to perform the contract, or for any other reason, and neither the Co-Trustees nor undersigned as the Majority Interest Beneficiary shall be liable therefore as surety or indemnifying parties.

**Dealings with Co-Trustees.** No party dealing with the Co-Trustees in relation to the Trust Property in any manner whatsoever, and, without limiting the foregoing, no party to whom the property or any part of it or any interest in it shall be conveyed, contracted to be sold, leased or mortgaged by the Co-Trustees, shall be obliged to see to the application of any purchase money, rent or money borrowed or otherwise advanced on the property; to see that the terms of this Re-Expression of Trust have been complied with; to inquire into the authority, necessity or expediency of any act of the Co-Trustee; or be privileged to inquire into any of the terms and conditions of this Trust. Every deed, mortgage, lease or other instrument executed by the Co-Trustees as Fiduciaries in relation to Property shall be conclusive evidence in favor of every person claiming any right, title or interest under the Trust that at the time of its delivery the Trust created under this Re-Expression of Trust was in full force and effect; and that instrument was executed in accordance with the terms and conditions of said Trust as aforementioned and all its amendments, if any, and is binding upon

**REGISTERED MAIL # RE 548 051 795 US**

the Beneficiary under it; that the Co-Trustee was duly authorized and empowered to execute and deliver every such instrument; if a conveyance has been made to a successor or successors in trust, that the successor or successors have been appointed properly and are vested fully with all the title, estate, rights, powers, duties and obligations of its, his or their predecessor in Trust.

**Recording of Agreement.** This Re-Expression of Trust shall not be placed on record in the county in which the Property is situated, or elsewhere, and the Co-Trustees shall not be required to file this agreement nor any account in any court but if filed, shall not be considered as notice of the rights of any person under this Trust derogatory to the title or powers of the Co-Trustee. Further, that at any time, the Co-Trustee may record, file, or deliver a Certificate of Trust Existence and Powers (Certificate) with or to any clerk, registrar, transfer agent, or other similar agency or office or to any person dealing with the Co-Trustee, said Certificate to contain a verbatim synopsis of certain provisions of this agreement and to be signed and acknowledged by Co-Trustee; any purchaser or person dealing with the Co-Trustee shall be entitled to rely on the Certificate as a full statement of the provisions of this agreement that are pertinent to the particular transaction, and machine copies of the executed Certificate shall have the same effect and authority as the executed Certificate. And Further that the Co-Trustee may present a certification of trust to any person in lieu of providing a copy of the trust instrument to establish the existence or terms of the trust. A certification of trust may be executed by the Co-Trustee voluntarily or at the request of the person with whom the Co-Trustee is dealing and may assume that the trust is in full force and effect, that the Co-Trustee is authorized to act and that his, her, or its act is in accordance with the provisions of the trust instrument.

**Assignment.** The Majority Interests of Beneficiary, or any part of that interest, may be transferred only by a written assignment, executed in duplicate and delivered to any of the several Co-Trustees. The Co-Trustee Recipient shall note its acceptance on the original and duplicate original of the assignment, retaining the original and delivering the duplicate original to the assignee as and for evidence of ownership of a beneficial interest under this Agreement. Co-Trustee Recipient shall send certified copies of any such assignment to the remaining Co-Trustees for compliance with full disclosure. No assignment of any interest under this Agreement, other than by operation of law, that is not so executed, delivered and accepted shall be valid without the written approval of undersigned as Majority Interest Holder, who possesses the power of direction. No person who is vested with the power of direction, but who is not a Beneficiary under this Agreement, shall assign that power without the written consent of undersigned as the Majority Interest Beneficiary.

**Individual Liability of Co-Trustee.** The Co-Trustees shall not be required, in dealing with the Trust Property under their fiduciary obligations, to enter into any individual contract or other

Page 8 of 10

## REGISTERED MAIL # RE 548 051 795 US

individual obligation whatsoever; nor to make himself individually liable to pay or incur the payment of any damages, attorney's fees, fines, and penalties, forfeitures, costs, charges or other sums of money whatsoever.

The Co-Trustees shall have no individual liability or obligation whatsoever arising from ownership, as Co-Trustee, of the legal title to the Property, or with respect to any act done or contract entered into or indebtedness incurred by him in dealing with Trust Property or in otherwise acting under this Indenture, unless for failure to act to protect Trust Property under fiduciary control, and except only as far as the Trust Property and any trust funds in the actual possession of the Trustee as Fiduciary shall be applicable to the payment and discharge of that liability or obligation.

**Reimbursement and Indemnification of Trustee.**  If the Co-Trustees as Fiduciaries and agents shall pay or incur any liability to pay any money on account of their fiduciary obligations, or incur any liability to pay any money on account of being made a party to any litigation as a result of holding title to Trust Property or otherwise in connection with this Trust, whether because of breach of contract, injury to person or property, fines or penalties under any law, or otherwise, undersigned agrees that on demand, Co-Trustees shall be entitled upon written authorization from undersigned, reimbursement from the liquid assets held on undersigned's behalf, including interest at the rate of 6% per annum, all such payments made or liabilities incurred by the Co-Trustees, together with his expenses, including reasonable attorney's fees, and that undersigned will indemnify and hold the Co-Trustees harmless of and from any and all payments made or liabilities incurred by him for any reason whatsoever as a result of this Trust; and all amounts so paid by the Co-Trustees, as well as his compensation under this Trust, shall constitute a lien on the Trust Property.

**Entire Agreement.**  This Agreement contains the entire understanding between the parties and may be amended, revoked, or terminated only by written agreement signed by undersigned as Majority Interest Beneficiary.

**Governing Law.** This Agreement shall be governed by the organic laws of The United States of America and the laws of the state of the Union, if anything in this agreement be deemed, unlawful, then the rest of this Agreement will survive with regard to the intent and purpose of this Agreement.

**Binding Effect**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon any successor Co-trustee, or Co-trustee under it, as well as upon the executors, administrators, heirs, assigns and all other successors in interest of the Beneficiary.

**Co-Trustee's Liability to Beneficiary.** The Co-Trustees, as Fiduciaries and agents, shall be liable to undersigned as Master Interest Beneficiary and as Principal, for the value of his Interests to the full extent of the property held in Trust by Co-Trustees, or required to be under Co-Trustees' control

Page 9 of 10

# REGISTERED MAIL # RE 548 051 795 US

under the original Indenture. Failure of Co-Trustees to act under duty to protect Trust Property, shall constitute a breach of Trust and Fiduciary obligation.

**Termination.** This trust may be terminated at any time solely by undersigned as Majority Interest Beneficiary and with thirty (30) days written notice of termination delivered to any Co-Trustee, the Co-Trustee shall execute any and all documents necessary to vest title to any and all Estate Property in undersigned or his assigns.

I, House of Pawelski, John Joseph, a private man, declare, from without the United States, under penalty of perjury under the laws of The United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Retaining all unalienable rights without sale

*House of* Pawelski, John Joseph, private "state" Citizen, national

## ACKNOWLEDGMENT OF NOTARY PUBLIC

| | |
|---|---|
| **State of Colorado** | ) |
| | ) **ss:** |
| **County of El Paso** | ) |

On this date the undersigned named above, appeared before me and acknowledged to me on the basis of satisfactory evidence that he executed the same in his stated or authorized capacity, and that by his signature on this instrument the man signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

*Date:* ___1-24-15___

*By:* ___Brianna___, **Notary Public**

*My Commission Expires:* ___March 10, 2018___

(NOTARY STAMP OR SEAL)

BRIANNA LEVINGSTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144011032
MY COMMISSION EXPIRES MARCH 10, 2018

**REGISTERED MAIL # RE 548 051 773 US**

FROM: ***House of Pawelski, John Joseph*** private "state" Citizen / "national" [8 USC 1101(a)(21)]

January 23, 2014

## NOTICE OF ACCEPTANCE OF RESIGNATION OF ACTING CO-TRUSTEE BY MAJORITY INTEREST BENEFICIARY, APPOINTMENT OF SUCCESSOR CO-TRUSTEES, PRIVATE RESOLUTION RE-EXPRESSION OF TRUST

To:    Substitute Co-Trustee (Appointee)
Dorothy Brown
Cook County Clerk of the Circuit Court
50 W. Washington St. Room 1202
Chicago, IL. 60603

Substitute Co-Trustee (Appointee)
Bruce Rauner
Governor of Illinois
207 State House
Springfield, IL. 63706

Custodian/Settlor of Original Indenture
Director of Vital Statistics
Illinois Department of Public Health
925 E. Ridgely Avenue
Springfield, IL 62702-2737

Substitute Co-Trustee (Appointee)
Jesse White
Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Trust Overseer (Enforcement)
Patrick R. Donahoe, or successor
Megan J. Brennan
Postmaster General
475 L'Enfant Plaza SW
Washington, DC  20260



# REGISTERED MAIL # RE 548 051 773 US

COMES NOW *House of Pawelski, John Joseph* ("undersigned") private "state" Citizen / "national" [8 USC 1101(a)(21)], ("American National") from without the United States, **having reached the age of majority** as established by the permanently **Annexed Evidence 1,** and provides this **Trust Re-Expression** to all parties named, by and through post registered deposit.

Undersigned, in his capacity as the Majority Interest Beneficiary to JOHN JOSEPH PAWELSKI, an estate held under State Archive File Number 112-48-6051731, provides Notice to the Trust administrators of his acceptance of the resignation of John Joseph Pawelski in his individual and agent capacity from the position of co-trustee, having accepted, and acknowledged his resignation, and being fully advised of the matters set forth therein.

This Private Resolution Trust Indenture replaces and supersedes any/all previous agreements, wills, codicils and the like, if any, and is made as the undersigned's solemn Will Act and Deed as a self executing security arrangement between the parties and under the following private and protective terms:

## -PARTIES-

## -MAJORITY INTEREST BENEFICIARY-

House of Pawelski, John Joseph, private state Citizen, American National, a man.

## -DISCHARGED CO-TRUSTEE- (Resigned)

Pawelski, John Joseph, Individual acting as a Person.

## _APPOINTED CO-TRUSTEES-

### Co-Trustee #1
Dorothy Brown, Cook County Clerk of the
Circuit Court, successor and or assigns

### Co-Trustee #2
Bruce Rauner, Governor of Illinois, successor and or assigns

### Co-Trustee #3
Jesse White, Illinois Secretary of State, successor and or assigns

### Co-Trustee #4
Director of Vital Statistics, Registrar State of Colorado, successor and or assigns herein
director

## -TRUST OVERSEER-
Ralph R. Donahoe, or successor Megan J. Brennan or her successor and or assigns,
Postmaster General

**Page 3 of 10**

## REGISTERED MAIL # RE 548 051 773 US

### -RECITALS-

WHEREAS undersigned acknowledges the creation and establishment of the original indenture executed by **David Orr**, then acting Registrar of Births for Cook County and Illinois as settlor, in which undersigned, was named as the minor beneficiary.

WHEREAS the Trust Indenture was recorded on September 15, 1948, from Cook County, Illinois under State File Number: 112-48-6051731, with the Settlor/Custodian of the record, legally describing the trust estate as JOHN JOSEPH PAWELSKI, a cestui que trust.

WHEREAS Jesse White is the current successor to David Orr acting as Registrar of Births and Settlor/Custodian of the Original Indenture.

WHEREAS undersigned has achieved the age of majority as proven by Annexed Evidence 1, becoming the lawful holder of Majority Beneficial Interest as holder of a fully authenticated Original, with perfected security interest in the Trust Res by operation of law.

WHEREAS undersigned is now fully vested with title, ownership, and is fully entitled to the benefits of the estate as the living Majority Interest Beneficiary.

WHEREAS undersigned has the authority as the Majority Interest Beneficiary, to accept the resignation of John Joseph Pawelski in his Individual/personal capacity from the position of co-trustee, and hereby gives Notice of said acceptance, indemnification and waiver of liability.

WHEREAS the acceptance by undersigned of John Joseph Pawelski resignation, shall operate as a full and complete discharge of any and all personal liability to said resigning co-trustee.

WHEREAS undersigned's acceptance of the resignation of John Joseph Pawelski creates a vacancy of trustee position, which must be concurrently filled to wit, undersigned as Majority Interest Beneficiary has full authority to appoint successor Co-Trustees, under power of appointment, for the proper and continual trust administration subject to the terms of this Trust Re-Expression Indenture.

WHEREAS undersigned in furtherance of his divine living will, hereby appoints the listed successor Co-Trustee positions, under power of appointment, for the efficient disposition of the trust as set forth by this Indenture.

WHEREAS undersigned expresses his intention to remain in the private, and requires immediate settlement of all outstanding public matters, including the correlating reduction of the National Debt through lawful discharge and settlement of escrow, upon delivery of this Notice and Trust Re-Expression.

WHEREAS undersigned requires full disclosure and transaction level accounting from the Co-Trustees throughout the continued administration of the estate, Co-Trustees are bound by their

**Page 4 of 10**

## REGISTERED MAIL # RE 548 051 773 US

fiduciary duty and the rules of agency to provide a full accounting, and are prohibited from treating Trust Property as their own.

**-THE PARTIES MUTUALLY AGREE-**

WHEREFORE undersigned hereby declares that the Settlor/Custodian (and/or anyone acting in his stead), the Co-Trustees, and all unnamed and undisclosed Co-Beneficiaries, entitled to receive or eligible to receive the benefit of the income of the Trust estate, have been Noticed by this Re-Expression of Trust delivered by post registry deposit.

WHEREFORE undersigned requires that any such unnamed party that claims entitlement to receive or that is, in fact and law, eligible to receive, the benefit of income or interest in the Trust estate, provide such claim to the Co-Trustees for settlement and closure of escrow within 30 days.

WHEREFORE Co-Trustees have the binding fiduciary responsibility to provide an accounting and list of known claimants within 30 days.

WHEREFORE the acting co-trustee, John Joseph Pawelski, in his individual and personal capacities shall be herein and hereafter discharged of any and all liability, released from any agency or responsibility to appear on behalf of the estate as surety or indemnifying party in any court.

WHEREFORE undersigned hereby appoints Dorothy Brown, Register of Wills for Cook County, Illinois Trust Administrator under the original Indenture, as successor co-trustee, to hold and maintain all trust records and accounting subject to her binding fiduciary responsibility and rules of agency. Co-Trustee Dorothy Brown has the specific duty to discharge any and all legal, probate, or other proceedings of the estate, immediately upon receipt of this Indenture, in any State and under any venue within the United States.

WHEREFORE undersigned hereby appoints director, Registrar of Illinois Settlor/Custodian under the original Indenture, as successor Co-Trustee, to hold and maintain all trust records and accounting subject to his binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Bruce Rauner, Governor of Illinois, *pater familias* under the original Indenture as successor co-trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown under her binding oath of office as trust protector and binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Jesse White, Illinois Secretary of State as successor Co-Trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown and to maintain her duty of protection of the Majority Interest Beneficiary, a woman, under her binding oath of office as trust protector, binding fiduciary responsibility, and rules of agency. Co-Trustee Jesse White has

**Page 5 of 10**

**REGISTERED MAIL # RE 548 051 773 US**

the specific duty to assure and insure the unalienable rights of undersigned, a man, including the right to travel free from hindrance and to give all lawful aid and protection for safe passage.

WHEREFORE undersigned hereby conveys, transfers, delivers and assigns to successor Co-Trustees the binding fiduciary obligations to maintain, account for and protect the Trust Property.

WHEREFORE undersigned hereby declares that the successor Co-Trustees (and/or anyone acting in his stead), shall, upon acceptance by delivery of this codicil, be under no duty to inquire into the acts or doings of the predecessor trustee, and undersigned as Majority Interest Beneficiary does heretofore indemnify the successor Co-Trustees from liability for any act, omission, or other acts of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

**-ADDITIONAL POWERS AND DUTIES OF CO-TRUSTEES-**

With the consent of the Master Interest Beneficiary as Principal, which is hereby granted by undersigned and hereby acknowledged by the successor Co-Trustees, the Co-Trustees as Fiduciaries in accordance with this Indenture shall have the following powers, duties, limitations, immunities and obligations:

   a. The power and authority to execute any and all documents necessary to effect the settlement and closure of all Public Matters, in good faith pursuance and reliance upon [46 U.S.C. § 1247], [48 Stat 1, 112], [40 Stat. 411 (12 U.S.C. 95a(2))], including the signing of any drafts or releases necessary to complete the settlement and termination of public debt obligations, including, but not limited to, [Internal Revenue Service Forms, General Services Administration Forms, United States Treasury Forms], negotiable instruments, or other instruments of conveyance, closing and or settlement statements, etc.
   b. The power and authority to collect, receive and distribute any funds and/or proceeds of the sale of Trust Property to the Majority Interest Beneficiary and necessary to effectuate the said settlement and termination of the Public Matters.
   c. The power and authority to exercise all the rights and powers of an individual owner with respect to shares of stock, bonds or other securities in the Trust, including, but not by way of limitation, voting, giving proxies, participating in voting trusts, mergers, consolidations, foreclosures, reorganizations or liquidations, and exercising or selling subscription or conversion rights with regard to the settlement and termination of Trust and any distributions of Trust Property;
   d. The duty to pay taxes and reasonable expenses incurred in administering this Trust and incurred in the liquidation and distribution of Trust Property.
   e. The duty to deal with the executor, trustee or other representative of any other trust or estate in which a beneficiary of the Trust has an interest, notwithstanding the fact that the trustee is an executor, trustee or other representative of the Trust.
   f. The duty to rely upon an affidavit, certificate, letter or other evidence reasonably believed to be genuine and on the basis of any such evidence to make any payment or distribution in good faith without liability.

**Page 6 of 10**

## REGISTERED MAIL # RE 548 051 773 US

g. The power and authority to have all of the rights, powers and duties given to or imposed upon the Co-Trustee by law and the provisions of the Trust instrument during the period between the transfer of Co-Trustee responsibility.

**Objects and Purposes of Trust.** The objects and purposes of this Re-Expression of Trust shall be for the Co-Trustees to hold title to all Property and to protect and conserve it until its sale or other disposition or liquidation as per the terms and conditions contained herein, or upon receipt of written instructions from undersigned as the Majority Interest Beneficiary. The Co-Trustees as Fiduciaries and agents shall not undertake any activity not strictly necessary to the attainment of the foregoing objects and purposes, nor shall the Co-Trustees transact business within the meaning of applicable laws of the state of the Union, or any other law, nor shall this Agreement be deemed to be, or create or evidence the existence of a corporation, de facto or dejure, or a Colorado Trust, or any other type of business trust, or an association in the nature of a corporation, or a co-partnership or joint venture by or between the Co-Trustees and undersigned.

**Exculpation.** The Co-Trustees shall have no power to bind undersigned to personal or individual liability and, in every written contract he may enter into, reference shall be made to this declaration; any person or corporation contracting with the Co-Trustees, as well as any beneficiary, shall look to the funds and the Trust Property for payment under such contract, or for the payment of any debt, mortgage, judgment, or decree, or for any money that may otherwise become due or payable, whether by reason or failure of the Co-Trustees to perform the contract, or for any other reason, and neither the Co-Trustees nor undersigned as the Majority Interest Beneficiary shall be liable therefore as surety or indemnifying parties.

**Dealings with Co-Trustees.** No party dealing with the Co-Trustees in relation to the Trust Property in any manner whatsoever, and, without limiting the foregoing, no party to whom the property or any part of it or any interest in it shall be conveyed, contracted to be sold, leased or mortgaged by the Co-Trustees, shall be obliged to see to the application of any purchase money, rent or money borrowed or otherwise advanced on the property; to see that the terms of this Re-Expression of Trust have been complied with; to inquire into the authority, necessity or expediency of any act of the Co-Trustee; or be privileged to inquire into any of the terms and conditions of this Trust. Every deed, mortgage, lease or other instrument executed by the Co-Trustees as Fiduciaries in relation to Property shall be conclusive evidence in favor of every person claiming any right, title or interest under the Trust that at the time of its delivery the Trust created under this Re-Expression of Trust was in full force and effect; and that instrument was executed in accordance with the terms and conditions of said Trust as aforementioned and all its amendments, if any, and is binding upon

**Page 7 of 10**

## REGISTERED MAIL # RE 548 051 773 US

the Beneficiary under it; that the Co-Trustee was duly authorized and empowered to execute and deliver every such instrument; if a conveyance has been made to a successor or successors in trust, that the successor or successors have been appointed properly and are vested fully with all the title, estate, rights, powers, duties and obligations of its, his or their predecessor in Trust.

**Recording of Agreement.** This Re-Expression of Trust shall not be placed on record in the county in which the Property is situated, or elsewhere, and the Co-Trustees shall not be required to file this agreement nor any account in any court but if filed, shall not be considered as notice of the rights of any person under this Trust derogatory to the title or powers of the Co-Trustee. Further, that at any time, the Co-Trustee may record, file, or deliver a Certificate of Trust Existence and Powers (Certificate) with or to any clerk, registrar, transfer agent, or other similar agency or office or to any person dealing with the Co-Trustee, said Certificate to contain a verbatim synopsis of certain provisions of this agreement and to be signed and acknowledged by Co-Trustee; any purchaser or person dealing with the Co-Trustee shall be entitled to rely on the Certificate as a full statement of the provisions of this agreement that are pertinent to the particular transaction, and machine copies of the executed Certificate shall have the same effect and authority as the executed Certificate. And Further that the Co-Trustee may present a certification of trust to any person in lieu of providing a copy of the trust instrument to establish the existence or terms of the trust. A certification of trust may be executed by the Co-Trustee voluntarily or at the request of the person with whom the Co-Trustee is dealing and may assume that the trust is in full force and effect, that the Co-Trustee is authorized to act and that his, her, or its act is in accordance with the provisions of the trust instrument.

**Assignment.** The Majority Interests of Beneficiary, or any part of that interest, may be transferred only by a written assignment, executed in duplicate and delivered to any of the several Co-Trustees. The Co-Trustee Recipient shall note its acceptance on the original and duplicate original of the assignment, retaining the original and delivering the duplicate original to the assignee as and for evidence of ownership of a beneficial interest under this Agreement. Co-Trustee Recipient shall send certified copies of any such assignment to the remaining Co-Trustees for compliance with full disclosure. No assignment of any interest under this Agreement, other than by operation of law, that is not so executed, delivered and accepted shall be valid without the written approval of undersigned as Majority Interest Holder, who possesses the power of direction. No person who is vested with the power of direction, but who is not a Beneficiary under this Agreement, shall assign that power without the written consent of undersigned as the Majority Interest Beneficiary.

**Individual Liability of Co-Trustee.** The Co-Trustees shall not be required, in dealing with the Trust Property under their fiduciary obligations, to enter into any individual contract or other

**Page 8 of 10**

## REGISTERED MAIL # RE 548 051 773 US

individual obligation whatsoever; nor to make himself individually liable to pay or incur the payment of any damages, attorney's fees, fines, and penalties, forfeitures, costs, charges or other sums of money whatsoever.

The Co-Trustees shall have no individual liability or obligation whatsoever arising from ownership, as Co-Trustee, of the legal title to the Property, or with respect to any act done or contract entered into or indebtedness incurred by him in dealing with Trust Property or in otherwise acting under this Indenture, unless for failure to act to protect Trust Property under fiduciary control, and except only as far as the Trust Property and any trust funds in the actual possession of the Trustee as Fiduciary shall be applicable to the payment and discharge of that liability or obligation.

**Reimbursement and Indemnification of Trustee.**  If the Co-Trustees as Fiduciaries and agents shall pay or incur any liability to pay any money on account of their fiduciary obligations, or incur any liability to pay any money on account of being made a party to any litigation as a result of holding title to Trust Property or otherwise in connection with this Trust, whether because of breach of contract, injury to person or property, fines or penalties under any law, or otherwise, undersigned agrees that on demand, Co-Trustees shall be entitled upon written authorization from undersigned, reimbursement from the liquid assets held on undersigned's behalf, including interest at the rate of 6% per annum, all such payments made or liabilities incurred by the Co-Trustees, together with his expenses, including reasonable attorney's fees, and that undersigned will indemnify and hold the Co-Trustees harmless of and from any and all payments made or liabilities incurred by him for any reason whatsoever as a result of this Trust; and all amounts so paid by the Co-Trustees, as well as his compensation under this Trust, shall constitute a lien on the Trust Property.

**Entire Agreement.**  This Agreement contains the entire understanding between the parties and may be amended, revoked, or terminated only by written agreement signed by undersigned as Majority Interest Beneficiary.

**Governing Law.** This Agreement shall be governed by the organic laws of The United States of America and the laws of the state of the Union, if anything in this agreement be deemed, unlawful, then the rest of this Agreement will survive with regard to the intent and purpose of this Agreement.

**Binding Effect.** The terms and conditions of this Agreement shall inure to the benefit of and be binding upon any successor Co-trustee, or Co-trustee under it, as well as upon the executors, administrators, heirs, assigns and all other successors in interest of the Beneficiary.

**Co-Trustee's Liability to Beneficiary.** The Co-Trustees, as Fiduciaries and agents, shall be liable to undersigned as Master Interest Beneficiary and as Principal, for the value of his Interests to the full extent of the property held in Trust by Co-Trustees, or required to be under Co-Trustees' control

**Page 9 of 10**

## REGISTERED MAIL # RE 548 051 773 US

under the original Indenture. Failure of Co-Trustees to act under duty to protect Trust Property, shall constitute a breach of Trust and Fiduciary obligation.

**Termination.** This trust may be terminated at any time solely by undersigned as Majority Interest Beneficiary and with thirty (30) days written notice of termination delivered to any Co-Trustee, the Co-Trustee shall execute any and all documents necessary to vest title to any and all Estate Property in undersigned or his assigns.

I, House of Pawelski, John Joseph, a private man, declare, from without the United States, under penalty of perjury under the laws of The United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Retaining all unalienable rights without sale

**House of** Pawelski, John Joseph, private "state" Citizen, national

## ACKNOWLEDGMENT OF NOTARY PUBLIC

**State of Colorado**           )
                                )  **ss:**
**County of El Paso**          )

On this date the undersigned named above, appeared before me and acknowledged to me on the basis of satisfactory evidence that he executed the same in his stated or authorized capacity, and that by his signature on this instrument the man signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

**Date:** _____1-24-15_____

**By:** _____Brianna _____, **Notary Public**

**My Commission Expires:** _____March 10, 2018_____

(NOTARY STAMP/SEAL)

> BRIANNA LEVINGSTON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20144011032
> MY COMMISSION EXPIRES MARCH 10, 2018

**Page 10 of 10**

## REGISTERED MAIL # RE 548 051 756 US

FROM: *House of Pawelski, John Joseph* private "state" Citizen / "national" [8 USC 1101(a)(21)]

January 23, 2014

## NOTICE OF ACCEPTANCE OF RESIGNATION OF ACTING CO-TRUSTEE BY MAJORITY INTEREST BENEFICIARY, APPOINTMENT OF SUCCESSOR CO-TRUSTEES, PRIVATE RESOLUTION RE-EXPRESSION OF TRUST

To:    Substitute Co-Trustee (Appointee)
Dorothy Brown
Cook County Clerk of the Circuit Court
50 W. Washington St. Room 1202
Chicago, IL. 60603

Substitute Co-Trustee (Appointee)
Bruce Rauner
Governor of Illinois
207 State House
Springfield, IL. 63706

Custodian/Settlor of Original Indenture
Director of Vital Statistics
Illinois Department of Public Health
925 E. Ridgely Avenue
Springfield, IL 62702-2737

Substitute Co-Trustee (Appointee)
Jesse White
Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Trust Overseer (Enforcement)
Patrick R. Donahoe, or successor
Megan J. Brennan
Postmaster General
475 L'Enfant Plaza SW
Washington, DC  20260



## REGISTERED MAIL # RE 548 051 756 US

COMES NOW *House of Pawelski, John Joseph* *("undersigned")* private "state" Citizen / "national" [8 USC 1101(a)(21)], ("American National") from without the United States, **having reached the age of majority** as established by the permanently **Annexed Evidence 1,** and provides this **Trust Re-Expression** to all parties named, by and through post registered deposit.

Undersigned, in his capacity as the Majority Interest Beneficiary to JOHN JOSEPH PAWELSKI, an estate held under State Archive File Number 112-48-6051731, provides Notice to the Trust administrators of his acceptance of the resignation of John Joseph Pawelski in his individual and agent capacity from the position of co-trustee, having accepted, and acknowledged his resignation, and being fully advised of the matters set forth therein.

This Private Resolution Trust Indenture replaces and supersedes any/all previous agreements, wills, codicils and the like, if any, and is made as the undersigned's solemn Will Act and Deed as a self executing security arrangement between the parties and under the following private and protective terms:

### -PARTIES-

### -MAJORITY INTEREST BENEFICIARY-

House of Pawelski, John Joseph, private state Citizen, American National, a man.

### -DISCHARGED CO-TRUSTEE- (Resigned)

Pawelski, John Joseph, Individual acting as a Person.

### _APPOINTED CO-TRUSTEES-

### Co-Trustee #1
Dorothy Brown, Cook County Clerk of the
Circuit Court, successor and or assigns

### Co-Trustee #2
Bruce Rauner, Governor of Illinois, successor and or assigns

### Co-Trustee #3
Jesse White, Illinois Secretary of State, successor and or assigns

### Co-Trustee #4
Director of Vital Statistics, Registrar State of Colorado, successor and or assigns herein director

### -TRUST OVERSEER-
Ralph R. Donahoe, or successor Megan J. Brennan or her successor and or assigns, Postmaster General

**Page 3 of 10**

## REGISTERED MAIL # RE 548 051 756 US

### -RECITALS-

WHEREAS undersigned acknowledges the creation and establishment of the original indenture executed by **David Orr**, then acting Registrar of Births for Cook County and Illinois as settlor, in which undersigned, was named as the minor beneficiary.

WHEREAS the Trust Indenture was recorded on September 15, 1948, from Cook County, Illinois under State File Number: 112-48-6051731, with the Settlor/Custodian of the record, legally describing the trust estate as JOHN JOSEPH PAWELSKI, a cestui que trust.

WHEREAS Jesse White is the current successor to David Orr acting as Registrar of Births and Settlor/Custodian of the Original Indenture.

WHEREAS undersigned has achieved the age of majority as proven by Annexed Evidence 1, becoming the lawful holder of Majority Beneficial Interest as holder of a fully authenticated Original, with perfected security interest in the Trust Res by operation of law.

WHEREAS undersigned is now fully vested with title, ownership, and is fully entitled to the benefits of the estate as the living Majority Interest Beneficiary.

WHEREAS undersigned has the authority as the Majority Interest Beneficiary, to accept the resignation of John Joseph Pawelski in his Individual/personal capacity from the position of co-trustee, and hereby gives Notice of said acceptance, indemnification and waiver of liability.

WHEREAS the acceptance by undersigned of John Joseph Pawelski resignation, shall operate as a full and complete discharge of any and all personal liability to said resigning co-trustee.

WHEREAS undersigned's acceptance of the resignation of John Joseph Pawelski creates a vacancy of trustee position, which must be concurrently filled to wit, undersigned as Majority Interest Beneficiary has full authority to appoint successor Co-Trustees, under power of appointment, for the proper and continual trust administration subject to the terms of this Trust Re-Expression Indenture.

WHEREAS undersigned in furtherance of his divine living will, hereby appoints the listed successor Co-Trustee positions, under power of appointment, for the efficient disposition of the trust as set forth by this Indenture.

WHEREAS undersigned expresses his intention to remain in the private, and requires immediate settlement of all outstanding public matters, including the correlating reduction of the National Debt through lawful discharge and settlement of escrow, upon delivery of this Notice and Trust Re-Expression.

WHEREAS undersigned requires full disclosure and transaction level accounting from the Co-Trustees throughout the continued administration of the estate, Co-Trustees are bound by their

## REGISTERED MAIL # RE 548 051 756 US

fiduciary duty and the rules of agency to provide a full accounting, and are prohibited from treating Trust Property as their own.

**-THE PARTIES MUTUALLY AGREE-**

WHEREFORE undersigned hereby declares that the Settlor/Custodian (and/or anyone acting in his stead), the Co-Trustees, and all unnamed and undisclosed Co-Beneficiaries, entitled to receive or eligible to receive the benefit of the income of the Trust estate, have been Noticed by this Re-Expression of Trust delivered by post registry deposit.

WHEREFORE undersigned requires that any such unnamed party that claims entitlement to receive or that is, in fact and law, eligible to receive, the benefit of income or interest in the Trust estate, provide such claim to the Co-Trustees for settlement and closure of escrow within 30 days.

WHEREFORE Co-Trustees have the binding fiduciary responsibility to provide an accounting and list of known claimants within 30 days.

WHEREFORE the acting co-trustee, John Joseph Pawelski, in his individual and personal capacities shall be herein and hereafter discharged of any and all liability, released from any agency or responsibility to appear on behalf of the estate as surety or indemnifying party in any court.

WHEREFORE undersigned hereby appoints Dorothy Brown, Register of Wills for Cook County, Illinois Trust Administrator under the original Indenture, as successor co-trustee, to hold and maintain all trust records and accounting subject to her binding fiduciary responsibility and rules of agency. Co-Trustee Dorothy Brown has the specific duty to discharge any and all legal, probate, or other proceedings of the estate, immediately upon receipt of this Indenture, in any State and under any venue within the United States.

WHEREFORE undersigned hereby appoints director, Registrar of Illinois Settlor/Custodian under the original Indenture, as successor Co-Trustee, to hold and maintain all trust records and accounting subject to his binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Bruce Rauner, Governor of Illinois, *pater familias* under the original Indenture as successor co-trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown under her binding oath of office as trust protector and binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Jesse White, Illinois Secretary of State as successor Co-Trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown and to maintain her duty of protection of the Majority Interest Beneficiary, a woman, under her binding oath of office as trust protector, binding fiduciary responsibility, and rules of agency. Co-Trustee Jesse White has

**Page 5 of 10**

# REGISTERED MAIL # RE 548 051 756 US

the specific duty to assure and insure the unalienable rights of undersigned, a man, including the right to travel free from hindrance and to give all lawful aid and protection for safe passage.

WHEREFORE undersigned hereby conveys, transfers, delivers and assigns to successor Co-Trustees the binding fiduciary obligations to maintain, account for and protect the Trust Property.

WHEREFORE undersigned hereby declares that the successor Co-Trustees (and/or anyone acting in his stead), shall, upon acceptance by delivery of this codicil, be under no duty to inquire into the acts or doings of the predecessor trustee, and undersigned as Majority Interest Beneficiary does heretofore indemnify the successor Co-Trustees from liability for any act, omission, or other acts of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

## -ADDITIONAL POWERS AND DUTIES OF CO-TRUSTEES-

With the consent of the Master Interest Beneficiary as Principal, which is hereby granted by undersigned and hereby acknowledged by the successor Co-Trustees, the Co-Trustees as Fiduciaries in accordance with this Indenture shall have the following powers, duties, limitations, immunities and obligations:

    a. The power and authority to execute any and all documents necessary to effect the settlement and closure of all Public Matters, in good faith pursuance and reliance upon [46 U.S.C. § 1247], [48 Stat 1, 112], [40 Stat. 411 (12 U.S.C. 95a(2))], including the signing of any drafts or releases necessary to complete the settlement and termination of public debt obligations, including, but not limited to, [Internal Revenue Service Forms, General Services Administration Forms, United States Treasury Forms], negotiable instruments, or other instruments of conveyance, closing and or settlement statements, etc.

    b. The power and authority to collect, receive and distribute any funds and/or proceeds of the sale of Trust Property to the Majority Interest Beneficiary and necessary to effectuate the said settlement and termination of the Public Matters.

    c. The power and authority to exercise all the rights and powers of an individual owner with respect to shares of stock, bonds or other securities in the Trust, including, but not by way of limitation, voting, giving proxies, participating in voting trusts, mergers, consolidations, foreclosures, reorganizations or liquidations, and exercising or selling subscription or conversion rights with regard to the settlement and termination of Trust and any distributions of Trust Property;

    d. The duty to pay taxes and reasonable expenses incurred in administering this Trust and incurred in the liquidation and distribution of Trust Property.

    e. The duty to deal with the executor, trustee or other representative of any other trust or estate in which a beneficiary of the Trust has an interest, notwithstanding the fact that the trustee is an executor, trustee or other representative of the Trust.

    f. The duty to rely upon an affidavit, certificate, letter or other evidence reasonably believed to be genuine and on the basis of any such evidence to make any payment or distribution in good faith without liability.

**Page 6 of 10**

    g.  The power and authority to have all of the rights, powers and duties given to or imposed upon the Co-Trustee by law and the provisions of the Trust instrument during the period between the transfer of Co-Trustee responsibility.

**Objects and Purposes of Trust.** The objects and purposes of this Re-Expression of Trust shall be for the Co-Trustees to hold title to all Property and to protect and conserve it until its sale or other disposition or liquidation as per the terms and conditions contained herein, or upon receipt of written instructions from undersigned as the Majority Interest Beneficiary. The Co-Trustees as Fiduciaries and agents shall not undertake any activity not strictly necessary to the attainment of the foregoing objects and purposes, nor shall the Co-Trustees transact business within the meaning of applicable laws of the state of the Union, or any other law, nor shall this Agreement be deemed to be, or create or evidence the existence of a corporation, de facto or dejure, or a Colorado Trust, or any other type of business trust, or an association in the nature of a corporation, or a co-partnership or joint venture by or between the Co-Trustees and undersigned.

**Exculpation.** The Co-Trustees shall have no power to bind undersigned to personal or individual liability and, in every written contract he may enter into, reference shall be made to this declaration; any person or corporation contracting with the Co-Trustees, as well as any beneficiary, shall look to the funds and the Trust Property for payment under such contract, or for the payment of any debt, mortgage, judgment, or decree, or for any money that may otherwise become due or payable, whether by reason or failure of the Co-Trustees to perform the contract, or for any other reason, and neither the Co-Trustees nor undersigned as the Majority Interest Beneficiary shall be liable therefore as surety or indemnifying parties.

**Dealings with Co-Trustees.** No party dealing with the Co-Trustees in relation to the Trust Property in any manner whatsoever, and, without limiting the foregoing, no party to whom the property or any part of it or any interest in it shall be conveyed, contracted to be sold, leased or mortgaged by the Co-Trustees, shall be obliged to see to the application of any purchase money, rent or money borrowed or otherwise advanced on the property; to see that the terms of this Re-Expression of Trust have been complied with; to inquire into the authority, necessity or expediency of any act of the Co-Trustee; or be privileged to inquire into any of the terms and conditions of this Trust. Every deed, mortgage, lease or other instrument executed by the Co-Trustees as Fiduciaries in relation to Property shall be conclusive evidence in favor of every person claiming any right, title or interest under the Trust that at the time of its delivery the Trust created under this Re-Expression of Trust was in full force and effect; and that instrument was executed in accordance with the terms and conditions of said Trust as aforementioned and all its amendments, if any, and is binding upon

# REGISTERED MAIL # RE 548 051 756 US

the Beneficiary under it; that the Co-Trustee was duly authorized and empowered to execute and deliver every such instrument; if a conveyance has been made to a successor or successors in trust, that the successor or successors have been appointed properly and are vested fully with all the title, estate, rights, powers, duties and obligations of its, his or their predecessor in Trust.

**Recording of Agreement.** This Re-Expression of Trust shall not be placed on record in the county in which the Property is situated, or elsewhere, and the Co-Trustees shall not be required to file this agreement nor any account in any court but if filed, shall not be considered as notice of the rights of any person under this Trust derogatory to the title or powers of the Co-Trustee. Further, that at any time, the Co-Trustee may record, file, or deliver a Certificate of Trust Existence and Powers (Certificate) with or to any clerk, registrar, transfer agent, or other similar agency or office or to any person dealing with the Co-Trustee, said Certificate to contain a verbatim synopsis of certain provisions of this agreement and to be signed and acknowledged by Co-Trustee; any purchaser or person dealing with the Co-Trustee shall be entitled to rely on the Certificate as a full statement of the provisions of this agreement that are pertinent to the particular transaction, and machine copies of the executed Certificate shall have the same effect and authority as the executed Certificate. And Further that the Co-Trustee may present a certification of trust to any person in lieu of providing a copy of the trust instrument to establish the existence or terms of the trust. A certification of trust may be executed by the Co-Trustee voluntarily or at the request of the person with whom the Co-Trustee is dealing and may assume that the trust is in full force and effect, that the Co-Trustee is authorized to act and that his, her, or its act is in accordance with the provisions of the trust instrument.

**Assignment.** The Majority Interests of Beneficiary, or any part of that interest, may be transferred only by a written assignment, executed in duplicate and delivered to any of the several Co-Trustees. The Co-Trustee Recipient shall note its acceptance on the original and duplicate original of the assignment, retaining the original and delivering the duplicate original to the assignee as and for evidence of ownership of a beneficial interest under this Agreement. Co-Trustee Recipient shall send certified copies of any such assignment to the remaining Co-Trustees for compliance with full disclosure. No assignment of any interest under this Agreement, other than by operation of law, that is not so executed, delivered and accepted shall be valid without the written approval of undersigned as Majority Interest Holder, who possesses the power of direction. No person who is vested with the power of direction, but who is not a Beneficiary under this Agreement, shall assign that power without the written consent of undersigned as the Majority Interest Beneficiary.

**Individual Liability of Co-Trustee.** The Co-Trustees shall not be required, in dealing with the Trust Property under their fiduciary obligations, to enter into any individual contract or other

**Page 8 of 10**

individual obligation whatsoever; nor to make himself individually liable to pay or incur the payment of any damages, attorney's fees, fines, and penalties, forfeitures, costs, charges or other sums of money whatsoever.

The Co-Trustees shall have no individual liability or obligation whatsoever arising from ownership, as Co-Trustee, of the legal title to the Property, or with respect to any act done or contract entered into or indebtedness incurred by him in dealing with Trust Property or in otherwise acting under this Indenture, unless for failure to act to protect Trust Property under fiduciary control, and except only as far as the Trust Property and any trust funds in the actual possession of the Trustee as Fiduciary shall be applicable to the payment and discharge of that liability or obligation.

**Reimbursement and Indemnification of Trustee.**  If the Co-Trustees as Fiduciaries and agents shall pay or incur any liability to pay any money on account of their fiduciary obligations, or incur any liability to pay any money on account of being made a party to any litigation as a result of holding title to Trust Property or otherwise in connection with this Trust, whether because of breach of contract, injury to person or property, fines or penalties under any law, or otherwise, undersigned agrees that on demand, Co-Trustees shall be entitled upon written authorization from undersigned, reimbursement from the liquid assets held on undersigned's behalf, including interest at the rate of 6% per annum, all such payments made or liabilities incurred by the Co-Trustees, together with his expenses, including reasonable attorney's fees, and that undersigned will indemnify and hold the Co-Trustees harmless of and from any and all payments made or liabilities incurred by him for any reason whatsoever as a result of this Trust; and all amounts so paid by the Co-Trustees, as well as his compensation under this Trust, shall constitute a lien on the Trust Property.

**Entire Agreement.**  This Agreement contains the entire understanding between the parties and may be amended, revoked, or terminated only by written agreement signed by undersigned as Majority Interest Beneficiary.

**Governing Law.** This Agreement shall be governed by the organic laws of The United States of America and the laws of the state of the Union, if anything in this agreement be deemed, unlawful, then the rest of this Agreement will survive with regard to the intent and purpose of this Agreement.

**Binding Effect.** The terms and conditions of this Agreement shall inure to the benefit of and be binding upon any successor Co-trustee, or Co-trustee under it, as well as upon the executors, administrators, heirs, assigns and all other successors in interest of the Beneficiary.

**Co-Trustee's Liability to Beneficiary.** The Co-Trustees, as Fiduciaries and agents, shall be liable to undersigned as Master Interest Beneficiary and as Principal, for the value of his Interests to the full extent of the property held in Trust by Co-Trustees, or required to be under Co-Trustees' control

**Page 9 of 10**

**REGISTERED MAIL # RE 548 051 756 US**

under the original Indenture. Failure of Co-Trustees to act under duty to protect Trust Property, shall constitute a breach of Trust and Fiduciary obligation.

**Termination.** This trust may be terminated at any time solely by undersigned as Majority Interest Beneficiary and with thirty (30) days written notice of termination delivered to any Co-Trustee, the Co-Trustee shall execute any and all documents necessary to vest title to any and all Estate Property in undersigned or his assigns.

I, House of Pawelski, John Joseph, a private man, declare, from without the United States, under penalty of perjury under the laws of The United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Retaining all unalienable rights without sale

*House of* Pawelski, John Joseph, private "state" Citizen, national

**ACKNOWLEDGMENT OF NOTARY PUBLIC**

**State of Colorado**      )
                          ) **ss:**
**County of El Paso**      )

On this date the undersigned named above, appeared before me and acknowledged to me on the basis of satisfactory evidence that he executed the same in his stated or authorized capacity, and that by his signature on this instrument the man signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: _I-24-15_____

By: _Brianna _____, **Notary Public**

**My Commission Expires:** _March 10, 2018_

(NOTARY STAMP OR SEAL)

BRIANNA LEVINGSTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144011032
MY COMMISSION EXPIRES MARCH 10, 2018

**Page 10 of 10**

## REGISTERED MAIL # RE 548 051 760 US

FROM: *House of Pawelski, John Joseph* private "state" Citizen / "national" [8 USC 1101(a)(21)]

January 23, 2014

## <u>NOTICE OF ACCEPTANCE OF RESIGNATION OF ACTING CO-TRUSTEE BY MAJORITY INTEREST BENEFICIARY, APPOINTMENT OF SUCCESSOR CO-TRUSTEES, PRIVATE RESOLUTION RE-EXPRESSION OF TRUST</u>

To:     Substitute Co-Trustee (Appointee)
Dorothy Brown
Cook County Clerk of the Circuit Court
50 W. Washington St. Room 1202
Chicago, IL. 60603

Substitute Co-Trustee (Appointee)
Bruce Rauner
Governor of Illinois
207 State House
Springfield, IL. 63706

Custodian/Settlor of Original Indenture
Director of Vital Statistics
Illinois Department of Public Health
925 E. Ridgely Avenue
Springfield, IL 62702-2737

Substitute Co-Trustee (Appointee)
Jesse White
Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Trust Overseer (Enforcement)
Patrick R. Donahoe, or successor
Megan J. Brennan
Postmaster General
475 L'Enfant Plaza SW
Washington, DC  20260



RE 548 051 787 US

RE 548 051 756 US

RE 548 051 773 US

RE 548 051 760 US

RE 548 051 795 US

## REGISTERED MAIL # RE 548 051 760 US

COMES NOW **House of Pawelski, John Joseph** ("undersigned") private "state" Citizen / "national" [8 USC 1101(a)(21)], ("American National") from without the United States, **having reached the age of majority** as established by the permanently **Annexed Evidence 1,** and provides this **Trust Re-Expression** to all parties named, by and through post registered deposit.

Undersigned, in his capacity as the Majority Interest Beneficiary to JOHN JOSEPH PAWELSKI, an estate held under State Archive File Number 112-48-6051731, provides Notice to the Trust administrators of his acceptance of the resignation of John Joseph Pawelski in his individual and agent capacity from the position of co-trustee, having accepted, and acknowledged his resignation, and being fully advised of the matters set forth therein.

This Private Resolution Trust Indenture replaces and supersedes any/all previous agreements, wills, codicils and the like, if any, and is made as the undersigned's solemn Will Act and Deed as a self executing security arrangement between the parties and under the following private and protective terms:

### -PARTIES-

**-MAJORITY INTEREST BENEFICIARY-**
House of Pawelski, John Joseph, private state Citizen, American National, a man.

**-DISCHARGED CO-TRUSTEE-** (Resigned)
Pawelski, John Joseph, Individual acting as a Person.

**_APPOINTED CO-TRUSTEES-**

**Co-Trustee #1**
Dorothy Brown, Cook County Clerk of the
Circuit Court, successor and or assigns

**Co-Trustee #2**
Bruce Rauner, Governor of Illinois, successor and or assigns

**Co-Trustee #3**
Jesse White, Illinois Secretary of State, successor and or assigns

**Co-Trustee #4**
Director of Vital Statistics, Registrar State of Colorado, successor and or assigns herein
director

**-TRUST OVERSEER-**
Ralph R. Donahoe, or successor Megan J. Brennan or her successor and or assigns,
Postmaster General

**Page 3 of 10**

**REGISTERED MAIL # RE 548 051 760 US**

### -RECITALS-

WHEREAS undersigned acknowledges the creation and establishment of the original indenture executed by **David Orr**, then acting Registrar of Births for Cook County and Illinois as settlor, in which undersigned, was named as the minor beneficiary.

WHEREAS the Trust Indenture was recorded on September 15, 1948, from Cook County, Illinois under State File Number: 112-48-6051731, with the Settlor/Custodian of the record, legally describing the trust estate as JOHN JOSEPH PAWELSKI, a cestui que trust.

WHEREAS Jesse White is the current successor to David Orr acting as Registrar of Births and Settlor/Custodian of the Original Indenture.

WHEREAS undersigned has achieved the age of majority as proven by Annexed Evidence 1, becoming the lawful holder of Majority Beneficial Interest as holder of a fully authenticated Original, with perfected security interest in the Trust Res by operation of law.

WHEREAS undersigned is now fully vested with title, ownership, and is fully entitled to the benefits of the estate as the living Majority Interest Beneficiary.

WHEREAS undersigned has the authority as the Majority Interest Beneficiary, to accept the resignation of John Joseph Pawelski in his Individual/personal capacity from the position of co-trustee, and hereby gives Notice of said acceptance, indemnification and waiver of liability.

WHEREAS the acceptance by undersigned of John Joseph Pawelski resignation, shall operate as a full and complete discharge of any and all personal liability to said resigning co-trustee.

WHEREAS undersigned's acceptance of the resignation of John Joseph Pawelski creates a vacancy of trustee position, which must be concurrently filled to wit, undersigned as Majority Interest Beneficiary has full authority to appoint successor Co-Trustees, under power of appointment, for the proper and continual trust administration subject to the terms of this Trust Re-Expression Indenture.

WHEREAS undersigned in furtherance of his divine living will, hereby appoints the listed successor Co-Trustee positions, under power of appointment, for the efficient disposition of the trust as set forth by this Indenture.

WHEREAS undersigned expresses his intention to remain in the private, and requires immediate settlement of all outstanding public matters, including the correlating reduction of the National Debt through lawful discharge and settlement of escrow, upon delivery of this Notice and Trust Re-Expression.

WHEREAS undersigned requires full disclosure and transaction level accounting from the Co-Trustees throughout the continued administration of the estate, Co-Trustees are bound by their

## REGISTERED MAIL # RE 548 051 760 US

fiduciary duty and the rules of agency to provide a full accounting, and are prohibited from treating Trust Property as their own.

**-THE PARTIES MUTUALLY AGREE-**

WHEREFORE undersigned hereby declares that the Settlor/Custodian (and/or anyone acting in his stead), the Co-Trustees, and all unnamed and undisclosed Co-Beneficiaries, entitled to receive or eligible to receive the benefit of the income of the Trust estate, have been Noticed by this Re-Expression of Trust delivered by post registry deposit.

WHEREFORE undersigned requires that any such unnamed party that claims entitlement to receive or that is, in fact and law, eligible to receive, the benefit of income or interest in the Trust estate, provide such claim to the Co-Trustees for settlement and closure of escrow within 30 days.

WHEREFORE Co-Trustees have the binding fiduciary responsibility to provide an accounting and list of known claimants within 30 days.

WHEREFORE the acting co-trustee, John Joseph Pawelski, in his individual and personal capacities shall be herein and hereafter discharged of any and all liability, released from any agency or responsibility to appear on behalf of the estate as surety or indemnifying party in any court.

WHEREFORE undersigned hereby appoints Dorothy Brown, Register of Wills for Cook County, Illinois Trust Administrator under the original Indenture, as successor co-trustee, to hold and maintain all trust records and accounting subject to her binding fiduciary responsibility and rules of agency. Co-Trustee Dorothy Brown has the specific duty to discharge any and all legal, probate, or other proceedings of the estate, immediately upon receipt of this Indenture, in any State and under any venue within the United States.

WHEREFORE undersigned hereby appoints director, Registrar of Illinois Settlor/Custodian under the original Indenture, as successor Co-Trustee, to hold and maintain all trust records and accounting subject to his binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Bruce Rauner, Governor of Illinois, *pater familias* under the original Indenture as successor co-trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown under her binding oath of office as trust protector and binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Jesse White, Illinois Secretary of State as successor Co-Trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown and to maintain her duty of protection of the Majority Interest Beneficiary, a woman, under her binding oath of office as trust protector, binding fiduciary responsibility, and rules of agency. Co-Trustee Jesse White has

## REGISTERED MAIL # RE 548 051 760 US

the specific duty to assure and insure the unalienable rights of undersigned, a man, including the right to travel free from hindrance and to give all lawful aid and protection for safe passage.

WHEREFORE undersigned hereby conveys, transfers, delivers and assigns to successor Co-Trustees the binding fiduciary obligations to maintain, account for and protect the Trust Property.

WHEREFORE undersigned hereby declares that the successor Co-Trustees (and/or anyone acting in his stead), shall, upon acceptance by delivery of this codicil, be under no duty to inquire into the acts or doings of the predecessor trustee, and undersigned as Majority Interest Beneficiary does heretofore indemnify the successor Co-Trustees from liability for any act, omission, or other acts of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

## -ADDITIONAL POWERS AND DUTIES OF CO-TRUSTEES-

With the consent of the Master Interest Beneficiary as Principal, which is hereby granted by undersigned and hereby acknowledged by the successor Co-Trustees, the Co-Trustees as Fiduciaries in accordance with this Indenture shall have the following powers, duties, limitations, immunities and obligations:

a. The power and authority to execute any and all documents necessary to effect the settlement and closure of all Public Matters, in good faith pursuance and reliance upon [46 U.S.C. § 1247], [48 Stat 1, 112], [40 Stat. 411 (12 U.S.C. 95a(2))], including the signing of any drafts or releases necessary to complete the settlement and termination of public debt obligations, including, but not limited to, [Internal Revenue Service Forms, General Services Administration Forms, United States Treasury Forms], negotiable instruments, or other instruments of conveyance, closing and or settlement statements, etc.

b. The power and authority to collect, receive and distribute any funds and/or proceeds of the sale of Trust Property to the Majority Interest Beneficiary and necessary to effectuate the said settlement and termination of the Public Matters.

c. The power and authority to exercise all the rights and powers of an individual owner with respect to shares of stock, bonds or other securities in the Trust, including, but not by way of limitation, voting, giving proxies, participating in voting trusts, mergers, consolidations, foreclosures, reorganizations or liquidations, and exercising or selling subscription or conversion rights with regard to the settlement and termination of Trust and any distributions of Trust Property;

d. The duty to pay taxes and reasonable expenses incurred in administering this Trust and incurred in the liquidation and distribution of Trust Property.

e. The duty to deal with the executor, trustee or other representative of any other trust or estate in which a beneficiary of the Trust has an interest, notwithstanding the fact that the trustee is an executor, trustee or other representative of the Trust.

f. The duty to rely upon an affidavit, certificate, letter or other evidence reasonably believed to be genuine and on the basis of any such evidence to make any payment or distribution in good faith without liability.

**Page 6 of 10**

## REGISTERED MAIL # RE 548 051 760 US

g. The power and authority to have all of the rights, powers and duties given to or imposed upon the Co-Trustee by law and the provisions of the Trust instrument during the period between the transfer of Co-Trustee responsibility.

**Objects and Purposes of Trust.** The objects and purposes of this Re-Expression of Trust shall be for the Co-Trustees to hold title to all Property and to protect and conserve it until its sale or other disposition or liquidation as per the terms and conditions contained herein, or upon receipt of written instructions from undersigned as the Majority Interest Beneficiary. The Co-Trustees as Fiduciaries and agents shall not undertake any activity not strictly necessary to the attainment of the foregoing objects and purposes, nor shall the Co-Trustees transact business within the meaning of applicable laws of the state of the Union, or any other law, nor shall this Agreement be deemed to be, or create or evidence the existence of a corporation, de facto or dejure, or a Colorado Trust, or any other type of business trust, or an association in the nature of a corporation, or a co-partnership or joint venture by or between the Co-Trustees and undersigned.

**Exculpation.** The Co-Trustees shall have no power to bind undersigned to personal or individual liability and, in every written contract he may enter into, reference shall be made to this declaration; any person or corporation contracting with the Co-Trustees, as well as any beneficiary, shall look to the funds and the Trust Property for payment under such contract, or for the payment of any debt, mortgage, judgment, or decree, or for any money that may otherwise become due or payable, whether by reason or failure of the Co-Trustees to perform the contract, or for any other reason, and neither the Co-Trustees nor undersigned as the Majority Interest Beneficiary shall be liable therefore as surety or indemnifying parties.

**Dealings with Co-Trustees.** No party dealing with the Co-Trustees in relation to the Trust Property in any manner whatsoever, and, without limiting the foregoing, no party to whom the property or any part of it or any interest in it shall be conveyed, contracted to be sold, leased or mortgaged by the Co-Trustees, shall be obliged to see to the application of any purchase money, rent or money borrowed or otherwise advanced on the property; to see that the terms of this Re-Expression of Trust have been complied with; to inquire into the authority, necessity or expediency of any act of the Co-Trustee; or be privileged to inquire into any of the terms and conditions of this Trust. Every deed, mortgage, lease or other instrument executed by the Co-Trustees as Fiduciaries in relation to Property shall be conclusive evidence in favor of every person claiming any right, title or interest under the Trust that at the time of its delivery the Trust created under this Re-Expression of Trust was in full force and effect; and that instrument was executed in accordance with the terms and conditions of said Trust as aforementioned and all its amendments, if any, and is binding upon

**Page 7 of 10**

**REGISTERED MAIL # RE 548 051 760 US**

the Beneficiary under it; that the Co-Trustee was duly authorized and empowered to execute and deliver every such instrument; if a conveyance has been made to a successor or successors in trust, that the successor or successors have been appointed properly and are vested fully with all the title, estate, rights, powers, duties and obligations of its, his or their predecessor in Trust.

**Recording of Agreement.** This Re-Expression of Trust shall not be placed on record in the county in which the Property is situated, or elsewhere, and the Co-Trustees shall not be required to file this agreement nor any account in any court but if filed, shall not be considered as notice of the rights of any person under this Trust derogatory to the title or powers of the Co-Trustee. Further, that at any time, the Co-Trustee may record, file, or deliver a Certificate of Trust Existence and Powers (Certificate) with or to any clerk, registrar, transfer agent, or other similar agency or office or to any person dealing with the Co-Trustee, said Certificate to contain a verbatim synopsis of certain provisions of this agreement and to be signed and acknowledged by Co-Trustee; any purchaser or person dealing with the Co-Trustee shall be entitled to rely on the Certificate as a full statement of the provisions of this agreement that are pertinent to the particular transaction, and machine copies of the executed Certificate shall have the same effect and authority as the executed Certificate. And Further that the Co-Trustee may present a certification of trust to any person in lieu of providing a copy of the trust instrument to establish the existence or terms of the trust. A certification of trust may be executed by the Co-Trustee voluntarily or at the request of the person with whom the Co-Trustee is dealing and may assume that the trust is in full force and effect, that the Co-Trustee is authorized to act and that his, her, or its act is in accordance with the provisions of the trust instrument.

**Assignment.** The Majority Interests of Beneficiary, or any part of that interest, may be transferred only by a written assignment, executed in duplicate and delivered to any of the several Co-Trustees. The Co-Trustee Recipient shall note its acceptance on the original and duplicate original of the assignment, retaining the original and delivering the duplicate original to the assignee as and for evidence of ownership of a beneficial interest under this Agreement. Co-Trustee Recipient shall send certified copies of any such assignment to the remaining Co-Trustees for compliance with full disclosure. No assignment of any interest under this Agreement, other than by operation of law, that is not so executed, delivered and accepted shall be valid without the written approval of undersigned as Majority Interest Holder, who possesses the power of direction. No person who is vested with the power of direction, but who is not a Beneficiary under this Agreement, shall assign that power without the written consent of undersigned as the Majority Interest Beneficiary.

**Individual Liability of Co-Trustee.** The Co-Trustees shall not be required, in dealing with the Trust Property under their fiduciary obligations, to enter into any individual contract or other

**Page 8 of 10**

**REGISTERED MAIL # RE 548 051 760 US**

individual obligation whatsoever; nor to make himself individually liable to pay or incur the payment of any damages, attorney's fees, fines, and penalties, forfeitures, costs, charges or other sums of money whatsoever.

The Co-Trustees shall have no individual liability or obligation whatsoever arising from ownership, as Co-Trustee, of the legal title to the Property, or with respect to any act done or contract entered into or indebtedness incurred by him in dealing with Trust Property or in otherwise acting under this Indenture, unless for failure to act to protect Trust Property under fiduciary control, and except only as far as the Trust Property and any trust funds in the actual possession of the Trustee as Fiduciary shall be applicable to the payment and discharge of that liability or obligation.

**Reimbursement and Indemnification of Trustee.**  If the Co-Trustees as Fiduciaries and agents shall pay or incur any liability to pay any money on account of their fiduciary obligations, or incur any liability to pay any money on account of being made a party to any litigation as a result of holding title to Trust Property or otherwise in connection with this Trust, whether because of breach of contract, injury to person or property, fines or penalties under any law, or otherwise, undersigned agrees that on demand, Co-Trustees shall be entitled upon written authorization from undersigned, reimbursement from the liquid assets held on undersigned's behalf, including interest at the rate of 6% per annum, all such payments made or liabilities incurred by the Co-Trustees, together with his expenses, including reasonable attorney's fees, and that undersigned will indemnify and hold the Co-Trustees harmless of and from any and all payments made or liabilities incurred by him for any reason whatsoever as a result of this Trust; and all amounts so paid by the Co-Trustees, as well as his compensation under this Trust, shall constitute a lien on the Trust Property.

**Entire Agreement.**  This Agreement contains the entire understanding between the parties and may be amended, revoked, or terminated only by written agreement signed by undersigned as Majority Interest Beneficiary.

**Governing Law.** This Agreement shall be governed by the organic laws of The United States of America and the laws of the state of the Union, if anything in this agreement be deemed, unlawful, then the rest of this Agreement will survive with regard to the intent and purpose of this Agreement.

**Binding Effect**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon any successor Co-trustee, or Co-trustee under it, as well as upon the executors, administrators, heirs, assigns and all other successors in interest of the Beneficiary.

**Co-Trustee's Liability to Beneficiary.** The Co-Trustees, as Fiduciaries and agents, shall be liable to undersigned as Master Interest Beneficiary and as Principal, for the value of his Interests to the full extent of the property held in Trust by Co-Trustees, or required to be under Co-Trustees' control

**Page 9 of 10**

## REGISTERED MAIL # RE 548 051 760 US

under the original Indenture. Failure of Co-Trustees to act under duty to protect Trust Property, shall constitute a breach of Trust and Fiduciary obligation.

**Termination.** This trust may be terminated at any time solely by undersigned as Majority Interest Beneficiary and with thirty (30) days written notice of termination delivered to any Co-Trustee, the Co-Trustee shall execute any and all documents necessary to vest title to any and all Estate Property in undersigned or his assigns.

I, House of Pawelski, John Joseph, a private man, declare, from without the United States, under penalty of perjury under the laws of The United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Retaining all unalienable rights without sale

*House of* Pawelski, John Joseph, private "state" Citizen, national

## ACKNOWLEDGMENT OF NOTARY PUBLIC

**State of Colorado**       )
                            ) ss:
**County of El Paso**       )

On this date the undersigned named above, appeared before me and acknowledged to me on the basis of satisfactory evidence that he executed the same in his stated or authorized capacity, and that by his signature on this instrument the man signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: _1-24-15_

By: _Brianna_ _____, **Notary Public**

**My Commission Expires:** _March 10, 2018_

(NOTARY STAMP OR SEAL)

BRIANNA LEVINGSTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144011032
MY COMMISSION EXPIRES MARCH 10, 2018

**REGISTERED MAIL # RE 548 051 787 US**

FROM: ***House of Pawelski, John Joseph*** private "state" Citizen / "national" [8 USC 1101(a)(21)]

January 23, 2014

## <u>NOTICE OF ACCEPTANCE OF RESIGNATION OF ACTING CO-TRUSTEE BY MAJORITY INTEREST BENEFICIARY, APPOINTMENT OF SUCCESSOR CO-TRUSTEES, PRIVATE RESOLUTION RE-EXPRESSION OF TRUST</u>

To:   Substitute Co-Trustee (Appointee)
Dorothy Brown
Cook County Clerk of the Circuit Court
50 W. Washington St. Room 1202
Chicago, IL. 60603

Substitute Co-Trustee (Appointee)
Bruce Rauner
Governor of Illinois
207 State House
Springfield, IL. 63706

Custodian/Settlor of Original Indenture
Director of Vital Statistics
Illinois Department of Public Health
925 E. Ridgely Avenue
Springfield, IL 62702-2737

Substitute Co-Trustee (Appointee)
Jesse White
Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Trust Overseer (Enforcement)
Patrick R. Donahoe, or successor
Megan J. Brennan
Postmaster General
475 L'Enfant Plaza SW
Washington, DC  20260



## REGISTERED MAIL # RE 548 051 787 US

COMES NOW **House of Pawelski, John Joseph** *("undersigned")* private "state" Citizen / "national" [8 USC 1101(a)(21)], ("American National") from without the United States, **having reached the age of majority** as established by the permanently **Annexed Evidence 1,** and provides this **Trust Re-Expression** to all parties named, by and through post registered deposit.

Undersigned, in his capacity as the Majority Interest Beneficiary to JOHN JOSEPH PAWELSKI, an estate held under State Archive File Number 112-48-6051731, provides Notice to the Trust administrators of his acceptance of the resignation of John Joseph Pawelski in his individual and agent capacity from the position of co-trustee, having accepted, and acknowledged his resignation, and being fully advised of the matters set forth therein.

This Private Resolution Trust Indenture replaces and supersedes any/all previous agreements, wills, codicils and the like, if any, and is made as the undersigned's solemn Will Act and Deed as a self executing security arrangement between the parties and under the following private and protective terms:

### -PARTIES-

**-MAJORITY INTEREST BENEFICIARY-**
House of Pawelski, John Joseph, private state Citizen, American National, a man.

**-DISCHARGED CO-TRUSTEE-** (Resigned)
Pawelski, John Joseph, Individual acting as a Person.

**_APPOINTED CO-TRUSTEES-**

**Co-Trustee #1**
Dorothy Brown, Cook County Clerk of the
Circuit Court, successor and or assigns

**Co-Trustee #2**
Bruce Rauner, Governor of Illinois, successor and or assigns

**Co-Trustee #3**
Jesse White, Illinois Secretary of State, successor and or assigns

**Co-Trustee #4**
Director of Vital Statistics, Registrar State of Colorado, successor and or assigns herein director

**-TRUST OVERSEER-**
Ralph R. Donahoe, or successor Megan J. Brennan or her successor and or assigns, Postmaster General

**Page 3 of 10**

## REGISTERED MAIL # RE 548 051 787 US

### -RECITALS-

WHEREAS undersigned acknowledges the creation and establishment of the original indenture executed by **David Orr**, then acting Registrar of Births for Cook County and Illinois as settlor, in which undersigned, was named as the minor beneficiary.

WHEREAS the Trust Indenture was recorded on September 15, 1948, from Cook County, Illinois under State File Number: 112-48-6051731, with the Settlor/Custodian of the record, legally describing the trust estate as JOHN JOSEPH PAWELSKI, a cestui que trust.

WHEREAS Jesse White is the current successor to David Orr acting as Registrar of Births and Settlor/Custodian of the Original Indenture.

WHEREAS undersigned has achieved the age of majority as proven by Annexed Evidence 1, becoming the lawful holder of Majority Beneficial Interest as holder of a fully authenticated Original, with perfected security interest in the Trust Res by operation of law.

WHEREAS undersigned is now fully vested with title, ownership, and is fully entitled to the benefits of the estate as the living Majority Interest Beneficiary.

WHEREAS undersigned has the authority as the Majority Interest Beneficiary, to accept the resignation of John Joseph Pawelski in his Individual/personal capacity from the position of co-trustee, and hereby gives Notice of said acceptance, indemnification and waiver of liability.

WHEREAS the acceptance by undersigned of John Joseph Pawelski resignation, shall operate as a full and complete discharge of any and all personal liability to said resigning co-trustee.

WHEREAS undersigned's acceptance of the resignation of John Joseph Pawelski creates a vacancy of trustee position, which must be concurrently filled to wit, undersigned as Majority Interest Beneficiary has full authority to appoint successor Co-Trustees, under power of appointment, for the proper and continual trust administration subject to the terms of this Trust Re-Expression Indenture.

WHEREAS undersigned in furtherance of his divine living will, hereby appoints the listed successor Co-Trustee positions, under power of appointment, for the efficient disposition of the trust as set forth by this Indenture.

WHEREAS undersigned expresses his intention to remain in the private, and requires immediate settlement of all outstanding public matters, including the correlating reduction of the National Debt through lawful discharge and settlement of escrow, upon delivery of this Notice and Trust Re-Expression.

WHEREAS undersigned requires full disclosure and transaction level accounting from the Co-Trustees throughout the continued administration of the estate, Co-Trustees are bound by their

fiduciary duty and the rules of agency to provide a full accounting, and are prohibited from treating Trust Property as their own.

**-THE PARTIES MUTUALLY AGREE-**

WHEREFORE undersigned hereby declares that the Settlor/Custodian (and/or anyone acting in his stead), the Co-Trustees, and all unnamed and undisclosed Co-Beneficiaries, entitled to receive or eligible to receive the benefit of the income of the Trust estate, have been Noticed by this Re-Expression of Trust delivered by post registry deposit.

WHEREFORE undersigned requires that any such unnamed party that claims entitlement to receive or that is, in fact and law, eligible to receive, the benefit of income or interest in the Trust estate, provide such claim to the Co-Trustees for settlement and closure of escrow within 30 days.

WHEREFORE Co-Trustees have the binding fiduciary responsibility to provide an accounting and list of known claimants within 30 days.

WHEREFORE the acting co-trustee, John Joseph Pawelski, in his individual and personal capacities shall be herein and hereafter discharged of any and all liability, released from any agency or responsibility to appear on behalf of the estate as surety or indemnifying party in any court.

WHEREFORE undersigned hereby appoints Dorothy Brown, Register of Wills for Cook County, Illinois Trust Administrator under the original Indenture, as successor co-trustee, to hold and maintain all trust records and accounting subject to her binding fiduciary responsibility and rules of agency. Co-Trustee Dorothy Brown has the specific duty to discharge any and all legal, probate, or other proceedings of the estate, immediately upon receipt of this Indenture, in any State and under any venue within the United States.

WHEREFORE undersigned hereby appoints director, Registrar of Illinois Settlor/Custodian under the original Indenture, as successor Co-Trustee, to hold and maintain all trust records and accounting subject to his binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Bruce Rauner, Governor of Illinois, *pater familias* under the original Indenture as successor co-trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown under her binding oath of office as trust protector and binding fiduciary responsibility and rules of agency.

WHEREFORE undersigned hereby appoints Jesse White, Illinois Secretary of State as successor Co-Trustee, to oversee the actions and performance of Co-Trustee Dorothy Brown and to maintain her duty of protection of the Majority Interest Beneficiary, a woman, under her binding oath of office as trust protector, binding fiduciary responsibility, and rules of agency. Co-Trustee Jesse White has

**Page 5 of 10**

## REGISTERED MAIL # RE 548 051 787 US

the specific duty to assure and insure the unalienable rights of undersigned, a man, including the right to travel free from hindrance and to give all lawful aid and protection for safe passage.

WHEREFORE undersigned hereby conveys, transfers, delivers and assigns to successor Co-Trustees the binding fiduciary obligations to maintain, account for and protect the Trust Property.

WHEREFORE undersigned hereby declares that the successor Co-Trustees (and/or anyone acting in his stead), shall, upon acceptance by delivery of this codicil, be under no duty to inquire into the acts or doings of the predecessor trustee, and undersigned as Majority Interest Beneficiary does heretofore indemnify the successor Co-Trustees from liability for any act, omission, or other acts of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

### -ADDITIONAL POWERS AND DUTIES OF CO-TRUSTEES-

With the consent of the Master Interest Beneficiary as Principal, which is hereby granted by undersigned and hereby acknowledged by the successor Co-Trustees, the Co-Trustees as Fiduciaries in accordance with this Indenture shall have the following powers, duties, limitations, immunities and obligations:

   a. The power and authority to execute any and all documents necessary to effect the settlement and closure of all Public Matters, in good faith pursuance and reliance upon [46 U.S.C. § 1247], [48 Stat 1, 112], [40 Stat. 411 (12 U.S.C. 95a(2))], including the signing of any drafts or releases necessary to complete the settlement and termination of public debt obligations, including, but not limited to, [Internal Revenue Service Forms, General Services Administration Forms, United States Treasury Forms], negotiable instruments, or other instruments of conveyance, closing and or settlement statements, etc.
   b. The power and authority to collect, receive and distribute any funds and/or proceeds of the sale of Trust Property to the Majority Interest Beneficiary and necessary to effectuate the said settlement and termination of the Public Matters.
   c. The power and authority to exercise all the rights and powers of an individual owner with respect to shares of stock, bonds or other securities in the Trust, including, but not by way of limitation, voting, giving proxies, participating in voting trusts, mergers, consolidations, foreclosures, reorganizations or liquidations, and exercising or selling subscription or conversion rights with regard to the settlement and termination of Trust and any distributions of Trust Property;
   d. The duty to pay taxes and reasonable expenses incurred in administering this Trust and incurred in the liquidation and distribution of Trust Property.
   e. The duty to deal with the executor, trustee or other representative of any other trust or estate in which a beneficiary of the Trust has an interest, notwithstanding the fact that the trustee is an executor, trustee or other representative of the Trust.
   f. The duty to rely upon an affidavit, certificate, letter or other evidence reasonably believed to be genuine and on the basis of any such evidence to make any payment or distribution in good faith without liability.

**Page 6 of 10**

**REGISTERED MAIL # RE 548 051 787 US**

    g. The power and authority to have all of the rights, powers and duties given to or imposed upon the Co-Trustee by law and the provisions of the Trust instrument during the period between the transfer of Co-Trustee responsibility.

**Objects and Purposes of Trust.** The objects and purposes of this Re-Expression of Trust shall be for the Co-Trustees to hold title to all Property and to protect and conserve it until its sale or other disposition or liquidation as per the terms and conditions contained herein, or upon receipt of written instructions from undersigned as the Majority Interest Beneficiary. The Co-Trustees as Fiduciaries and agents shall not undertake any activity not strictly necessary to the attainment of the foregoing objects and purposes, nor shall the Co-Trustees transact business within the meaning of applicable laws of the state of the Union, or any other law, nor shall this Agreement be deemed to be, or create or evidence the existence of a corporation, de facto or dejure, or a Colorado Trust, or any other type of business trust, or an association in the nature of a corporation, or a co-partnership or joint venture by or between the Co-Trustees and undersigned.

**Exculpation.** The Co-Trustees shall have no power to bind undersigned to personal or individual liability and, in every written contract he may enter into, reference shall be made to this declaration; any person or corporation contracting with the Co-Trustees, as well as any beneficiary, shall look to the funds and the Trust Property for payment under such contract, or for the payment of any debt, mortgage, judgment, or decree, or for any money that may otherwise become due or payable, whether by reason or failure of the Co-Trustees to perform the contract, or for any other reason, and neither the Co-Trustees nor undersigned as the Majority Interest Beneficiary shall be liable therefore as surety or indemnifying parties.

**Dealings with Co-Trustees.** No party dealing with the Co-Trustees in relation to the Trust Property in any manner whatsoever, and, without limiting the foregoing, no party to whom the property or any part of it or any interest in it shall be conveyed, contracted to be sold, leased or mortgaged by the Co-Trustees, shall be obliged to see to the application of any purchase money, rent or money borrowed or otherwise advanced on the property; to see that the terms of this Re-Expression of Trust have been complied with; to inquire into the authority, necessity or expediency of any act of the Co-Trustee; or be privileged to inquire into any of the terms and conditions of this Trust. Every deed, mortgage, lease or other instrument executed by the Co-Trustees as Fiduciaries in relation to Property shall be conclusive evidence in favor of every person claiming any right, title or interest under the Trust that at the time of its delivery the Trust created under this Re-Expression of Trust was in full force and effect; and that instrument was executed in accordance with the terms and conditions of said Trust as aforementioned and all its amendments, if any, and is binding upon

**Page 7 of 10**

**REGISTERED MAIL # RE 548 051 787 US**

the Beneficiary under it; that the Co-Trustee was duly authorized and empowered to execute and deliver every such instrument; if a conveyance has been made to a successor or successors in trust, that the successor or successors have been appointed properly and are vested fully with all the title, estate, rights, powers, duties and obligations of its, his or their predecessor in Trust.

**Recording of Agreement.** This Re-Expression of Trust shall not be placed on record in the county in which the Property is situated, or elsewhere, and the Co-Trustees shall not be required to file this agreement nor any account in any court but if filed, shall not be considered as notice of the rights of any person under this Trust derogatory to the title or powers of the Co-Trustee. Further, that at any time, the Co-Trustee may record, file, or deliver a Certificate of Trust Existence and Powers (Certificate) with or to any clerk, registrar, transfer agent, or other similar agency or office or to any person dealing with the Co-Trustee, said Certificate to contain a verbatim synopsis of certain provisions of this agreement and to be signed and acknowledged by Co-Trustee; any purchaser or person dealing with the Co-Trustee shall be entitled to rely on the Certificate as a full statement of the provisions of this agreement that are pertinent to the particular transaction, and machine copies of the executed Certificate shall have the same effect and authority as the executed Certificate. And Further that the Co-Trustee may present a certification of trust to any person in lieu of providing a copy of the trust instrument to establish the existence or terms of the trust. A certification of trust may be executed by the Co-Trustee voluntarily or at the request of the person with whom the Co-Trustee is dealing and may assume that the trust is in full force and effect, that the Co-Trustee is authorized to act and that his, her, or its act is in accordance with the provisions of the trust instrument.

**Assignment.** The Majority Interests of Beneficiary, or any part of that interest, may be transferred only by a written assignment, executed in duplicate and delivered to any of the several Co-Trustees. The Co-Trustee Recipient shall note its acceptance on the original and duplicate original of the assignment, retaining the original and delivering the duplicate original to the assignee as and for evidence of ownership of a beneficial interest under this Agreement. Co-Trustee Recipient shall send certified copies of any such assignment to the remaining Co-Trustees for compliance with full disclosure. No assignment of any interest under this Agreement, other than by operation of law, that is not so executed, delivered and accepted shall be valid without the written approval of undersigned as Majority Interest Holder, who possesses the power of direction. No person who is vested with the power of direction, but who is not a Beneficiary under this Agreement, shall assign that power without the written consent of undersigned as the Majority Interest Beneficiary.

**Individual Liability of Co-Trustee.** The Co-Trustees shall not be required, in dealing with the Trust Property under their fiduciary obligations, to enter into any individual contract or other

**REGISTERED MAIL # RE 548 051 787 US**

individual obligation whatsoever; nor to make himself individually liable to pay or incur the payment of any damages, attorney's fees, fines, and penalties, forfeitures, costs, charges or other sums of money whatsoever.

The Co-Trustees shall have no individual liability or obligation whatsoever arising from ownership, as Co-Trustee, of the legal title to the Property, or with respect to any act done or contract entered into or indebtedness incurred by him in dealing with Trust Property or in otherwise acting under this Indenture, unless for failure to act to protect Trust Property under fiduciary control, and except only as far as the Trust Property and any trust funds in the actual possession of the Trustee as Fiduciary shall be applicable to the payment and discharge of that liability or obligation.

**Reimbursement and Indemnification of Trustee.**  If the Co-Trustees as Fiduciaries and agents shall pay or incur any liability to pay any money on account of their fiduciary obligations, or incur any liability to pay any money on account of being made a party to any litigation as a result of holding title to Trust Property or otherwise in connection with this Trust, whether because of breach of contract, injury to person or property, fines or penalties under any law, or otherwise, undersigned agrees that on demand, Co-Trustees shall be entitled upon written authorization from undersigned, reimbursement from the liquid assets held on undersigned's behalf, including interest at the rate of 6% per annum, all such payments made or liabilities incurred by the Co-Trustees, together with his expenses, including reasonable attorney's fees, and that undersigned will indemnify and hold the Co-Trustees harmless of and from any and all payments made or liabilities incurred by him for any reason whatsoever as a result of this Trust; and all amounts so paid by the Co-Trustees, as well as his compensation under this Trust, shall constitute a lien on the Trust Property.

**Entire Agreement.**  This Agreement contains the entire understanding between the parties and may be amended, revoked, or terminated only by written agreement signed by undersigned as Majority Interest Beneficiary.

**Governing Law.** This Agreement shall be governed by the organic laws of The United States of America and the laws of the state of the Union, if anything in this agreement be deemed, unlawful, then the rest of this Agreement will survive with regard to the intent and purpose of this Agreement.

**Binding Effect**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon any successor Co-trustee, or Co-trustee under it, as well as upon the executors, administrators, heirs, assigns and all other successors in interest of the Beneficiary.

**Co-Trustee's Liability to Beneficiary.** The Co-Trustees, as Fiduciaries and agents, shall be liable to undersigned as Master Interest Beneficiary and as Principal, for the value of his Interests to the full extent of the property held in Trust by Co-Trustees, or required to be under Co-Trustees' control

## REGISTERED MAIL # RE 548 051 787 US

under the original Indenture. Failure of Co-Trustees to act under duty to protect Trust Property, shall constitute a breach of Trust and Fiduciary obligation.

**Termination.** This trust may be terminated at any time solely by undersigned as Majority Interest Beneficiary and with thirty (30) days written notice of termination delivered to any Co-Trustee, the Co-Trustee shall execute any and all documents necessary to vest title to any and all Estate Property in undersigned or his assigns.

I, House of Pawelski, John Joseph, a private man, declare, from without the United States, under penalty of perjury under the laws of The United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Retaining all unalienable rights without sale

*House of* Pawelski, John Joseph, private "state" Citizen, national

## ACKNOWLEDGMENT OF NOTARY PUBLIC

**State of Colorado**      )
                           ) ss:
**County of El Paso**      )

On this date the undersigned named above, appeared before me and acknowledged to me on the basis of satisfactory evidence that he executed the same in his stated or authorized capacity, and that by his signature on this instrument the man signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: _____1-24-15_____

By: _____Brianna_____, **Notary Public**

**My Commission Expires:** _____March 10, 2018_____

(NOTARY STAMP)

BRIANNA LEVINGSTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144011032
MY COMMISSION EXPIRES MARCH 10, 2018





**REGISTERED MAIL™**

RE 548 051 645 US

i: a _Man_ ; _john Joseph Pawelski_ ; at Colorado state, being duly sworn come in peace and do say and affirm:

1) i, say i, am over the age of eighteen (18) years, have personal knowledge of the facts herein and i, am not under the lawful guardianship or disability of another, and;

2) i, believe the facts herein are true, correct, complete, and; admissible as evidence, and;

3) i, say on this _3rd_ day of the first month, in the Year of our Lord Christ our Creator two thousand fifteen i, did go to the website for the United States Archives (http://www.archives.gov/exhibits/charters/declaration_sign.html) and did sign the Declaration of Independence as evidenced by a copy of said signature with the annex hereto;

Witness number one: i; a _woman_ ; _mimi michelle vigil_ did witness the above man / woman sign the Declaration of Independence on this _3rd_ day of the first month, in the Year of our Lord Christ our Creator two thousand fifteen;

Witness number two: i; a _man_ ; _George Thomas Braham_ did witness the above man / woman sign the Declaration of Independence on this _3_ day of the first month, in the Year of our Lord Christ our Creator two thousand fifteen;

Using a notary on this document does not constitute any adhesion, nor does it alter the status of i, in any manner;

Colorado Springs / County of El Paso

State of Colorado

The foregoing instrument is with the affirmation and subscription before me

this _16_ day of the first month, two thousand fifteen by

_John Joseph Pawelski_
( John Joseph Pawelski )

_Lorraine E. Throne_                    _1-16-15_
Notary Signature                        Date

LORRAINE E THRONE
Notary Public
State of Colorado
**(Notary Seal)**
Notary ID  9924012416
My Commission Expires Oct. 10, 2016

_____          _____
Notary Name Printed .            Notary Commission Expires
_Colorado Springs, CO_
Notary Address.

i, say here and will verify in open court under oath of affirmation that all herein be true on this _____ day of the first month, in the Year of our Lord Christ our Creator two thousand fifteen,

_____          (seal).

_____
PRINTED NAME

"This image comes from William J. Stone's 1823 copper plate engraving produced by direct impression from the original Declaration itself."

**AFFIDAVIT OF OWNERSHIP**
*of*
**CERTIFICATE OF TITLE**
*(BIRTH CERTIFICATE)*

**TITLE**

# JOHN JOSEPH PAWELSKI

**(Exact name of registrant as specified in its certificate)**

**REGISTERED NUMBER**

## 112-48-6051731

**(State of ILLINOIS Registrant File Number)**

*True Copy*
*Evidence*

**BE IT KNOWN:**     That I, Pawelski, John Joseph *(hereinafter referred to as Registered Owner/ Entitlement Holder)*, a living man having certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, all secured and protected under Treaties and the Constitution establish for the united States of America known as the "Supremacy Clause" the supreme law of the land.

**WHEREAS,**     I, Pawelski, John Joseph., Affiant herein to this Affidavit being duly sworn, declare and state that I am of full age of majority *"18"* and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

**WHEREAS,**     I, Pawelski, John Joseph., also depose and state that I am the Registered Owner of record and Entitlement holder, and hold these truths to be self-evident having owners' equity and beneficial interest in the Certificate of Title *(Birth Certificate)*, Registered Number: 112-48-6051731, whose title *(name)* also appears on the face of the instrument as JOHN JOSEPH PAWELSKI by reference of an official Certificate of Live Birth *(a valid Trust Instrument)* recorded September 15, 1948, and filed in Cook County Illinois, that further describes property of The John Joseph Pawelski Estate. Said Certificate of Title also appears to be the same certificate held with **TRUST** in good faith for safekeeping by the State of Illinois Registrar of Titles *(Custodian of Records)*.

**NOW, THEREFORE,**     This *Affidavit of Ownership of Certificate of Title* made in good faith is an actual and constructive notice and that any person may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/ Entitlement Holder *(Affiant herein)* as the one legally and lawfully entitled to benefit from said property and the only one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder.

**IN WITNESS WHEREOF,**     The Affiant *(Registered Owner/ Entitlement Holder)* has hereunto set his/ her hand and seal

Done this ⟨16th⟩ day of ⟨January⟩ , 2015     By: ⟨signature⟩
                                                              Pawelski, John Joseph Registered Owner/ Entitlement Holder

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Colorado          )
                           }   SS.:
County of El Paso          )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated or authorized capacity, and that by his or hers signature on this instrument the person, or entity upon behalf of which the person signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: ⟨1/16/15⟩     By: ⟨Lorraine E. Throne⟩ , Notary Public

**(NOTARY STAMP**
**OR SEAL)**          My Commission Expires: _____

⟨NOTARY STAMP:
LORRAINE E. THRONE
Notary Public
State of Colorado
Notary ID: 19924012416
My Commission Expires Oct. 10, 2016⟩

*(1). Property of The John Joseph Pawelski Estate*

15009702-1

# United States of America



*True Copy*
*Evidence*
JPP

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

***For the contents of the annexed document, the Department assumes no responsibility***
***This certificate is not valid if it is removed or altered in any way whatsoever***

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of December, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

*John F. Kerry*
Secretary of State

By _____
Assistant Authentication Officer,
Department of State



**State of Illinois**
**Executive Department**

*True Copy*
*Evidence*

UNITED STATES OF AMERICA)
                        ) SS
STATE OF ILLINOIS )

CERTIFICATE OF INCUMBENCY

I, JESSE WHITE, Secretary of State of the State of Illinois, certify that

DAVID ORR

who signed the foregoing, was at the time of signing same COUNTY CLERK, COOK
COUNTY in the State of Illinois duly commissioned and qualified to that
office and that full faith and credit are due the official attestations.

IN TESTIMONY WHEREOF, I hereto set my
hand and cause to be affixed the
Great Seal of the State of Illinois.
Done at the City of Springfield,
NOVEMBER 25, 2014.

_____
Secretary of State



# CERTIFICATION OF BIRTH

BIRTH NUMBER:     112-48-6051731

*True Copy Evidence JJP*

NAME:   JOHN JOSEPH PAWELSKI

DATE OF BIRTH:   SEPTEMBER 5, 1948          SEX:   MALE

PLACE OF BIRTH:   CHICAGO, COOK COUNTY, ILLINOIS

MAIDEN NAME OF MOTHER:   DOROTHY PATRICIA MICHALSKI

PLACE OF BIRTH OF MOTHER:   ILLINOIS          AGE:   25

NAME OF FATHER:   ERWIN ALBERT PAWELSKI

PLACE OF BIRTH OF FATHER:   ILLINOIS          AGE:   26

DATE FILED:   SEPTEMBER 15, 1948      DATE ISSUED:   JULY 11, 2014

This is to certify that this is a true and correct abstract from the official record
filed with the Illinois Department of Public Health.

3179841



County of Cook
State of Illinois
CHICAGO, ILLINOIS 60602-1304

## Office of County Clerk
## David Orr



DAVID ORR     COUNTY CLERK

CL91



This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED