Christine M. Arguello, Judge, 901 19th. Street, Denver, Colorado 80294

Matthew T. Kirsch, Assistant U. S. Attorney, 1225 17th. Street, Denver, Colorado 80202 (matthew.kirsch@usdoj.gov)

Robert Ford, U.S. Probation officer, 212 N. Wahsatch, Suite 300, Colorado Springs, CO. 80903 (Bob_Ford@cod.uscourts.gov)

_January     24 th_____, 2015

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2015

JEFFREY P. COLWELL
CLERK

## RE: DOCKET NO 13-CR-00392  USA v. GEORGE THOMAS BROKAW ET ALL
(CMA)

**TO ALL PARTIES INVOLVED IN THE ACTS OF THE USDC COURT FOR THE DISTRICT OF COLORADO, TAKE NOTICE:**

Those of us who have participated in and have observed the proceedings of case NO 13-CR-00392 have uncovered an egregious abuse of power just as the researchers who observed the RODNEY CLASS, CASE NO 1:13CR00253-001, USA v. RODNEY CLASS. In fact, the same abuses of power, fraud, obfuscation, and obstruction of justice are evidenced in both cases.

We include excerpts from the letter sent to the PARTIES INVOLVED IN THE ACTS OF THE USDC in the RODNEY CLASS case and incorporate them into this letter to illustrate that the abuses in the DC CASE are not an isolated incident, but illustrate a pattern of abuse prevalent throughout the federal court system.

_____   _____   _____

Richard W. Roberts, Chief Judge, c/o 333 Constitution Ave, NW, Washington, DC 20001
Jeffrey Pearlman, Prosecutor, 555 Fourth Street, NW, Washington, DC 20530
Jeffrey.pearlman@usdoj.gov
A. J. Kramer, Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004
a.j._kramer@fd.org
Kathie J. McGill, Sr. US Probation Officer, Kathie_mcgill@dcp.uscourts.gov
January 15, 2015

**RE: DOCKET NO 0090 1:13CR00253-001 USA v. RODNEY CLASS**
**TO ALL PARTIES INVOLVED IN THE ACTS OF THE USDC COURT FOR THE**
**DISTRICT OF COLUMBIA, TAKE NOTICE:**

1

More than 2,000 researchers have all files from both sides in the Rod Class DC Gun Case. This case has garnered world-wide attention. Our Team followed every step to prove HOW the courts in America really work. What we uncovered was criminal and we have the evidence, black ink on white paper.

We watched this court and its agents ignore its own rules and even turn its back on the Supreme Court's ruling that your court's charges and findings against Mr. Class were unconstitutional. This court then performed vengeful and malicious acts aimed at Mr. Class in an effort to force him to back down from his determination to prove that the Rule of Law is no longer operating in the courts of America.

Below are the facts of this case witnessed and documented by our researchers:
**ROD CLASS**

Rod Class placed the burden of Fiduciary Responsibility upon the Court and the Prosecutor to settle and close this case.

What Rod Class uncovered is the SECRET FORMULA that allowed the private owners of a private Corporation to set up Administrative Agents, and specifically, the Court System, to act as the Bank to scam the people of their birthright. You have aided and abetted your employers to pull off the GREATEST DECEPTION that has ever been carried out against any one nation. The information on the War Powers Act of 1917 was included as part of the paperwork that was denied and kept out of the court files in order to protect "the court" and keep the scam in operation. The Researchers are fully aware of exactly what the Rod Class paperwork reveals about the DECEPTION and your role in helping to continue to WAGE WAR AGAINST THEPEOPLE.

Rod Class is not the criminal in this case and in fact, the actions of the agents acting as public officials in this case could be considered by any reasonable person to be so arrogant and publicly criminal that one might even question the sanity of any of the agents of this court who perform them.

**CHIEF JUSTICE ROBERTS**
Page 3 of 6

Judge Roberts knowingly violated Article 100 of the Lieber Code, the Nuremberg Protocols, and the UN Treaty, Declaration of Human Rights violations while keeping a case that should have been dismissed alive. Even though it was beyond our imagination that ANYBODY could be setup to be charged as a WAR CRIMINAL in the USA, Roberts proved that this is indeed the case.

It is our understanding that Due Process is the LAW itself that is granted certain rights under Due Process and which the COURT and its Officers are obliged to honor and follow "to the letter." It has been our observation that DUE PROCESS was never followed throughout the current DC Gun Case that has embroiled Rod Class in numerous and expensive trips to Washington to try to stay in honor himself. That has been impossible. It appeared that the

2

DOCKED VESSEL was under duress and subject to pirating from the first filing that occurred in this case.

Judge Roberts has treated Mr. Class harshly throughout this case thinking it might send a message to "people like him" after having been given every chance to walk away from doing harm to Class. The only reasonable conclusion our researchers can draw here is that this is simply because Class pointed out Roberts' errors and omissions for all to see.

**THE RESULTS**
WE KNOW that the UNITED STATES OF AMERICA, INC is the actual party bringing the "criminal" charge against Rod Class.

WE KNOW who actually owns CITY OF WASHINGTON, DC. WE KNOW that the show all employees of these corporations put on called a "hearing," a "trial," etc. is deliberately and methodically intended to deceive as the UNITED STATES OF AMERICA, INC is comprised of a conglomerate of PRIVATE COMPANIES WITH PRIVATE OWNERS financially benefiting from the for-profit prison system they own while hiding behind the name used to identify our country, the UNITED STATES OF AMERICA.

WE KNOW that the prosecutor, the judge, and all court officials are actually administrative agents wearing costumes complete with various levels of "authority" in the form of titles, badges, nametags, and guns, employed by a privately-owned, for-profit corporation with no more authority to dispense justice than a Wal-Mart or a McDonalds. Whether they know it or not, these employees carry out the orders for their self-serving employers and the actors are paid well for each performance.

WE KNOW the Registration system (birth certificate CUSIP and Bond numbers, Social Security numbers, drivers' licenses, voter registration) forces the people to unknowingly turn over all their property as "War Conscript."

WE KNOW in order to confuse and control minds, your owners bought up the textbook printers so they could re-write history, bought up the TV Stations and newspapers, set up the IRS, robbed the people blind, to pay the administrative agents who use violence to force them to comply with their corporate rules over people they have no authority over, all for their own financial gain. They turned us into "Enemies of the State" so they could treat us as "Criminal/Slaves" in order to hold Court.

However, we would like to thank you, Chief Justice Roberts, for showcasing the corruption in the court system because without it we might have missed the piece that unraveled the game. It was beyond our imagination that any person could be set up to be charged as a WAR CRIMININAL in the USA.

**NEXT STEPS**

Please be aware that there are some 40+ SF-95 Criminal Complaints filed against you and your cronies to document the abuse of the corporation's employees ("Court Officials") that our team

has witnessed. One complaint has been filed as a FEDERAL TORT FOR BREACH OF SWORN OATH, MISUSE OF PUBLIC OFFICE, AND FALSE CLAIM ACT. More will follow.

Our Research Team has traced every step through the Congressional Records, Legislative Acts, and through the speeches of the courageous Congressmen who tried to warn the people. We've traced it right down to our pocketbooks, where it really counts. Your employers stole our birthright by putting a birth price on the head of every newborn, just like they did on the slave plantations.

Without your titles, badges, costumes, guns, and the protection via insurance bond of a corporation who employs you as its tool to use against the people, you stand naked and exposed as imposters. We know exactly who you work for. We no longer believe in Authority imposed by "Divine Right to do violence."

The egregious abuses of power in CASE No 13-CR-00392 mirror those same abuses uncovered and exposed in the Rod Class case, to wit:

1. The Department of Justice attorneys did not identify the "Real Parties of Interest" in the case. At various times the "Plaintiff" was identified as; " The UNITED STATES", " The FEDERAL GOVERNMENT", and " The UNITED STATES OF AMERICA". Nor did the DOJ attorneys identify how any such "Plaintiff" was injured by any living man or woman.

2. The Department of Justice attorneys did not explain how terms as used in the Statutes and charging instruments, Terms such as "Person" and "Whoever", apply to any living man or woman, when the Statutes clearly define such TERMS as meaning, "Corporations, Trusts, Estates, or Insurance Companies".

3. The Department of Justice attorneys did not produce any "True Bill" with wet ink signatures from a valid Grand Jury.

4. Neither the Department of Justice attorneys nor the presiding Judge would identify the "CRIMINAL JURISDICTION" of the court when Title 28 provide for only CRIMINAL VENUE and CRIMINAL PENALTIES. Criminal Jurisdiction is reserved for future legislative action.

5. Neither the Department of Justice attorneys nor the presiding Judge would identify the only CRIMINAL JURISDICTION derives from Title 50, Chapter 3- ALIEN ENEMIES. They would not and did not identify that those charged were being charged as "ALIEN ENEMIES" in their own country.

6. The Department of Justice attorneys did not identify "CORPORATE PARENTS" of any of the parties involved.

7. The Department of Justice attorneys did not identify that the DEFENDANTS being charged were actually the FICTITIOUS ENTITIES recognized by the "ALL CAPITALIZED TRADE NAMES" created on birth certificates at the state of birth. Nor did they reveal that the living men and women being held were presumed to be sureties and trustees for those FICTITOUS ENTITIES.

8. The DOJ attorneys and presiding Judge dismissed all questions regarding the previous (7 points) as frivolous or tax defier nonsense. All motions and/or notices made by defense

4

regarding the (7 points) listed above were stricken by the judge, and thus, are not appealable issues.

Those of us who have participated in and have observed the proceedings of case NO 13-CR-00392 have uncovered and witnessed these egregious abuses of power.

The corporate administrative tribunals being operated as courts of any kind have explicitly obfuscated and failed to fully declare their true identities, natures, venues, services, ownerships, and proper jurisdiction in plain, explicit, fully revealed language. They have failed to clearly state their Foreign Jurisdiction whenever addressing American Nationals.

**The Giant is Awakening.** What happens to you then? What happens when an International Tribunal is formed that set in judgment if your actions as Foreign National against American National. You need to think as you are in breach of a imply contract of good behaviour Article IIII section 1

Sincerely,

SEA Back
_____