**FILED**
**United States Court of Appeals**
**Tenth Circuit**

### UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 19, 2015**

―――――――――――――――――――――

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOHN J. PAWELSKI,

    Defendant - Appellant.

No. 15-1056
(D.C. No. 1:13-CR-00392-CMA-2)

―――――――――――――――――――――

### ORDER

―――――――――――――――――――――

    This appeal is **ABATED** pending further order of this court because the district court has not entered judgment. *See* Fed. R. App. P. 4(b)(2) ("A notice of appeal filed after the court announces a . . . sentence – but before the entry of judgment . . . – is treated as filed on the date of and after the entry.").

    The parties shall notify the court within 10 days of entry of judgment. In addition, the clerk of the district court shall supplement the preliminary record by transmitting to this court a copy of the order, together with a copy of the related docket entries. *See* 10th Cir. R. 3.2(B).

The parties shall file status reports within 30 days of the date of this order if the district court has not entered judgment by that time.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Ellen Rich Reiter
           Jurisdictional Attorney