FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

February 25, 2015

Elisabeth A. Shumaker
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOHN J. PAWELSKI,

    Defendant - Appellant.

No. 15-1056
(D.C. No. 1:13-CR-00392-CMA-2)

---

## ORDER

---

    Although the district court entered judgment on February 19, 2015, this appeal remains abated. The defendant filed a motion to dismiss on February 8, 2015, district court docket no. 420, and that motion is still pending before the district court. *See* Fed. R. App. P. 4(b)(3).

    The parties shall notify this court in writing within 10 days of entry of an order by the district court ruling on the pending motion. The district clerk shall file a supplemental preliminary record once the court rules on the motion.

    The parties shall file status reports within 30 days of the date of this order if the district court has not ruled on the motion by that time.

                                 Entered for the Court
                                   ELISABETH A. SHUMAKER, Clerk

                                 by: Ellen Rich Reiter
                                     Jurisdictional Attorney