3/9/15

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

    MAR 12 2015

JEFFREY P. COLWELL
       CLERK
```

U.S. District Court
Clerk of Court
901 19th St
Denver, Co. 80202

Case 13-cr-00392

Clerk,

Please send a <u>certified copy</u> of the Judgment, docket 434 of the above case number. I have no means to pay fees.

You can mail that to me at the Clear Creek County Jail, 405 Argentine St, Georgetown, Co 80444.

Thank You,

John Joseph Pawelski