

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 8 2015

JEFFREY P. COLWELL
CLERK

13-cr-392-CMA
#458

John J. Pawelski
Clear Creek County Jail
405 Argentine Street
Geor[...]

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

neopost
03/12/2015
US POSTAGE $00.48
ZIP 80294
041L11245087