# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS   ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 13-cr-00392-CMA-2
4. Appeals Docket #: 15-1056
5. For (District/Circuit): Colorado
6. In The Case Of United States of America v. John J. Pawelski
7. Person Represented: John J. Pawelski
8. Location/Organization Code: COXDE
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal Purposes
10. Proceedings To Be Transcribed (Description Of): Sentencing Hearing 1/28/15; Sentencing Hearing 1/29/15; Sentencing Hearing 2/10/15
11. Special Needs (Check One If Applicable):
    ☒ Ordinary: $3.65/page (within 30 days)   ☐ 14-day: $4.25/page (within 14 days)   ☐ Expedite: $4.85/page (within 7 days)   ☐ Daily: $6.05/page (next day)   ☐ Hourly: $7.25/page (same day)
12. I REQUIRE (CHECK ONE):   ☒ PAPER COPY   ☐ DIGITAL COPY
13. _____[signature]_____   Date: April 29, 2015
    Attorney Signature   MADELINE S. COHEN

    REQUEST APPROVED: _____[signature]_____   4-30-15

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☐ OFFICIAL   ☐ CONTRACT   ☒ TRANSCRIBER   ☐ OTHER: _____
15. Full Name Of Payee: Darlene Martinez
16. Social Security Or Employer ID# Of Payee:
17. Remit To:
18. Telephone Number: 303-296-2008

| 19. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (itemize): | | | | | | $ |
| | | | | | 20. Total claimed | $ |

21. Certification of Attorney

_____   _____
Signature of Attorney   Date