

**OFFICE OF THE CLERK**
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2015

JEFFREY P. COLWELL
CLERK

13-cr-392 CMA
#502

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost 07/09/2015
US POSTAGE $00.70⁵
FIRST-CLASS MAIL
ZIP 80294
041L11245087

RTS
not in CCSO custody

John J. Pawelski
Clear Creek County Jail
P.O. Box 518
Georgetown

NIXIE     802   FE 1  00/9      07/18/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099          *0520-06886-09-46*