## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　August 17, 2015　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Darlene Martinez
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**　　**15-1056, United States v. Pawelski**
　　　　　Dist/Ag docket: 1:13-CR-00392-CMA-2

Dear Court Reporter:

We filed a Notice of Transcript Order in this case certifying that appellant ordered transcripts (2/19/14 doc. 97 and 2/26/14 doc. 107) from you and made satisfactory arrangements for payment, but we have not received your acknowledgment of that order and estimated completion date. 10th Cir. R., App. B.

Within 10 days of the date of this letter, please complete the Notice of Transcript Order and file a copy with this court. **If you have not made satisfactory arrangements for payment with appellant, or if our information is otherwise incorrect, please notify the court in writing forthwith.**

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Matthew T. Kirsch
　　　　James C. Murphy

        Martha A. Paluch
        Ann Marie Taliaferro

EAS/kf

2