## SUPPLEMENTAL TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: United States v. John Pawelski          District Court Number: 13-cr-00392-CMA-2 (U.S. District Court, Dist. Colorado)
Circuit Court Number: 15-1056
Name of Attorney: Ann Marie Taliaferro (Appellate Attorney)
    Name of Law Firm: Brown Bradshaw & Moffat
    Address of Firm: 10 West Broadway, Suite 210, Salt Lake City, Utah 84101
    Telephone of Firm: (801)532-5297   Attorneys for: Appellant-Defendant John Pawelski
Name of Court Reporter:___ Darlene Martinez ___ Telephone of Reporter: (303) 296-2008

### PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
        [] A transcript is not necessary for this appeal, or
        [] The necessary transcript is already on file in District Court
        [] The necessary transcript was ordered previously in appeal
        number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT: (Second Supplemental)
                    (Specify the date and proceeding in the space below)

Voir dire:_____; Opening Statements:_____;
Trial proceedings: _____; Instruction Cnf:_____;
Jury Instructions: _____; Closing Arguments:_____;
Post Trial Motions: _____; **Other Proceedings:** √

                ~~Transcript from 02/19/2014 (Doc. 97)~~
            **Transcript from 02/26/2014 (Doc. 107)**


                (Attach additional pages if necessary)

[] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

√**This case is proceeding under the Criminal Justice Act.**
    **NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court
    allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

    **ORDER OF THE TENTH CIRCUIT COURT OF APPEALS AUTHORIZING PREPARATION OF THIS TRANSCRIPT IS
    ATTACHED HERETO.**

#### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been
served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se
parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for
payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: *Ann M. Taliaferro*          Date: 7/29/15

### PART III - TO BE COMPLETED BY THE COURT REPORTER

        Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the
U.S. District Court.

Date arrangements for payment completed: 8/8/15
Estimated completion date: 9/8/15
Estimated number of pages: 25
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: *Darlene M. Martinez*          Date: 8/12/15