**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 5, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――――――

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JOHN J. PAWELSKI,<br><br>    Defendant - Appellant.<br>―――――――――――――――――――<br>UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>MIMI M. VIGIL,<br><br>    Defendant - Appellant. | No. 15-1056<br><br><br><br><br><br><br><br><br><br>No. 15-1058 |

―――――――――――――――――――――――

### ORDER

―――――――――――――――――――――――

Before **MATHESON**, **SEYMOUR**, and **BACHARACH**, Circuit Judges.

―――――――――――――――――――――――

   Appellants' petitions for rehearing are denied.

   The petitions for rehearing en banc were transmitted to all of the judges of the court who are in regular active service.  As no member of the panel and no judge in regular active service on the court requested that the court be polled, those petitions are

also denied.

                Entered for the Court

                *Elisabeth A. Shumaker*

                ELISABETH A. SHUMAKER, Clerk