**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker             Chris Wolpert
Clerk of Court        July 13, 2016        Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:   15-1056, United States v. Pawelski**
Dist/Ag docket: 1:13-CR-00392-CMA-2

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Matthew T. Kirsch
      James C. Murphy
      Martha A. Paluch
      John J. Pawelski
      Ann Marie Taliaferro

EAS/sds