OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.63
08/09/2023 ZIP 80294
043M31245131

DENVER CO 802
9 AUG 2023 PM

FORWARD TIME EXP RTN TO SEND
BROKAW GEORGE MATHEW
10359 W HALLS RIVER RD
HOMOSASSA FL 34448-3416
RETURN TO SENDER

George Thomas Brokaw
2649 Thrush Grove
Colorado Springs,

FWD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2023

JEFFREY P. COLWELL
CLERK

13-cr-392-CMA
#571